# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILTON LINHARES, Individually and On Behalf of All Others Similarly Situated, | No. 1:23-CV-02246-KMW-SAK |
| | Hon. Karen M. Williams, U.S.D.J. |
| Plaintiff, | MOTION DATE: June 5, 2023 |
| v. | |
| CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, THOMAS GOTTSTEIN, ULRICH KORNER, DAVID R. MATHERS, and DIXIT JOSHI | |
| Defendants. | |
| BRADEN TURNER, Individually and On Behalf of All Others Similarly Situated, | No. 1:23-cv-01476-KMW-SAK |
| | Hon. Karen M. Williams, U.S.D.J. |
| Plaintiff, | MOTION DATE: June 5, 2023 |
| v. | |
| CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, DIXIT JOSHI, THOMAS GOTTSTEIN, and DAVID R. MATHERS | |
| Defendants. | |

*(Additional Case Caption Continued on Following Page)*

| | |
|---|---|
| PATRICK CALHOUN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, and DIXIT JOSHI<br><br>        Defendants. | No. 1:23-cv-01297-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>MOTION DATE: June 5, 2023 |

## NOTICE OF MOTION OF ALI DIABAT FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF HIS SELECTION OF COUNSEL</u>

**KAHN SWICK & FOTI, LLC**

Kim E. Miller (*PHV* forthcoming)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Email: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Email: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Ali Diabat and Proposed Lead Counsel for the Class*

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

Vincent M. Giblin
Richard F.X. Regan
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 347-2136
Telephone: (201) 907-5276
Email: vgiblin@decotiislaw.com
Email: rregan@decotiislaw.com

*Local Counsel for Lead Plaintiff Movant Ali Diabat and Proposed Liaison Counsel for the Class*

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Ali Diabat ("Mr. Diabat" or "Movant"), by and through his undersigned counsel, will and does hereby move this Court on June 5, 2023, or on a date and at such time as may be designated by the Court, at the Mitchell H. Cohen U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, pursuant to Federal Rule of Civil Procedure 42(a) and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the Related Actions; (2) appointing Movant as Lead Plaintiff in the Consolidated Action; and (3) approving Movant's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel and DeCotiis, FitzPatrick, Cole & Giblin, LLP ("DeCotiis FitzPatrick") as Liaison Counsel for the Class.

In support of this Motion, Mr. Diabat submits a Memorandum of Law, the Declaration of Kim E. Miller, and a [Proposed] Order granting the Movant's Motion. As set forth in the Memorandum in Support filed concurrently herewith, the procedural requirements of the PSLRA have been satisfied, Mr. Diabat is the presumptive most adequate plaintiff, and Mr. Diabat satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure. Additionally, the Related Actions should be consolidated because they involve

common questions of law and fact and the consolidation would promote judicial economy. As such, Mr. Diabat respectfully requests this Court consolidate the Related Actions, appoint him as Lead Plaintiff, and approve his selection of KSF as Lead Counsel and DeCotiis FitzPatrick as Liaison Counsel for the Class.

DATED: May 8, 2023                    Respectfully submitted,

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

*/s/ Vincent M. Giblin*
Vincent M. Giblin
Richard F.X. Regan
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 347-2136
Telephone: (201) 907-5276
Fax: (201) 928-0588
Email: vgiblin@decotiislaw.com
Email: rregan@decotiislaw.com

*Local Counsel for Lead Plaintiff Movant Ali Diabat and Proposed Liaison Counsel for the Class*

**KAHN SWICK & FOTI, LLC**

Kim E. Miller (*PHV* forthcoming)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Fax: (504) 455-1498
Email: kim.miller@ksfcounsel.com

 -and-

Lewis S. Kahn
1100 Poydras Street, Suite 960

New Orleans, LA 70163
Telephone: (504) 455-1400
Fax: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant
Ali Diabat and Proposed Lead Counsel
for the Class*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 8, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to the e-mail addresses on the Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to non-CM/ECF participants.

*/s/ Vincent M. Giblin*
Vincent M. Giblin

3