# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILTON LINHARES, Individually and On Behalf of All Others Similarly Situated, <br><br>             Plaintiff, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, THOMAS GOTTSTEIN, ULRICH KORNER, DAVID R. MATHERS, and DIXIT JOSHI <br><br>             Defendants. | No. 1:23-CV-02246-KMW-SAK <br><br> Hon. Karen M. Williams, U.S.D.J. <br><br> MOTION DATE: June 5, 2023 |
| BRADEN TURNER, Individually and On Behalf of All Others Similarly Situated, <br><br>             Plaintiff, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, DIXIT JOSHI, THOMAS GOTTSTEIN, and DAVID R. MATHERS <br><br>             Defendants. | No. 1:23-cv-01476-KMW-SAK <br><br> Hon. Karen M. Williams, U.S.D.J. <br><br> MOTION DATE: June 5, 2023 |

*(Additional Case Caption Continued on Following Page)*

| | |
|---|---|
| PATRICK CALHOUN, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, and DIXIT JOSHI<br><br>          Defendants. | No. 1:23-cv-01297-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>MOTION DATE: June 5, 2023 |

## DECLARATION OF VINCENT M. GIBLIN IN SUPPORT OF MOTION OF ALI DIABAT FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF HIS SELECTION OF COUNSEL</u>

**KAHN SWICK & FOTI, LLC**

Kim E. Miller (*PHV* forthcoming)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Email: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Email: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Ali Diabat and Proposed Lead Counsel for the Class*

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

Vincent M. Giblin
Richard F.X. Regan
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 347-2136
Telephone: (201) 907-5276
Email: vgiblin@decotiislaw.com
Email: rregan@decotiislaw.com

*Local Counsel for Lead Plaintiff Movant Ali Diabat and Proposed Liaison Counsel for the Class*

I, Vincent M. Giblin, hereby declare as follows:

1.    I am a partner of the law firm of DeCotiis, FitzPatrick, Cole & Giblin, LLP, Local Counsel for Lead Plaintiff Movant Ali Diabat ("Mr. Diabat" or "Movant").

2.    I have personal knowledge of the facts set forth herein.

3.    Movant seeks consolidation of the above-captioned actions and appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 in the consolidated action.

4.    I submit this Declaration, together with the attached exhibits, in support of Mr. Diabat's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of his Selection of Counsel for the Class.

5.    Attached as exhibits are true and correct copies of the following:

Exhibit A:    Certification of Ali Diabat reflecting *Linhares* Class Period transactions in Credit Suisse Group AG securities;

Exhibit B:    Loss Chart reflecting Ali Diabat's *Linhares* Class Period transactions in Credit Suisse Group AG securities;

Exhibit C:    Published Notice on *PR Newswire* on March 8, 2023 of the *Calhoun* Action filed against Credit Suisse Group AG;

Exhibit D:    Published Notice on *PR Newswire* on March 16, 2023 of the *Turner* Action filed against Credit Suisse Group AG;

Exhibit E:    Published Notice on *Globe Newswire* on April 21, 2023 of the *Linhares* Action filed against Credit Suisse Group AG;

Exhibit F:    Declaration of Ali Diabat;

Exhibit G:   Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC; and

Exhibit H:   Biography for Proposed Liaison Counsel, DeCotiis, FitzPatrick, Cole & Giblin, LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 8th day of May, 2023 at Paramus, New Jersey.

/s/ Vincent M. Giblin
Vincent M. Giblin

2