# EXHIBIT B

**Credit Suisse Securities Litigation**
**Class Period Losses of Ali Diabat in ADSs of Credit Suisse Group AG (NYSE: "CS")**

| | | |
|---|---|---|
| **Class Period Begins:** | 2/18/2021 | |
| **Class Period Ends:** | 3/20/2023 | |
| **Partial Disclosures:** | 2/9/2023 2/21/2023 3/9/2023 3/14/2023    3/15/2023 | |
| **90-Day Lookback Period Ends:** | 6/17/2023 | |
| **Lookback Price Through 5/8/2023:** | $    0.8899 | |

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | (Cost) | Date | Quantity | Price* | Proceeds | (Loss)/Gain |
| 5/5/2021 | 100,000 | $ 10.3689 | $ (1,036,890.00) | 5/26/2021 | 100,000 | $ 10.67 | $1,067,000.00 | $ 30,110.00 |
| 5/28/2021 | 150,000 | $ 10.94 | $ (1,641,000.00) | HELD | 150,000 | $ 0.8899 | $ 133,485.00 | $ (1,507,515.00) |
| 12/13/2021 | 116,666 | $ 9.36 | $ (1,091,993.76) | HELD | 116,666 | $ 0.8899 | $ 103,821.07 | $ (988,172.69) |
| 3/1/2022 | 33,334 | $ 7.88 | $ (262,671.92) | HELD | 33,334 | $ 0.8899 | $ 29,663.93 | $ (233,007.99) |
| 3/16/2023 | 150,000 | $ 2.24 | $ (336,000.00) | HELD | 150,000 | $ 0.8899 | $ 133,485.00 | $ (202,515.00) |
| 3/17/2023 | 14,000 | $ 1.96 | $ (27,440.00) | HELD | 14,000 | $ 0.8899 | $ 12,458.60 | $ (14,981.40) |

| | |
|---|---|
| **Total LIFO/*Dura* Losses:** | **$ (2,946,192.08)** |
| **Total LIFO/*Dura* Losses Net Class Period Gains:** | **$ (2,916,082.08)** |

---

\* For those ADSs purchased during the Class Period and "HELD" through the 90-day period immediately thereafter, losses have been determined using the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that forms the basis for the action is disseminated to the market. *See* 15 U.S.C. § 78u–4(e)(1). Because the final corrective disclosure was disseminated to the market on 3/20/2023, the final day of the 90-day lookback period is 6/17/2023. The mean trading price of Credit Suisse's ADSs from 3/20/2023 through the date of this filing, 5/8/2023, is $0.8899.