# EXHIBIT C

# Pomerantz Law Firm Announces the Filing of a Class Action Against Credit Suisse Group AG and Certain Officers - CS



NEWS PROVIDED BY
**Pomerantz LLP** →
Mar 08, 2023, 20:45 ET

NEW YORK, March 8, 2023 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Credit Suisse Group AG ("Credit Suisse" or the "Company") (NYSE: CS), and certain officers. The class action, filed in the United States District Court for the District of New Jersey, and docketed under 23-cv-01297, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Credit Suisse securities between December 1, 2022 and February 17, 2023, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Credit Suisse securities during the Class Period, you have until May 8, 2023 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com.  To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Credit Suisse, together with its subsidiaries, provides various financial services in Switzerland, Europe, the Middle East, Africa, the Americas, and Asia Pacific. The Company offers wealth management solutions, including investment advice and discretionary asset management services; risk management solutions, such as managed investment products; and wealth planning, succession planning, and trust services.

In October 2022, Credit Suisse began experiencing a sharp increase in customer outflows, or withdrawals of client funds, after a series of quarterly losses and risk and compliance failures significantly decreased the Company's American Depositary Share ("ADS") price.

On December 1, 2022, Credit Suisse's Chairman, Defendant Axel P. Lehmann ("Lehmann") stated in an interview with *Financial Times* that customer outflows had not only "completely flattened out," but had, in fact, "partially reversed."

The following day, in an interview with *Bloomberg Television*, Defendant Lehmann reiterated his previous statements, reassuring investors that as of November 11, 2022, customer outflows had "basically stopped".

Following Defendant Lehmann's statements, Credit Suisse's ADS price rose $0.29 per ADS, or 9.36%, to close at $3.38 per ADS on December 2, 2022.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) contrary to Defendant Lehmann's representations in December 2022, the sharp increase in customer outflows Credit Suisse began experiencing in October 2022 remained ongoing; (ii) accordingly, Credit Suisse had downplayed the impact of the Company's recent series of quarterly losses and risk and compliance failures on liquidity and its ability to retain client funds; (iii) as a result, Credit Suisse had overstated the Company's financial position and/or prospects; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On February 9, 2023, Credit Suisse issued a press release announcing its 2022 financial results. The press release revealed that, contrary to Defendant Lehmann's prior statements, large customer outflows had continued through year-end 2022. Specifically, the press release reported customer outflows of **110.5 billion Swiss francs** in the final three months of 2022, a figure which far exceeded market expectations.

On this news, Credit Suisse's ADS price fell $0.56 per ADS, or 15.64%, to close at $3.02 per ADS on February 9, 2023.

Then, on February 21, 2023, *Reuters* reported that the Swiss Financial Market Supervisory Authority was reviewing Defendant Lehmann's previous comments regarding customer outflows.

On this news, Credit Suisse's ADS price fell another $0.10 per ADS, or 3.31%, to close at $2.92 per ADS on February 21, 2023.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

SOURCE Pomerantz LLP