# EXHIBIT D

# CS EQUITY ALERT: ROSEN, A LEADING LAW FIRM, Expands Class Period to Include More Investors of Credit Suisse Group AG Investors with Losses in Excess of $100K to Secure Counsel Before Important Deadline in Securities Class Action - CS

**The Rosen Law Firm**
TOP RANKED GLOBAL INVESTOR COUNSEL
866-767-3653   www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

NEWS PROVIDED BY
**Rosen Law Firm, P.A.** →
Mar 16, 2023, 17:29 ET

NEW YORK, March 16, 2023 /PRNewswire/ --

**WHY:** Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Credit Suisse Group AG (NYSE: CS) between **March 10, 2022 and March 15, 2023**, both dates inclusive (the "Class Period"). The Class Period was expanded to include more investors. If you wish to serve as lead plaintiff, you must move the Court **no later than May 8, 2023.**

**SO WHAT:** If you purchased Credit Suisse securities you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the Credit Suisse class action, go to https://rosenlegal.com/submit-form/?case_id=12359 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than May 8, 2023**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

**WHY ROSEN LAW:** We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources, or any meaningful peer recognition. Many of these firms do not actually litigate securities class actions. Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) contrary to Defendant Lehmann's representations in December 2022, the sharp increase in customer outflows Credit Suisse began experiencing in October 2022 remained ongoing; (2) accordingly, Credit Suisse had downplayed the impact of the Company's recent series of quarterly losses and risk and compliance failures on liquidity and its ability to retain client funds; (3) as a result, Credit Suisse had overstated the Company's financial position and/or prospects; and (4) as a result, the Company's public statements were materially false and misleading at all relevant times.

To join the Credit Suisse class action, go to https://rosenlegal.com/submit-form/?case_id=12359 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm, on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm/.

Attorney Advertising. Prior results do not guarantee a similar outcome.

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

cases@rosenlegal.com

www.rosenlegal.com

SOURCE Rosen Law Firm, P.A.