# EXHIBIT F

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILTON LINHARES, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, THOMAS GOTTSTEIN, ULRICH KORNER, DAVID R. MATHERS, and DIXIT JOSHI<br><br>   Defendants. | No. 1:23-CV-02246-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>MOTION DATE: June 5, 2023 |
| BRADEN TURNER, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, DIXIT JOSHI, THOMAS GOTTSTEIN, and DAVID R. MATHERS<br><br>   Defendants. | No. 1:23-cv-01476-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>MOTION DATE: June 5, 2023 |

*(Additional Case Caption Continued on Following Page)*

| | |
|---|---|
| PATRICK CALHOUN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, and DIXIT JOSHI<br><br>        Defendants. | No. 1:23-cv-01297-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>MOTION DATE: June 5, 2023 |

## DECLARATION OF ALI DIABAT IN SUPPORT OF HIS MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF COUNSEL

**KAHN SWICK & FOTI, LLC**

Kim E. Miller (*PHV* forthcoming)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Email: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Email: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant
Ali Diabat and Proposed Lead Counsel
for the Class*

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

Vincent M. Giblin
Richard F.X. Regan
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 347-2136
Telephone: (201) 907-5276
Email: vgiblin@decotiislaw.com
Email: rregan@decotiislaw.com

*Local Counsel for Lead Plaintiff
Movant Ali Diabat and Proposed
Liaison Counsel for the Class*

I, Ali Diabat, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration in support of my Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection Lead Counsel in the related class actions on behalf of investors in Credit Suisse Group AG ("Credit Suisse" or the "Company") ADSs and other securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I am a resident of Jordan and a Lawful Permanent Resident of the United States. I am a Professor of Civil and Urban Engineering at New York University Abu Dhabi. I obtained my B.Sc. in Mechanical Engineering from Jordan University of Science and Technology in 1999, my M.Sc. in Operations Research from North Carolina State University in 2003, and my Ph.D. in Industrial Engineering from Purdue University in 2008. In additional to my teaching and research roles at NYU Abu Dhabi, I am also an Associate Editor of the SME *Journal of Manufacturing Systems*, an Area Editor for the *Journal of Computers and Industrial Engineering*, and a member of the Mohammed Bin Rashid Academy of Scientists. The primary focuses of my research include logistics and supply chain management, healthcare logistics optimization, and production planning. I have published over 150 research papers and over 30 conference papers in leading journals and international conference proceedings.

3. I believe the related securities class actions against Credit Suisse are meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the Class. I suffered a substantial loss on my investments in Credit Suisse ADSs. It is for this reason that I decided to seek appointment as Lead Plaintiff in the related actions. I understand the responsibilities and duties of being a Lead Plaintiff, including my fiduciary duties to the Class.

4. I understand and appreciate a lead plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, I selected Kahn Swick & Foti, LLC ("KSF") to serve as Lead Counsel. Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe KSF is well-qualified to represent the Class. As part of my due diligence process, prior to my selection of KSF, I assessed the firm's qualifications and communicated with KSF Managing Partner Lewis S. Kahn.

5. I have directed KSF to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will continue to supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

6.     I understand that a lead plaintiff's share of any recovery is the same as every other potential Class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the Class representation, as ordered or approved by the Court pursuant to the PSLRA.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  4/24/2023

DocuSigned by:

F7EDAF1B71844D8...

Ali Diabat

3