# EXHIBIT H

# DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP
## LITIGATION

**ACCOMPLISHED, ADROIT, AND ADAPTABLE, OUR LITIGATION GROUP HAS PROVEN ITSELF SECOND TO NONE, TIME AND AGAIN.** Leaner and more efficient than the litigation groups of mega-firms, but with the resources and experience needed to match them, our Litigation Group earned and rests its reputation on results. In any forum, federal, state, or private, from pre-litigation advice through to final resolution, our litigators have the skills and expertise to optimize outcomes for our clients. Whether a case calls for aggressive legal action or quiet negotiation, our litigation team has the seasoned judgment and depth of knowledge to set the right course and achieve the desired goal.

Our Litigation Group has made its mark in virtually every arena and area of law, from major commercial lawsuits between large corporations to high profile estate battles among family members, from the representation of government agencies on novel constitutional issues to the defense of individuals in white collar prosecutions, from labor and employment and civil rights actions to environmental, land use, construction or healthcare disputes. Our litigating attorneys have hundreds of published opinions to their credit, reflecting the breadth of their success in trial and appellate courts alike, up to and including the Supreme Court of the United States.

While we are justifiably proud of our record of success in court, some of our most significant successes have involved outside-of-court resolutions to problems that appeared to require litigation, and the utilization of alternate dispute resolution techniques to cut short matters that were already in litigation. The firm's demonstrated ability to nip contentious disputes in the bud reflects our commitment to minimize the expense, delay and uncertainty of litigation – a commitment we make and uphold to all of our clients, institutional and individual. Where recourse to the courts is a must, though, the Litigation Group is wholly in its element, and enjoys the respect of opposing counsel and the judiciary alike.



Phone: 201.928.1100
Fax: 201.928.0588

61 South Paramus Road, Ste.250
Paramus, NJ 07652
United States of America

# VINCENT M. GIBLIN
## ATTORNEY AT LAW



**Vincent Giblin is an equity partner at DeCotiis and brings over 20 years of legal experience to the firm.**

An expert trial attorney, Mr. Giblin regularly appears as trial counsel in state and federal courts. His background includes handling complex federal litigation, white collar criminal defense and compliance matters for private corporate and not-for-profit organizations before civil and criminal government regulators, labor and employment matters, and complex ERISA benefit litigation.

Mr. Giblin regularly handles union and trust fund matters, complex commercial litigation, and white collar criminal defense and compliance issues. He also has extensive trial experience and regularly appears as counsel in the State and Federal courts. Mr. Giblin has handled class action lawsuits, trade secret litigation, First Amendment Constitutional matters, international business torts, minority shareholder actions and bankruptcy-related litigation. Mr. Giblin currently serves as the outside general counsel for the International Union of Operating Engineers representing over 450,000 members nationally.

Prior to beginning his private legal career, Mr. Giblin previously served as an Assistant U.S. Attorney in the District of New Jersey. For his efforts at the U.S. Attorney's Office, Mr. Giblin received special recognition from the U.S. Secret Service, U.S. Postal Inspection Service and the Federal Bureau of Investigation. He was also bestowed with the 2002 Administrator's Award, one of the highest honors by the U.S. Drug Enforcement Administration, for his



**DeCotiis, FitzPatrick, Cole & Giblin, LLP**

VGIBLIN@DECOTIISLAW.COM

Phone: 201.347.2136
Fax: 201.928.0588

61 South Paramus Road, Ste. 250
Paramus, NJ 07652
United States of America

# VINCENT M. GIBLIN
## ATTORNEY AT LAW

outstanding achievement in law enforcement.

 Trials that Mr. Giblin participated in include: United States v. Robert Kosch and Ravidath Ragbir, a wire fraud conspiracy involving $1 million in fraudulent mortgage proceeds; United States v. Luis Cruz, a gang-related crack cocaine conspiracy; and Walsh v. Walsh, a minority shareholder action involving complex corporate governance issues, executive compensation issues and the valuation of multiple related entities.

Mr. Giblin was a member of the Rutgers Intercollegiate Lacrosse Team. Following his graduation from Seton Hall University School of Law, he served as a law clerk for the Hon. Clarkson S. Fisher, U.S.D.J. for the U.S. District Court of the District of New Jersey.



