# APPENDIX A

