# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILTON LINHARES, Individually and On Behalf of All Others Similarly Situated, <br><br>         Plaintiff, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, THOMAS GOTTSTEIN, ULRICH KORNER, DAVID R. MATHERS, and DIXIT JOSHI <br><br>         Defendants. | No. 1:23-CV-02246-KMW-SAK <br><br> Hon. Karen M. Williams, U.S.D.J. <br><br> Hon. Sharon A. King, Mag. <br><br> MOTION DATE: June 5, 2023 |
| BRADEN TURNER, Individually and On Behalf of All Others Similarly Situated, <br><br>         Plaintiff, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, DIXIT JOSHI, THOMAS GOTTSTEIN, and DAVID R. MATHERS <br><br>         Defendants. | No. 1:23-cv-01476-KMW-SAK <br><br> Hon. Karen M. Williams, U.S.D.J. <br><br> Hon. Sharon A. King, Mag. <br><br> MOTION DATE: June 5, 2023 |

*(Additional Case Caption Continued on Following Page)*

| | |
|---|---|
| PATRICK CALHOUN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, and DIXIT JOSHI<br><br>Defendants. | No. 1:23-cv-01297-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>Hon. Sharon A. King, Mag.<br><br>MOTION DATE: June 5, 2023 |

**DECLARATION OF VINCENT M. GIBLIN IN FURTHER SUPPORT OF MOTION OF ALI DIABAT FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF COUNSEL AND IN OPPOSITION <u>TO THE COMPETING MOTIONS FOR APPOINTMENT</u>**

**KAHN SWICK & FOTI, LLC**

Kim E. Miller (*PHV* forthcoming)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Email: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Email: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Ali Diabat and Proposed Lead Counsel for the Class*

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

Vincent M. Giblin
Richard F.X. Regan
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 347-2136
Telephone: (201) 907-5276
Email: vgiblin@decotiislaw.com
Email: rregan@decotiislaw.com

*Local Counsel for Lead Plaintiff Movant Ali Diabat and Proposed Liaison Counsel for the Class*

I, Vincent M. Giblin, hereby declare as follows:

1.      I am a partner of the law firm of DeCotiis, FitzPatrick, Cole & Giblin, LLP, Local Counsel for Lead Plaintiff Movant Ali Diabat ("Professor Diabat" or "Movant").

2.      I have personal knowledge of the facts set forth herein.

3.      I submit this Declaration, together with the attached exhibits, in further support of Professor Diabat's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of his Selection of Counsel for the Class and in Opposition to the Competing Motions for Appointment.

4.      Attached as exhibits are true and correct copies of the following:

Exhibit A:   Supplemental Declaration of Kim E. Miller

Exhibit B    Registrant Excerpt from Securities Commission of the Bahamas

Exhibit C:   Excerpts from Core Capital Website (accessed May 22, 2023)

Exhibit D:   Excerpts from AT1 Prospectus (Dec. 2, 2020)

Exhibit E:   February 9, 2023, Credit Suisse Group AG Tick-by-Tick Data

Exhibit F:   Trade confirmations for all Class Period transactions in Credit Suisse Securities by Ali Diabat

Exhibit G:   Declaration of Cihan Topcu with exhibits

Exhibit H:   Mehmet Resit As LinkedIn Page

Exhibit I:   Excerpts from Rus Agro Trade Website (accessed May 22, 2023)

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 22nd day of May, 2023, at Paramus, New Jersey.

/s/ Vincent M. Giblin
Vincent M. Giblin

2