# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILTON LINHARES, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, THOMAS GOTTSTEIN, ULRICH KORNER, DAVID R. MATHERS, and DIXIT JOSHI<br><br>   Defendants. | No. 1:23-CV-02246-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>Hon. Sharon A. King, Mag.<br><br>MOTION DATE: June 5, 2023 |
| BRADEN TURNER, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, DIXIT JOSHI, THOMAS GOTTSTEIN, and DAVID R. MATHERS<br><br>   Defendants. | No. 1:23-cv-01476-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>Hon. Sharon A. King, Mag.<br><br>MOTION DATE: June 5, 2023 |

*(Additional Case Caption Continued on Following Page)*

| | |
|---|---|
| PATRICK CALHOUN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, and DIXIT JOSHI<br><br>Defendants. | No. 1:23-cv-01297-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>Hon. Sharon A. King, Mag.<br><br>MOTION DATE: June 5, 2023 |

## DECLARATION OF KIM E. MILLER IN FURTHER SUPPORT OF MOTION OF ALI DIABAT FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF COUNSEL AND IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT

**KAHN SWICK & FOTI, LLC**

Kim E. Miller (*PHV* forthcoming)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Email: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Email: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Ali Diabat and Proposed Lead Counsel for the Class*

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

Vincent M. Giblin
Richard F.X. Regan
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 347-2136
Telephone: (201) 907-5276
Email: vgiblin@decotiislaw.com
Email: rregan@decotiislaw.com

*Local Counsel for Lead Plaintiff Movant Ali Diabat and Proposed Liaison Counsel for the Class*

I, Kim E. Miller, hereby declare as follows:

1.    I am a partner of the law firm of Kahn Swick & Foti, LLC, Counsel for Lead Plaintiff Movant Ali Diabat ("Professor Diabat") and Proposed Lead Counsel for the Class.

2.    I have personal knowledge of the facts set forth herein.

3.    I submit this Declaration in further support of Professor Diabat's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of his Selection of Counsel and in Opposition to the Competing Motions for Appointment.

4.    In the afternoon of May 22, 2023, I received a voicemail message from Alex Hood, partner at Pomerantz LLP and counsel for lead plaintiff movant Core Capital. I returned the call and spoke to him within about an hour thereafter. Mr. Hood asked me to confirm whether I am going forward with my client's motion for lead plaintiff. I said yes. He then said he had a point of information regarding his client. He said that his client is not seeking to be lead plaintiff "of the entire case" or "of the ADSs." He stated his client had losses in "bonds only" and wants to be "lead for the bonds." I asked him if that was all the information and he said yes, and we then signed off and ended the call.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 22nd day of May, 2023 at Greenwich, Connecticut.

/s/ Kim E. Miller
Kim E. Miller

2