# EXHIBIT B

**Securities Industry Act, 2011**



**Registrants as at 30 April 2023**

| LICENSEE | CATEGORIES | CONTACT PERSON | EMAIL | ADDRESS | P.O. BOX | Registered Representatives | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CEO | COMPLIANCE OFFICER | TRADING REP | ADVISING REP | MANAGING REP |
| Colina Financial Advisors Limited (CFAL) | 1. Managing Securities 2. Advising on Securities | Anthony Ferguson | aferguson@cfal.com; info@cfal.com; sthurston@cfal.com; mtknowles@cfal.com | 308 East Bay Street | CB-12407 | Anthony Ferguson | Monique Knowles | N/A | Anthony Ferguson Pamela Musgrove | Anthony Ferguson Pamela Musgrove |
| Coralisle Pension Services (Bahamas) Limited | 1. Dealing in Securities as Agent 2. Arranging Deals 3. Managing Securities 4. Advising on Securities | Larry Gibson | Larry.Gibson@cgcoralisle.com; Jonelle.Gardiner@cgcoralisle.com; Derek.Smith@cgcoralisle.com | 2nd Floor Atlantic House, Collins Avenue | SS-6246 | Larry Gibson | Derek Smith | Kriston Moore | Larry Gibson | (Vacant) |
| Core Capital Partners Ltd. | 1. Dealing in Securities as Agent 2. Arranging Deals 3. Managing Securities 4. Advising on Securities | Kristy Kemp | kkemp@paradigm-advisor.com asm@ccpl.capital | #3 Windsor Business Park Nassau, Bahamas | SP-63035 | (Vacant) | Kristy Kemp | Alma McIntosh | Alma McIntosh | Alma McIntosh |
| Corner Bank (Overseas) Limited | 1. Dealing in Securities as Agent or Principal, Includinig Underwriting 2. Managing Securities 3. Advising on Securities | Christine Russell | christine.russell@corner.bs; ruch@corner.bs; info@corner.bs; jennifer.rahming@corner.bs | 1st Floor 308 East Bay Street | N-7134 | Christine Russell | Jennifer Rahming | Davide Sergio Bonetti; Shakema Sweeting; Eronjha McIntosh; Shevonne Rahming | Davide Sergio Bonetti; Birgit Ludig-Dridi; Annamarie Garraway; Orazio Defilippis; Andrea Fronzoni | Orazio Defilippis Davide Sergio Bonetti |
| CPL Advisors Limited | 1. Managing Securities | Jonecka Wright | JWright@winterbotham.com | Winterbotham Place Marlborough & Queen Streets | N- 3026 | Agustin del Rio | Anja Charles | N/A | N/A | Agustin del Rio |
| Credit Suisse AG, Nassau Branch | 1. Dealing in Securities as Principal & Agent 2. Arranging Deals. 3. Managing Securities 4. Advising on Securities | Ghislane Wilkinson; Peter Waller | ghislane.wilkinson@credit-suisse.com; peter.waller@credit-suisse.com; list.csnbnotice@credit-suisse.com; jeunesse.osadebaybullard@credit-suisse.com | 4th Floor The  Financial Centre, Shirley & Charlotte Streets | N-4928 | (Vacant) | Jeunesse Osadebay-Bullard | Thomas Markus Karrer; Oliver Turner; Thiago Pereira; Guilherme Bianchi; Pedro Moreira Alexandre | Thomas Markus Karrer; Guilherme Bianchi; Leonam Oliveira; Thiago Riberio Barroso Pereira; Oliver Turner; Pedro Moreira Alexandre | (Vacant) |
| Credit Suisse Brazil (Bahamas) Limited | 1. Dealing in Securities as Principal & Agent | Vaughn Marvin Gibson | vaughn.gibson@credit-suisse.com; jeunesse.osadebaybullard@credit-suisse.com | 4th Floor Bahamas Financial Centre, Shirley & Charlotte Streets | N-3241 | Vaughn Marvin Gibson | Jeunesse Osadebay-Bullard | N/A | N/A | N/A |