# EXHIBIT C

☰  NAVIGATION

| LONDON | ZURICH | NEW YORK |
|---|---|---|
| MON 12:47PM GMT | MON 1:47PM CET | MON 7:47AM EST |

NASSAU
MON 7:47AM EST





# WHY THE BAHAMAS

Independent since 1973, The Bahamas is a sovereign nation with over 280 years of parliamentary democracy, a stable economy; with the ability to set its own economic, political and regulatory policy in the best interests of country and clients – thereby reducing political and country risk.

The Bahamas has a sound system of law and protected rights of appeal based on English common law principles, with a strong independent and impartial judiciary. The final court is the Privy Council (London).

A blue-chip, well-regulated and cooperative financial center, The Bahamas has continuously been attentive to the requirements of the marketplace – providing an array of customized amenities and products.

The Bahamas offers an international business and finance environment that serves the demands of private and corporate entities through the country's political and economic permanence and stability. Recognized as a sound environment for foreign direct investment with an alluring regulatory administration, other benefits of doing business in the Bahamas include a contemporary infrastructure and capacity, cost competitiveness; no taxation on income, capital gains, wealth or inheritance, and nominal taxes on businesses that are non-resident – not transacting with Bahamians or local economy.

© Copyright CORE Capital Partners Limited, The Bahamas. All Rights Reserved.

Wordpress Web Development: Thyme Online Ltd

☰ NAVIGATION

| | | |
|---|---|---|
| **LONDON** | **ZURICH** | **NEW YORK** |
| MON 12:49PM GMT | MON 1:49PM CET | MON 7:49AM EST |
| | | **NASSAU** |
| | | MON 7:49AM EST |





# REGULATORY ADVANTAGE

The Securities Commission of The Bahamas (SCB) is a member of and honors the international standards of The International Organization of Securities Commissions (IOSCO) and the Council of Securities Regulators of the Americas (COSRA).

The SCB attained "A" signatory status in December 2012, which is the Global certificate vis-à-vis the interchange of information to counter cross-border fraud and securities violations.

Industry standards, best practices and internationally acknowledged anti-money laundering administration are reinforced by legislation.

The Bahamas is an **ideal** jurisdiction for business development and CORE utilizes the strengths that the jurisdiction offers to benefit our clients' diverse needs and requirements.

## USEFUL LINKS

The Securities Commission of The Bahamas – www.scb.gov.bs

The Central Bank of The Bahamas – www.centralbankbahamas.com

Bahamas Financial Services Board – www.bfsb-bahamas.com

The  Bahamas Association of Compliance Officers – www.bacobahamas.com

© Copyright CORE Capital Partners Limited, The Bahamas. All Rights Reserved.

Wordpress Web Development: Thyme Online Ltd