# EXHIBIT F

 **DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA, NE 68103-2209**

## Confirmation Notice

**ALI DIABAT**


| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 34622623933 | A | TD AMERITRADE | | |
| Activity | Quantity | CUSIP Number | Price | Principal Amount | Misc Fees | Reg Fee |
| YOU BOUGHT | 100,000 | 225401108 | 10.3689 | 1,036,890.00 | | 0.00 |
| As of Trade Date | Trade Date | Settlement Date | Interest | Commission/Fee | Net Amount | |
| | 05/05/2021 | 05/07/2021 | | 0.00 | 1,036,890.00 | |
| Symbol | | | Trade Description | | | |
| CS | CREDIT SUISSE GROUP ADR SPONSORED | | | | | |

**THIS IS AN UNSOLICITED TRADE**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**

 **Ameritrade**

**DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA, NE 68103-2209**



## Confirmation Notice

**ALI DIABAT**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 35027454404 | A | TD AMERITRADE | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU SOLD | 100,000 | 225401108 | 10.67 | 1,067,000.00 | | 11.39 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | **Net Amount** | |
| | 05/26/2021 | 05/28/2021 | | 0.00 | 1,066,988.61 | |
| **Symbol** | | | **Trade Description** | | | |
| CS | CREDIT SUISSE GROUP ADR SPONSORED | | | | | |

**CONFIRMATION OF TAX LOT METHOD AVAILABLE VIA GAIN/LOSS PAGE.**
**THIS IS AN UNSOLICITED TRADE**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**
**\*CLBL - If the above security description includes a "CLBL" notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.**



**DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA, NE 68103-2209**



## Confirmation Notice

**ALI DIABAT**



| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 35083928986 | A | TD AMERITRADE | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 150,000 | 225401108 | 10.94 | 1,641,000.00 | | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | **Net Amount** | |
| | 05/28/2021 | 06/02/2021 | | 0.00 | 1,641,000.00 | |
| **Symbol** | | | **Trade Description** | | | |
| CS | CREDIT SUISSE GROUP ADR SPONSORED | | | | | |

**THIS IS AN UNSOLICITED TRADE**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**
**\*CLBL - If the above security description includes a "CLBL" notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.**

 

**DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA, NE 68103-2209**

### Confirmation Notice

**ALI DIABAT**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 39343059820 | A | TD AMERITRADE | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 116,666 | 225401108 | 9.36 | 1,091,993.76 | | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | **Net Amount** | |
| | 12/13/2021 | 12/15/2021 | | 0.00 | 1,091,993.76 | |
| **Symbol** | | | **Trade Description** | | | |
| CS | CREDIT SUISSE GROUP ADR SPONSORED | | | | | |

**THIS IS AN UNSOLICITED TRADE**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**
**\*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.**

 

**DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA, NE 68103-2209**



### Confirmation Notice

**ALI DIABAT**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 41049516993 | A | TD AMERITRADE | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 33,334 | 225401108 | 7.88 | 262,671.92 | | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | **Net Amount** | |
| | 03/01/2022 | 03/03/2022 | | 0.00 | 262,671.92 | |
| **Symbol** | | | **Trade Description** | | | |
| CS | | CREDIT SUISSE GROUP ADR SPONSORED | | | | |

**THIS IS AN UNSOLICITED TRADE**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**
**\*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.**



**DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA, NE 68103-2209**



## Confirmation Notice

**ALI DIABAT**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 48787150155 | A | TD AMERITRADE | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 150,000 | 225401108 | 2.24 | 336,000.00 | | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | **Net Amount** | |
| | 03/16/2023 | 03/20/2023 | | 0.00 | 336,000.00 | |
| **Symbol** | | | **Trade Description** | | | |
| CS | | CREDIT SUISSE GROUP ADR SPONSORED | | | | |

**THIS IS AN UNSOLICITED TRADE**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**
**\*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.**

 

**DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA, NE 68103-2209**

## Confirmation Notice

**ALI DIABAT**



| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 48820134296 | A | TD AMERITRADE | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Misc Fees** | **Reg Fee** |
| YOU BOUGHT | 14,000 | 225401108 | 1.96 | 27,440.00 | | 0.00 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission/Fee** | **Net Amount** | |
| | 03/17/2023 | 03/21/2023 | | 0.00 | 27,440.00 | |
| **Symbol** | | | **Trade Description** | | | |
| CS | CREDIT SUISSE GROUP ADR SPONSORED | | | | | |

**THIS IS AN UNSOLICITED TRADE**

**FOR FURTHER INFORMATION REGARDING YOUR TRADE CONFIRMATION**
**PLEASE REFER TO THE TERMS AND CONDITIONS.**
**\*CLBL - If the above security description includes a 'CLBL' notation, this transaction involves a debt security that is subject to call or redemption before maturity. The debt security may be called or redeemed in whole or in part before maturity which could affect its yield. Additional information is available upon request.**