# EXHIBIT G

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILTON LINHARES, Individually and On Behalf of All Others Similarly Situated, | No. 1:23-CV-02246-KMW-SAK |
| | Hon. Karen M. Williams, U.S.D.J. |
| Plaintiff, | MOTION DATE: June 5, 2023 |
| v. | |
| CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, THOMAS GOTTSTEIN, ULRICH KORNER, DAVID R. MATHERS, and DIXIT JOSHI | |
| Defendants. | |
| BRADEN TURNER, Individually and On Behalf of All Others Similarly Situated, | No. 1:23-cv-01476-KMW-SAK |
| | Hon. Karen M. Williams, U.S.D.J. |
| Plaintiff, | MOTION DATE: June 5, 2023 |
| v. | |
| CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, DIXIT JOSHI, THOMAS GOTTSTEIN, and DAVID R. MATHERS | |
| Defendants. | |

*(Additional Case Caption Continued on Following Page)*

| | |
|---|---|
| PATRICK CALHOUN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, and DIXIT JOSHI<br><br>        Defendants. | No. 1:23-cv-01297-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>MOTION DATE: June 5, 2023 |

## DECLARATION OF CIHAN TOPCU IN SUPPORT OF MOTION OF ALI DIABAT FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF COUNSEL AND IN OPPOSITION TO THE <u>COMPETING MOTIONS FOR APPOINTMENT</u>

**KAHN SWICK & FOTI, LLC**

Kim E. Miller (*PHV* forthcoming)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Email: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Email: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant*
*Ali Diabat and Proposed Lead Counsel*
*for the Class*

**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**

Vincent M. Giblin
Richard F.X. Regan
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Telephone: (201) 347-2136
Telephone: (201) 907-5276
Email: vgiblin@decotiislaw.com
Email: rregan@decotiislaw.com

*Local Counsel for Lead Plaintiff*
*Movant Ali Diabat and Proposed*
*Liaison Counsel for the Class*

I, Cihan Topcu , hereby declare as follows:

1. I am a Turkish attorney duly registered with the Istanbul Bar Association, registry number 59739, with a business address in Turkey of Sultan Selim Mahallesi, Hümeyra Sokağı, No:7/108.

2. I have been engaged by Lewis Kahn, of Kahn, Swick & Foti, LLC, to conduct an investigation into Rus Agro Trade Gıda Yem Tarım Dış Ticaret Anonim Şirketi (the "Company"), and Mehmet Resit As, co-founder of the Company along with Halil As.

3. I have personal knowledge of the facts set forth herein.

4. True and correct translated copies of all documents referenced herein are attached as exhibits to this declaration.

**The Company**

5. According to the Company's Articles of Association published in the Turkey Trade Registry Gazette No. 9912, dated September 19, 2019, Rus Agro Trade Gıda Yem Tarım Dış Ticaret Anonim Şirketi (English: "Rus Agro Trade Food Agriculture Animal Feed Foreign Trade Joint Stock Company") was established on September 13, 2019, in Istanbul, Turkey.

6. The founders of the Company are: (1) Halil As, with Turkish ID number 612*******64, residing at Mersin/Mezitli; and (2) Mehmet Reşit As, with Turkish ID number 611******62, residing at Istanbul/Kadıköy.

7.    According to Article 6 of the Articles of Association regarding capital, the Company's capital is divided into 50,000 shares with a par value of 1.00 Turkish Liras each, totalling 50,000 Turkish Liras. All shares are registered. Halil As provided cash for 45,000 shares, equivalent to 45,000 Turkish Liras, and Mehmet Reşit As provided cash for 5,000 shares, equivalent to 5,000 Turkish Liras.

8.    According to the records of the Istanbul Chamber of Commerce, the Company's main business is wholesale trade of oilseeds and oily fruits (such as soybeans, peanuts, cottonseeds, flaxseeds, rapeseeds, sunflower seeds, cottonseeds, etc.).

9.    According to Turkey Trade Registry Gazette No. 10659, dated September 13, 2022, the affairs and management of the Company are carried out by a Board of Directors consisting of at least one member elected by the General Assembly within the framework of the Turkish Commercial Code. The term of the Board of Directors is between 1 and 3 years. Halil As was selected as the initial member of the Board of Directors for a term of 3 years until August 29, 2025, and is Chairman of the Board of Directors for a term of 1 year.

10.    According to Turkey Trade Registry Gazette No. 10607, dated June 27, 2022, the Company has become a single-shareholder joint stock company. Halil As is the sole shareholder.  Resit As has no current ownership interest in the Company.

**Trading Bans and Criminal Complaints on Halil As**

**Bulletin No. 2022/41**

11.     On August 17, 2022, a trading ban was imposed on Halil As, with Turkish ID number 61********64 and Central Registration Agency number 13446583, due to the existence of reasonable suspicion that the act listed in Article 107/1 of the Capital Markets Law No. 6362 has been committed in the transactions realized in the share market of İzmir Demir Çelik Sanayi A.Ş. (IZMDC).  This was imposed to protect the rights and benefits of investors within the framework of Article 1 of the Capital Markets Law No. 6362, in order to prevent transactions aimed at creating an artificial market based on Article 128/1-(a) of the Law No. 6362; in accordance with Article 101/1 of the CML No. 6362 and Articles 5/1 and 6/1 of the Communiqué on Measures to be Applied in Information Fraud and Market Fraud Investigations No. V-101.1 and articles 5/1 and 6/1 of the Communiqué on Measures to be applied in Information Fraud and Market Fraud Investigations numbered V-101.1. The ban was for a provisional period of 6 months in the stock exchanges starting from the transactions dated 17.08.2022.

**Bulletin No. 2022/72**

12.     Per the Capital Markets Board's Bulletin No. 2022/72, dated December 22, 2022, a criminal complaint was filed against Halil As, with Turkish ID number 61********64 and Central Registration Agency number 13446583, for alleged

3

involvement in transactions in the stock market of Izmir Demir Çelik Sanayi Anonim Şirketi (IZMDC) between August 11, 2022, and August 16, 2022.

13.    The criminal complaint was made in accordance with Article 107, paragraph 1 of Law No. 6362 on Capital Markets, and the case was referred to the Republic Prosecutor's Office.

14.    As a result of the criminal complaint, Halil As was suspended from trading for 2 years on the Stock Exchange and other organized markets pursuant to the first paragraph of Article 101 of the Capital Markets Law No. 6362, published in the Official Gazette dated December 6, 2012 numbered 28513, and Articles 5/2 and 6/2 of the Board's Communiqué on Measures to be Applied in Information Fraud and Market Abuse Investigations (Communiqué on Measures) No. V-101. 1 and articles 5/2 and 6/2 of the Communiqué on Measures to be Implemented in our Board's Information Fraud and Market Fraud Investigations (Measures Communiqué); Pursuant to Article 6/3 of the Board's Communiqué on Measures No. V-101.1, it has been decided to apply the period of prohibition by deducting the period of prohibition from the 2-year period for the person in question, who was banned from trading for 6 months with the Board's decision dated 16.08.2022.

**Bulletin No. 2023/5**

15.    According to the Capital Markets Board's Bulletin No. 2023/5 dated February 2, 2023, a criminal complaint was filed against Halil As for his alleged

4

involvement in transactions in the stock market of İhlas Gazetecilik AŞ (IHGZT) between July 28, 2022, and August 16, 2022.

16.    The criminal complaint was made in accordance with Law No. 6362 on Capital Markets, Article 107, paragraph 1, and the case has been referred to the Republic Prosecutor's Office.

17.    As a result of the criminal complaint, Halil As is subject to a 2-year trading ban in Borsa, Istanbul and other organized markets, in accordance with Article 101, paragraph 1 of Law No. 6362 on Capital Markets and the Capital Markets Board's Communiqué on Measures to be Applied in Insider Trading and Market Manipulation Investigations (Measures Communiqué), Articles 5/2 and 6/2.

18.    Turkish regulations restrict individuals from obtaining criminal records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 22nd day of May, 2023 at Istanbul, Turkey.

Cihan Topçu

5

# EXHIBIT 1

**TURKISH TRADE REGISTRY GAZETTE**
19 SEPTEMBER 2019 ISSUE: 9912
Page: 417
Address: Dumlupınar Bulvarı No: 252 (Eskişehir Yolu 9. Km.) 06530 ANKARA
Phone: 0312 218 20 00
Fax: 0 312 219 40 96
www.ticaretsicil.gov.tr

