# EXHIBIT H







## Mehmet Reşit AS

Rus Agro Trade şirketinde Co-Founder

İstanbul, İstanbul, Türkiye

923 takipçi  ·  500+ bağlantı

**Profili görüntülemek için katılın**

Rus Agro Trade

Yeditepe Üniversitesi

Faaliyet

 



After more than a year of starting our exciting journey at Crea Inc, it is a good time to share what our team has created with some personal notes in...

Mehmet Reşit AS tarafından beğenildi



Proud to become FOSFA Associate Broker as Solventum thanks to the teamwork of my colleagues and trust of our clients. Solventum is now among top...

Mehmet Reşit AS tarafından beğenildi







**2022; ekibimiz, paydaşlarımız ve müşterilerimiz ile büyüdüğümüz bir yıl oldu.** ⚡ **Bu süreçte bize güvenen herkese çok teşekkür ederiz.** 🙏 **2023 yılı...**

Mehmet Reşit AS tarafından beğenildi

> Tüm faaliyetleri görmek için hemen katılın

## Deneyim



### Co-Founder
Rus Agro Trade

Eki 2019 - Halen · 3 yıl 8 ay

Istanbul, Turkey

Rus Agro Trade offers full supply services for international trading of all crude, refined edible oils, oilseeds, grains and feedstuffs on complete transparency basis

Our primary focus is the commodity origination in the Black Sea (Russia, Ukraine, Moldova, Romania, Bulgaria, Hungary), and destination business into Turkey, the Mediterranean Sea and Persian Gulf

Our mission is to provide "Trade with Integrity" to all our clients.
Our vision is to be most successful trading...

> Daha fazla göster ⌄




- **Sales Operations Manager**
  Tem 2017 - Eki 2019 · 2 yıl 4 ay

- **Segment Marketing Manager**
  Nis 2017 - Tem 2017 · 4 ay

  Retail & High Tech

- **Account Executive**
  Eyl 2013 - Nis 2017 · 3 yıl 8 ay

  Responsible for sales&marketing in domestic/international small package business.

**Trainee at Sea Freight**
DB Schenker

Haz 2011 - Ağu 2011 · 3 ay

**Trainee at Road Transportation**
DB Schenker

Haz 2010 - Ağu 2010 · 3 ay

# Eğitim

**Yeditepe Üniversitesi**
Master's Degree · International Trade&Logistics Management

2012 - 2014

 

2007 - 2012

**Türkmen College**

Bachelor of Commerce (B.Com.) · Mathematics

2004 - 2007

# Mehmet Reşit AS tarafından daha fazla faaliyet

**We had very special guests today; East District Sales Director Grzegorz Kochman and our country Sales Manager Gurur Eralp who always supported us...**

Mehmet Reşit AS tarafından beğenildi

**I am happy to share that I have been appointed to the role of UPS Turkey Country Manager. Over the past ten years at @UPS, I have had the pleasure of...**

Mehmet Reşit AS tarafından beğenildi




**UPS hero spotted in France: Jean ! The best way to learn - for me - is to be in the field and experience the core of our business first-hand. That's...**

Mehmet Reşit AS tarafından beğenildi

**Yaklaşık 1 yıl önce başladığımız D-Dat hikayemizdeki ilk yol arkadaşlarımızla beraber bugün bayram tatiline girdik. Aynı yüzlerle, aynı hevesle...**

Mehmet Reşit AS tarafından beğenildi

**Sevdiklerinize sıkı sıkı sarıldığınız mutlu bir bayram dileriz. İyi bayramlar. #goada #ramazanbayramı**

Mehmet Reşit AS tarafından beğenildi





Mehmet Reşit AS tarafından beğenildi

**GOADA ile ikisi de mümkün! 😎 Düzenlediğimiz keyifli programlarla gençlerimize yeni bakış açıları kazandırıyor, içlerindeki potansiyeli fark...**

Mehmet Reşit AS tarafından beğenildi

**We Welcome Yiğit Çevik to Direct Link - our new Growth Manager in Turkey. Most recently he worked at Maersk and we are now glad to have him onboard...**

Mehmet Reşit AS tarafından beğenildi

## Mehmet Reşit AS adlı üyenin tam profilini görüntüleyin

Ortak tanıdıklarınızı görün

Başka biri aracılığıyla tanış

Mehmet Reşit AS ile doğrudan iletişime geçin

**Tam profili görüntülemek için katılın**

## Diğer görüntülenenler

 **Utku Sezer**





**Can Tokdemir**

Mutfak Şefi - Vida Group

İstanbul



**AlQadi Food Stuff General Trading**

Co-Owner at AlQadi Food Stuff

Birleşik Arap Emirlikleri



**Mircan Miroglu**

Tıp doktoru

İstanbul



**Gürseli Kara**

Özel arapçeşme ağız ve diş sağlığı polikliniği'nde Dişhekimi

Gebze



**Alvin Flores**

Meat Processing

Japonya



**Talat Değirmenci**

Ceren group gümrük müşavirliği ltd şti şirketinde Firma ortağı

Türkiye



**Civan Zorlu**

Regional Sales Reprasantative

İstanbul



**Krasimira Nikolova**

Transportation/Trucking/Railroad Professional

Bulgaristan



**Nikolay Hristov**

Independent Transportation/Trucking/Railroad Professional

Bulgaristan

Daha fazla profil göster

# Bu profili farklı bir dilde görüntüleyin






 **BT Hizmet Masası: Müşteri Hizmetlerinin Esasları**

 **Lojistik Yönetimi**

 **Kişiler Arası İletişim**

Tüm kursları gör

# Mehmet Reşit AS adlı kullanıcının genel profil rozeti

Bu LinkedIn profilini diğer web sitelerinde kullan

---

 **Mehmet Reşit AS**
Rus Agro Trade şirketinde Co-Founder

 Rus Agro Trade şirketinde Co-Founder

 Yeditepe Üniversitesi

Profili görüntüle

Linked**in**

---

Profili rozetlerini görüntüle

© 2023                                    Hakkında

Erişilebilirlik                           Kullanıcı Anlaşması

Gizlilik Politikası                       Kaliforniya Gizlilik Seçimleriniz

Çerez Politikası                          Telif Hakkı Politikası

Marka Politikası                          Ziyaretçi Kontrolleri

Topluluk Yönergeleri                      Dil