# EXHIBIT I

✉ info@rusagrotrade.com.tr

# RUS AGRO

HOME          CORPORATE          PRODUCT          NEWS & PRESS          CONTACT

🔍   AR  EN

## About

## About Us
## Rus Agro Trade

Offers full supply services for international trading of all crude, refined edible oils, oilseeds, grains and feedstuffs on complete transparency basis.

Our primary focus is the commodity origination in the **Black Sea (Russia, Ukraine, Moldova, Romania, Bulgaria, Hungary),** and destination business into **Turkey, the Mediterranean Sea and Persian Gulf.**

Through our long lasting relationships with local traders, we also offer nationwide sourcing service for domestic oilseeds and grains to crushers, flour mills and feed producers.



Ağaoğlu My Newwork - Rus Agro Trade Head Office

## Our Mission & Vision

**Our mission** is to provide **"Trade with Integrity"** to all our clients.

**Our vision** is to be most successfull trading company with our **"Quality First"** approach.

All "Rus Agro" products have necessary quality testing and certifications. We follow ethical business approach and we are fully transparent in our all contracts .

We are offering competitive prices to our clients with CIF and FOB options as end to end services.

## RUS AGRO TRADE

All "**Rus Agro**" products have necessary quality **testing and certifications**. We follow ethical business approach and we are fully transparent in our all contracts .

We are offering competitive prices to our clients with CIF and FOB options as end to end services.

## PRODUCTS

Vegetable & Edible Oil

Oilseeds

Grains

Feedstuff

## CONTACT US

**Rus Agro Trade**
Barbaros Mah. Ihlamur Bul. Ağaoğlu My Newwork No:3/15 Ataşehir / İSTANBUL

info@rusagrotrade.com.tr




© 2019 Rus Agro Trade. All Rights Reserved.