# EXHIBIT G

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILTON LINHARES, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, THOMAS GOTTSTEIN, ULRICH KORNER, DAVID R. MATHERS, and DIXIT JOSHI<br><br>           Defendants. | No. 1:23-CV-02246-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>Hon. Sharon A. King, Mag.<br><br>MOTION DATE: June 5, 2023 |
| BRADEN TURNER, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, DIXIT JOSHI, THOMAS GOTTSTEIN, and DAVID R. MATHERS<br><br>           Defendants. | No. 1:23-cv-01476-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>Hon. Sharon A. King, Mag.<br><br>MOTION DATE: June 5, 2023 |

*(Additional Case Caption Continued on Following Page)*

PATRICK CALHOUN, Individually
and On Behalf of All Others Similarly
Situated,

              Plaintiff,

v.

CREDIT SUISSE GROUP AG,
AXEL P. LEHMANN, ULRICH
KORNER, and DIXIT JOSHI

              Defendants.

No. 1:23-cv-01297-KMW-SAK

Hon. Karen M. Williams, U.S.D.J.

Hon. Sharon A. King, Mag.

MOTION DATE: June 5, 2023

**SECOND SUPPLEMENTAL DECLARATION OF KIM E. MILLER IN
FURTHER SUPPORT OF ALI DIABAT'S MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF HIS SELECTION OF COUNSEL AND
<u>IN OPPOSITION TO THE COMPETING MOTIONS FOR APPOINTMENT</u>**

I, Kim E. Miller, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I respectfully submit this Second Supplemental Declaration in further support of Ali Diabat's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of his Selection of Lead Counsel in the related class actions on behalf of investors in Credit Suisse Group AG ("Credit Suisse" or the "Company") ADSs and/or securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") and in opposition to the competing motions for appointment.

2.    I supervised a search by my firm and, with the help of a clerk at Superior Court 1, Tippecanoe County, Indiana, my firm located a copy of the docket sheet and complaint filed in *Portfolio Recovery Associates LLC v. Ali Diabat*, 79D01-1104-CC-000247(the "*Portfolio Recovery* Action"). A true and correct copy of the docket sheet is attached hereto as Exhibit 1, and a true and correct copy of the three-page complaint, filed on or about April 7, 2011, is attached hereto as Exhibit 2.

3.    The *Portfolio Recovery* Action is a civil collection action for a $4,971.74 Costco American Express bill, originally due June 17, 2009.  *See* Ex. 2.

4.    As the docket sheet reflects, Ali Diabat was never served with a copy of the complaint or any default judgment.  *See* Ex. 1. This is consistent with Professor Diabat's supplemental declaration which attests that he had no notice of

1

any such case or any default judgment.  In fact, Professor Diabat attests the alleged debt was not incurred by him.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of May, 2023 at Greenwich, Connecticut.

/s/ Kim E. Miller
Kim E. Miller

# EXHIBIT 1

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Portfolio Recovery Associates Llc vs. Ali Diabat

| | |
|---|---|
| Case Number | 79D01-1104-CC-000247 |
| Court | Tippecanoe Superior Court 1 |
| Type | CC - Civil Collection |
| Filed | 04/07/2011 |
| Status | 05/31/2011 , Decided |

## Parties to the Case

Defendant   Diabat, Ali
Address
ADDRESS UNKNOWN

Plaintiff       Portfolio Recovery Associates Llc
Address
C/O Fenton & McGarvey Law Firm, P.S.C
2401 STANLEY GAULT PARKWAY
LOUISVILLE, KY 40223

Attorney
Molly E Rose
*#2904710, Retained*

Morgan & Pottinger, P.S.C.
401 S 4th St Suite 1200
Louisville, KY 40202
502-589-2780(W)

Garnishee   Purdue University
Defendant
Address
401 S GRANT ST
WEST LAFAYETTE, IN 47907

## Chronological Case Summary

| | | |
|---|---|---|
| 04/07/2011 | **Converted Event** | CIVIL FILING FEE Receipt: 940263 Date: 04/07/2011 |
| 04/07/2011 | **Converted Event** | Issue Date: 04/07/2011 Service: SUMMONS ISSUED Method: * TIPPECANOE COUNTY SHERIFF Cost Per: $ 0.00 DIABAT, ALI 2435 KESTRAL BLVD APT B WEST LAFAYETTE, IN 47906 Tracking No: T001105460 |
| 04/07/2011 | **Converted Event** | SHERIFF SERVICE FEE Receipt: 940263 Date: 04/07/2011 |
| 04/07/2011 | **Converted Event** | Plaintiff files COMPLAINT and SUMMONS |
| 04/12/2011 | **Converted Event** | RETURN OF SHERIFF FILED SHOWING SERVICE Method : * TIPPECANOE COUNTY SHERIFF Issued : 04/07/2011 Service : SUMMONS ISSUED Served : 04/12/2011 Return : 04/12/2011 On : DIABAT, ALI Signed By : Reason : COPY LEFT / COPY MAILED Comment : Tracking # : T001105460 |
| 05/27/2011 | **Converted Event** | Plaintiff, by counsel, files MOTION FOR DEFAULT JUDGMENT and proposed DEFAULT JUDGMENT. bm |
| 05/31/2011 | **Converted Event** | Default Judgment entered. Defendant to pay plaintiff $5,727.99. See Order. Copy to counsel and defendant. gl |
| 06/09/2011 | **Converted Event** | JUDGMENT FOUND FOR PLAINTIFF : IS TO PAY $5,727.99 PLUS CC FOR A TOTAL AMOUNT OF $5,876.99 |
| 07/15/2011 | **Converted Event** | DEFENDANT MAIL RETURNED AS UNDELIVERABLE AS ADDRESSED - UNCLAIMED - UNABLE TO FORWARD (DEFAULT JUDGMENT 5-27-11) |

