# EXHIBIT H

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MILTON LINHARES, Individually and On Behalf of All Others Similarly Situated, | No. 1:23-CV-02246-KMW-SAK |
| | Hon. Karen M. Williams, U.S.D.J. |
| Plaintiff, | Hon. Sharon A. King, Mag. |
| v. | MOTION DATE: June 5, 2023 |
| CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, THOMAS GOTTSTEIN, ULRICH KORNER, DAVID R. MATHERS, and DIXIT JOSHI | |
| Defendants. | |
| BRADEN TURNER, Individually and On Behalf of All Others Similarly Situated, | No. 1:23-cv-01476-KMW-SAK |
| | Hon. Karen M. Williams, U.S.D.J. |
| Plaintiff, | Hon. Sharon A. King, Mag. |
| v. | MOTION DATE: June 5, 2023 |
| CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, DIXIT JOSHI, THOMAS GOTTSTEIN, and DAVID R. MATHERS | |
| Defendants. | |

*(Additional Case Caption Continued on Following Page)*

|  |  |
|---|---|
| PATRICK CALHOUN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, and DIXIT JOSHI<br><br>Defendants. | No. 1:23-cv-01297-KMW-SAK<br><br>Hon. Karen M. Williams, U.S.D.J.<br><br>Hon. Sharon A. King, Mag.<br><br>MOTION DATE: June 5, 2023 |

**SUPPLEMENTAL DECLARATION OF ALI DIABAT IN FURTHER SUPPORT OF HIS MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF COUNSEL AND IN OPPOSITION TO THE <u>COMPETING MOTIONS FOR APPOINTMENT</u>**

I, Ali Diabat, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Supplemental Declaration in further support of my Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel in the related class actions on behalf of investors in Credit Suisse Group AG ("Credit Suisse" or the "Company") ADSs and/or securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") and in opposition to the competing motions for appointment. I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I have reviewed the Memorandum of Law of Mehmet Resit As in Opposition to the Competing Lead Plaintiff Motions (the "Resit As Opposition Brief") (ECF No. 26) which claims I "failed to appear in other U.S. Litigation," such that a "[a] default judgment was entered against [me] in *Portfolio Recovery Associates LLC v. Ali Diabat*, 79D01-1104-CC-000247, Tippecanoe Superior Court (Indiana)." *Id.* at 9-10. Prior to reviewing the Resit As Opposition Brief, I was unaware of the *Portfolio Recovery* Action.

3.      Because the Resit As Opposition Brief provided no information about the *Portfolio Recovery* Action, my counsel searched for and located a copy of the docket sheet and complaint (with Exhibit A), filed in Tippecanoe Superior Court #1 on or about April 7, 2011. As the *Portfolio Recovery* Action docket sheet reflects, I was never served with a copy of the complaint or any default judgment. Further, as

1

the complaint and Exhibit A to the complaint show, the *Portfolio Recovery* Action appears to be a civil collection action for a $4,971.74 Costco American Express bill, originally due June 17, 2009.

4.    I did not incur charges in the amount of $4,971.74 at issue in this complaint – or any other amount – and this debt is not owed by me.

5.    While studying at Purdue University, I lived at 2435 Kestral Blvd, Apt. B, West Lafayette, Indiana 47906 for less than three months during summer term of year 2006. I successfully defended my PhD dissertation at Purdue University in December 2007, and I left the United States in February 2008. Thereafter, in 2011, I was in Boston for an academic semester at MIT. Thereafter, I was not in the United States again until 2014.

6.    As noted in my prior submissions, I take my responsibilities as a proposed Lead Plaintiff for this securities fraud class action seriously and will appear at deposition and in court in the United States as necessary and appropriate over the course of this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _5/26/2023_____

DocuSigned by:

F7EDAF1B71844D8...

Ali Diabat

2