Jose L. Linares
Guillermo C. Artiles
Mark M. Makhail
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 639-7944
Fax: (973) 624-7070
jlinares@mccarter.com
gartiles@mccarter.com
mmakhail@mccarter.com

Herbert S. Washer (*Pro Hac Vice* Application Forthcoming)
Jason M. Hall (*Pro Hac Vice* Application Forthcoming)
Edward N. Moss (*Pro Hac Vice* Application Forthcoming)
Lauren A. Riddell (*Pro Hac Vice* Application Forthcoming)
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
Tel: (212) 701-3000
Fax: (212) 269-5420
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
lriddell@cahill.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICK CALHOUN, Individually and on Behalf of all Others Similarly Situated,<br><br>           Plaintiff,<br><br>        v. | Case No. 1:23-cv-01297-KMW-SAK<br><br>**DEFENDANTS' NOTICE OF MOTION TO TRANSFER** |

| | |
|---|---|
| CREDIT SUISSE GROUP AG, et al.,<br><br>Defendants. | **PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>**Oral Argument Requested [L.R. 78.1]** |
| BRADEN TURNER , Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, et al.,<br><br>Defendants. | Case No. 1:23-cv-01476-KMW-SAK |
| MILTON LINHARES , Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, et al.,<br><br>Defendants. | Case No. 1:23-cv-02246-KMW-SAK |

TO:       All Parties and Their Counsel of Record

COUNSEL:

**PLEASE TAKE NOTICE** that the undersigned attorneys for Credit Suisse

Group AG, Axel P. Lehmann, Ulrich Körner, Dixit Joshi, David R. Mathers, and

1

Thomas Gottstein (collectively, the "Defendants"), upon the accompanying Memorandum of Law, Declaration of Herbert S. Washer and the exhibits attached thereto, and proposed form of Order, will move this Court before the Honorable Karen M. Williams, United States District Judge for the District of New Jersey, 4th & Cooper Streets, Courtroom 4A, Camden, New Jersey, at a date and time to be determined by this Court, for an Order transferring the above-captioned actions in their entirety to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a).

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants rely on the memorandum of law filed herewith, the Declaration of Edward Moss and exhibits thereto, the Declaration of Joan E. Belzer, and such other papers as may be filed in support of this motion. A proposed order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument at a date and time to be designated by the Court.

Dated: June 9, 2023                    Respectfully submitted,


/s/ *Jose L. Linares*
Jose L. Linares
Guillermo C. Artiles
Mark M. Makhail

2

**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 639-7944
Fax: (973) 624-7070
jlinares@mccarter.com
gartiles@mccarter.com
mmakhail@mccarter.com

Herbert S. Washer (*Pro Hac Vice* Application
Forthcoming)
Jason M. Hall (*Pro Hac Vice* Application
Forthcoming)
Edward N. Moss (*Pro Hac Vice* Application
Forthcoming)
Lauren A. Riddell (*Pro Hac Vice* Application
Forthcoming)
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
Tel: (212) 701-3000
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
lriddell@cahill.com

*Attorneys for Defendants*

3

## **LOCAL CIVIL RULE 11.2 CERTIFICATION**

Pursuant to Local Civil Rule 11.2, I certify that, to the best of my knowledge, the matter in controversy is not the subject of another action pending in any court or of any pending arbitration or administrative proceeding.


Dated:        June 9, 2023                 /s/ *Jose L. Linares*
                                           Jose L. Linares

4