# Exhibit 1

≡    **NAVIGATION**

| LONDON | ZURICH | NEW YORK |
|--------|--------|----------|
| MON 5:53PM GMT | MON 6:53PM CET | MON 12:53PM EST |

NASSAU
MON 12:53PM EST





CORE Capital Partners Ltd. is an innovative company licensed and regulated by the Securities Commission of The Bahamas (SCB) to provide broker/dealer amenities.

CORE is an independent firm, with access to global markets. Our autonomous structure enables an accelerated account opening process upon receipt of requisite documents, we offer a flexible fee structure and direct personalized attention, all tailored to suit your distinct needs.

CORE delivers a plethora of services to financial institutions, advisors, and high net worth entities – providing a striking platform with an exhaustive accompaniment of personalized investment advisory, brokerage and wealth management solutions.

CORE CAPITAL PARTNERS, AS UNIQUELY DIVERSE AS THE ISLANDS OF THE BAHAMAS.



## WHY CHOOSE THE BAHAMAS?

With industry Leading infrastructure and world class resources, the Bahamas retains its position as a top financial jurisdiction.

LEARN MORE



## WHY CHOOSE CORE CAPITAL?

At CORE we meet ALL of your demands – our excellent and personalized service, autonomous structure, and competitive fees – are trademarks and they enable us to be uniquely client driven.

LEARN MORE

© Copyright CORE Capital Partners Limited, The Bahamas. All Rights Reserved.

Wordpress Web Development: Thyme Online Ltd