# Exhibit 4

Contact Us | WSJ.COM | SIGN IN

## Contact Us

Visit the [Help Center](#) for Frequently Asked Questions.
Or answer a few short questions below to contact a Customer Service agent.

## Email Customer Service

| SIGN IN | I DON'T HAVE AN ACCOUNT |
|---------|-------------------------|
| If you have an account, please sign in so we can assist you faster and more accurately. | Don't have an account? We can still help. |

Are you a print subscriber without a login?
[Activate your digital account](#) to manage your WSJ and Barron's subscription online.

## Contact Info

WSJ - Customer Service                           ⌄

WSJ Pro - Customer Service                       ⌄

Barron's - Customer Service                      ⌄

MarketWatch - Customer Service                   ⌄

Financial News                                   ⌄

Private Equity News                              ⌄

Mansion Global - Customer Service                ⌄

5/15/23, 3:19 PM
Case 1:23-cv-05874-CM-SLC
Document 16-6
Customer Center - The Wall Street Journal
Filed 06/09/23
Page 3 of 4



## WSJ - Newsroom

**Letters to the Editor**

wsj.ltrs@wsj.com

Editor, The Wall Street Journal
1211 Avenue of the Americas
New York, NY 10036

**Opinion or Editorial Page**

edit.features@wsj.com

**Corrections**

wsjcontact@wsj.com

**Editors**

Masthead

**Feedback**

wsjcontact@wsj.com

**Obituaries**

obits@wsj.com

Barron's - Newsroom

Corporate

Advertise

Help Center

Privacy Notice

Cookie Notice

Terms of Use

Contact Us

© 2023 Dow Jones & Company, Inc. All Rights Reserved