# Exhibit 5

Case 1:23-cv-05874-CM-SLC   Document 16-7   Filed 06/09/23   Page 2 of 7

The Company & its Products ▼  |  Bloomberg Terminal Demo Request  |  🖥 **Bloomberg Anywhere Login**  |  Customer Support

# Bloomberg

**Sustainability** ——

Share         in    🐦    f

## Bloomberg Headquarters in New York Receives Highest 3 Star Fitwel Certification from Center for Active Design

March 01, 2018

Bloomberg offices at 731 Lexington Avenue recognized for commitment to employee health, safety, and well-being

*New York, 1 March 2018* – Bloomberg L.P.'s headquarters at 731 Lexington Avenue has been certified by the Center for Active Design (CfAD) with a Fitwel 3 Star Rating, the system's highest achievement level. Fitwel is the leading global health certification, evaluating evidence-based strategies in buildings that support human health. The Center for Active Design is the operator of the Fitwel Certification System and is an international not-for-profit organization that was launched in 2012 by then Mayor and founder of Bloomberg L.P. Michael Bloomberg.

Commonly known as *The Bloomberg Tower*, 731 Lexington Avenue is managed by Vornado Realty Trust. The building's Fitwel designation is the first to be pursued jointly by a landlord and tenant, reflecting the commitment of both parties to creating forward-looking workplaces that enhance employee health, safety, and well-being. 731 Lexington Avenue is the first non-governmental, single-tenant property to be 3 star certified. The building joins thirteen others with a Fitwel 3 Star Rating.

Fitwel is a cost-effective, high-impact certification system promoting positive impacts to building occupant health and productivity through improvements to building design and operational policies. The Fitwel Certification System benchmarks buildings against a baseline of evidence-based criteria that define a health-promoting environment. In office environments, the expected improvements in employee wellness may result in lower health care costs, lower rates of absenteeism, and increased revenue from enhanced employee performance. Fitwel responds to the growing demand for recognition of healthier buildings and workplaces, serving as a market differentiator to retain and attract tenants and future employees.

Bloomberg's 900,000 square foot office aligns well with Fitwel Strategies. For example, access to daylight and exterior views for the majority of workspaces is found to improve workplace performance and employee satisfaction. Bloomberg fosters healthy lifestyles for employees through provision of healthy food offerings, and access to community supported agriculture (CSA) deliveries during the local growing season.

Most notable is the active workplace culture that has evolved around Bloomberg's interior stairwell system, which encourages employees to be more physically active while traveling between its 29 floors, as well as collaborate more fluidly between workspaces. Vornado contributes to a healthy indoor environment through the green cleaning program run by BMS, LLC, its wholly owned subsidiary, and proactively monitors indoor air quality for optimal levels of fresh air, temperature and humidity, as well as potential contaminants.

Beth Mazzeo, Chief Operating Officer at Bloomberg, said: "Bloomberg is proud to offer its employees a work environment that encourages innovation, collaboration with each other and promotes health and well-being. These aspects are ingrained in our company culture and we have long designed our offices around them. The 3-Star Fitwel Rating for our New York headquarters underscores our commitment to provide a building environment that is safe, increases physical activity and in turn increases employee motivation."

Joanna Frank, President & CEO of the Center of Active Design said: "To achieve excellence in health promotion, the strategies within Fitwel encourage cooperation between all those involved in the development, design, management, and end use of buildings. Vornado and Bloomberg L.P.'s groundbreaking Fitwel certification demonstrates the great potential for building owners and tenants to join together to meet the highest standard for workplace health promotion. We are especially happy to celebrate the power of collaboration shown at the *Bloomberg Tower* and believe this approach will be key to achieving market transformation."

Case 1:23-cv-05874-CM-SLC Document 16-7 Filed 06/09/23 Page 4 of 7







5/15/23, 2:07 PM
Bloomberg Headquarters in New York Receives Highest 3 Star Fitwel Certification from Center for Active Design | Press | Bloomb…

Case 1:23-cv-05874-CM-SLC   Document 16-7   Filed 06/09/23   Page 5 of 7







**Media Contacts:**

Veronika Henze

Bloomberg LP

+1-646-324-1596

vhenze@bloomberg.net

Symphony Chau

Center for Active Design

+1-212-227-2831

symphony.chau@centerforactivedesign.org

**About Bloomberg:**

Bloomberg, the global business and financial information and news leader, gives influential decision makers a critical edge by connecting them to a dynamic network of information, people and ideas. The company's strength – delivering data, news and analytics through innovative technology, quickly and accurately – is at the core of the Bloomberg Terminal. Bloomberg's enterprise solutions build on the company's core strength: leveraging technology to allow customers to access, integrate, distribute and manage data and information across organizations more efficiently and effectively. For more information, visit www.bloomberg.com or request a demo.

**About The Center for Active Design:**

The Center for Active Design, an international non-profit launched by Mayor Michael Bloomberg in 2012, uses design to foster healthy and engaged communities was awarded the exclusive operating license in 2016 with the mandate to expand Fitwel globally to the private sector. Fitwel is the world's leading certification system that optimizes buildings to support health. Generated by expert analysis of over 3,000 academic research studies, Fitwel is implementing a vision for a healthier future where all buildings and communities are enhanced to strengthen health and wellbeing. Fitwel was created as a joint initiative led by the U.S. Centers for Disease Control and Prevention together with the General Services Administration.

**Read more related stories**

Case 1:23-cv-05874-CM-SLC   Document 16-7   Filed 06/09/23   Page 7 of 7

**READ MORE**