Jose L. Linares
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 639-7944
Fax: (973) 624-7070
jlinares@mccarter.com

Herbert S. Washer (*Pro Hac Vice* Application Forthcoming)
Jason M. Hall (*Pro Hac Vice* Application Forthcoming)
Edward N. Moss (*Pro Hac Vice* Application Forthcoming)
Lauren A. Riddell (*Pro Hac Vice* Application Forthcoming)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420
Email: hwasher@cahill.com
Email: jhall@cahill.com
Email: emoss@cahill.com
Email: lriddell@cahill.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PATRICK CALHOUN, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v. | Case No. 1:23-cv-01297-KMW-SAK<br><br>**DECLARATION OF JOAN E. BELZER IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)** |

| | |
|---|---|
| CREDIT SUISSE GROUP AG, et al., <br><br>                    Defendants. | |
| BRADEN TURNER, Individually and on Behalf of all Others Similarly Situated, <br><br>                    Plaintiff, <br><br>          v. <br><br> CREDIT SUISSE GROUP AG, et al., <br><br>                    Defendants. | Case No. 1:23-cv-01476-KMW-SAK |
| MILTON LINHARES, Individually and on Behalf of all Others Similarly Situated, <br><br>                    Plaintiff, <br><br>          v. <br><br> CREDIT SUISSE GROUP AG, et al., <br><br>                    Defendants. | Case No. 1:23-cv-02246-KMW-SAK |

## DECLARATION OF JOAN ELIZABETH BELZER

I, JOAN ELIZABETH BELZER, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am Group Corporate Secretary of Credit Suisse Group AG ("CSGAG"). In that role, I support the CS Board of Directors in matters of corporate

governance.    I submit this declaration in support of Credit Suisse's and the Individual Defendants'[1] motion to transfer the above-captioned actions.  I set forth the facts below to the best of my personal knowledge as Corporate Secretary and based upon my review of CSGAG's records.

2. CSGAG is a holding company incorporated under the laws of Switzerland.  Its global headquarters and corporate seat are and have been located at Paradeplatz 8, 8001 Zurich, Switzerland.

3. CSGAG is a Swiss stock corporation registered under Swiss Law pursuant to the Swiss Code of Obligations.

4. CSGAG's common shares trade on Switzerland's principal stock exchange (SIX Swiss Exchange).

5. CSGAG is a holding company.  It has no offices in the United States and no employees in the United States.  Credit Suisse AG, the direct subsidiary of CSGAG, has its main office in the Americas at 11 Madison Avenue, New York, NY 10010.

6. Listed below are certain current or former members of the CSGAG Board of Directors or Executive Board, the dates during which each member

---

[1]The Individual Defendants are Axel P. Lehmann, Ulrich Körner, Dixit Joshi, Thomas Gottstein, and David R. Mathers.

served, and each member's current principal place of residence as reflected in

CSGAG's official records:

- Axel P. Lehmann, Board of Directors from 2021 to present – Switzerland
- Ulrich Körner, Board of Directors from 2022 to present – Switzerland
- Dixit Joshi, Executive Board from 2022 to present – Switzerland
- Thomas P. Gottstein, Executive Board from 2015 to 2022 – Switzerland
- David R. Mathers, Executive Board from 2010 to 2022 – United Kingdom

I affirm this on the 8th day of June, 2023 under the penalty of perjury under

the laws of the United States of America that the foregoing is true and correct.

Joan Elizabeth Belzer