## <u>CERTIFICATE OF FILING AND SERVICE</u>

I certify that true copies of the foregoing Defendants' Notice of Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), Memorandum of Law in support thereof, Declaration of Edward Moss and the exhibits attached thereto, proposed form of Order, and Local Civil Rule 11.2 Certification were electronically filed with the Court and simultaneously served upon all counsel of record by operation of the Court's CM/ECF system on this 9th day of June 2023.

/s/ *Jose L. Linares*
Jose L. Linares