Jose L. Linares
Guillermo C. Artiles
Mark M. Makhail
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 639-7944
Fax: (973) 624-7070
jlinares@mccarter.com
gartiles@mccarter.com
mmakhail@mccarter.com


Herbert S. Washer (*Pro Hac Vice* Application Forthcoming)
Jason M. Hall (*Pro Hac Vice* Application Forthcoming)
Edward N. Moss (*Pro Hac Vice* Application Forthcoming)
Lauren A. Riddell (*Pro Hac Vice* Application Forthcoming)
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
Tel: (212) 701-3000
Fax: (212) 269-5420
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
lriddell@cahill.com


*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICK CALHOUN, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v. | Case No. 1:23-cv-01297-KMW-SAK<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER** |

|  |  |
|---|---|
| CREDIT SUISSE GROUP AG, et al., <br><br> Defendants. | **PURSUANT TO 28 U.S.C. § 1404(a)** |
| BRADEN TURNER , Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, et al., <br><br> Defendants. | Case No. 1:23-cv-01476-KMW-SAK |
| MILTON LINHARES , Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, et al., <br><br> Defendants. | Case No. 1:23-cv-02246-KMW-SAK |

This matter comes before the Court on Defendants' Motion to Transfer the above-captioned actions to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a) (the "Motion"). Having read and considered the Motion, the memoranda, all papers filed in support of the Motion and noting that Plaintiffs do not oppose

1

the Motion, and for good cause shown,

**IT IS** on this 6th day July, 2023,

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED**

*Karen M. Williams*

HON. KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

2