IH-32                                                                                      Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

BRADEN TURNER, Individually and on
Behalf of All Others Similarly Situated,

|  |  |
|---|---|
| Plaintiff | Case Number   1:23-cv-05874-DLC |
| vs. | |
| CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, DIXIT JOSHI, THOMAS GOTTSTEIN, and DAVID R. MATHERS, | |
| Defendant | |

### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

PATRICK CALHOUN, Individually and
On Behalf of All Others Similarly
Situated,

|  |  |
|---|---|
| Plaintiff | Case Number   1:23-cv-06023-LGS |
| vs. | |
| CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KORNER, and DIXIT JOSHI, | |
| Defendant | |

IH-32                                                                                              Rev: 2014-1

Status of Earlier Filed Case:

☐    Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑    Open          (If so, set forth procedural status and summarize any court rulings.)

The first-filed Calhoun action was filed on March 8, 2023 in the United States District Court for the District of New Jersey. Following its transfer to this court, it was docketed as docket number 1:23-cv-06023-LGS and assigned to Judge Lorna G. Schofield.

The Turner Action was filed on March 16, 2023 in the United States District Court for the District of New Jersey. Following its transfer to this court, it was docketed as docket number 1:23-cv-05874-DLC and assigned to Judge Denise L. Cote.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both actions are securities class actions that concern the same or similar underlying facts and events related to alleged violations of the federal  securities laws by Credit Suisse Group AG and certain of its directors and officers. The Turner action should be related to the first-filed Calhoun case and should be reassigned to Judge Schofield. The Calhoun case has all the relevant motions to consolidate both cases and competing lead plaintiff motions.

Signature:    /s/ Phillip Kim                                                    Date:    7/31/2023

Firm:         The Rosen Law Firm, P.A.