```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
BRADEN TURNER, individually and on   :
behalf of all others similarly       :
situated,                            :
                         Plaintiff,  :    23cv5874 (DLC)
              -v-                    :    23cv6023 (DLC)
                                     :    23cv6039 (DLC)
CREDIT SUISSE GROUP A.G., et al.,    :
                                     :         ORDER
                        Defendants.  :
                                     :
-------------------------------------X
-------------------------------------X
PATRICK CALHOUN, individually and on :
behalf of all others similarly       :
situated,                            :
                         Plaintiff,  :
              -v-                    :
                                     :
CREDIT SUISSE GROUP A.G., et al.,    :
                                     :
                        Defendants.  :
                                     :
-------------------------------------X
-------------------------------------X
MILTON LINHARES, individually and on :
behalf of all others similarly       :
situated,                            :
                         Plaintiff,  :
                                     :
              -v-                    :
                                     :
CREDIT SUISSE GROUP A.G., et al.,    :
                                     :
                        Defendants.  :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

   Having received the defendants' letter dated August 22, 2023, it is hereby

ORDERED that the August 25 conference is cancelled.

Dated:   New York, New York
         August 23, 2023

                                       _____
                                              DENISE COTE
                                       United States District Judge