## **CERTIFICATION PURSUANT TO SECURITIES LAWS**

Ali Diabat ("Lead Plaintiff") declares, as to the claims asserted under the federal securities law, that:

1.      Lead Plaintiff has reviewed a draft of the Amended Complaint alleging violations of the securities laws.

2.      Lead Plaintiff did not purchase securities of **Credit Suisse Group AG** at the direction of plaintiff's counsel or in order to participate in a private action under the federal securities laws.

3.      Lead Plaintiff is willing to serve as a representative party on behalf of a Class, including providing testimony at deposition and trial, if necessary.

4.      During the revised Class Period, Lead Plaintiff has executed transactions in the securities of **Credit Suisse Group AG**. The transactions in the attached Schedule set forth all of the transactions of Lead Plaintiff in **Credit Suisse Group AG** securities during the revised Class Period specified in the Amended Complaint.

5.      In the last three years, Lead Plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except in this action.

6.      Lead Plaintiff will not accept payment for serving as such beyond his *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _9/26/2023_____

_____

DocuSigned by:

F7EDAF1B71844D8...

Ali Diabat

**Credit Suisse Securities Litigation**
**Class Period Transactions of Ali Diabat in ADSs of Credit Suisse Group AG (NYSE: "CS")**
**Class Period Begins:**      4/6/2021
**Class Period Ends:**      3/20/2023

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 5/5/2021 | Purchase | 100,000 | $ 10.3689 |
| 5/26/2021 | Sale | 100,000 | $ 10.67 |
| 5/28/2021 | Purchase | 150,000 | $ 10.94 |
| 12/13/2021 | Purchase | 116,666 | $ 9.36 |
| 3/1/2022 | Purchase | 33,334 | $ 7.88 |
| 3/16/2023 | Purchase | 150,000 | $ 2.24 |
| 3/17/2023 | Purchase | 14,000 | $ 1.96 |