N97HCreC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
IN RE:  CREDIT SUISSE GROUP AG,
*et al.*,                                           23 Civ. 4458 (CM)
                                                    23 Civ. 5874 (CM)
                                                    23 Civ. 4813 (CM)
                                                    23 Civ. 6023 (CM)
                                                    23 Civ. 7297 (CM)
                                                    23 Civ. 6039 (CM)


                                                    Conference

------------------------------x

                                                    New York, N.Y.
                                                    September 7, 2023
                                                    2:00 p.m.

Before:

                    HON. COLLEEN McMAHON,

                                        District Judge

                        APPEARANCES

JOHNSON BOTTINI, LLP
     Attorneys for Plaintiff Stevenson
BY:  ALBERT YONG CHANG
     -and-
GEORGIOU ENTERPRISES
BY:  BYRON S. GEORGIOU

DICELLO LEVITT, LLP
     Attorneys for Plaintiffs Star Colbert and the Credit
Suisse AT1 bondholders
BY:  GREG G. GUTZLER
     JAMES D. BASKIN

KAHN SWICK & FOTI LLC
     Attorneys for Plaintiff Diabat
BY:  KIM ELAINE MILLER
     MATTHEW P. WOODARD

THE ROSEN LAW FIRM P.A.
     Attorneys for Plaintiff Resit As
BY:  PHILLIP C. KIM
     LAURENCE M. ROSEN

N97HCreC

                        APPEARANCES (Cont'd)

POMERANTZ LLP
     Attorneys for Plaintiff Core Capital Partners LP
BY:  JOSEPH ALEXANDER HOOD II

KAPLAN FOX & KILSHEIMER LLP
     Attorneys for Plaintiff Yang
BY:  JEFFREY PHILIP CAMPISI

CAHILL GORDON & REINDEL LLP
     Attorneys for Defendant Credit Suisse Group AG
BY:  EDWARD NATHANIEL MOSS
     TAMMY L. ROY

LATHAM & WATKINS LLP
     Attorneys for Defendants KPMG, Knopp, and Newinski
BY:  COREY CALABRESE

BROWN RUDNICK LLP
     Attorneys for Defendant Wada
BY:  JESSICA N. MEYERS
     STEPHEN COOK (telephonic)

BALLARD SPAHR LLP
     Attorneys for Defendants Marcello, Whittle, Middendorf,
Sweet, and Holder
BY:  LAUREN ENGELMYER

N97HCreC

is a front for his cousin, who is barred from trading on Turkish exchanges.  He argues that Mr. As made his first purchases only five days after his cousin was subject to an order barring him from trading.

But sheer speculation is no substitute for proof, and we do not engage in guilt by association in this court.  There is no evidence that Mr. As participated in any illicit security dealings in Turkey with his cousin or that there has been any effort to sanction him, as his cousin has been twice sanctioned.  Nor is there any evidence that he bought shares for anyone else.

I believe the presumption to have been rebutted because of the timing of his purchases, but I wanted to make it very clear that I did not find the other argument, which is something of an aspersion on Mr. As, to have any merit.

So this leaves Professor Diabat, who does not appear to have any similar deficiencies.  He is a resident of Jordan, a lawful permanent resident of the United States, although I do believe he lives abroad since he is on the faculty of New York University in Abu Dhabi.  There does not appear to be any indication in the record before me that his transactions in Credit Suisse ADSs are not domestic transactions.  The only argument I can find in the papers that is raised against him is that he defaulted in a state court matter in Indiana some years ago, a case in which he claims never to have been served.  He

N97HCreC

is appointed lead counsel, and the Kahn Swick & Foti firm as class counsel.

So we've taken care of that.  So let me turn to —— who's going to speak for Kahn Swick.

MS. MILLER:  Your Honor, Kim Miller.

THE COURT:  I assume you're going to file a consolidated amended class action complaint?

MS. MILLER:  Yes, of course, your Honor.

THE COURT:  You have ten days.

MS. MILLER:  I thought I'd get 14.

THE COURT:  OK.  You have 14 days.

MS. MILLER:  Thank you, your Honor.

THE COURT:  All right.  Now, so I've got a consolidated class action.  I've got the RICO case.  That's over here.  I've got a consolidated class action, and then there are some —— there's another case, another AT1 bond case, is that correct?

MR. GUTZLER:  That's correct, your Honor.  Greg Gutzler on behalf of the AT1 bondholders.

It is a case against the directors, officers, senior management of Credit Suisse under the Swiss Code of Obligations.  We seek to hold those individuals liable for the AT1 bondholder losses of $17 billion.

THE COURT:  I assume that whoever is representing those defendants is going to want to suggest to me that that is

days —— 14, 14, 30, 30.

MR. MOSS:  That's fine, your Honor.  I would just ask —— I haven't done the math in my head —— but if it overlaps with Thanksgiving ——

THE COURT:  Well, let's do the math.

MR. MOSS:  —— for a little extra.

THE COURT:  Let's do the math.  First I have to tear August off the calendar.

MS. MILLER:  Your Honor, at the risk of complicating things, could I have, instead of 30 days on my opposition, five more on the amended complaint on the front end?

THE COURT:  And then 25?

MS. MILLER:  Yes.

THE COURT:  OK.  I'm not going to —— let's start with —— OK.  So what's 19 days from today.  What's today?  It's the 7th.  So that means the amended consolidated complaint is going to be filed on the 26th of September, which means —— and I'll give you until the 27th, which happens to be a Friday.  It will make for a nice weekend for everyone.  The 27th of October to file your motion to dismiss.

Then you've got 25 days, so we have one, two, three, four, and 21.  So you have to file by Tuesday, the 21st of November, good job, which is two days before Thanksgiving, your response.  And then you'll have a nice holiday, and we'll give 14 days to the defendants to do a reply, which will be December