**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALI DIABAT, Individually and On Behalf of All Others
Similarly Situated,

Plaintiff,

- *against* -

CREDIT SUISSE GROUP AG, AXEL P. LEHMANN,
ULRICH KÖRNER, DIXIT JOSHI, THOMAS
GOTTSTEIN, DAVID R. MATHERS, ANTÓNIO
HORTA-OSÓRIO, and
PRICEWATERHOUSECOOPERS AG,

Defendants.

Case No. 1:23-cv-5874-CM

[rel. 1:23-cv-04458-CM]

**DECLARATION OF NICHOLAS N. MATUSCHAK**

I, Nicholas N. Matuschak, at 32 Old Slip, New York, NY 10005, state:

1.      I am counsel at Cahill Gordon & Reindel LLP, attorneys for Defendants Credit Suisse Group AG ("CS"), Axel P. Lehmann, Ulrich Körner, Dixit Joshi, Thomas Gottstein, and David R. Mathers (collectively with CS, the "CS Defendants") in the above-captioned action, and am authorized to practice law in this Court.  I submit this declaration in support of the Credit Suisse Defendants' October 27, 2023 Motion to Dismiss.[1]

2.      Attached hereto as **Exhibit 1** are excerpts from a true and correct copy of CS's 2020 Annual Report filed with the SEC on March 18, 2021.

3.      Attached hereto as **Exhibit 2** are excerpts from a true and correct copy of CS's 1Q21 Earnings Release filed with the SEC on April 22, 2021.

4.      Attached hereto as **Exhibit 3** are excerpts from a true and correct copy of CS's 1Q21 Quarterly Report filed with the SEC on May 6, 2021.

---

[1] Capitalized terms used herein have the meaning assigned in the CS Defendants' October 27, 2023 Memorandum of Law filed herewith or, if not defined therein, in the Consolidated Amended Class Action Complaint (ECF No. 65).

5. Attached hereto as **Exhibit 4** are excerpts from a true and correct copy of CS's 2Q21 Quarterly Report filed with the SEC on July 29, 2021.

6. Attached hereto as **Exhibit 5** are excerpts from a true and correct copy of CS's 3Q21 Quarterly Report filed with the SEC on November 4, 2021.

7. Attached hereto as **Exhibit 6** are excerpts from a true and correct copy of CS's FY21 Earnings Release filed with the SEC on February 10, 2022.

8. Attached hereto as **Exhibit 7** are excerpts from a true and correct copy of CS's 2021 Annual Report filed with the SEC on March 10, 2022.

9. Attached hereto as **Exhibit 8** are excerpts from a true and correct copy of CS's 1Q22 Earnings Release filed with the SEC on April 27, 2022.

10. Attached hereto as **Exhibit 9** are excerpts from a true and correct copy of CS's 1Q22 Quarterly Report filed with the SEC on May 5, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a letter from the SEC to CS dated July 15, 2022.

12. Attached hereto as **Exhibit 11** are excerpts from a true and correct copy of CS's 2Q22 Earnings Release filed with the SEC on July 27, 2022.

13. Attached hereto as **Exhibit 12** are excerpts from a true and correct copy of CS's 2Q22 Quarterly Report filed with the SEC on July 29, 2022.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a letter from CS to the SEC dated August 22, 2022.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a letter from the SEC to CS dated October 20, 2022.

16. Attached hereto as **Exhibit 15** are excerpts from a true and correct copy of CS's 3Q22 Earnings Release filed with the SEC on October 27, 2022.

17. Attached hereto as **Exhibit 16** are excerpts from a true and correct copy of CS's 3Q22 Quarterly Report filed with the SEC on November 2, 2022.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a letter from CS to the SEC dated November 18, 2022.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a letter from the SEC to CS dated January 17, 2023.

20. Attached hereto as **Exhibit 19** are excerpts from a true and correct copy of CS's FY22 Earnings Release filed with the SEC on February 9, 2023.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a letter from CS to the SEC dated February 13, 2023.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a letter from the SEC to CS dated March 10, 2023.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a letter from CS to the SEC dated March 12, 2023.

24. Attached hereto as **Exhibit 23** are excerpts from a true and correct copy of CS's 2022 Annual Report filed with the SEC on March 14, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of October 2023.

Nicholas N. Matuschak

3