

# Earnings Release

# 1Q21

# Assets under management

As of the end of 1Q21 assets under management were CHF 1,596.0 billion, 5.6% higher compared to the end of 4Q20 with net new assets of CHF 28.4 billion in 1Q21.

**Assets under management and net new assets**

| | | | end of | | % change |
|---|---|---|---|---|---|
| | 1Q21 | 4Q20 | 1Q20 | QoQ | YoY |
| **Assets under management (CHF billion)** | | | | | |
| Swiss Universal Bank - Private Clients | 213.1 | 208.6 | 194.8 | 2.2 | 9.4 |
| Swiss Universal Bank - Corporate & Institutional Clients | 487.0 | 462.6 | 405.3 | 5.3 | 20.2 |
| International Wealth Management - Private Banking | 386.2 | 365.4 | 327.7 | 5.7 | 17.9 |
| International Wealth Management - Asset Management | 458.0 | 440.3 | 409.6 | 4.0 | 11.8 |
| Asia Pacific | 241.9 | 221.3 | 197.0 | 9.3 | 22.8 |
| Assets managed across businesses [1] | (190.2) | (186.3) | (163.9) | 2.1 | 16.0 |
| **Assets under management** | **1,596.0** | **1,511.9** | **1,370.5** | **5.6** | **16.5** |
| of which discretionary assets | 506.5 | 483.0 | 450.1 | 4.9 | 12.5 |
| of which advisory assets | 1,089.5 | 1,028.9 | 920.4 | 5.9 | 18.4 |

| in | 1Q21 | 4Q20 | 1Q20 |
|---|---|---|---|
| **Net new assets (CHF billion)** | | | |
| Swiss Universal Bank – Private Clients | 2.2 | (2.1) | (4.2) |
| Swiss Universal Bank – Corporate & Institutional Clients | 3.9 | 3.8 | 4.8 |
| International Wealth Managment – Private Banking | 7.2 | 4.3 | 3.7 |
| International Wealth Managment – Asset Management [2] | 10.3 | 6.3 | 0.1 |
| Asia Pacific | 5.0 | (1.1) | 3.0 |
| Assets managed across businesses [1] | (0.2) | (2.8) | (1.6) |
| **Net new assets** | **28.4** | **8.4** | **5.8** |

1 Represents assets managed by Asset Management within International Wealth Management for the other businesses.

2 Includes outflows for private equity assets reflecting realizations at cost and unfunded commitments on which a fee is no longer earned.

## Results summary

**1Q21 results**

As of the end of 1Q21, assets under management of CHF 1,596.0 billion increased CHF 84.1 billion compared to the end of 4Q20. The increase was driven by favorable foreign exchange-related movements, net new assets of CHF 28.4 billion and by favorable market movements, partially offset by structural effects. Structural effects included CHF 11.2 billion related to the exit of our supply chain finance funds business in Asset Management of CHF 7.9 billion and CHF 3.3 billion related to the reclassification to assets under custody for our clients' assets that were impacted by the suspension and ongoing liquidation of these funds.

Net new assets of CHF 28.4 billion in 1Q21 mainly reflected inflows across the following businesses. Net new assets of CHF 10.3 billion in the Asset Management business of International Wealth Management reflected inflows from traditional investments, emerging market joint ventures and alternative investments. Net new assets of CHF 7.2 billion in the Private Banking business of International Wealth Management reflected inflows from both emerging markets and Western Europe. Net new assets of CHF 5.0 billion in Asia Pacific primarily reflected inflows from Greater China. Net new assets of CHF 3.9 billion in the Corporate & Institutional Clients business of Swiss Universal Bank mainly reflected inflows from the pension business. Net new asset of CHF 2.2 billion in the Private Clients business of Swiss Universal Bank reflected positive contributions from all businesses.

> Refer to "Swiss Universal Bank", "International Wealth Management" and "Asia Pacific" for further information.

> Refer to "Note 39 – Assets under management" in VI – Consolidated financial statements – Credit Suisse Group in the Credit Suisse Annual Report 2020 for further information.

**Consolidated balance sheets**

| end of | 1Q21 | 4Q20 |
|---|---:|---:|
| **Assets (CHF million)** | | |
| Cash and due from banks | 133,285 | 139,112 |
| Interest-bearing deposits with banks | 1,447 | 1,298 |
| Central bank funds sold, securities purchased under resale agreements and securities borrowing transactions | 91,121 | 79,133 |
| Securities received as collateral, at fair value | 56,494 | 50,773 |
| Trading assets, at fair value | 157,139 | 157,338 |
| Investment securities | 614 | 607 |
| Other investments | 5,640 | 5,412 |
| Net loans | 304,188 | 291,908 |
| Goodwill | 4,644 | 4,426 |
| Other intangible assets | 239 | 237 |
| Brokerage receivables | 47,682 | 35,941 |
| Other assets | 48,902 | 39,637 |
| **Total assets** | **851,395** | **805,822** |
| | | |
| **Liabilities and equity (CHF million)** | | |
| Due to banks | 19,422 | 16,423 |
| Customer deposits | 406,069 | 390,921 |
| Central bank funds purchased, securities sold under repurchase agreements and securities lending transactions | 22,853 | 23,851 |
| Obligation to return securities received as collateral, at fair value | 56,494 | 50,773 |
| Trading liabilities, at fair value | 47,740 | 45,871 |
| Short-term borrowings | 24,887 | 20,868 |
| Long-term debt | 170,453 | 161,087 |
| Brokerage payables | 26,890 | 21,653 |
| Other liabilities | 31,703 | 31,434 |
| **Total liabilities** | **806,511** | **762,881** |
| Common shares | 98 | 98 |
| Additional paid-in capital | 33,523 | 33,323 |
| Retained earnings | 32,582 | 32,834 |
| Treasury shares, at cost | (946) | (428) |
| Accumulated other comprehensive income/(loss) | (20,667) | (23,150) |
| **Total shareholders' equity** | **44,590** | **42,677** |
| Noncontrolling interests | 294 | 264 |
| **Total equity** | **44,884** | **42,941** |
| | | |
| **Total liabilities and equity** | **851,395** | **805,822** |

44