

# Financial
# Report

## 2Q21

# Assets under management

As of the end of 2Q21, assets under management were CHF 1,632.0 billion, 2.3% higher compared to the end of 1Q21 with net asset outflows of CHF 4.7 billion in 2Q21.

**Assets under management**

Assets under management comprise assets that are placed with us for investment purposes and include discretionary and advisory counterparty assets. Discretionary assets are assets for which the client fully transfers the discretionary power to a Credit Suisse entity with a management mandate. Discretionary assets are reported in the business in which the advice is provided as well as in the business in which the investment decisions take place. Assets managed by the Asset Management division for other businesses are reported in each applicable business and eliminated at the Group level. Advisory assets include assets placed with us where the client is provided access to investment advice but retains discretion over investment decisions.

Assets under management and net new assets include assets managed by consolidated entities, joint ventures and strategic participations. Assets from joint ventures and participations are counted in proportion to our share in the respective entity.

**Net new assets**

Net new assets include individual cash payments, delivery of securities and cash flows resulting from loan increases or repayments.

Interest and dividend income credited to clients and commissions, interest and fees charged for banking services as well as changes in assets under management due to currency and market volatility are not taken into account when calculating net new assets. Any such changes are not directly related to the Group's success in acquiring assets under management. Similarly, structural effects mainly relate to asset inflows and outflows due to acquisition or divestiture, exit from businesses or markets or exits due to new regulatory requirements and are not taken into account when calculating net new assets. The Group reviews relevant policies regarding client assets on a regular basis.
> Refer to "Note 39 – Assets under management" in VI – Consolidated financial statements – Credit Suisse Group in the Credit Suisse Annual Report 2020 for further information.

**Assets under management and client assets**

|  | | | end of | | % change |
| --- | --- | --- | --- | --- | --- |
|  | **2Q21** | 1Q21 | 2Q20 | QoQ | YoY |
| **Assets under management (CHF billion)** | | | | | |
| Swiss Universal Bank - Private Clients | 217.0 | 213.1 | 201.8 | 1.8 | 7.5 |
| Swiss Universal Bank - Corporate & Institutional Clients | 504.8 | 487.0 | 427.4 | 3.7 | 18.1 |
| International Wealth Management | 399.5 | 386.2 | 344.5 | 3.4 | 16.0 |
| Asia Pacific | 236.3 | 241.9 | 215.8 | (2.3) | 9.5 |
| Asset Management | 471.4 | 458.0 | 423.8 | 2.9 | 11.2 |
| Assets managed across businesses [1] | (197.0) | (190.2) | (169.9) | 3.6 | 16.0 |
| **Assets under management** | **1,632.0** | **1,596.0** | **1,443.4** | **2.3** | **13.1** |
| of which discretionary assets | 524.3 | 506.5 | 468.1 | 3.5 | 12.0 |
| of which advisory assets | 1,107.7 | 1,089.5 | 975.3 | 1.7 | 13.6 |
| **Client assets (CHF billion)** [2] | | | | | |
| Swiss Universal Bank - Private Clients | 287.8 | 275.8 | 250.1 | 4.4 | 15.1 |
| Swiss Universal Bank - Corporate & Institutional Clients | 614.3 | 593.5 | 522.3 | 3.5 | 17.6 |
| International Wealth Management | 515.8 | 499.8 | 426.9 | 3.2 | 20.8 |
| Asia Pacific | 342.1 | 350.5 | 278.3 | (2.4) | 22.9 |
| Asset Management | 471.4 | 458.0 | 423.8 | 2.9 | 11.2 |
| Assets managed across businesses | (197.0) | (190.2) | (169.9) | 3.6 | 16.0 |
| **Client assets** | **2,034.4** | **1,987.4** | **1,731.5** | **2.4** | **17.5** |

**1** Represents assets managed by Asset Management for the other businesses.

**2** Client assets is a broader measure than assets under management as it includes transactional accounts and assets under custody (assets held solely for transaction-related or safekeeping/custody purposes) and assets of corporate clients and public institutions used primarily for cash management or transaction-related purposes.

