

# Earnings Release

# 4Q21

# Assets under management

As of the end of 4Q21 assets under management were CHF 1,614.0 billion, stable compared to the end of 3Q21 and 6.8% higher compared to the end of 4Q20. Net new assets were CHF 1.6 billion in 4Q21 and CHF 30.9 billion in 2021.

**Assets under management and net new assets**

| | | end of | | | % change |
|---|---|---|---|---|---|
| | 4Q21 | 3Q21 | 4Q20 | QoQ | YoY |
| **Assets under management (CHF billion)** | | | | | |
| Swiss Universal Bank - Private Clients | 217.5 | 217.3 | 208.6 | 0.1 | 4.3 |
| Swiss Universal Bank - Corporate & Institutional Clients | 513.5 | 506.3 | 462.6 | 1.4 | 11.0 |
| International Wealth Management | 390.7 | 395.7 | 365.4 | (1.3) | 6.9 |
| Asia Pacific | 218.8 | 230.1 | 221.3 | (4.9) | (1.1) |
| Asset Management | 476.8 | 474.7 | 440.3 | 0.4 | 8.3 |
| Assets managed across businesses [1] | (203.3) | (201.1) | (186.3) | 1.1 | 9.1 |
| **Assets under management** | **1,614.0** | **1,623.0** | **1,511.9** | **(0.6)** | **6.8** |
| of which discretionary assets | 526.6 | 528.0 | 483.0 | (0.3) | 9.0 |
| of which advisory assets | 1,087.4 | 1,095.0 | 1,028.9 | (0.7) | 5.7 |

| in | 4Q21 | 3Q21 | 4Q20 | 2021 | 2020 |
|---|---|---|---|---|---|
| **Net new assets (CHF billion)** | | | | | |
| Swiss Universal Bank – Private Clients | (1.8) | 1.9 | (2.1) | 1.4 | (5.9) |
| Swiss Universal Bank – Corporate & Institutional Clients | 0.1 | (0.4) | 3.8 | 5.1 | 13.7 |
| International Wealth Managment | 2.7 | 1.4 | 4.3 | 11.0 | 16.7 |
| Asia Pacific | (2.9) | 2.9 | (1.1) | (1.1) | 8.6 |
| Asset Management [2] | 4.7 | (1.7) | 6.3 | 14.6 | 15.5 |
| Assets managed across businesses [1] | (1.2) | 1.5 | (2.8) | (0.1) | (6.6) |
| **Net new assets** | **1.6** | **5.6** | **8.4** | **30.9** | **42.0** |

**1**   Represents assets managed by Asset Management for the other businesses.

**2**   Includes outflows for private equity assets reflecting realizations at cost and unfunded commitments on which a fee is no longer earned.

## Results summary

**4Q21 results**

As of the end of 4Q21, assets under management of CHF 1,614.0 billion decreased CHF 9.0 billion compared to the end of 3Q21. The decrease was driven by unfavorable foreign exchange-related movements, partially offset by favorable market movements and net new assets of CHF 1.6 billion.

Net new assets of CHF 1.6 billion in 4Q21 mainly reflected inflows across the following businesses. Net new assets of CHF 4.7 billion in Asset Management were mainly driven by inflows from investments and partnerships, primarily related to an emerging markets joint venture, as well as traditional investments, primarily related to index solutions. Net new assets of CHF 2.7 billion in International Wealth Management reflected inflows in emerging markets and Western Europe. These inflows were partially offset by net asset outflows of CHF 2.9 billion in Asia Pacific, which mainly reflected outflows from Greater China and included client deleveraging as well as de-risking measures we have taken, and net asset outflows of CHF 1.8 billion in the Private Clients business of Swiss Universal Bank, which mainly reflected outflows in the UHNW and HNW client segment as well as the usual seasonal slowdown in the fourth quarter.

41

**Consolidated balance sheets**

| end of | 4Q21 | 3Q21 | 4Q20 |
|---|---|---|---|
| **Assets (CHF million)** | | | |
| Cash and due from banks | 164,818 | 151,751 | 139,112 |
| Interest-bearing deposits with banks | 1,323 | 1,322 | 1,298 |
| Central bank funds sold, securities purchased under resale agreements and securities borrowing transactions | 89,855 | 107,576 | 79,133 |
| Securities received as collateral, at fair value | 15,017 | 36,649 | 50,773 |
| Trading assets, at fair value | 111,141 | 124,820 | 157,338 |
| Investment securities | 1,005 | 874 | 607 |
| Other investments | 5,826 | 6,146 | 5,412 |
| Net loans | 291,686 | 296,593 | 291,908 |
| Goodwill | 2,917 | 4,615 | 4,426 |
| Other intangible assets | 276 | 234 | 237 |
| Brokerage receivables | 16,687 | 29,208 | 35,941 |
| Other assets | 41,230 | 46,101 | 39,637 |
| **Total assets** | **741,781** | **805,889** | **805,822** |
| | | | |
| **Liabilities and equity (CHF million)** | | | |
| Due to banks | 18,965 | 21,080 | 16,423 |
| Customer deposits | 392,819 | 400,518 | 390,921 |
| Central bank funds purchased, securities sold under repurchase agreements and securities lending transactions | 21,222 | 23,357 | 23,851 |
| Obligation to return securities received as collateral, at fair value | 15,017 | 36,649 | 50,773 |
| Trading liabilities, at fair value | 27,535 | 33,238 | 45,871 |
| Short-term borrowings | 19,393 | 20,092 | 20,868 |
| Long-term debt | 166,896 | 175,320 | 161,087 |
| Brokerage payables | 13,060 | 21,389 | 21,653 |
| Other liabilities | 22,566 | 29,443 | 31,434 |
| **Total liabilities** | **697,473** | **761,086** | **762,881** |
| Common shares | 106 | 106 | 98 |
| Additional paid-in capital | 34,938 | 34,813 | 33,323 |
| Retained earnings | 31,142 | 33,149 | 32,834 |
| Treasury shares, at cost | (828) | (2,357) | (428) |
| Accumulated other comprehensive income/(loss) | (21,326) | (21,213) | (23,150) |
| **Total shareholders' equity** | **44,032** | **44,498** | **42,677** |
| Noncontrolling interests | 276 | 305 | 264 |
| **Total equity** | **44,308** | **44,803** | **42,941** |
| | | | |
| **Total liabilities and equity** | **741,781** | **805,889** | **805,822** |