

# CREDIT SUISSE

# Earnings Release
# 1Q22

# Assets under management

As of the end of 1Q22 assets under management were CHF 1,554.9 billion, 3.7% lower compared to the end of 4Q21 with net new assets of CHF 7.9 billion in 1Q22.

**Assets under management, client assets and net new assets**

| | 1Q22 | 4Q21 | end of 1Q21 | QoQ | % change YoY |
|---|---|---|---|---|---|
| **Assets under management (CHF billion)** | | | | | |
| Wealth Management | 707.0 | 742.6 | 757.0 | (4.8) | (6.6) |
| Swiss Bank | 582.5 | 597.9 | 571.2 | (2.6) | 2.0 |
| Asset Management | 462.0 | 476.8 | 458.0 | (3.1) | 0.9 |
| Assets managed across businesses [1] | (196.6) | (203.3) | (190.2) | (3.3) | 3.4 |
| **Assets under management** | **1,554.9** | **1,614.0** | **1,596.0** | **(3.7)** | **(2.6)** |
| of which discretionary assets | 514.0 | 526.6 | 506.5 | (2.4) | 1.5 |
| of which advisory assets | 1,040.9 | 1,087.4 | 1,089.5 | (4.3) | (4.5) |
| **Client assets (CHF billion) [2]** | | | | | |
| Wealth Management | 942.7 | 995.7 | 1,029.0 | (5.3) | (8.4) |
| Swiss Bank | 707.9 | 728.7 | 690.6 | (2.9) | 2.5 |
| Asset Management | 462.0 | 476.8 | 458.0 | (3.1) | 0.9 |
| Assets managed across businesses | (196.6) | (203.3) | (190.2) | (3.3) | 3.4 |
| **Client assets** | **1,916.0** | **1,997.9** | **1,987.4** | **(4.1)** | **(3.6)** |

| in | 1Q22 | 4Q21 | 1Q21 |
|---|---|---|---|
| **Net new assets (CHF billion)** | | | |
| Wealth Management | 4.8 | (2.9) | 14.5 |
| Swiss Bank | 6.0 | 1.0 | 3.8 |
| Asset Management [3] | (0.6) | 4.7 | 10.3 |
| Assets managed across businesses | (2.3) | (1.2) | (0.2) |
| **Net new assets** | **7.9** | **1.6** | **28.4** |

**1** Represents assets managed by Asset Management for the other businesses.

**2** Client assets is a broader measure than assets under management as it includes transactional accounts and assets under custody (assets held solely for transaction-related or safekeeping/custody purposes) and assets of corporate clients and public institutions used primarily for cash management or transaction-related purposes.

**3** Includes outflows for private equity assets reflecting realizations at cost and unfunded commitments on which a fee is no longer earned.

## Results summary

**1Q22 results**

As of the end of 1Q22, assets under management of CHF 1,554.9 billion decreased CHF 59.1 billion compared to the end of 4Q21. The decrease was driven by unfavorable market movements and structural effects, partially offset by foreign exchange-related movements and net new assets of CHF 7.9 billion. Structural effects included certain de-risking measures and outflows of CHF 10.4 billion related to the sanctions imposed in connection with the Russian invasion of Ukraine.

Net new assets of CHF 7.9 billion in 1Q22 mainly reflected inflows across the following businesses. Net new assets of CHF 6.0 billion in Swiss Bank were driven by inflows from the institutional clients business. Net new assets of CHF 4.8 billion in Wealth Management mainly reflected inflows from the Swiss ultra-high-net-worth business, Asia Pacific and the external asset manager business. These inflows were partially offset by net asset outflows of CHF 0.6 billion in Asset Management, which were mainly driven by outflows from alternative investments, partially offset by inflows from investments and partnerships, primarily related to an emerging markets joint venture, and from traditional investments, primarily related to index solutions despite outflows in fixed income and equities.
> Refer to "Wealth Management", "Swiss Bank" and "Asset Management" for further information.

**Consolidated balance sheets**

| end of | 1Q22 | 4Q21 |
|---|---:|---:|
| **Assets (CHF million)** | | |
| Cash and due from banks | 167,950 | 164,818 |
| Interest-bearing deposits with banks | 998 | 1,323 |
| Central bank funds sold, securities purchased under resale agreements and securities borrowing transactions | 95,282 | 103,906 |
| Securities received as collateral, at fair value | 8,084 | 15,017 |
| Trading assets, at fair value | 106,971 | 111,141 |
| Investment securities | 809 | 1,005 |
| Other investments | 5,794 | 5,826 |
| Net loans | 287,682 | 291,686 |
| Goodwill | 2,931 | 2,917 |
| Other intangible assets | 307 | 276 |
| Brokerage receivables | 18,359 | 16,687 |
| Other assets | 44,387 | 41,231 |
| **Total assets** | **739,554** | **755,833** |
| | | |
| **Liabilities and equity (CHF million)** | | |
| Due to banks | 18,891 | 18,965 |
| Customer deposits | 398,624 | 392,819 |
| Central bank funds purchased, securities sold under repurchase agreements and securities lending transactions | 27,711 | 35,274 |
| Obligation to return securities received as collateral, at fair value | 8,084 | 15,017 |
| Trading liabilities, at fair value | 28,184 | 27,535 |
| Short-term borrowings | 17,399 | 19,393 |
| Long-term debt | 160,320 | 166,896 |
| Brokerage payables | 13,687 | 13,060 |
| Other liabilities | 21,978 | 22,644 |
| **Total liabilities** | **694,878** | **711,603** |
| Common shares | 106 | 106 |
| Additional paid-in capital | 35,114 | 34,938 |
| Retained earnings | 30,791 | 31,064 |
| Treasury shares, at cost | (923) | (828) |
| Accumulated other comprehensive income/(loss) | (20,646) | (21,326) |
| **Total shareholders' equity** | **44,442** | **43,954** |
| Noncontrolling interests | 234 | 276 |
| **Total equity** | **44,676** | **44,230** |
| | | |
| **Total liabilities and equity** | **739,554** | **755,833** |

38