

CREDIT SUISSE

Earnings Release
2Q22

# Assets under management

As of the end of 2Q22 assets under management were CHF 1,453.9 billion, 6.5% lower compared to the end of 1Q22 with net asset outflows of CHF 7.7 billion in 2Q22.

**Assets under management, client assets and net new assets**

| | | | end of | | % change |
|---|---|---|---|---|---|
| | **2Q22** | 1Q22 | 2Q21 | QoQ | YoY |
| **Assets under management (CHF billion)** | | | | | |
| Wealth Management | 661.5 | 707.0 | 769.4 | (6.4) | (14.0) |
| Swiss Bank | 544.5 | 582.5 | 588.2 | (6.5) | (7.4) |
| Asset Management | 427.0 | 462.0 | 471.4 | (7.6) | (9.4) |
| Assets managed across businesses [1] | (179.1) | (196.6) | (197.0) | (8.9) | (9.1) |
| **Assets under management** | **1,453.9** | **1,554.9** | **1,632.0** | **(6.5)** | **(10.9)** |
| of which discretionary assets | 478.8 | 514.0 | 524.3 | (6.8) | (8.7) |
| of which advisory assets | 975.1 | 1,040.9 | 1,107.7 | (6.3) | (12.0) |
| **Client assets (CHF billion)** [2] | | | | | |
| Wealth Management | 880.4 | 942.7 | 1,048.4 | (6.6) | (16.0) |
| Swiss Bank | 664.1 | 707.9 | 711.6 | (6.2) | (6.7) |
| Asset Management | 427.0 | 462.0 | 471.4 | (7.6) | (9.4) |
| Assets managed across businesses | (179.1) | (196.6) | (197.0) | (8.9) | (9.1) |
| **Client assets** | **1,792.4** | **1,916.0** | **2,034.4** | **(6.5)** | **(11.9)** |

| in | **2Q22** | 1Q22 | 2Q21 | **6M22** | 6M21 |
|---|---|---|---|---|---|
| **Net new assets (CHF billion)** | | | | | |
| Wealth Management | (1.4) | 4.8 | (6.5) | 3.4 | 8.0 |
| Swiss Bank | (1.6) | 6.0 | 0.7 | 4.4 | 4.5 |
| Asset Management [3] | (6.1) | (0.6) | 1.3 | (6.7) | 11.6 |
| Assets managed across businesses [1] | 1.4 | (2.3) | (0.2) | (0.9) | (0.4) |
| **Net new assets** | **(7.7)** | **7.9** | **(4.7)** | **0.2** | **23.7** |

**1**  Represents assets managed by Asset Management for the other businesses.

**2**  Client assets is a broader measure than assets under management as it includes transactional accounts and assets under custody (assets held solely for transaction-related or safekeeping/custody purposes) and assets of corporate clients and public institutions used primarily for cash management or transaction-related purposes.

**3**  Includes outflows for private equity assets reflecting realizations at cost and unfunded commitments on which a fee is no longer earned.

## Results summary

**2Q22 results**

As of the end of 2Q22, assets under management of CHF 1,453.9 billion decreased CHF 101.0 billion compared to the end of 1Q22. The decrease was driven by unfavorable market movements, structural effects and net asset outflows of CHF 7.7 billion, partially offset by foreign exchange-related movements. Structural effects included certain de-risking measures, outflows and reclassifications of CHF 7.2 billion related to the sanctions imposed in connection with the Russian invasion of Ukraine.

Net asset outflows of CHF 7.7 billion in 2Q22 mainly reflected outflows across the following businesses. Net asset outflows of CHF 6.1 billion in Asset Management were driven by outflows from traditional investments, primarily related to outflows in fixed income and index solutions, and alternative investments, primarily related to outflows in credit and commodities, partially offset by inflows from investments and partnerships, primarily related to an emerging markets joint venture. Net asset outflows of CHF 1.6 billion in Swiss Bank were mainly driven by outflows in the institutional clients business. Net asset outflows of CHF 1.4 billion in Wealth Management reflected outflows mainly from the Middle East and European businesses, including client deleveraging, partially offset by inflows from the Asia Pacific and Latin American businesses.
> Refer to "Wealth Management", "Swiss Bank" and "Asset Management" for further information.

**Consolidated balance sheets**

| end of | 2Q22 | 1Q22 | 4Q21 |
|---|---|---|---|
| **Assets (CHF million)** | | | |
| Cash and due from banks | 159,472 | 167,950 | 164,818 |
| Interest-bearing deposits with banks | 851 | 998 | 1,323 |
| Central bank funds sold, securities purchased under resale agreements and securities borrowing transactions | 104,156 | 95,282 | 103,906 |
| Securities received as collateral, at fair value | 7,386 | 8,084 | 15,017 |
| Trading assets, at fair value | 101,095 | 106,971 | 111,141 |
| Investment securities | 739 | 809 | 1,005 |
| Other investments | 5,783 | 5,794 | 5,826 |
| Net loans | 285,573 | 287,682 | 291,686 |
| Goodwill | 2,974 | 2,931 | 2,917 |
| Other intangible assets | 340 | 307 | 276 |
| Brokerage receivables | 15,060 | 18,359 | 16,687 |
| Other assets | 43,936 | 44,387 | 41,231 |
| **Total assets** | **727,365** | **739,554** | **755,833** |
| | | | |
| **Liabilities and equity (CHF million)** | | | |
| Due to banks | 23,616 | 18,891 | 18,965 |
| Customer deposits | 389,484 | 398,624 | 392,819 |
| Central bank funds purchased, securities sold under repurchase agreements and securities lending transactions | 21,568 | 27,711 | 35,274 |
| Obligation to return securities received as collateral, at fair value | 7,386 | 8,084 | 15,017 |
| Trading liabilities, at fair value | 29,967 | 28,184 | 27,535 |
| Short-term borrowings | 20,145 | 17,399 | 19,393 |
| Long-term debt | 158,010 | 160,320 | 166,896 |
| Brokerage payables | 8,061 | 13,687 | 13,060 |
| Other liabilities | 23,062 | 21,978 | 22,644 |
| **Total liabilities** | **681,299** | **694,878** | **711,603** |
| Common shares | 106 | 106 | 106 |
| Additional paid-in capital | 34,631 | 35,114 | 34,938 |
| Retained earnings | 29,059 | 30,791 | 31,064 |
| Treasury shares, at cost | (417) | (923) | (828) |
| Accumulated other comprehensive income/(loss) | (17,537) | (20,646) | (21,326) |
| **Total shareholders' equity** | **45,842** | **44,442** | **43,954** |
| Noncontrolling interests | 224 | 234 | 276 |
| **Total equity** | **46,066** | **44,676** | **44,230** |
| | | | |
| **Total liabilities and equity** | **727,365** | **739,554** | **755,833** |