

CREDIT SUISSE

Earnings Release
3Q22

# Assets under management

As of the end of 3Q22, assets under management were CHF 1,400.6 billion, 3.7% lower compared to the end of 2Q22, with net asset outflows of CHF 12.9 billion in 3Q22.

**Assets under management, client assets and net new assets**

| | | | end of | | % change |
|---|---|---|---|---|---|
| | **3Q22** | 2Q22 | 3Q21 | QoQ | YoY |
| **Assets under management (CHF billion)** | | | | | |
| Wealth Management | 635.4 | 661.5 | 760.6 | (3.9) | (16.5) |
| Swiss Bank | 527.1 | 544.5 | 588.8 | (3.2) | (10.5) |
| Asset Management | 411.3 | 427.0 | 474.7 | (3.7) | (13.4) |
| Assets managed across businesses [1] | (173.2) | (179.1) | (201.1) | (3.3) | (13.9) |
| **Assets under management** | **1,400.6** | **1,453.9** | **1,623.0** | **(3.7)** | **(13.7)** |
| of which discretionary assets | 460.9 | 478.8 | 528.0 | (3.7) | (12.7) |
| of which advisory assets | 939.7 | 975.1 | 1,095.0 | (3.6) | (14.2) |
| **Client assets (CHF billion) [2]** | | | | | |
| Wealth Management | 826.3 | 880.4 | 1,009.5 | (6.1) | (18.1) |
| Swiss Bank | 642.2 | 664.1 | 714.7 | (3.3) | (10.1) |
| Asset Management | 411.3 | 427.0 | 474.7 | (3.7) | (13.4) |
| Assets managed across businesses | (173.2) | (179.1) | (201.2) | (3.3) | (13.9) |
| **Client assets** | **1,706.6** | **1,792.4** | **1,997.7** | **(4.8)** | **(14.6)** |

| in | **3Q22** | 2Q22 | 3Q21 | **9M22** | 9M21 |
|---|---|---|---|---|---|
| **Net new assets (CHF billion)** | | | | | |
| Wealth Management | (6.4) | (1.4) | 5.4 | (3.0) | 13.4 |
| Swiss Bank | (1.5) | (1.6) | 0.4 | 2.9 | 4.9 |
| Asset Management [3] | (4.2) | (6.1) | (1.7) | (10.9) | 9.9 |
| Assets managed across businesses [1] | (0.8) | 1.4 | 1.5 | (1.7) | 1.1 |
| **Net new assets/(net asset outflows)** | **(12.9)** | **(7.7)** | **5.6** | **(12.7)** | **29.3** |

**1** Represents assets managed by Asset Management for the other businesses.

**2** Client assets is a broader measure than assets under management as it includes transactional accounts and assets under custody (assets held solely for transaction-related or safekeeping/custody purposes) and assets of corporate clients and public institutions used primarily for cash management or transaction-related purposes.

**3** Includes outflows for private equity assets reflecting realizations at cost and unfunded commitments on which a fee is no longer earned.

## Results summary

**3Q22 results**

As of the end of 3Q22, assets under management of CHF 1,400.6 billion decreased CHF 53.3 billion compared to the end of 2Q22. The decrease was mainly driven by unfavorable market movements and net asset outflows of CHF 12.9 billion.

Net asset outflows of CHF 12.9 billion in 3Q22 mainly reflected outflows across the following businesses. Net asset outflows of CHF 6.4 billion in Wealth Management reflected mainly outflows across the Middle East, Asia Pacific and Swiss ultra-high-net-worth businesses, partially offset by inflows in the European businesses. Net asset outflows of CHF 4.2 billion in Asset Management were driven by outflows from traditional investments, primarily related to outflows in index solutions, equities and fixed income, and alternative investments, primarily related to outflows in credit, partially offset by inflows from investments and partnerships, primarily related to an emerging markets joint venture. Net asset outflows of CHF 1.5 billion in Swiss Bank reflected outflows in the private clients business, partially offset by inflows in institutional clients business.

> Refer to "Outflows in assets under management in October 2022" in Credit Suisse for further information.

> Refer to "Wealth Management", "Swiss Bank" and "Asset Management" for further information.

**Consolidated balance sheets**

| end of | 3Q22 | 2Q22 | 4Q21 |
|---|---|---|---|
| **Assets (CHF million)** | | | |
| Cash and due from banks | 149,191 | 159,472 | 164,818 |
| Interest-bearing deposits with banks | 681 | 851 | 1,323 |
| Central bank funds sold, securities purchased under resale agreements and securities borrowing transactions | 107,705 | 104,156 | 103,906 |
| Securities received as collateral, at fair value | 6,788 | 7,386 | 15,017 |
| Trading assets, at fair value | 90,343 | 101,095 | 111,141 |
| Investment securities | 1,749 | 739 | 1,005 |
| Other investments | 5,813 | 5,783 | 5,826 |
| Net loans | 281,792 | 285,573 | 291,686 |
| Goodwill | 3,018 | 2,974 | 2,917 |
| Other intangible assets | 424 | 340 | 276 |
| Brokerage receivables | 10,790 | 15,060 | 16,687 |
| Other assets | 42,064 | 43,936 | 41,231 |
| **Total assets** | **700,358** | **727,365** | **755,833** |
| | | | |
| **Liabilities and equity (CHF million)** | | | |
| Due to banks | 17,572 | 23,616 | 18,965 |
| Customer deposits | 371,270 | 389,484 | 392,819 |
| Central bank funds purchased, securities sold under repurchase agreements and securities lending transactions | 22,187 | 21,568 | 35,274 |
| Obligation to return securities received as collateral, at fair value | 6,788 | 7,386 | 15,017 |
| Trading liabilities, at fair value | 27,251 | 29,967 | 27,535 |
| Short-term borrowings | 17,798 | 20,145 | 19,393 |
| Long-term debt | 162,605 | 158,010 | 166,896 |
| Brokerage payables | 8,212 | 8,061 | 13,060 |
| Other liabilities | 23,166 | 23,062 | 22,644 |
| **Total liabilities** | **656,849** | **681,299** | **711,603** |
| Common shares | 106 | 106 | 106 |
| Additional paid-in capital | 34,770 | 34,631 | 34,938 |
| Retained earnings | 25,025 | 29,059 | 31,064 |
| Treasury shares, at cost | (359) | (417) | (828) |
| Accumulated other comprehensive income/(loss) | (16,275) | (17,537) | (21,326) |
| **Total shareholders' equity** | **43,267** | **45,842** | **43,954** |
| Noncontrolling interests | 242 | 224 | 276 |
| **Total equity** | **43,509** | **46,066** | **44,230** |
| | | | |
| **Total liabilities and equity** | **700,358** | **727,365** | **755,833** |