# JEFFREY D. SMITH
## ATTORNEY AT LAW



Jeffrey Smith is a partner at DeCotiis. He is a member of the Executive Committee and Co-Chair of the Litigation Department. He joined the firm as a partner in 1998. He is also a member of the White Collar Litigation and Corporate Investigations practice group.

Mr. Smith concentrates his practice in White Collar and Corporate Investigations and Complex Litigation. He has wide trial and appellate experience with emphasis on the defense of federal and state criminal and regulatory cases and related civil litigation. Mr. Smith has defended corporate and individual clients in a broad cross-section of industries in investigations conducted by the U.S. Department of Justice, the Securities and Exchange Commission, the Commodity Futures Trading Commission and state Attorneys General. Mr. Smith also represents clients in complex civil litigation involving allegations of fraud, breach of contract, breaches of fiduciary duty, racketeering, violations of the federal False Claims Act and redevelopment litigation.

Prior to joining the firm in 1998, Mr. Smith was an Assistant United States Attorney for the United States Attorney's Office for the District of New Jersey from 1988 until 1998. He served in a number of roles, including the Civil Division and the Special Prosecutions Division, where he focused on the prosecution of public corruption cases. Mr. Smith was twice the recipient of the Justice Department's Director's Award for Superior Performance as an Assistant United States Attorney, in 1996 and 1997. Mr. Smith was designated a New Jersey Super Lawyer in 2005, and 2007-2021. ["Super Lawyers" are selected based on peer reviews and Super Lawyers Staff research. See https://www.superlawyers.com/about/selection_process.html. No aspect of Super Lawyers' advertising or designation has been approved by the New Jersey Supreme Court.]

Mr. Smith is a member of the American Bar Association, a Fellow of the American Bar Foundation and was a long-time Trustee for the Association of the Federal Bar of the State of New Jersey. Mr. Smith has served on the New Jersey Supreme Court's Advisory Committee on Expedited Civil Actions and Ad Hoc Committee for Attorney Malpractice. Mr. Smith was the President of the C. Willard Heckel Inn of Court at Rutgers School of Law-Newark from 2017-2019, has



**DECOTIIS**
DeCotiis, FitzPatrick, Cole & Giblin, LLP

JSMITH@DECOTIISLAW.COM

Phone: 201.907.5228
Fax: 201.928.0588

61 South Paramus Road, Ste. 250
Paramus, NJ 07652
United States of America

# JEFFREY D. SMITH
## ATTORNEY AT LAW

been an Executive Board member and Master since 2011, and is now a member of the Inn's Advisory Board.

He has lectured and served as an instructor in a variety of forums. Mr. Smith taught in the U.S. Justice Department's trial advocacy program and represented the Justice Department at a conference in Kiev, Ukraine regarding governmental and political corruption. Mr. Smith has participated as a faculty member in a number of panels addressing white collar crime, the federal False Claims Act, internal investigations, redevelopment litigation and other issues.

### Representative matters:

Representation of pharmaceutical company executives in U.S. Department of Justice antitrust investigations.

Representation of pharmaceutical company executives in investigations concerning alleged off-label sales and marketing practices.

Representation of numerous senior mortgage industry executives (CEO, Chief Operating Officer, Senior VP and Chief marketing officer) in mortgage and wire fraud prosecutions and investigations.

Representation of labor unions and officials in connection with federal grand jury investigations and related internal investigations.

Representation of medical device company executives in investigation concerning alleged fraud and anti-kickback violations.

Representation of ratings analyst in insider trading investigation and related SEC investigation and litigation.

Representation of international brownsfield redevelopment company and national real estate development companies in civil litigations concerning redevelopment, contract, and constitutional takings issues.

Representation of telecommunications company in an internal investigation concerning allegations of accounting fraud.

Mr. Smith received his B.A. magna cum laude from the University of Notre Dame. As an undergraduate he was a member of Omicron Delta Epsilon, the National Economics Honor Society.

He was awarded his J.D. from the Law School of the University of Pennsylvania. He has been a New Jersey resident for 25 years.