**Trade Name**
**RUS AGRO TRADE GIDA TARIM YEM DIŞ TİCARET ANONİM ŞİRKETİ**
Address: Cevizli Mahallesi Zuhal Cad. Buy Site. No: 46/1/345 Maltepe/Istanbul
Regarding the company, whose information is given above, it is announced that it was registered on 13.9.2019 by the Turkish Commercial Code and the documents submitted to our directorate.
Registered Matters:
Establishment
**1. Establishment**
A Joint Stock Company has been established among the founders whose names, surnames, titles, residences and nationalities are written below.
Sequence No: 1
Founder: Halil As
Address: Mersin/Mezitli ID No: 612****64
Nationality: Türkiye
Sequence No: 2
Founder: Mehmet Reşit As
Address: Istanbul/Kadikoy
Nationality: Türkiye Identity Number: 611****62
2. Title of the Company
is Rus Agro Trade Gıda Tarım Yem Dış Ticaret Anonim Şirketi .
3. Purpose and Subject
**Food**
a. To buy and sell all kinds of foodstuffs in the country and abroad, to establish, operate, rent and lease facilities for packaging foodstuffs.
b. To open and operate the necessary sales stores to make wholesale and retail sales for the marketing of all kinds of hot, cold, frozen, dried and concentrated nutrients that have an important effect on people's nutrition and are the subject of the food sector.
**Agricultural products**
a. To do all kinds of seed trading, import-export, development, production and improvement studies.
b. Production, purchase, sale, import, export, marketing and distribution of all kinds of pulses, grains and all kinds of agricultural products.
c. Purchasing, selling, exporting and importing animal feed. Establishing and operating feed crushing plants, buying, selling, importing and exporting animal feeds.
**Building**
a. All kinds of construction contracting works; to construct and sell residences, workplaces, and commercial establishments, to buy land and lands on its own account, to construct buildings on these lands and lands belonging to others in return for flat.
b. To make all kinds of official and private sector construction, contracting and assembly works at home and abroad, and to build and lease detached houses, office buildings, factories, roads, dams and ponds, park and garden arrangements, touristic facilities, and holiday villages.
**Textile, Garment**
a. Purchasing, selling, manufacturing, importing and exporting textile products made of wool, cotton, silk, artificial and synthetic fibers and similar materials.
b. To manufacture, import, export, wholesale and retail internal trade and marketing of knitted and woven fabrics made of all kinds of silk, cotton, wool, synthetic natural fibers and other yarns.
c. Export, import, wholesale and retail domestic trade and marketing of all kinds of apparel products such as jeans, trousers, jeans, tracksuits, shirts, jackets, coats, skirts, sweaters and ties. Preparing creations, organizing fashion shows, getting dealership, agency, representation, establishing workshops, factories, and opening stores related to these works.
D. To manufacture, purchase, sell, import, export and market machinery, devices, tools, equipment, spare parts and accessories and consumables used in all kinds of textile and apparel industries.
**Petroleum - Fuel**
a. All kinds of petroleum, petroleum derivatives; gasoline, diesel, kerosene, fuel Fuel oil , solvent, jet fuel, mineral oils, greases , etc. to purchase , sell, load, unload, storage, distribution and filling facilities.
b. To open fuel stations, to operate, to establish washing lubrication service stations.
c. Opening LPG sales stations. To provide services. To convert gasoline-powered vehicles to LPG, to import and export all kinds of materials to be used for this.
**Electronic**
a. Buying, selling, importing and exporting all kinds of electrical and electronic control devices, electronic circuit elements, conductor, semiconductor and integrated circuit elements, microchips and their joining elements.
b. Import, export, domestic and international marketing of all kinds of electrical materials and all kinds of electric motors, coil winding, distribution panel, remote-controlled automation facilities, regulator and their spare parts and accessories, and all kinds of low and high voltage electrical materials, and these materials and accessories. To carry out the wholesale and retail purchase and sale of devices.
**Computer, Office Machines And Stationery**
a. Import, export and internal trade of all brands of computers and computer hardware, all computer and peripheral equipment units, microfilm facsimile and all such information systems, industrial office automation, all software and hardware activities, to provide service office services, to provide all kinds of information, voice and information over the internet. and to provide image services, to prepare a website, to have it prepared and to provide internet service.
**4. Company Headquarters**
is in Maltepe district of Istanbul province .
Its address is Cevizli Mahallesi Zuhal Cad. AI Site. No: 46/1/345 Maltepe /Istanbul .
In case of a change of address, the new address is registered with the trade registry and announced in the Turkish Trade Registry Gazette. The notification made to the registered and announced address shall be deemed to have been made to the company. Even though it has left its registered and announced address , this situation is considered as a reason for termination for a company that has not registered its new address in due time.
**5. Duration**
is unlimited from its establishment . This period can be extended or shortened by changing the articles of association.
**6. Capital**
The capital of the company is 50000,00 Turkish Liras in total, divided into 50000 shares with a value of 1.00 Turkish Lira each. All of these shares are registered.
-In cash by Halil As, 45000.00 Turkish Liras corresponding to 45000 shares, each worth 1.00 Turkish Lira,
- 5000,00 Turkish Liras corresponding to 5000 shares, each worth 1.00 Turkish Lira, has been committed in cash by Mehmet Reşit As. 12500.00 TL of the nominal value of the shares committed in cash was paid before the company was registered.
The rest of the shares committed in cash will be paid within 24 months following the registration of the company, according to the decisions to be taken by the board of directors.
**7. Board of Directors and Term**
The business and administration of the company is carried out by a board of directors consisting of at least 1 member to be elected by the General Assembly within the framework of the provisions of the Turkish Commercial Code. The term of the Board of Directors is between 1 and 3 years.
The following have been elected for a 3-year term as the first member of the Board of Directors.
Halil As, residing at Mersin/Mezitli with ID No. 612*****,64 , has been elected as a Member of the Board of Directors.
**8. Administration and Representation of the Company**
The Management of the Company and its representation against the outside belongs to the Board of Directors. In order for all the documents to be given by the company and the contracts to be made to be valid, they must bear the signature of the person or persons authorized to represent the company and placed under the company title. The board of directors may delegate its representation authority to one or more executive members or to third parties as a manager. At least one member of the board of directors must have the authority to represent.
The board of directors is authorized to transfer the management, partially or completely, to one or more board members or third parties, in accordance with an internal directive to be issued. This internal directive regulates the management of the company; For this. defines the tasks required , indicates their location, in particular who reports to whom and is responsible for providing information. Upon request, the board of directors informs the shareholders and creditors who convincingly demonstrate their interests worth protecting, in writing, about this internal directive.

The board of directors may appoint non-representative members of the board of directors or those who are affiliated with the company with a service contract as commercial attorneys with limited authority or other merchant assistants. The duties and authorities of those who will be appointed in this way are clearly determined in the internal directive to be prepared. In this case, the registration and announcement of the internal directive is obligatory. Commercial representatives and other merchant assistants cannot be appointed with the internal directive. Authorized commercial attorney or other merchant assistants are also registered and announced in the trade registry. The Board of Directors is jointly and severally liable for any damages that these persons may cause to the company and third parties .

**9. Persons Authorized to Represent, Form of Representation and Distribution of Duties**

**Persons Authorized to Represent and Form of Representation :** Halil As, residing at the address of Mersin/Mezitli, ID No. 612******64 for the first 3 years , has been elected as the Authorized Representative.

Type of Authorization: Authorized by Individual Representation.

**10. General Assembly**

General Assemblies convene ordinarily and extraordinarily. Ordinary meeting is held within three months from the end of each activity period; an extraordinary meeting is convened when and where the business of the Company requires.

At the general assembly meetings, the voting right of each shareholder is calculated by dividing the total nominal value of the shares they hold to the total nominal value of the company's capital. The shareholder may attend the general assembly meetings himself or send a representative, whether a shareholder or not. At the company's general assembly meetings, the issues written in article 409 of the Turkish Commercial Code are discussed and necessary decisions are taken. General assembly meetings and the decision quorum at these meetings are subject to the provisions of the Turkish Commercial Code.

The general assembly convenes at the company's head office or at a convenient place in the city where its headquarters is located.

**11. Announcement**

The announcements of the Company, including the announcements regarding the convocation of the General Assembly, are made in the Turkish Trade Registry Gazette. must be made at least two weeks in advance, excluding the announcement and meeting days, in accordance with the provision of Article 414 of the Turkish Commercial Code .

**12. Accounting Period**

The accounting year of the company starts on the 1st day of January and ends on the 31st day of December. However, the first accounting year starts from the date the Company was definitively established and ends on the thirty-first day of December of that year.

**13. Detection and Distribution of Profit**

The net period profit of the company is the amount remaining after deducting all kinds of expenses from the income determined at the end of the operating period.

a) 5% of the net profit for the period is set aside as general legal reserves until it reaches 20% of the paid-in capital.

b) 5% of the remaining amount is distributed to the shareholders as dividend.

The general assembly is authorized to decide that the remaining amount, after deducting the amounts in subparagraphs (a) and (b) from the net profit for the period, will not be distributed, but will be allocated to reserves, and to be distributed partially or completely. The general assembly may decide to distribute advance dividends to the shareholders within the framework of the relevant legislation . Provisions of the relevant legislation are followed in the calculation and distribution of the advance dividend amount.

**14. Reserve Fund**

Provisions of Articles 519 to 523 of the Turkish Commercial Code are applied for the allocation of reserves .

**15. Legal Provisions**

The provisions of the Turkish Commercial Code shall apply to matters that are not included in this Articles of Association.

Founders

Sequence No: 1

Founder: Halil As

Nationality: Türkiye

Signature:

Sequence No: 2

Founder: Mehmet Reşit As

Nationality: Türkiye

Signature:

(5/ A)( 17/474303)

# EXHIBIT 2

**TURKISH TRADE REGISTRY NEWSPAPER**
5 AUGUST 2022 ISSUE: 10633
Page: 473
Address: Dumlupınar Bulvarı No: 252 (Eskişehir Yolu 9. Km.) 06530 ANKARA
Phone: 0312 218 20 00
Fax: 0 312 219 40 96
www.ticaretsicil.gov.tr

**FROM TR ISTANBUL TRADE REGISTRY DIRECTORATE**

Announcement Number: 168641
MERSIS No: 3169058622200015
Trade Registry/File No: 709416-0
Trade name:

**KÖŞEM TEKEL FOOD SERVET ARSLAN (KÖŞEM TEKEL GIDA SERVET ARSLAN)**

Address: Beylikdüzü Gürpınar Adnan Kahveci Mah. Osmanlı Cd..25/2b
Regarding the merchant, whose information is given above, it is announced that it was registered on 5.8.2022 in accordance with the Turkish Commercial Code and the documents submitted to our directorate.
Registered Matters: Cancellation
Documents as Evidence for Registration: Petition dated 3.8.2022
Abandonment, has been canceled based on the documents submitted to our directorate and in accordance with the Turkish Commercial Code .

**FROM TR GEBZE TRADE REGISTRY DIRECTORATE**
Announcement Number: 5475
MERSIS NO: 2692429800200026
Trade Registry/File No: 24437
Trade name:
(17534829)

**FERHAT DAŞTAN İSTANBUL METAL PAPER PLASTIC TRADE (FERHAT DAŞTAN İSTANBUL METAL KAĞIT PLASTİK TİCARETİ)**

Address: Şekerpınar Mahallesi Turgut Özal Caddesi No:25 Çayırova/Kocaeli
Regarding the merchant, whose information is given above, it is announced that the following matters have been registered on 5.8.2022 in accordance with the Turkish Commercial Code, based on the documents submitted to our directorate.
Registered Matters: Cancellation
Documents as Evidence for Registration: Petition dated 3.8.2022

Abandonment has been canceled based on the documents submitted to our directorate and in accordance with the Turkish Commercial Code.