| 07/28/2011 | **Converted Event** |
| --- | --- |
| | Plaintiff, by counsel, files MOTION FOR DISCOVERY OF EMPLOYMENT RECORDS TO NON-PARTY, INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT with proposed ORDER. sk |

| 08/02/2011 | **Converted Event** |
| --- | --- |
| | ORDER TO THE INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT TO PRODUCE RECORDS entered. Copies per Order. rt |

| 09/30/2011 | **Converted Event** |
| --- | --- |
| | Plaintiff, by counsel, files MOTION FOR PROCEEDINGS SUPPLEMENTAL with proposed ORDER. ct |

| 10/03/2011 | **Converted Event** |
| --- | --- |
| | The Proposed Order to Appear is entered. Order to answer interrogatories entered. Hearing on proceeding supplemental is scheduled. See Order. Copy to counsel. Copy to defendant by Sheriff of Tippecanoe County. Copy to Garnishee Defendant, Purdue University, by Certified Mail. gl Event: Proceeding Supplemental Date: 12/05/2011 Time: 10:00 am Judge: WILLIAMS, RANDY J Location: SUPERIOR COURT NO.1 Result: HEARING VACATED |

| 10/04/2011 | **Converted Event** |
| --- | --- |
| | Issue Date: 10/04/2011 Service: COURT ORDER Method: * TIPPECANOE COUNTY SHERIFF Cost Per: $ 0.00 DIABAT, ALI 2435 KESTRAL BLVD APT B WEST LAFAYETTE, IN 47906 Tracking No: T001115659 |

| 10/04/2011 | **Converted Event** |
| --- | --- |
| | Issue Date: 10/04/2011 Service: COURT ORDER Method: *SIGNATURE MAILER Cost Per: $ 0.00 PURDUE UNIVERSITY 401 S GRANT ST WEST LAFAYETTE, IN 47907 Tracking No: Z001108642 |

| 10/06/2011 | **Converted Event** |
| --- | --- |
| | RETURN OF SHERIFF FILED SHOWING SERVICE Method : * TIPPECANOE COUNTY SHERIFF Issued : 10/04/2011 Service : COURT ORDER Served : 10/06/2011 Return : 10/06/2011 On : DIABAT, ALI Signed By : Reason : COPY LEFT / COPY MAILED Comment : Tracking # : T001115659 |

| 10/12/2011 | **Converted Event** |
| --- | --- |
| | Purdue University files INTERROGATORIES ANSWERED.ct |

| 10/13/2011 | **Converted Event** |
| --- | --- |
| | SERVICE ON DEFENDANT BY CERTIFIED MAIL Method : *SIGNATURE MAILER Issued : 10/04/2011 Service : COURT ORDER Served : 10/05/2011 Return : 10/13/2011 On : PURDUE UNIVERSITY Signed By : D CRADDOCK Reason : CERT. MAIL SERVICE Comment : Tracking # : Z001108642 |

| 10/17/2011 | **Converted Event** |
| --- | --- |
| | DEFENDANT MAIL RETURNED AS UNDELIVERABLE AS ADDRESSED UNABLE TO FORWARD: Ali Diabat - Not deliverable as Address 10/17/11 |

| 10/28/2011 | **Converted Event** |
| --- | --- |
| | Plaintiff, by counsel, files MOTION TO DISMISS PROCEEDING SUPPLEMENTAL TO EXECUTION with Certificate of Service and proposed ORDER. ct |

| 11/09/2011 | **Converted Event** |
| --- | --- |
| | Order Dismissing Proceedings Supplemental to Execution is entered. See Order. Copy to counsel and defendant. gl |

| 11/23/2011 | **Converted Event** |
| --- | --- |
| | Order dated 11/07/11 to Ali Diabat RETURN TO SENDER/ UNABLE TO FORWARD. ct |

| 12/05/2011 | **Converted Event** |
| --- | --- |
| | Calendar: Proceeding Supplemental (Event Code: D1-PS) (Result: HEARING VACATED) (Judge: RANDY WILLIAMS) (Time: 10:00:00) |

| 12/08/2011 | **Converted Event** |
| --- | --- |
| | File has been scanned to Docuware. |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Diabat, Ali

Defendant

**Balance Due** (as of 05/22/2023)

**5,876.99**

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Restitution | 5,876.99 | 0.00 | 0.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 06/09/2011 | Transaction Assessment | 5,876.99 |

Portfolio Recovery Associates Llc
Plaintiff

Balance Due (as of 05/22/2023)
0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 149.00 | 0.00 | 149.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/07/2011 | Transaction Assessment | 136.00 |
| 04/07/2011 | Transaction Assessment | 13.00 |
| 04/07/2011 | Counter Payment | (149.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# EXHIBIT 2

FILED

APR 07 2011

STATE OF INDIANA    )
                    ) SS:
COUNTY OF TIPPECANOE

*Tippe Court*

Clerk Superior Court No. 1 Tippecanoe Co.