# Balance sheet and off-balance sheet

**As of the end of 2Q21, total assets of CHF 796.8 billion decreased 6% and total liabilities of CHF 752.9 billion decreased 7% compared to the end of 1Q21, reflecting lower operating activities and the foreign exchange translation impact.**

The majority of our transactions are recorded on our balance sheet. However, we also enter into transactions that give rise to both on and off-balance sheet exposure.

## Balance sheet

Total assets were CHF 796.8 billion as of the end of 2Q21, a decrease of CHF 54.6 billion, or 6%, from the end of 1Q21, reflecting lower operating activities and the foreign exchange translation impact. Excluding the foreign exchange translation impact, total assets decreased CHF 47.2 billion.

Compared to the end of 1Q21, trading assets decreased CHF 26.6 billion, or 17%, primarily reflecting decreases in equity and debt securities and derivative instruments. Brokerage receivables decreased CHF 14.6 billion, or 31%, primarily reflecting decreases in margin lending and open trades and the foreign exchange translation impact. Net loans decreased CHF 4.3 billion, or 1%, mainly driven by decreases in commercial and industrial loans, loans collateralized by securities, and loans to the real estate sector, partially offset by increases in consumer finance loans and consumer mortgages. Cash and due from banks increased CHF 13.1 billion, or 10%, mainly driven by higher cash positions at the ECB and the SNB, partially offset by lower cash positions at the Fed. Central bank funds sold, securities purchased under resale agreements and securities borrowing increased CHF 3.5 billion or 4%, mainly reflecting an increase in reverse repurchase transactions from banks and customers, partially offset by the foreign exchange translation impact. All other assets decreased CHF 25.6 billion, or 22%, mainly reflecting a decrease of CHF 17.8 billion, or 32%, in securities received as collateral and a decrease of CHF 6.7 billion, or 14%, in other assets, mainly related to lower assets held-for-sale.

**Balance sheet summary**

| | | | | % change | |
|---|---|---|---|---|---|
| end of | 2Q21 | 1Q21 | 4Q20 | QoQ | Ytd |
| **Assets (CHF million)** | | | | | |
| Cash and due from banks | 146,358 | 133,285 | 139,112 | 10 | 5 |
| Central bank funds sold, securities purchased under resale agreements and securities borrowing transactions | 94,645 | 91,121 | 79,133 | 4 | 20 |
| Trading assets | 130,505 | 157,139 | 157,338 | (17) | (17) |
| Net loans | 299,844 | 304,188 | 291,908 | (1) | 3 |
| Brokerage receivables | 33,072 | 47,682 | 35,941 | (31) | (8) |
| All other assets | 92,375 | 117,980 | 102,390 | (22) | (10) |
| **Total assets** | **796,799** | **851,395** | **805,822** | **(6)** | **(1)** |
| **Liabilities and equity (CHF million)** | | | | | |
| Due to banks | 20,948 | 19,422 | 16,423 | 8 | 28 |
| Customer deposits | 397,298 | 406,069 | 390,921 | (2) | 2 |
| Central bank funds purchased, securities sold under repurchase agreements and securities lending transactions | 20,924 | 22,853 | 23,851 | (8) | (12) |
| Trading liabilities | 32,972 | 47,740 | 45,871 | (31) | (28) |
| Long-term debt | 170,227 | 170,453 | 161,087 | 0 | 6 |
| Brokerage payables | 20,432 | 26,890 | 21,653 | (24) | (6) |
| All other liabilities | 90,123 | 113,084 | 103,075 | (20) | (13) |
| **Total liabilities** | **752,924** | **806,511** | **762,881** | **(7)** | **(1)** |
| **Total shareholders' equity** | **43,580** | **44,590** | **42,677** | **(2)** | **2** |
| Noncontrolling interests | 295 | 294 | 264 | 0 | 12 |
| **Total equity** | **43,875** | **44,884** | **42,941** | **(2)** | **2** |
| **Total liabilities and equity** | **796,799** | **851,395** | **805,822** | **(6)** | **(1)** |

**Cautionary statement regarding forward-looking information**

This document contains statements that constitute forward-looking statements. In addition, in the future we, and others on our behalf, may make statements that constitute forward-looking statements. Such forward-looking statements may include, without limitation, statements relating to the following:
- our plans, targets or goals;
- our future economic performance or prospects;
- the potential effect on our future performance of certain contingencies; and
- assumptions underlying any such statements.