### Bar Admissions:
New York

New Jersey

United States District Court for the Southern District of New York

United States District Court for the Eastern District of New York

United States District Court for the District of New Jersey

3rd Circuit Court of Appeals

### Professional Memberships, Associations and Activities:

Association of the Federal Bar

American Bar Association

New Jersey State Bar Association

### Martindale-Hubbell Preeminent AV Rated


DECOTIIS
DeCotiis, FitzPatrick, Cole & Giblin, LLP

# BENJAMIN CLARKE
## ATTORNEY AT LAW

**Benjamin Clarke is a partner at DeCotiis. He joined the firm as a partner in 1995 and is Co-Chair of the firm's Litigation Practice Group.**

Mr. Clarke's accomplishments in the field of complex civil litigation have earned him widespread recognition, including an AV peer rating in Martindale Hubbell (highest rating), and repeated designation as a New Jersey Super Lawyer.  With more than 50 reported decisions to his credit, Mr. Clarke has made a career of handling complex, high-profile matters from trial through final appeal.  In the much-publicized estate battle of Perelman v. Cohen, he successfully defended the Hudson News enterprise and its owner against attack by multi-billionaire Ronald O. Perelman, and delivered for his clients the largest frivolous litigation sanction in New Jersey history.  Other notable cases Mr. Clarke has handled include defeat of Donald Trump's efforts to block development of Atlantic City's Marina District and construction of the Borgata, representation of the New Jersey State Police in individual and class action suits arising out of the "racial profiling" Turnpike controversy and defense of the Chief Justice of New Jersey against charges of film censorship.  Mr. Clarke has a diverse and broad practice of estate, commercial and tort litigation, with areas of concentration in civil rights law, construction law, employment law, estate law, government law, insurance coverage and defense.

Before joining DeCotiis, Mr. Clarke spent twelve years with the New Jersey Attorney General's Office, where, as Assistant Attorney General in Charge of Litigation, he was responsible for all civil litigation involving the State of New Jersey, its agencies and employees, and





DeCotiis, FitzPatrick, Cole & Giblin, LLP

BCLARKE@DECOTIISLAW.COM

Phone: 201.907.5210
Fax: 201.928.0588

61 South Paramus Road, Ste. 250
Paramus, NJ 07652
United States of America

# BENJAMIN CLARKE
## ATTORNEY AT LAW

for supervising the litigation activities of more than 400 attorneys in the Division of Law. In addition to arguing numerous cases before the Supreme Court of New Jersey, such as Abbott v. Burke, and acting as lead trial counsel in many prominent cases in state and federal court, Mr. Clarke also acted as the liaison to UMDNJ's Risk Management Department, in which capacity he oversaw all of that institution's medical malpractice litigation.

Mr. Clarke graduated first in his class at Rutgers College (B.A., English, 1976), and attended Yale Law School (J.D., 1979). He was fortunate to serve as a law clerk to the Hon. Milton Pollack, U.S.D.J., in the Southern District of New York, whose innovations in civil procedure and civil discovery have had a profound and lasting influence on modern federal practice.

**Bar Admissions:**

New Jersey (1979)

New York (1980)

**Professional Memberships, Associations and Activities:**

New Jersey State Bar Association

American Bar Association

**Martindale-Hubbell Preeminent AV Rated**



# RICHARD F.X. REGAN
## ATTORNEY AT LAW



**Richard F. X. Regan is a partner DeCotiis. He joined the firm in 2000. He is a senior member of the Firm's White Collar-Criminal Defense, Litigation, Corporate Investigation and Labor Law groups.**

Mr. Regan is well recognized as a top-notch litigation and trial attorney, with more than twenty-five years of legal experience in both State and federal Courts. His early mentors included one of New Jersey's most respected jurists and were among its most pre-eminent criminal defense and civil trial attorneys. His skill, tenacity and judgment in representation of clients has earned him recognition as a New Jersey Super Lawyer, one of Bergen's Top Lawyers, and a Member of the Nation's Top One Percent of attorneys. He holds an AV Preeminent rating from Martindale-Hubbell, the highest possible qualification that Martindale-Hubbell can bestow upon an attorney.