**FROM TR ISTANBUL TRADE REGISTRY DIRECTORATE**
Announcement Number: 168622
MERSIS No: 0735150393600001
Trade Registry/File No: 208037-5
Trade name:
(17534815)

**RUS AGRO TRADE GIDA TARIM YEM DIŞ TİCARET ANONİM ŞİRKETİ (RUS AGRO TRADE GIDA TARIM YEM FOREIGN TRADE JOINT STOCK COMPANY)**

Address: Barbaros Mah. Ihlamur Bul. No: 3 İç Kapı No: 15 Ataşehir / İstanbul
It is announced that the company has been registered on 5.8.2022 in accordance with the Turkish Commercial Code and the documents submitted by our directorate regarding the following issues .
Registered Matters:Address
Evidence for Registration : Decision of the Board of Directors dated 29.7.2022 and numbered 2022/04, Certified by Beyoğlu 39th Notary Public , dated 1.8.2022 and numbered 21141

ADDRESS
Article 4-
The address of the company with the above information has been moved from address CEVİZLİ MAHALLESİ ZUHAL CAD. A1 Sit. NO: 46 /1/345 MALTEPE/İSTANBUL to address BARBAROS MAH. IHLAMUR BUL. NO: 3 İÇ KAPI NO: 15 ATAŞEHİR / İSTANBUL.

**FROM TR KAYSERİ TRADE REGISTRY DIRECTORATE**
**Announcement Number: 5610**
**MERSIS No: 0484213585700001**
**Trade Registry/File No: 58088**
Trade name:
(17534756)

1. Establishment
A Limited Company has been established by the founder whose name, surname, title, place of residence and nationality are given below.
Row No. 1
Founder ERSOY SANLIUNAL
Address
KAYSERİ / KOCASINAN
PAGE: 473
Identification number
Nationality Türkiye 172******24

2. TITLE OF THE COMPANY The title of the company is JOEM CAGRI MERKEZİ İNŞAAT OTOMOBİL PAZARLAMA SANAYİ VE DIŞ TİCARET LİMİTED ŞİRKETİ .

3. PURPOSE AND SUBJECT
services including public telephone lines, private telephone lines, high and low speed data, fax, video conference and related transactions to Turkey, provided that permission is obtained from the relevant authorities, All kinds of telephones, mobile and mobile telephones, telephone exchanges, To distribute, rent and otherwise supply all kinds of equipment that may be necessary to provide communication services of radio communication devices, transport vehicles and their spare parts and accessories, Opening, operating and transferring call centers. Engaging in technical, marketing, procurement of business types with contracts, including the ones listed above, in order to carry out the program responsibilities, Industrial products of all kinds of investment goods, machinery materials and products, durable and non-durable consumer goods, raw, finished products and products related to the communication industry. To provide technical, legal and financial consultancy, representation, agency, distributorship, authorized dealership of companies that produce these goods and services in the country and abroad in order to develop the information and services of semi-finished goods at an advanced technical level in the country, importing and exporting all kinds of raw materials, semi-finished products and products, participating in all kinds of tenders related to the official and private sector, All kinds of communication systems and related computers, fax, office machines, electrical, electronic, electromechanical, pneumatic tools and equipment To import and market, To carry out research and development studies in communication, mass communication, all kinds of communication, to organize these organizations, to provide consultancy, agency and operating services on these issues, To transfer technical information from countries that have advanced in the industry, to market, and also to produce technical information. To carry out research and therefore to establish information production centers, to provide all kinds of projects, feasibility, organization, consultancy, supervision, engineering, maintenance and repair services and certain services related to the subject of the company, production, purchase and sale of equipment and vehicles, establishment of industrial and commercial facilities for export and import for this purpose, purchase in whole or in part, partnership with established ones, beneficial copyrights, warrants, licenses and concessions for activities related to the purpose and subject of the company, trademark, Making all kinds of other savings on the acquisition of know -how and special manufacturing and production procedures, consultancy and engineering services and similar other intangible rights of models, drawings and trade elements, Giving representations, brokers, agencies and dealerships in the country and abroad related to the legislation Making use of all kinds of technology and rationalization measures in order to achieve the subject of the activity, making cooperation in this regard, All kinds of publicity, advertisement, promotion, socio-political research, public opinion research , market research and to carry out similar activities, to buy and sell all kinds of software and hardware necessary for these works, and to establish the necessary domestic and international connections for this purpose, in accordance with the standards to be determined in accordance with the principles of the Radio Law and Regulation, all kinds of radio, telephone, pager devices and all their Importing, marketing and exporting my components and parts, Procuring the necessary license for the related devices in accordance with the principles in the relevant laws and regulations, Regarding the communication systems written above, mobile (vehicle) telephone devices and systems, special telephone devices, fax devices, telephone units and cordless telephones, to establish and operate all kinds of call systems, to do import and export internal trade, to act as a representative, to do dealership, to receive commissions and to give Import, export, domestic trade, market, know - how of all kinds of electronic, electrical and mechanical devices, satellite communication stations, TV receiver devices, TVRO TV transmitting devices, TV transmitting stations and their spare parts, provided that permission is obtained from the relevant authorities. To obtain and provide consultancy and engineering services, To act as technical, legal and financial advisor, representative, agency, distributor, authorized dealer of companies that produce national and international services that provide national and international telephone services and other value-added services, to enter all kinds of tenders related to the sector, to cooperate with national and international companies, to establish and sell prepaid phone calling cards in Turkey,
02-) To carry out all kinds of construction contracting works in the country and abroad related to the subject of the company, to construct residences, mass housing, hotels, motels, all kinds of official buildings, bridges, canals, water pools, flats for land owners in return for flats, all kinds of production Various zoning, buildings, settlements such as factories, facilities, all kinds of tourism-oriented hotels, motels, camps, and resting places, all kinds of schools, universities, campuses, hospitals, military barracks, sports facilities, and highways and railways. and to make constructions for public works. 03-) To carry out all kinds of construction and public works related to the province of the company, including projects, consultancy, supervision, consultancy, services, including electricity, sanitary installation, heating installation, ventilation arrangements and all constructions with technical features, both in the country and abroad.

**JOEM CALL CENTER CONSTRUCTION AUTOMOBILE MARKETING INDUSTRY AND FOREIGN TRADE LIMITED COMPANY (JOEM ÇAĞRI MERKEZİ İNŞAAT OTOMOBİL PAZARLAMA SANAYİ VE DIŞ TİCARET LİMİTED ŞİRKETİ)**

Address: Gevher Nesibe Mah. Park Bul. No: 12 İç Kapı No: 3 Kocasinan / Kayseri

It is announced that the company, whose information is given above, was registered on 5.8.2022, based on the documents submitted to our directorate and in accordance with the Turkish Commercial Code.

Registered Matters: Establishment

Documents Evidence for Registration: The Articles of Incorporation Approved with the Date of 05.08.2022 and Journal Number 007381 was signed in the presence of the Kayseri Trade Registry Office.

outside contracting. To carry out survey and project control works related to construction installation electrical works , to provide architectural and engineering services and decoration services. Buying, renting, leasing, selling, importing and exporting all kinds of machinery used in construction, manufacturing, exporting and trading of spare parts for them, entering into construction projects and tenders to be opened by private and public institutions, making commitments, delivering and building .

04-) All kinds of machinery cranes, trucks, elevators, grinding stones, grinding stones, pumps, generators, dozers, engines, motor pumps , turbo engines used in the construction sector related to the subject of the company. Buying , selling, importing and exporting elbators , loader compressors, scales, skiolers , whirlpools , jacks, hook rails , roller rotating bridges, falptlents , mortar mixing, mosaic machines and similar tools and equipment. 05-) All kinds of main and auxiliary construction machinery and materials, building decoration materials, iron, cement, brick, tile, sand, gravel. lime , briquette, pipe, mosaic, all kinds of colored and decorated tiles, ceramics used in construction, all kinds of marble, artificial marble, tile, all kinds of paint and paint materials used in industry, chemical paints, aniline paints, asbestos, cellulose and cement. Basic shrub and facade cladding materials, sanitary ware materials, galvanized pipe, black sheet, galvanized sheet, stainless sheet, bird and lead sheet, welding electrode, carbide, bitumen, tar linoleum, insulating materials, stropar, and glass fiber , enamel and tile sink, toilet stone, air gas, natural gas and plumbing materials, bathtub, water heater, siphon, water heater, fuel and water tanks, plastic construction materials, wallpaper, tow plaster, cardboard or pvc based ceiling

(Continued on page 474)

# EXHIBIT 3

**TURKISH TRADE REGISTRY GAZETTE**
13 SEPTEMBER 2022 ISSUE: 10659
Page: 352
Address: Dumlupınar Bulvarı No: 252 (Eskişehir Yolu 9. Km.) 06530 ANKARA
Phone: 0312 218 20 00
Fax: 0 312 219 40 96
www.ticaretsicil.gov.tr

---

**T.C MERSIN TRADE REGISTRY OFFICE**
FIAN SEQUENCE NO: 8265
MERSIS NO: 0007063759200010
TRADE REGISTRY\FILE NO: 4367

TRADE NAME:
**ADAMER KOZMETIK BEBE SAGLIK URUNLERI TEKSTIL MEDIKAL IMALAT PAZARLAMA ITHALAT IHRACAT SANAYI VE TICARET LIMITED SIRKETI**

ADDRESS: Yeni Mah. 33166 Sk. Safran 2 Site Safran 2 Block No: 36 Interior door No: 21 Mezitli\Mersin
It is hereby announced that the following matters regarding the above-mentioned company here been registered on 13.9.2022 based on the documents submitted to our directorate and in accordance with the Turkish Commercial Code.
Registrable Matters:Address
Documents evidencing the registration: Mersin 7th Notary's General Assembly Decision dated 9.9.2022 and numbered 2022/01, certified on 12.9.2022 with number 16139
ADDRESS
Article 4-
The address of the company whose information is given above is LiMONLUK MAHALLESi ALI KAYA MUTLU CAD. ARMA PLAZA Sit. A Ablok Apt. No> 9A\5 Yenisehir\Mersin, Yeni Mahalle 33166 Sk. Saffron 2 Site Saffron 2 Blok No: 36
Door No: 21 Mezitli\Mersin address.