TIPPECANOE SUPERIOR COURT

CAUSE NO.

79D01-1104-CC-00247

PORTFOLIO RECOVERY ASSOCIATES, LLC

Plaintiff

VS.

ALI DIABAT
2435 KESTRAL BLVD APT B
WEST LAFAYETTE IN 47906

Defendant(s)

## COMPLAINT

Comes the Plaintiff, the Creditor herein, by Counsel, and for a Complaint, states as follows:

1.    That Defendant(s) are indebted to the Plaintiff under the contract, account statement and/or affidavit, as shown on the attached Exhibit "A".

2.    Said obligation is past due, and the Defendant(s) owe Plaintiff, $4,971.74, with interest thereon at the rate of 8% per annum from June 17, 2009 to date of Judgment then with post Judgment interest as provided by law until paid in full.

WHEREFORE, Plaintiff demands Judgment against the Defendant(s) for the sums, plus interest, set forth above and court costs.

MORGAN & POTTINGER, P.S.C.

☐ Shon Leverett, #19456-10
☐ Julia M. Pike, #14050-10
☐ Molly Rose, #29047-10
   Counsel for Plaintiff
   204 East Market Street
   Louisville, KY 40202
   502-560-6700

**THIS COMMUNICATION FROM A DEBT COLLECTOR IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
10Y32424 - ncikxx.frm

 **TrueEarnings ℠ Card**
**Statement of Account**

 COSTCO WHOLESALE

Earn cash back virtually everywhere you use the Card.

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| ALI H DIABAT | XXXX-XXXXX7-31002 | 05/28/09 | Page 1 of 2 |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 4,971.74 | 0.00 | 0.00 | =4,971.74 | 1,905.00 |

**Payment Due Date**
**06/17/09**

Minimum Amount Due includes:
Past due amount
$1,806.00
This month's amount due
$99.00
Please refer to page 2
for important information
regarding your account

| Credit Line Summary on 05/28/09 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,000.00 | 0.00 | 0.00 | 0.00 |

Your account has been cancelled and suspended.

To manage your Account online or to pay your bill, please visit us at americanexpress.com/trueearnings.
For additional contact information, please see the reverse side of this page.

**Activity** * Indicates posting date | **Amount $**
---|---
**Total of Payment Activity** | **0.00**

| | **Amount $** |
|---|---|
| **Total of New Activity** | **0.00** |

| Finance Charges Billing days this period: 30 | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 0.00 | 0.0746% | 0.00% | 27.24% | 0.00 |
| Cash Advances | 0.00 | 0.0746% | 0.00% | 27.24% | 0.00 |
| | | | | | 0.00 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary
based upon the prime rate identified in the Wall Street Journal, as described in your
Cardmember Agreement as currently in effect.

---

♦ Please fold on the perforation below, detach and return with your payment. ♦
Do not staple or use paper clips
**Payment Coupon**

Account Number

**Payment Due Date:** To Pay by Computer, visit:
**06/17/09** americanexpress.com/pbc.

**New Balance**
**$ 4,971.74**

**Minimum Amount Due**
**$1,905.00**

ALI  H  DIABAT
3601   BEYER  PARK  DR
MODESTO CA  95355-1319

Enter account number on
all documents.
Make check payable to
American Express.

See Finance Charge
section on reverse side for
a description of when
additional Finance
Charges are not assessed
on Purchases.

$ _____ . ____
Amount enclosed

Check here if your address
or phone number has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN  EXPRESS
BOX  0001
LOS  ANGELES  CA  90096-8000

10432424

0000                    197174000190500 23 A

Payments: Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. Authorization for Electronic Debit: We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. Authorization for Electronic Payments: By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 8:00 p.m. MST may not be credited until the next day. Allocation of Payments and Credits: Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC): We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum FC for any billing period in which FC are imposed is $0.50. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional FC on purchases included in the New Balance on this statement. Transactions Made in Foreign Currencies: If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2.7%. This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: In Case of Errors or Questions About Your Bill: If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. Special Rule for Credit Card Purchases: If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) Credit Balance: If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. New York residents may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866. www.american express.com/privacy for more details and to set your email preferences.



**To Pay By Phone**
1-800-472-9297

**Customer Service and Lost or Stolen Card**
1-888-246-1078
24 hours/7 days

**International Collect**
1-336-393-1111

**Hearing Impaired**
(8am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille Statements**
1-888-246-1078

americanexpress.com

**Customer Service**
P.O. Box 981535
El Paso, TX
79998-1535

**Express Cash**
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
BOX 0001
LOS ANGELES
CA
90096-8000

**Change of Address**
If correct on front
do not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.



Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.