Words such as "believes," "anticipates," "expects," "intends" and "plans" and similar expressions are intended to identify forward-looking statements but are not the exclusive means of identifying such statements. We do not intend to update these forward-looking statements.

By their very nature, forward-looking statements involve inherent risks and uncertainties, both general and specific, and risks exist that predictions, forecasts, projections and other outcomes described or implied in forward-looking statements will not be achieved. We caution you that a number of important factors could cause results to differ materially from the plans, targets, goals, expectations, estimates and intentions expressed in such forward-looking statements and that the COVID-19 pandemic creates significantly greater uncertainty about forward-looking statements in addition to the factors that generally affect our business. These factors include:
- the ability to maintain sufficient liquidity and access capital markets;
- market volatility and interest rate fluctuations and developments affecting interest rate levels, including the persistence of a low or negative interest rate environment;
- the strength of the global economy in general and the strength of the economies of the countries in which we conduct our operations, in particular the risk of negative impacts of COVID-19 on the global economy and financial markets and the risk of continued slow economic recovery or downturn in the EU, the US or other developed countries or in emerging markets in 2021 and beyond;
- the emergence of widespread health emergencies, infectious diseases or pandemics, such as COVID-19, and the actions that may be taken by governmental authorities to contain the outbreak or to counter its impact;
- potential risks and uncertainties relating to the severity of impacts from COVID-19 and the duration of the pandemic, including potential material adverse effects on our business, financial condition and results of operations;
- the direct and indirect impacts of deterioration or slow recovery in residential and commercial real estate markets;
- adverse rating actions by credit rating agencies in respect of us, sovereign issuers, structured credit products or other credit-related exposures;
- the ability to achieve our strategic goals, including those related to our targets, ambitions and financial goals;
- the ability of counterparties to meet their obligations to us and the adequacy of our allowance for credit losses;
- the effects of, and changes in, fiscal, monetary, exchange rate, trade and tax policies;
- the effects of currency fluctuations, including the related impact on our business, financial condition and results of operations due to moves in foreign exchange rates;
- political, social and environmental developments, including war, civil unrest or terrorist activity and climate change;
- the ability to appropriately address social, environmental and sustainability concerns that may arise from our business activities;
- the effects of, and the uncertainty arising from, the UK's withdrawal from the EU;
- the possibility of foreign exchange controls, expropriation, nationalization or confiscation of assets in countries in which we conduct our operations;
- operational factors such as systems failure, human error, or the failure to implement procedures properly;
- the risk of cyber attacks, information or security breaches or technology failures on our reputation, business or operations, the risk of which is increased while large portions of our employees work remotely;
- the adverse resolution of litigation, regulatory proceedings and other contingencies;
- actions taken by regulators with respect to our business and practices and possible resulting changes to our business organization, practices and policies in countries in which we conduct our operations;
- the effects of changes in laws, regulations or accounting or tax standards, policies or practices in countries in which we conduct our operations;
- the expected discontinuation of LIBOR and other interbank offered rates and the transition to alternative reference rates;
- the potential effects of changes in our legal entity structure;
- competition or changes in our competitive position in geographic and business areas in which we conduct our operations;
- the ability to retain and recruit qualified personnel;
- the ability to maintain our reputation and promote our brand;
- the ability to increase market share and control expenses;
- technological changes instituted by us, our counterparties or competitors;
- the timely development and acceptance of our new products and services and the perceived overall value of these products and services by users;
- acquisitions, including the ability to integrate acquired businesses successfully, and divestitures, including the ability to sell non-core assets; and
- other unforeseen or unexpected events and our success at managing these and the risks involved in the foregoing.

We caution you that the foregoing list of important factors is not exclusive. When evaluating forward-looking statements, you should carefully consider the foregoing factors and other uncertainties and events, including the information set forth in "Risk factors" in *I – Information on the company* in our Annual Report 2020 and in "Risk factor" in *I – Credit Suisse results – Credit Suisse* in our 1Q21 Financial Report.

157