Mr. Regan has successfully represented individuals of every walk of life, including celebrities, professional athletes, union officials, law enforcement officers of all ranks and other high-profile public and private figures. On the public sector-side, he has represented numerous State, County and local public entities in connection with civil litigations and grand jury matters. He has handled major fraud, criminal and civil RICO state court cases in New Jersey, New York, Pennsylvania and Florida, and the federal courts in the Southern District of Florida, Eastern District of Pennsylvania, Southern and Eastern Districts of New York and the three vicinages of the United States District Court of New Jersey.

Mr. Regan has also served as special counsel to the Office of the City Clerk of the City of Newark on election matters and to other municipal and state governmental entities in defense of employment, wrongful termination and civil rights suits. His areas of practice include the representation of attorneys in matters of professional conduct.



DeCotiis, FitzPatrick, Cole & Giblin, LLP

RREGAN@DECOTIISLAW.COM

Phone: 201.907.5276
Fax: 201.928.0588
61 South Paramus Road, Ste. 250
Paramus, New Jersey 07652
United States of America

# RICHARD F.X. REGAN
## ATTORNEY AT LAW

Mr. Regan has argued cases before the United States Court of Appeals for the Third Circuit and the New Jersey Supreme Court.  He has served as a Master in the Hudson and Seton Hall University Law School Inns of Court and is a former Trustee of the New Jersey Association of Criminal Defense Lawyers. He has also lectured on topics of the United States Sentencing Guidelines, vehicular homicide and trial skills.

Mr. Regan received a BA, with *magna cum laude* honors, from Boston College.  Immediately thereafter, Mr. Regan was served as Director of the PULSE program at Boston College overseeing approximately 230 undergraduate students' -participation in a number of community-service based projects that were affiliated with academic courses offered in the University's Philosophy and Theology Departments.

 Mr. Regan received his Juris Doctorate, with *cum laude* honors,  from Seton Hall University School of Law in 1983. Thereafter he served a judicial clerkship in General Equity in New Jersey Superior Court-Morris County, New Jersey with the Honorable Reginald Stanton.

## Bar Admissions:

New Jersey 1983

3rd Circuit, United States Court of Appeals

U.S. District Court of New Jersey

## Professional Memberships, Associations and Activities:

Association of Criminal Defense Lawyers of New Jersey

New Jersey State Bar Association

Hudson County Bar Association, Criminal Practice Committee (past membership)

Master in Hudson County Inns of Court and Seton Hall Inns of Court (past)

## Martindale-Hubbell Preeminent AV Rated



# ALEXANDER HEMSLEY, III
## ATTORNEY AT LAW

Alexander Hemsley, III is a partner at DeCotiis.  He joined the firm in 2005 and became a partner in 2006.  He is a member of the Litigation practice group.

For over 25 years, Mr. Hemsley has handled a wide array of civil litigation matters in both the state and federal courts. He has represented both private and public sector clients in labor and employment litigation involving claims under the Employee Retirement Income Security Act (ERISA) and the Taft-Hartley Act, environmental litigation involving claims under the Federal Superfund law (CERCLA), the Resource Conservation and Recovery Act (RCRA), and the New Jersey Spill Compensation and Control Act, as well as redevelopment litigation and land use litigation. Mr. Hemsley has also handled numerous complex commercial cases and appellate matters. Mr. Hemsley has trial experience and routinely appears in both state and federal courts.  He holds an AV Preeminent rating from Martindale-Hubbell Peer Review Ratings, which is the highest ranking available.



Mr. Hemsley received his B.A. magna cum laude from Seton Hall University in 1991 and his J.D., also from Seton Hall, in 1994, where he was a member of the Moot Court Board. Mr. Hemsley is a New Jersey native and lifetime resident.

## Bar Admissions:

New Jersey (1994)

U.S. District Court, District of New Jersey (1994)

Pennsylvania (1994 -- currently inactive)

Third Circuit Court of Appeals (2007)

## Professional Memberships, Associations and Activities:

American Bar Association

## Martindale-Hubbell Preeminent AV Rated



AHEMSLEY@DECOTIISLAW.COM

Phone: 201.907.5235

Fax: 201.928.0588

61 South Paramus Road, Ste. 250

Paramus, NJ 07652

United States of America

# JOHN A. STONE
## ATTORNEY AT LAW

John A. Stone is a partner in DeCotiis' New Jersey and New York offices. He joined the firm as a partner in 2008 and is a member of the Litigation, Intellectual Property, Complex Business and Construction practice groups.