---

**OZEL HASAN GURTAN SAGLIK HIZMETLERI MOBILYA INSAAT TURIZM OTOMOTOV SANAYI VE TICARET LIMITED SIRKETI**

Address: Istiklal Mahallesi 52 Sk No:29\1 Tekkekoy\Samsun

It is hereby announced that the following matters regarding the above-mentioned company have been registered on 13.9.2022 based on the documents submitted to our directorate and in accordance with the Turkish Commercial Code.

Matters Reserved: Share Transfer
Documents evidencing the registration: T.C General Assembly decision dated 12.9.2022 and numbered 2022\03, certified by Samsun 2nd Notary Public on12.9.2022 and numbered 23925
SHARE TRANSFER
Share Change
HASAN GÜRTAN, ID No. 293******94, one of the shareholders of the Company, has transferred 60 shares amounting to TL 6.000,00 capital to SEVDA GÜRTAN, ID No. 293******58, with its legal and financial obligations.
Single Partnership Information
The Company's sole shareholder status has ended.
Based on the realized share transfer, , the final shareholding structure of the company is as follows: HASAN GÜRTAN 4000.00 Turkish Liras corresponding to 40 shares each worth 100.00 Turkish Liras,SEVDA GÜRTAN 6000.00 Turkish Liras corresponding to 60 shares of 100.00

---

**T.C. ISTANBUL TRADE REGISTRY OFFICE**
fian Sequence No: 197032
MERSIS No: 0160151689400001
Trade Registry/File No: 256990-5

TRADE NAME:

**BEFCHEM KIMYEVI MADDELER SANAYI TICARET ANONIM SIRKETI**
Adrees: Mahmutbey Mah. 2408. Sk. No: 4 Bagcilar\ Istanbul
It is hereby announced that the following matters regarding the above-mentioned company have been registered on 13.9.2022 based on the documents submitted to our directorate and in accordance with the Turkish Commercial Code.
Matters Arising: Capital Increase
Documents evidencing the registration: Kadikoy 11 Notary Offices General Assemblt Decision dated 5.9.2022 and numbered 12119 and dated 2.9.2022

NEW VERION OF THE AMENDED ARTICLE CAPITAL INCREASE
Article 6
-It has been decided to increase the capital of the Company from TL 150,000.00 to TL 1,800,000.00 and to amend the capital article of the Articles of Association of the Company as FOLLOWS.
Capital Article 6:
The share capital of the Company is divided into 36,000 shares of TL 50 each and consists of TL 1,800,000.00. This capital
TL 600,000 for 12,000 shares Bircan Çolak
TL 600,000 for 12,000 shares Erhan Polat
TL 600,000 for 12,000 shares Feyyaz Kütmür
It has been fully subscribed by the Company free of collusion. The old capital has been paid in full. Of the capital of TL 1.650.000,00 increased this time, TL 87.668,99 was paod from Retained Earnings and the remaining TL 1.562.331,01 was paid from Due to Shareholder account.

**T.C FROM INEGOL TRADE REGISTRY OFFICE**
Fien sequence No: 1371
MERSIS No: 0734088499800011
Trade Registry/File No: 10193

---

**T.C. ISTANBUL TRADE REGISTRY OFFICE**
fian Sequence No: 197040
MERSIS No: 0610113356900002
Trade Registry/File No: 287591-5
MADAME CIX MODA TEKSTIL TICARET LIMITED SIRKETI GUNGOREN SUBESI
Address: Merkez Mah. Mertes Sk. Seyrani Sitesi No: 41d Gungoren\Istanbul
It is hereby announced that the matters stated below regarding the above-mentioned branch were registred on 13.9.2022 based on the documents submitted to our directorate and in accordance with the Turkish Commercial Code.

Registrable Matters:Address
Documents evidencing the registration: General Assmbyl Resolution No. 1 dated 6.9.2022, certified by Beyoglu 25th Notary Public on 7.9.2022 with number 41858

ADDRESS
The address of the branch with the above information is MERKEZ MAH. Merter Sk. Umut Sitesi No: 25C GUNGOREN\ ISTANBUL address, Merkez Mah. Merter Sk. Seyrani Site No>41D Gungoren\Istanbul address.

**T.C. ISTANBUL TRADE REGISTRY OFFICE**
fian Sequence No: 197041
MERSIS No: 0735150393600001
Trade Registry/File No: 208037-5

---

**REKOR IS MAKINALARI DEMIR CELIK INSAAT SANAYI VE TICARET LIMITED SIRKETI**

Address: Ertugrulgazi Mahallesi Kozluca Bulvari No:2 Inegol\Bursa
It is hereby announced that the following matters regarding the above-mentioned company have been registered on 13.9.2022 based on the documents submitted to our directorate and in accordance with the Turkish Commercial Code.
Matters Arising: Capital Increase
Documents evidencing the registration: Inegol 5th Notary Cortified with the number 13893 dated 12.9.2022, (Capital Increase) General Assembly Resolution No. 202203 dated 12.9.2022

NEW VERSION OF THE AMENDED ARTICLES CAPITAL INCREASE
Article 6
The share capital of the Company is 10000000,00 Turkish Liras in total, divided into 10000 shares each with a value of 1000,00 Turkish Liras.
The distribution of this capital is as follows:
SELVER NOGDELIOGLU: : 10000000,00 Turkish Liras corresponding to 10000 shares each worth 1000,00 Turkish Liras, The previous capital of TL 300,000.00 has been paid in cash. The entire cash capital of TL 9,700,000.00 shall be paid within twenty-four (24) months following the registration according to the decisions to be taken by the general assembly of shareholders. Announcements in this regard shall be made according to the announcement

**TC SAMSUN TRADE REGISTRY OFFICE**
fian Sequence No: 3317
MERSIS No: 0685078428600001
Trade Registry/File No: 2673-TEKKEKÖY

---

**RUS AGRO TRADE GIDA TARIM YEM DIS TICARET ANONIM SIRKETI**

Adres: Barbaros Mah. Ihlamur Bul. No:3 Interrior DOor No:15 Atasehir\Istanbul
It is hereby announced that the matters stated below regarding the company whose information is given above were registered on 13.9.2022 in accordance with the Turkish Commercial Code and based on the documents submitted to our directorate.
Matters Arising: Board of Directors\ Authorities
Documents for registration:General Assembly Decision dated 29.8.2022, certified by Beyoglu 7 notary office on 5.9.2022 with number 13523, dated 29.8.2022
Decision of the Board of Directors dated 29.8.2022 with number 6, certified by Beyoglu 7 notary office on 5.9.2022 with number 13524
BOARD OF DIRECTORS\ AUTHORIZED PERSONS
Mr. Halil AS, a Turkish national with ID No. 612******64, residing in MERSIN\MEZITLI, was elected as a member of the Board of Directors until 29.8.2025
Mr. Halil As, a Turkish national ID No: 612******64 residing in MERSIN\MEZITLI, was elected as the Chairman r of the Board of Directors for 1 year.

**NEWLY APPOINTED REPRESENTATIVES**

Halil As, a Turkish national with ID No. 612******64, residing in MERSIN\MEZITLI has been elected as Authorized to Represent (MEMBER OF THE BOARD OF DIRECTORS) until 29.5.2025 From of Authorization: Individually Authorized to Represent.

# EXHIBIT 4

**TURKISH TRADE REGISTRY GAZETTE**
27 JUNE 2022 ISSUE: 10607
Page: 190
Address: Dumlupınar Bulvarı No: 252 (Eskişehir Yolu 9. Km.) 06530 ANKARA
Phone: 0312 218 20 00
Fax: 0 312 219 40 96
www.ticaretsicil.gov.tr

(first page on page 189)

Subject of Operation: COURIER ACTIVITIES (INCLUDING BY LAND, SEA AND AIR, EXCEPT POSTAGE ACTIVITIES UNDER UNIVERSAL SERVICE OBLIGATION)
Headquarters of the Enterprise: KAZIM KARABEKIR MAH. 1025 SK. NO: 23 ICKAPI NO: 3 ESENLER/İSTANBUL
Capital of the Business: 100000.00 TL
INFORMATION ABOUT THE BUSINESS OWNER
Name and Surname: SERHAN ŞİMŞEK
Citizenship : Türkiye
ID Number 522******36
Location: ISTANBUL/ESENLER
INFORMATION ABOUT THE REPRESENTATIVES OF THE BUSINESS
Name Surname/Title: Serhan Şimşek
ID/passport/Mersis No: 522******36
Location: Istanbul/Esenler
Position: Authorized
Scope of Representation Authorization: Individually Authorized
Term of Authority: Until the contrary decision is taken

**FROM TR MENEMEN TRADE REGISTRY DIRECTORATE**

**Announcement Number: 646**
**MERSIS No: 0630039287300012**
**Trade Registry/File No: 3520**

**NAZAR AUTOMOBILE SPARE PARTS TOURISM TRANSPORT CONSTRUCTION INDUSTRY AND TRADE LIMITED COMPANY (NAZAR OTOMOBİLCİLİK YEDEK PARÇA TURİZM NAKLİYAT İNŞAAT SANAYİ VE TİCARET LİMİTED ŞİRKETİ)**

Address: Mermerli Mah. Canakali Asfalti Cad. No: 450 Menemen/Izmir
It is announced that the company, whose information is given above, was registered on 27.6.2022, based on the documents submitted to our directorate and in accordance with the Turkish Commercial Code.
Registered Issues: Share Transfer
Documents Evidence for Registration: Certification of the 3rd Notary Public of Menemen with the number 06115 dated 20.6.2022, the General Assembly Decision dated 16.2.22022 and numbered 2022/06