Mr. Stone's practice focuses on complex business matters, including trade secret and intellectual property litigation, unfair competition and tortious interference claims, insurance coverage cases, construction and land use disputes and intra-company disputes, as well as Constitutional claims and Section 1983 cases. Mr. Stone also litigates claims for injunctive and other equitable remedies, including in New Jersey's Chancery Division, and New York's Supreme Courts' Commercial Divisions. He has tried lender liability, tortious interference, fraudulent conveyance, oppressed shareholder cases and actions in lieu of prerogative writ. His cases include:



- "Put-back" litigation based on fraud, breach of contract and warranty, and failure-to-cure claims arising from multi-million-dollar sales of mortgage "pools," pursuant to a Master Purchase and Sale Agreement which governed a Real Estate Mortgage Investment Conduit; and defending a securities fraud suit brought by the New Jersey Bureau of Securities.

- A founder of a pharmaceutical corporation's claims against the management that took over that company after it went public, regarding control, management, and proprietary rights.

- A suit between parties to a pharmaceutical joint venture regarding trade secrets and profits.

- A dispute between the estates of two deceased partners and the remaining partner in a real estate development company regarding management, control and rights to properties and profits.

- "Corporate divorces" between principals of closely held pharmaceutical distributorships and motorcycle dealerships.

- Applications for injunctive relief between generic drug manufacturers, sellers and importers of clothing, and between creators and designers of an "app."

- Construction delay, negligent design, breach of warranty, breach of contract, and wrongful or exaggerated lien claims concerning highway bridge repairs, a sewage treatment plant, and commercial office and public school buildings.

- Land use and prerogative writ litigation, including major residential and commercial development, regarding the water supply for a multi-track residential development, and expansion of a large suburban mall.

**DECOTIIS**
DeCotiis, FitzPatrick, Cole & Giblin, LLP

JSTONE@DECOTIISLAW.COM

Phone: 201.347.2126
Fax: 201.928.0588

61 South Paramus Road, Ste. 250, Paramus, NJ 07652, USA

JSTONE@DECOTIISLAW.COM

7 Stokum Lane, New City, NY 10956 USA

Phone: (845) 352-0206
Fax: (845) 352-0481

# JOHN A. STONE
## ATTORNEY AT LAW

- Claims regarding an exclusive insurable interest in, fire insurance proceeds from, and replacement value of a multi-unit apartment building; and suits concerning insurance coverage for a trucking fleet damaged by Hurricane Sandy, advertising injury, and franchisor liability.

- Defending pharmaceutical anti-trust claims and analyzing pharmaceutical supply contracts.

- An unconventional and successful undue influence claim based on an enabler-beneficiary's control over alcoholic-decedent and forensic psychiatric analysis, despite decedent's lucidity when naming his beneficiary.

## Education
- University of Richmond, Virginia School of Law, J.D. – 1985
- Cambridge University, Cambridge, England, studying International Law
- Franklin & Marshall College, B.A. – 1982

## Bar Admission
- New Jersey, 1985
- U.S. District Court District of New Jersey, 1985
- U.S. Bankruptcy Court of New Jersey, 1985
- U.S. Court of Appeals 3rd Circuit, 2005
- New York, 1987
- U.S. District Court, Southern District of New York, 1987
- U.S. District Court, Eastern District of New York, 1987
- U.S. Bankruptcy Court, Southern District of New York, 1987
- U.S. District Court, Eastern District of New York, 1987