SHARE TRANSFER
Share Change
One of the Partners of the Company ************* Mersis Number NAZAR GİYİM VE DURATIK KÜKTİM MALLARI TİCARET LİMİTED ŞİRKETİ 375 shares in return for a capital of 375.000.000 TL, with legal and financial obligations 480********** *Transferred to MHMET RUHAN ERGİN with ID Number 24.
NAZAR CLOTHING AND DURABLE CONSUMPTION MALLARI TİCARET LİMİTED ŞİRKETİ with the number of ************ Mersis from the Partners of the Company shares 375 shares in return for a capital of 375.0000.00 TL, with legal and financial obligations and with the ID number 480********** İBRAHİM GÖKHAN transferred it to ERGİN.
Depending on the share transfer, the company's final shareholding structure is as follows:
MEHMET RUHAN ERGİN: 500000,00 Turkish Liras, which corresponds to 500 shares worth 1000,00 Turkish Liras each
İBRAHİM GÖKHAN ERGİN: 500000.00 Turkish Liras corresponding to 500 shares each worth 1000.000 Turkish Liras

**FROM TR ISTANBUL TRADE REGISTRY DIRECTORATE**
**Announcement Number: 140310**
**Mersis No: 0735150393600001**
**Trade Registry/File No: 208037-5**

**RUS AGRO TRADE GIDA TARIM YEM FOREIGN TRADE JOINT STOCK COMPANY (RUS AGRO TRADE GIDA TARIM YEM DIŞ TİCARET ANONİM ŞİRKETİ)**

Address: Cevizli Mahallesi Zuhal Cad. A1 Site. No:46/1/345 Maltepe/Istanbul
Regarding the company, whose information is given above, it is announced that it was registered on 25.6.22022, based on the documents submitted to our directorate and in accordance with the Turkish Commercial Code.
Registered Matters:
Single Affiliate Information
Documents Evidence for Registration: Board of Directors Decision dated 13.6.2022 and numbered 2022/2, certified by the 25th Notary Public of Beyoğlu with the number 29111 dated 22.6.2022
SOLE PARTNERSHIP INFORMATION
The Company is a sole shareholder Joint Stock Company. This shareholder is HALİL AS, a Turkish national with ID number 612******64, residing at the address of MERSIN/MEZİTLİ.

**FROM TR ISTANBUL TRADE REGISTRY DIRECTORATE**
**Announcement Number: 140335**
**Mersis No:0736156065600001**
**Trade Registry/File No: 319840-5**

**ONLY ENGINE INFORMATION TECHNOLOGIES MARKETING AND TRADE JOINT STOCK COMPANY (SADECE MOTOR BİLGİ TEKNOLOJİLERİ PAZARLAMA VE TİCARET ANONİM ŞİRKETİ)**

Address: İnkilap Mah. Oman Sk. NO:4 İçkapı No:1 Umraniye/Istanbul
Regarding the company, whose information is given above, it is announced that it was registered on 25.6.22022, based on the documents submitted to our directorate and in accordance with the Turkish Commercial Code.

Registered Matters: Address
Documents Evidence for Registration: Board of Directors Decision dated 1.6.2022 and numbered 2022/01, certified by Kartal 3rd Notary Public's Office with the number 17693 dated 22.6.2022

Address
Article 4-
The address of the company with the above information is İNKİLAP MAH. KÜÇÜKSU CAD. SS. İLAYDA KONUT YAPI COOPERATIVE SITE D BLOCK NO:1111 INTERIOR DOOR NO: 7 ÜMRANİYE/ İSTANBUL, nkilap Mah. Oman Sk. NO:4 İçkapı No:1 has been moved to Ümraniye/İstanbul.

**FROM TR KONYA TRADE REGISTRY DIRECTORATE**
**Announcement Number: 5620**
**Mersis No: 0612157794900001**
**Trade Registry/File No: 64231**

**MANDALIN HOME TEXTILE INDUSTRY AND TRADE LIMITED COMPANY (MANDALİN HOME TEKSTİL SANAYİ TİCARET LİMİTED ŞİRKETİ)**

Address: Feritpaşa Mah. Kule Cad. No: 15 Selçuklu/Konya
Regarding the company, whose information is given above, it is announced that it has been registered on 27.6.2022 in accordance with the Turkish Commercial Code and the documents submitted to our directorate.
1. Organization
A limited liability company has been established by the founder whose name, surname, title, place of residence and nationality are given below.
Sequence No: 1
Founder: AYSEGUL KARACA
Address: KONYA/SELCUKLU
Nationality: TURKEY
ID Number: 331**********66
2. Title of the Company
The title of the company is MANDALIN HOME TEKSTİL SANAYİ TİCARET LİMİTED ŞİRKETİ.
3. PURPOSE AND SUBJECT
A-) TEXTILE:
1. To operate in the industry of all kinds of woven products, raw cloth fabric, knitwear and industry, silk, orlon, cotton, knitwear, ready-made clothing, socks and underwear, men's women's and children's clothing, denim suits, denim pants, denim shirts, denim coats. To produce, import, export and market all kinds of other ready-made clothing in the country and abroad.
2. Production, purchase and sale, import and export of all kinds of raw materials of the textile industry, semi-finished and finished materials, clothing industry products, all kinds of wool, cotton, silk, artificial synthetic plastic materials, yarn, raw cloth and fabrics in the country and abroad. marketing abroad.
3. Buying, selling, manufacturing, importing and exporting all kinds of furnishings, dowry, towels, bathrobes.
4. To manufacture, sell, import and export products such as gowns, overalls, linens, pillows used in all kinds of hospitals.

B-) GLASSWARE
Buying, selling, importing and exporting household products, kitchenware, glass and glassware, glassware products, home decoration products, crystal chandeliers, lighting materials, marketing of these products.
Buying, selling, importing and exporting all kinds of glassware, steel kitchenware, bottles, glass products, proselen, enamel, plastic, plastic products, kitchenware.
The Company may buy, sell, operate, rent, lease all kinds of real estate, establish real and personal rights on them, take mortgages, give mortgages and cancel mortgages in order to realize its purpose. It may make servitude, usufruct, sequestration, real estate liability, abandonment to the road with or without charge, abandonment to the public, allotment, amalgamation, and may establish condominium servitude and condominium ownership on its immovables. It can perform all kinds of corrections, allotment, unification, division, parcellation and all kinds of transactions and savings related to real estate in the title deed offices.
It can buy, sell, rent, lease or lease movable and immovable properties that may be deemed necessary, and borrow all kinds of loans, with or without collateral, from home and abroad. The company may establish and release collateral, surety, business pledge and mortgage on all kinds of movable and immovable properties and all kinds of fixed facilities and fixtures owned by the company. It may take a mortgage or pledge in return for its receivables, give a mortgage or pledge as a guarantee of its debts or in favor of third parties, request the cancellation of these mortgages, and give all kinds of guarantees and guarantees.
To acquire the necessary industrial, property rights and precedent rights such as permits, concessions, licenses, patents, patents, licenses, know-how trademarks, termination letters, documents, trademarks, by expressing all the undertakings and ceremonies required by the legal legislation in order for the business to be the subject of the company. or completely transfer to third parties, to take all kinds of legal savings. It may also lease or lease the above rights.
The company may purchase, construct, acquire, sell land, land, building and real estate rights in order to realize its purpose and subject. Transfer and assignment of the acquired real estate may make them available or leased partially or completely to third parties.
The Company may conclude short, medium and long-term loans, and may obtain bills of exchange and surety loans in order to achieve its objectives. It can obtain the necessary domestic and foreign loans for the facilities to be established by the company from internal and external financial institutions and domestic and foreign institutions and businesses.The Company may purchase or sell, import and export, use, rent and lease all kinds of machinery, installation tools, equipment, tools and other movable goods and rights necessary for the storage, transportation and sale of products related to its subject.
The company can make all financial and legal transactions and savings, participate in all public and private tenders, take and give agency, agency, brokerage, dealership, distributorship in order to realize its goals.

# EXHIBIT 5



# CAPITAL MARKETS BOARD BULLETIN

**A. CRIMINAL COMPLAINTS, ADMINISTRATIVE FINES AND OTHER SANCTIONS AND MEASURES**

**1. Other Sanctions, Measures and Prohibitions on Transactions**

Due to the existence of reasonable suspicion that the act listed in Article 107/1 of the Capital Markets Law No. 6362 has been committed in the transactions realized in the share market of İzmir Demir Çelik Sanayi A.Ş. (IZMDC); in order to protect the rights and benefits of investors within the framework of Article 1 of the CML No. 6362, in order to prevent transactions aimed at creating an artificial market based on Article 128/1-(a) of the CML No. 6362; in accordance with Article 101/1 of the CML No. 6362 and Articles 5/1 and 6/1 of the Communiqué on Measures to be Applied in Information Fraud and Market Fraud Investigations No. V-101.1 and articles 5/1 and 6/1 of the Communiqué on Measures to be Applied in Information Fraud and Market Fraud Investigations numbered V-101; it has been decided to impose a temporary trading ban on the stock exchanges for 6 months starting from the transactions dated 17.08.2022 for the person whose information is given in the table below.

| Name Surname | TCKN | CRA Registry No. | Relevant Communiqué Article |
|---|---|---|---|
| HALIL AS | 61*******64 | 13446583 | 5/1, 6/1 |

**B. OTHER SPECIAL CIRCUMSTANCES**

Material event disclosures of corporations whose issued capital market instruments are not traded on a stock exchange Available at **www.spk.gov.tr/apps/ofd/OzelDurumAciklamalari.aspx**

*NOTE : **All monetary amounts** are in **TL unless otherwise stated.***

1

**MERKEZ** *Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr*
**ISTANBUL REPRESENTATION** *Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56 00*

# EXHIBIT 6



## *CAPITAL MARKETS BOARD BULLETIN*

### A. CAPITAL MARKET INSTRUMENTS WITH APPROVED PROSPECTUS/ISSUANCE DOCUMENT

#### 1. Initial Public Offerings

| Partnership | Available Capital | New Capital | Capital Increase | | Sale of Existing Shares | Additional Share Sale | Sale Price |
|---|---|---|---|---|---|---|---|
| | | | Paid | Free of charge | | | |
| Astor Energy Inc. | 850.000.000 | 998.000.000 | 148.000.000 | - | 27.000.000 **(1)** | 35.000.000 **(2)** | 12,50 **(3)** |
| Soke Milling Industry and Trade Inc. | 309.000.000 | 386.500.000 | 77.500.000 | - | - | - | 7,50 **(4)** |
| SDT Space and Defense Technologies Inc. | 50.000.000 | 58.000.000 | 8.000.000 | - | 4.250.000 **(5)** | - | 32 **(6)** |