## Practice Areas
- Complex Business Matters
- Litigation
- Construction
- Intellectual Property

## Published Works
- The Secret To Cross-Border Trade Secret Protection: How to collaborate to enforce your cross-border trade secrets, https://www.scla.world/the-secret-to-cross-border-trade-secret-protection-how-to-collaborate-to-enforce-your-cross-border-trade-secrets/ Swiss Chinese Law Journal, (April 2023)
- The U.S. Defend Trade Secrets Act And China's Anti-Unfair Competition Law; Why Extraterritoriality And Extra Territories In Which To Litigate Are Not The Same Thing, American Bar Association, Litigation Section IP Litigation News Letter (December 13, 2021)
- How a Victim of Trade Secret Misappropriation May Obtain Unjust Enrichment Damages Based on Cost Avoidance Calculations, American Bar Association's Business Torts and Unfair Competition Section's Business Torts Journal, Volume 27, Issue 1 (Winter 2020).
- Eurika! Discovering Trade Secret Protection for Unpatentable Discoveries, American Bar Association, Litigation Section's IP Litigation Newsletter (July 8, 2020)
- Trade Secrets: an alternative for life sciences IP? Life Sciences and Intellectual Property Review (July 7, 2020)
- The Secret to Trade Secrets is Keeping Your Secrets Secret", American Bar Association's Litigation Section's IP Litigation News Letter (Spring 2019).
- Seize the Day, or at Least the Trade Secrets: Protecting Trade Secrets Against Cyber Theft Using the New Jersey Trade Secret Act and the Defend Trade Secrets Act, New Jersey Lawyer Magazine (December 2016).
- Preemption Is No Secret: Exploring The Preemptive Effect Of Trade Secret Legislation, American Bar Association Litigation Section, IP Litigation Newsletter (Winter 2014).

# JOHN A. STONE
## ATTORNEY AT LAW

- The Forthright Negotiator Principle:   Low-Hanging Equitable Fruit That's Ripe for Picking, New Jersey Lawyer Magazine (April 2014/No. 287).
- Reversal Of Fortune: The Reverse Engineering Defense Under the NJTSA, New Jersey Law Journal, Intellectual Property & Life Sciences Supplement (September 17, 2012).
- Viability of Theft-of-Idea Claims After Passage of the N.J. Trade Secrets Act, New Jersey Law Journal, Intellectual Property & Life Sciences Supplement (April 9, 2012).
- Managing Discovery to Prevent Fishing Expeditions in Trade Secret Litigation, New Jersey Lawyer Magazine (June 2009/No. 258)
- Sub-Prime Market Crisis Challenges Fiduciaries to Account to Investors; Court Alters Landscape in Which Fiduciaries Operate, New Jersey Law Journal (June 23, 2008).
- Attorneys Fees for the Surety When Surety and Principal Retain Separate Counsel, New Jersey Insurance Law & Regulation Reporter, Volume 3, No. 2 (March 1993).

## Representative Cases
- Transcience Corporation v Big Time Toys, LLC, 50 F.Supp.3d 441 (S.D.N.Y. 2014)
- New York Pipeline Mechanical Contractors, LLC v Sabema Plumbing & Heating Co., Inc., 2012 WL 1553642 (D.N.J.2012)
- American Millennium Insurance Co. v First Keystone Risk Retention Group, 2009 WL 1553642 (3rd Cir. 2009)
- American Millennium Insurance Co. v First Keystone Risk Retention Group, 2008 WL 2354935 (D.N.J.2008)
- Egan vs. Holmes, 2008 WL 238947 (App. Div. 2008)
- Bailey vs. Palladino, 2006 WL 2068136 (App. Div. 2006)
- Cacciatore vs. County of Bergen, 2005 WL 3588489 (D.N.J. 2005)
- Schundler vs. Donovan, 377 N.J. Super. 339 (App. Div. 2005), aff'd, 183 N.J. 383 (2005)
- Rella v North Atlantic Marine, Ltd., 2004 WL 248409 and 2004 WL 1418021 (S.D.N.Y. 2004)
- State vs. Township of Lyndhurst, 278 N.J. Super. 192 (Ch. Div. 1994)
- Petition of Shearson Lehman Bros., Inc., 594 F.2d 723 (S,Ct, New York County 1993)
- In Re Rosen, 151 B.R. 648 (Bkrtcy. E.D.N.Y. 1993)
- Waldorf vs. Shuta, 96 F.2d 723 (3rd Cir. 1990)
- I.C.C. Industries Inc. v. GATX Terminals Corporation, 690 F.Supp.1282 (S.D.N.Y. 1988)