*(1) Shares of Feridun Geçgel, the current shareholder, with a nominal value of TL 27,000,000 will be offered to the public.*
*(2) In case of excess demand, additional sale of shares with a nominal value of TL 35,000,000 belonging to Feridun GEÇGEL, the current shareholder, may be realized.*
*(3) Shares with a nominal value of TL 1 will be offered for sale at a fixed price of TL 12.50.*
*(4) Shares with a nominal value of TL 1 will be offered for sale at a fixed price of TL 7.50.*
*(5) Shares with a nominal value of TL 4.037.500 belonging to Mehmet DORA and shares with a nominal value of TL 212.500 belonging to Mustafa Fatih ÜNAL will be offered to the public.*
*(6) Shares with a nominal value of TL 1 will be offered for sale at a fixed price of TL 32.00.*

#### 2. Share Issuances of Publicly Traded Companies

| Partnership | Available Capital | New Capital | Paid-in Capital Increase | Bonus Issue Capital Increase | | Sale Type |
|---|---|---|---|---|---|---|
| | | | | From Internal Sources | Profit Share of | |
| Karel Electronic Industry and Trade Inc. | 200.000.000 | 402.942.765,175 | 202.942.765,175 | - | - | Public Offering |

***MERKEZ*** *Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr*
***ISTANBUL REPRESENTATION*** *Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56*

| | | | | | | |
|---|---|---|---|---|---|---|
| Panpet Petrol Transportation Industry and Trade Inc. | 20.000.000 | 37.500.000 | - | 17.500.000 | - | - |

**NOTE : All monetary amounts are in TL unless otherwise stated.**

2

**MERKEZ** Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr

**ISTANBUL REPRESENTATION** Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56

### 3. Debt Instruments

| Issuer | Type. | Nominal Issuance Ceiling | Sale Type |
|---|---|---|---|
| Çağdaş Faktoring A.Ş. | Bonds/Financing Bills | 265.000.000 | Qualified Investor |
| Osmanlı Yatırım Menkul Değerler A.Ş. (*) | Bonds/Financing Bills | 650.000.000 | Qualified Investor |
| Dardanel Önentaş Gıda Sanayi A.Ş. | Bonds/Financing Bills | 800.000.000 | Qualified Investor |
| Korteks Mensucat Sanayi ve Ticaret A.Ş. | Bonds/Financing Bills | 2.000.000.000 | Qualified Investor |
| Yatırım Finansman Menkul Değerler A.Ş. | Bonds/Financing Bills | 545.000.000 | Allocated/Qualified Investor |
| Destek Yatırım Bankası A.Ş. | Bonds/Financing Bills | 11.000.000 US Dollar | Abroad |

*(*) This ceiling also includes structured debt instruments that can be issued up to a nominal amount of TL 100,000,000.*

### 4. Other Capital Market Instruments

| Issuer | Type of Capital Market Instrument | Nominal Issuance Ceiling | Sale Type | Lease Certificate and BVIDMK Issuances | |
|---|---|---|---|---|---|
| | | | | Founder | Source Organizatio n/Fund User |
| Aktif Bank Sukuk Varlık Kiralama A.Ş. | Partnership-Based Sukuk | 1.000.000.000 | Qualified Investor | Active Invest ment Bank Inc. | Yesilirmak Electricity Distribution Co. |

## B. NEW ACTIVITY PERMITS

**1.** Rota Portföy Yönetimi A.Ş.'s request for authorization of the establishment of İş Zekası Yazılımları Girişim Sermayesi Yatırım Fonu and approval of the issuance document for the issuance of its participation shares was approved.

**2.** StartupCentrum Kitle Fonlama Platformu A.Ş.'s application for permission to establish a crowdfunding platform was approved by the Board.

## C. CRIMINAL COMPLAINTS, ADMINISTRATIVE FINES AND OTHER SANCTIONS AND MEASURES

### 1. Administrative Fines

**a)** As a result of the investigation regarding the transactions realized in Aksa Enerji Üretim A.Ş. (AKSEN) share market during the period of 18.08.2022-05.09.2022 and Teknosa İç ve Dış Ticaret A.Ş. (TKNSA) share market during the period of 18.08.2022-13.10.2022, it has been decided to impose the administrative fine listed in the table below.

| Person to whom IPC is applied | TR Identity No | Action Causing the Implementation of the IPC | Regulation Violated by the Action | Given IPC Amount |
|---|---|---|---|---|
| Tahir Goze | 41*******12 | Selling AKSEN and TKNSA shares in his possession after giving a buy or hold recommendation to his followers regarding AKSEN and TKNSA shares via @borsa_analiz_1 Twitter account. | VI-104.1 Fourth paragraph of Article 6 of the Communiqué on Market Abuse | 907.984,00 |

*MERKEZ Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr*
*ISTANBUL REPRESENTATION Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56*

## 2. Crime Reports

**a)** It has been decided to file a criminal complaint to the Chief Public Prosecutor's Office pursuant to Article 115 of the Capital Markets Law No. 6362 in order to take action within the scope of the first paragraph of Article 107 of the Capital Markets Law No. 6362 (CML) against the person listed in the table below, who is responsible for the transactions carried out in the share market of İzmir Demir Çelik Sanayi A.Ş. (IZMDC) during the period 11.08.2022-16.08.2022. *(See. 2. Other Sanctions, Measures and Transaction Bans)*

| Person to whom Criminal Complaint/Notification was made | Turkish Republic/ Tax Identity No. | CRA Regis try No. | The Action Causing the Criminal Complaint/Notification | Article of the Law that the Action Violates |
|---|---|---|---|---|
| Halil AS | 61*******64 | 13446583 | IZMDC share transactions realized in the market **(1)** | 6362 numbered Article 107/1 of the CML |

*1) In order for the person against whom a criminal complaint decision has been taken within the framework of Article 107/1 of the CML No. 6362 to benefit from the effective remorse provisions pursuant to Article 107/3 of the CML No. 6362, he/she must pay an amount not less than five hundred thousand Turkish Liras, which is twice the amount of the benefit he/she obtained or caused to be obtained, to the e-collection account of the Ministry of Treasury and Finance (IBAN TR450000100100000350154037, Tax Identification Number:6110333534) with the explanation note "Amount to be paid to the Treasury in return for benefiting from effective remorse within the scope of Article 107/3 of the Law No. 6362" and submit the relevant documents to the Board within the same period.*

## 3. Other Sanctions, Measures and Transaction Prohibitions

**a)** Pursuant to the fourth paragraph of Article 99 of the Capital Markets Law, it has been decided to take the necessary legal actions to block access to the websites whose addresses are given below, which are determined to provide leveraged transactions abroad via the internet for Turkish residents.

- https://justmarkets.com
- https://www.x1market.org
- https://kriptorex20.com
- https://sokrates.forexanalizlerim.net
- https://olivemarkets153.com
- https://www.hfm-6.com
- https://hedef.forexasistani.com
- https://emprocapital11.com
- https://idolforex1.net
- https://gkmcapitalcomp.com
- https://aforeks15.com
- https://hborsa8.com
- https://w8.diamondfxtr1.com
- https://elliottrade21.com
- https://tr2.octamarketstur.com
- https://octaindia.net
- https://forekspro12.com
- https://www.hunfx1.com
- https://garnet.trade
- https://winextrd.com
- https://pm-trd.com
- https://giris.fx-yurtdisi.biz
- https://secure.utr-tickmill.com
- https://fx-fbs-invest.com
- https://direct.fxpro-tr.market
- https://www.rukayatirim2.com
- https://www.tgbtanitim.com
- https://www.lidyafx40.com
- https://www.liberalfx.com
- https://qtglobaltrade.com
- https://guncel.guvenilirforexsirketleri.co

4

**b)** Pursuant to the first paragraph of Article 101 of the CML No. 6362 and Articles 5/2 and 6/2 of the Communiqué on Measures to be Implemented in Information Fraud and Market Fraud Investigations (Communiqué on Measures) No. V-101.1 of our Board (Communiqué on Measures), a 2-year trading ban shall be imposed on the person listed in the table below due to the transactions carried out in İzmir Demir Çelik Sanayi A.Ş. (IZMDC) share market between 11.08.2022-16.08.2022; and pursuant to Article 6/3 of the Communiqué on Measures No. V-101.1 numbered Communiqué on Measures, it has been decided to apply the period of prohibition by deducting the period of prohibition from the 2-year period for the person in question, who was banned from trading for 6 months with the Board's decision dated 16.08.2022.

| Person Prohibited from Transaction | TCKN | CRA Registry No. | Transaction Prohibition Period | Relevant Communiqué Article |
|---|---|---|---|---|
| Halil AS | 61*******64 | 13446583 | 2 years | 5/2, 6/2, 6/3 |

### D.  CHANGES IN THE SHAREHOLDING STRUCTURE OF CAPITAL MARKET INSTITUTIONS

**a) The** shareholding structure of Vakıf Yatırım Menkul Değerler A.Ş. was taken into the records of our Board as shown in the table below pursuant to Article 34 of the Communiqué on Principles of Establishment and Activities of Investment Institutions numbered III-39.1.

| Name Surname/Title of Partner | Shareholding Structure Before Share Transfer | | Shareholding Structure After Share Transfer | |
|---|---|---|---|---|
| | Share Amount | Share Rate (%) | Share Amount | Share Rate (%) |
| Türkiye Vakıflar Bankası T.A.O. (Group A) | 127.500.000,00 | 51,00 | 127.500.000,00 | 51,00 |
| Türkiye Vakıflar Bankası T.A.O (Group B) | 120.625.000,00 | 48,25 | 121.250.000,00 | 48,50 |
| Türkiye Sigorta A.Ş. | 625.000,00 | 0,25 | - | 0,00 |
| Vakıf Finansal Kiralama A.Ş. | 625.000,00 | 0,25 | 625.000,00 | 0,25 |
| Vakif Pazarlama San. ve Tic. A.S. | 625.000,00 | 0,25 | 625.000,00 | 0,25 |
| **TOTAL** | **250.000.000,00** | **100** | **250.000.000,00** | **100** |

### E.  OTHER APPLICATION RESULTS

**1.**  It has been decided to approve the requests for approval of the prospectuses for the issuance of the fund units of the funds whose titles are given below.

| Founder | Fund Title | Affiliated Umbrella Fund |
|---|---|---|
| Hedef Portföy Yönetimi A.Ş. | Target Portfolio Second Statistical Arbitrage Equity Hedge Fund (TL) (Equity Intensive Fund) | Hedef Asset Management A.S. Free Umbrella Fund |
| Is Asset Management Inc. | Is Asset Management Cano Free (Foreign Currency) Special Fund | Is Asset Management Free Umbrella Fund |
| | Is Asset Management Koza Free (Currency) Special Fund | |
| Neo Portföy Yönetimi A.Ş. | Neo Portfolio Jasmine Hedge Fund | Neo Portfolio Management A.Ş. Free Umbrella Fund |

**2.**  The request for authorization of the conversion of the fund with the following title and approval of the fund's prospectus amendment text has been approved.