## Classes, Seminars & Public Speaking
- Lecturer, Trade Secret IP Protection & Management, European Cross-Industry Summit, Brussels, Belgium (December 2022)
- Lecturer, Federal Defend Trade Secrets Act, in webinars presented by The Knowledge Group (2015-present)
- Lecturer, Trade Secret Law, in webinar sponsored by the World Intellectual Property Review and the Life Sciences Intellectual Property Review (2020 and 2021)
- Lecturer, IPR Gorilla, Virtual IP Conference (2021)
- Lecturer, Trade Secret Law, International Intellectual Property Law Association, Virtual Summit (2020)
- Moderator and Lecturer, Trade Secret Law, New Jersey Bar Association Conventions (2015 and 2017)
- Lecturer, The law of trade secrets, trade dress, and theft-of-ideas, NJ CLE (2012)
- Lecturer, Construction Law, in seminars presented by National Business Institute Seminars on Construction Law (2017 and 2018)

## Professional Associations And Positions
- Co-Chair of the American Bar Association's Litigation Section's Trade Secret Subcommittee
- Co-editor of the American Bar Association's Litigation Section's IP Litigation Newsletter
- New Jersey State Bar Association

# ROBERT MCGOWAN
## ATTORNEY AT LAW

Robert McGowan is an associate at DeCotiis. He is a member of the Labor and Employment, Employee Benefits, and Litigation practice groups.

Prior to joining the firm, Mr. McGowan served as a law clerk to the Honorable Christopher D. Rafano in both the Family and Civil Divisions of the New Jersey Superior Court. In that capacity, Mr. McGowan performed legal research, drafted orders for pre and post judgment motions, and assisted the Court in drafting trial court opinions on a variety of subject areas.

A lifelong native of New Jersey, Mr. McGowan attended Rutgers University where he graduated with honors. He went on to receive his J.D. from Seton Hall Law where he earned the Distinguished Scholarship award.



## Bar Admissions:

New Jersey (2017)

U.S. District Court, District of New Jersey (2017)

New York (Pending)



RMCGOWAN@DECOTIISLAW.COM

Phone: 201.347-2102
Fax: 201.928-0588

61 South Paramus Road, Ste. 250
Paramus, NJ 07652
United States of America

# KEGAN SHEEHAN

## ATTORNEY AT LAW

**Kegan Sheehan is an Associate at DeCotiis, working primarily with the firm's Litigation Practice Group.**

He joined the firm as a law clerk in 2021 while finishing his J.D. at Seton Hall University School of Law, where he graduated, cum laude, in 2022. While attending law school, he served as a judicial intern to the Honorable Jaynee LaVecchia of the New Jersey Supreme Court; a Senior Editor of the Seton Hall Law Review; a member of the school's Interscholastic Moot Court Board, earning Best Brief honors in the 2022 National Online Moot Court Competition; and as a student attorney for the Center for Social Justice's Impact Litigation Clinic, in which capacity he argued before the United States Court of Appeals for the Second Circuit.

Prior to embarking on his legal career, Mr. Sheehan spent six years working in New York government and politics, having most recently served as the Legislative and Communications Director for the Honorable Robert E. Cornegy, Jr., Chair of the New York City Council's Committee on Housing & Buildings. In that role, Mr. Sheehan marshaled the Council Member's legislative agenda and managed all public relations for the office, working regularly with various interest groups and stakeholders across government, non-profits, and the private sector, as well as major media outlets. He also participated in the annual budget process, helping to direct significant portions of New York City's $89 billion budget to community groups and non-profit developers in connection with affordable housing development, economic development, community policing initiatives, and more.

In his spare time, Mr. Sheehan is a highly accomplished bagpiper, having won the World Pipe Band Championships in 2017 and 2019 as a member of the Inveraray & District Pipe Band based in Scotland. He also teaches and performs throughout the





KSHEEHAN@DECOTIISLAW.COM

Phone: 201.347-2143
Fax: 201.928.0588
61 South Paramus Road, Ste. 250
Paramus, NJ 07652
United States of America

# KEGAN SHEEHAN
## ATTORNEY AT LAW

northeast United States and Canada as an instructor and Pipe Major of the St. Columcille United Gaelic Pipe Band, Inc. based in Kearny, NJ.

**Education:**

Seton Hall University School of Law, Newark, New Jersey, J.D. - 2022
  Honors: cum laude

Vassar College, Poughkeepsie, New York, B.A. - 2013