*MERKEZ Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr*
*ISTANBUL REPRESENTATION Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56*

| Title of the Fund Subject to Transformation | Title of the Fund After Conversion |
|---|---|
| Inveo Portfolio Gedik Investment Bursa Hedge Fund | Inveo Portfolio Gedik Yatırım Bursa Equity Free (TL) Private Fund (Equity Intensive Fund) |

6

**MERKEZ** *Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr*

**ISTANBUL REPRESENTATION** *Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56*

**3.** CCN Ankara Sağlık Gayrimenkul Yatırım Ortaklığı A.Ş. and CCN Mersin Sağlık Gayrimenkul Yatırım Ortaklığı A.Ş.'s requests to opt out of the status of real estate investment trusts that will exclusively operate a portfolio of infrastructure investments and services were approved.

**4.** Requests for permission to liquidate the funds listed below have been approved.

| Fund Title |
| --- |
| Garanti Portfolio Twenty-seventh Free (TL) Special Fund |
| Garanti Portfolio INN Free (Foreign Exchange) Special Fund |
| Garanti Portfolio First Fund Basket Special Fund |

**5.** Gedik Yatırım Menkul Değerler A.Ş.'s application for opening a branch at *"İncili Pınar Mah. Nail Bilen Cad., Uğur Plaza Sitesi, Uğur Plaza Blok No:5 Interior Door No:35 Şehitkamil/GAZİANTEP" was* approved by the Board.

**6.** Alnus Yatırım Menkul Değerler A.Ş.'s application for permission to increase its capital from TL 49,000,000 to TL 175,000,000 was approved by the Board.

**F.  OTHER SPECIAL CIRCUMSTANCES**

Material event disclosures of corporations whose issued capital market instruments are not traded on a stock exchange Available at **https://spk.gov.tr/raporlar/OzelDurumAciklamalari**

7

*MERKEZ Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr*
*ISTANBUL REPRESENTATION Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56*

# EXHIBIT 7



# *CAPITAL MARKETS BOARD BULLETIN*

### A. CAPITAL MARKET INSTRUMENTS WITH APPROVED PROSPECTUS/ISSUANCE DOCUMENT

### 1. Initial Public Offerings

| Partner ship | Available Capital | New Capital | Capital Increase | | Sale of Existing Shares | Additional Share Sale | Sale Price |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Paid | Free of charge | | | |
| Göknur Gıda Maddeleri Enerji İmalat İthalat İhracat Ticaret ve Sanayi AŞ | 285.000.000 | 350.000.000 | 65.000.000 | - | 14.250.000 **(1)** | - | 11,00 |

*1) The sale of 14.250.000 group B shares with a nominal value of TL 14.250.000 owned by Turkey Juice Company SARL, one of the existing shareholders, will be realised.*

### 2. Share Issuances of Publicly Traded Companies

| Partner ship | Available Capital | New Capital | Paid-in Capital Increase | Bonus Issue Capital Increase | | Sale Type |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | From Internal Sources | Dividends | |
| Koza Altın İşletmeleri AŞ | 152.500.000 | 3.202.500.000 | - | 3.050.000.000 | - | - |

### 3. Debt Instruments

| Issuer | Type | Nominal Issuance Ceiling | Sale Type |
| --- | --- | --- | --- |
| T.C. Ziraat Bank Inc. | Bonds/Financing Bills | 2.500.000.000.000 USD | Abroad |
| | Green/Sustainable Bonds/Financing Bills | USD 1.500.000.000.000 | Abroad |

*CENTRE Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr*

*ISTANBUL REPRESENTATION Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56*

*NOTE : **All monetary amounts** are in **TL unless otherwise stated.***

2

**CENTRE** *Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr*

**ISTANBUL REPRESENTATION** *Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56*

**4. Other Capital Market Instruments**

| Issuer | Type of Capital Market Instrument | Nominal Issuance Ceiling | Sale Type | Lease Certificate and BVIDMK Issuances | |
|---|---|---|---|---|---|
| | | | | Founder | Source Organisation/ Fund User |
| Halk Varlık Kiralama AŞ | Lease Certificate Based on Management Contract | 2.000.000.000 | Qualified Investor | Halk Bank of Turkey | Kayseri Sugar Factory Inc. |

**B. NEW OPERATING LICENCES**

**1.** Rota Portföy Yönetimi AŞ's request for authorisation of the establishment of TTGV Venture Capital Investment Fund and approval of the issuance document for the issuance of its participation shares was approved.

**2.** Değer Gayrimenkul Değerleme ve Danışmanlık AŞ has been included in the list of "Authorised Institutions for Valuation of Machinery and Equipment" of our Board and the current list of authorised institutions can be accessed at https://spk.gov.tr/kurumlar/makine-ve-ekipmanlari- degerlemeye-yetkili-kuruluslar.

**C. CRIMINAL COMPLAINTS, ADMINISTRATIVE FINES AND OTHER SANCTIONS AND MEASURES**

**1. Administrative Fines**

**a)** As a result of the investigation made by Balatacılar Balatacılık Sanayi ve Ticaret AŞ (BALAT) regarding the transactions carried out in the BALAT share market prior to the material event disclosure made on the Public Disclosure Platform on 15.06.2022 at 10:36:31, it has been decided to impose the administrative fine in the table below.

| Individual/Company to which IPC is applied | Turkish Republic / Tax Identity No | Action Causing Implementation of IPC | Regulation Violated by the Action | Given IPC Amount |
|---|---|---|---|---|
| Fırat BARAN | 53*******84 | Transactions within the period from the finalisation of internal or continuous information to its public disclosure. | Fourth paragraph of Article 4 of the Communiqué on Market Abuse No. VI-104.1. | 907.984 |

**2. Offence Notices**

**a)** It has been decided to file a criminal complaint to the Chief Public Prosecutor's Office pursuant to Article 115 of the Capital Markets Law No. 6362 in order to take action within the scope of the first paragraph of Article 107 of the Capital Markets Law No. 6362 (CML) against the person in the table below, who is responsible for the transactions carried out in İhlas Gazetecilik AŞ (IHGZT) share market during the period 28.07.2022-16.08.2022. *(See. 3. Transaction Prohibitions)*

| Person to whom criminal complaint/notification was made | Turkish Republic / Tax Identity No | CRA Registry No. | Action Causing Criminal Complaint/Notification | Article of Law Violated by the Action |
|---|---|---|---|---|
| Halil AS | 61*******64 | 13446583 | Transactions performed in IHGZT share market **(1)** | Article 107/1 of the CML No. 6362 |

*1) In order for the person against whom a criminal complaint decision has been taken within the framework of Article 107/1 of the CML No. 6362 to benefit from the effective remorse provisions pursuant to Article 107/3 of the CML No. 6362; within 15 days following the Board's decision, the person must pay an amount not less than five hundred thousand Turkish Liras, twice the amount of the benefit obtained or caused to be obtained, to the e-collection account of the Ministry of Treasury and Finance (IBAN TR450000100100000350154037, Tax Identification No:6110333534) with the explanation note "Amount to be paid to the Treasury in return for benefiting from effective remorse within the*

3

*scope of Article 107/3 of the Law No. 6362" and submit the relevant documents to the Board within the same period.*

4

***CENTRE*** *Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr*

***ISTANBUL REPRESENTATION*** *Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56*

**3. Transaction Prohibitions**

**a)** Pursuant to the first paragraph of Article 101 of the CML No. 6362 and Articles 5/2 and 6/2 of the Board's Communiqué on Measures to be Implemented in Information Fraud and Market Fraud Investigations No. V-101.1, it has been decided to impose a 2-year trading ban on the Stock Exchange and other organised markets on the person listed in the table below due to the transactions carried out in İhlas Gazetecilik AŞ (IHGZT) share market during the period 28.07.2022-16.08.2022.

| Person Prohibited from Transaction | TR Identity No | CRA Registry No. | Transaction Prohibition Period | Related Communiqué Article |
|---|---|---|---|---|
| Halil AS | 61*******64 | 13446583 | 2 years | 5/2, 6/2 |

**4. Other Sanctions, Measures and Transaction Prohibitions**

Pursuant to the fourth paragraph of Article 99 of the Capital Markets Law, it has been decided to take the necessary legal actions to block access to the websites whose addresses are given below, which are determined to enable leveraged transactions abroad via the internet for Turkish residents.

- https://client.isyatirimtr.com
- https://platform.isyatirimtr.com
- https://2023.forexanalizlerim.org
- https://www.hfm-23.com
- https://tr4.maldofx2.com
- https://customer4.maldofx.co
- https://olivemarkets161.com
- https://onsfx5.com
- https://forekspro17.com
- https://eniyiaracikurum.info
- https://sca.fgcmanager.com
- https://customer.loginhightech.com
- https://www.hfmbroker1.com
- https://degerli.forexasistani.com
- https://www.xmza.com
- https://plusfx.com
- https://climaxprime.org
- https://client.climaxprime.tools
- https://vakifcapital.org
- https://www.valoryatirim.com
- https://epicinvest24.net
- https://www.myfxbook.com

**D. CHANGES IN THE SHAREHOLDING STRUCTURE OF CAPITAL MARKET INSTITUTIONS**

The shareholding structure of Invest-AZ Yatırım Menkul Değerler AŞ has been taken into the records of our Board as shown in the table below pursuant to Article 34 of the Communiqué on Principles of Establishment and Activities of Investment Institutions numbered III-39.1 of our Board.

| Name Surname/Title of Partner | Shareholding Structure Before Share Transfer | | Shareholding Structure After Share Transfer | |
|---|---|---|---|---|
| | Share Amount | Share Rate (%) | Share Amount | Share Rate (%) |
| Elshan GULIYEV | 309.910.000,00 | 99,9710 | 310.000.0000,00 | 100 |
| Shahriyar GURBANZADE | 45.000,00 | 0,0145 | - | - |

5

| | | | | |
|---|---|---|---|---|
| Jeyhun ABDULLAYEV | 45.000,00 | 0,0145 | - | - |
| **Total** | **310.000.000,00** | **100,0000** | **310.000.000,00** | **100** |

6

**CENTRE** *Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr*

**ISTANBUL REPRESENTATION** *Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56*

**E.** **OTHER APPLICATION RESULTS**

**1.** It has been decided to approve the request for permission to amend the articles of association of Asce İnşaat Taahhüt Sanayi ve Ticaret AŞ regarding the transformation of Asce İnşaat Taahhüt Sanayi ve Ticaret AŞ into a real estate investment trust with the title "Asce Gayrimenkul Yatırım Ortaklığı AŞ".

**2.** The requests for approval of the prospectuses for the issuance of the fund units of the funds listed below were met positively.

| Founder | Fund Title | Affiliated Umbrella Fund |
|---|---|---|
| Azimut Portföy Yönetimi AŞ | Azimut Portfolio ESES Free (Foreign Exchange) Special Fund | Azimut Portföy Yönetimi AŞ Free Umbrella Fund |
| HSBC Portföy Yönetimi AŞ | HSBC Portfolio Allianz Hedge Fund | HSBC Portföy Yönetimi AŞ Free Umbrella Fund |

**3.** Şeker Yatırım Menkul Değerler AŞ's application for permission to increase its capital from TL 45,000,000 to TL 120,000,000 was approved.

**4.** It has been decided to approve the request for permission to change the shareholding structure of Global Crowdfunding Platform AŞ (the Company), and the shareholding structure of the Company before and after the share transfer is given in the table below.

| Name Surname/Title of Trade | Shareholding Structure Before Share Transfer | | | After Share Transfer Shareholding Structure | | |
|---|---|---|---|---|---|---|
| | Share Group | Share Amount (TL) | Share Rate (%) | Share Group | Share Amount (TL) | Share Rate (%) |
| Hakan YILDIZ | A | 10.146.609 | 39,79 | A | 10.146.609 | 39,79 |
| Hakan YILDIZ | B | 1.840.941 | 7,22 | B | 1.330.941 | 5,22 |
| Hakan YILDIZ | C | 765.000 | 3,00 | C | 765.000 | 3,00 |
| Umut Utku TAŞDEMİR | B | - | - | B | 510.000 | 2,00 |
| MaQasid Portföy Yönetim AŞ | B | 765.000 | 3,00 | B | 765.000 | 3,00 |
| Blockchain Information Technologies Fin. Dan. and Tic. AŞ | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Kültepe Girişim Arge ve Dan. Financial Services AŞ | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Sum Coaching Education Consultancy Inc. | B | 153.000 | 0,60 | B | 153.000 | 0,60 |
| Duran SARIKAYA | C | 2.547.450 | 9,99 | C | 2.547.450 | 9,99 |
| Ahmet Teyit KEŞLİ | B | 1.275.000 | 5,00 | B | 1.275.000 | 5,00 |
| Vahit ALTUN | B | 765.000 | 3,00 | B | 765.000 | 3,00 |
| Güvenç KOÇKAYA | B | 765.000 | 3,00 | B | 765.000 | 3,00 |
| Yavuz KUŞ | B | 765.000 | 3,00 | B | 765.000 | 3,00 |
| Orhan Mutlu TOPAL | B | 429.165 | 1,68 | B | 429.165 | 1,68 |
| Mustafa SAK | B | 510.000 | 2,00 | B | 510.000 | 2,00 |
| Mustafa ÖNER | B | 382.500 | 1,50 | B | 382.500 | 1,50 |
| Enis Erdem YURDATAPAN | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Elvan Sevi BOZOĞLU | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Ahmet GÜDER | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Yalçın KOÇAK | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Nalan UYSAL | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Ismail YORMAZ | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Abdusamea Gaith SHABANI | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Veysi İŞLER | B | 255.000 | 1,00 | B | 255.000 | 1,00 |

7

*CENTRE* Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr
*ISTANBUL REPRESENTATION* Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56

| | | | | | | |
|---|---|---|---|---|---|---|
| Mustafa ATILLA | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Vedat ÇAVUŞOĞLU | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Fatih ŞAHİN | B | 255.000 | 1,00 | B | 255.000 | 1,00 |
| Hüseyin ÇIFTÇİ | B | 127.500 | 0,50 | B | 127.500 | 0,50 |
| Fatih KÖLEOĞLU | B | 127.500 | 0,50 | B | 127.500 | 0,50 |
| Recep TİRİTOĞLU | B | 127.500 | 0,50 | B | 127.500 | 0,50 |
| Ibrahim ULUKAYA | B | 127.500 | 0,50 | B | 127.500 | 0,50 |
| Mehmet Sacit SUNGU | B | 102.000 | 0,40 | B | 102.000 | 0,40 |
| Ahmet Altuğ OĞUZ | B | 51.000 | 0,20 | B | 51.000 | 0,20 |
| Gürsel BAYAT | B | 51.000 | 0,20 | B | 51.000 | 0,20 |
| Perihan TOPAL | B | 51.000 | 0,20 | B | 51.000 | 0,20 |
| Mustafa Emre TOPAL | B | 51.000 | 0,20 | B | 51.000 | 0,20 |
| Perihan Yıldız TOPAL | B | 51.000 | 0,20 | B | 51.000 | 0,20 |
| Yasemin TOPAL | B | 51.000 | 0,20 | B | 51.000 | 0,20 |
| Kıvılcım ÇAYLI | B | 51.000 | 0,20 | B | 51.000 | 0,20 |
| Tezcan ALTUNORDU | B | 51.000 | 0,20 | B | 51.000 | 0,20 |
| Mustafa SEZGİN | B | 25.500 | 0,10 | B | 25.500 | 0,10 |
| Güven YURDATAPAN | B | 25.500 | 0,10 | B | 25.500 | 0,10 |
| Ahmet Fatih DURĞUT | B | 4.335 | 0,02 | B | 4.335 | 0,02 |
| **TOTAL** | | **25.500.000** | **100,00** | | **25.500.000** | **100,00** |

**5.** The request for authorisation of the transformation transactions of the fund whose title is given below and approval of the fund's prospectus amendment text has been met positively.

| Title of the Investment Fund Subject to Conversion | Title of the Mutual Fund after Transformation |
|---|---|
| Rota Portfolio Equity Free (TL) Fund (Equity Intensive Fund) | Rota Portföy Equity (TL) Fund (Equity Intensive Fund) |

**6.** The requests to authorise the liquidation of the funds listed below were approved.

| Fund Title |
|---|
| Ak Asset Management 115% Capital Protected Fifty-third Fund Investing in Private Sector Debt Instruments |
| Ak Asset Management 115% Capital Protected Ellid Fourth Fund Investing in Private Sector Debt Instruments |

**F.  ANNOUNCEMENTS AND POLICY DECISIONS**

**1.  Announcement Pursuant to the Decision of the Board Decision Body dated 02/02/2023 and numbered 5/151:**

**1)**  Resolution of the Board Decision Making Body numbered i-SPK.52.4.ağ (dated 02/02/2023 and numbered 5/151 p.k.):

**a)**  The title of the article no. (4.9.) of the Guideline on Mutual Funds (Guideline) adopted as the Board's Resolution no. i-SPK.52.4 (dated 20.06.2014 and numbered 19/614 p.k.);

**"4.9. Principles for Funds with "Money Market" and "Short Term" in their titles"**

to be amended as follows; to add the following statement to the aforementioned article;

**"Funds with the terms "Money Market" and "Short Term" in their titles may be a party to reverse repurchase agreements in Borsa Istanbul A.Ş. Equity Repo Market up to 25% of the total fund value."**

**b)**  To add the following statement to article (4.2.6.) of the Guidelines titled "Calculation of the Maturity of Assets in the Fund Portfolio";

8

*"Capital market instruments subject to reverse repurchase agreements to which the funds are a party are not taken into account in the calculation of the number of days to maturity and weighted average maturity and are not considered within the scope of the second paragraph of Article 20 of the Fund Communiqué."*

9

*CENTRE Eskişehir Yolu 8.Km No:156 06530 ANKARA Tel: (312) 292 90 90 Fax: (312) 292 90 00 www.spk.gov.tr*

*ISTANBUL REPRESENTATION Harbiye Mah. Askerocağı Cad. No:15 34367 Şişli İSTANBUL Tel: (212) 334 55 00 Fax: (212) 334 56*

**2)** With the Board's letter dated 11.01.2023 and numbered E-12233903-305.99-31627, the period determined until 28.04.2023 for the termination of reverse repo agreements traded in Borsa Istanbul A.Ş. Equity Repo Market to which money market funds and short-term debt instruments funds and other funds with money market or short-term debt instruments theme are/will be a party was extended until 30.09.2023 and the period determined until 28.04.2023 was extended until 30.09.2023 for the termination of reverse repo agreements traded in Borsa Istanbul A.Ş. Equity Repo Market and in order to comply with the amendment made in Article (4.9.) of the Guidelines.04.04.2023 to be extended until **30.09.2023** and the effective date of the amendment made in Article (4.9.) of the Guidelines to be determined as **30.09.2023** in order to comply with the amendment made in Article (4.9.) of the Guidelines

decided.

### G.  OTHER SPECIAL CASES

Material event disclosures of corporations whose issued capital market instruments are not traded on a stock exchange You can reach from https://spk.gov.tr/raporlar/OzelDurumAciklamalari.

1