

CREDIT SUISSE

Earnings Release
4Q22

# Assets under management

As of the end of 4Q22, assets under management were CHF 1,293.6 billion, 7.6% lower compared to the end of 3Q22, with net asset outflows of CHF 110.5 billion in 4Q22 and CHF 123.2 billion in 2022.

**Assets under management, client assets and net new assets**

| | | end of | | % change | |
|---|---|---|---|---|---|
| | 4Q22 | 3Q22 | 4Q21 | QoQ | YoY |
| **Assets under management (CHF billion)** | | | | | |
| Wealth Management | 540.5 | 635.4 | 742.6 | (14.9) | (27.2) |
| Swiss Bank | 525.8 | 527.1 | 597.9 | (0.2) | (12.1) |
| Asset Management | 402.4 | 411.3 | 476.8 | (2.2) | (15.6) |
| Assets managed across businesses [1] | (175.1) | (173.2) | (203.3) | 1.1 | (13.9) |
| **Assets under management** | **1,293.6** | **1,400.6** | **1,614.0** | **(7.6)** | **(19.9)** |
| of which discretionary assets | 440.8 | 460.9 | 526.6 | (4.4) | (16.3) |
| of which advisory assets | 852.8 | 939.7 | 1,087.4 | (9.2) | (21.6) |
| **Client assets (CHF billion) [2]** | | | | | |
| Wealth Management | 723.4 | 826.3 | 995.7 | (12.5) | (27.3) |
| Swiss Bank | 626.8 | 642.2 | 728.7 | (2.4) | (14.0) |
| Asset Management | 402.4 | 411.3 | 476.8 | (2.2) | (15.6) |
| Assets managed across businesses | (175.1) | (173.2) | (203.3) | 1.1 | (13.9) |
| **Client assets** | **1,577.5** | **1,706.6** | **1,997.9** | **(7.6)** | **(21.0)** |
| in | 4Q22 | 3Q22 | 4Q21 | 2022 | 2021 |
| **Net new assets (CHF billion)** | | | | | |
| Wealth Management | (92.7) | (6.4) | (2.9) | (95.7) | 10.5 |
| Swiss Bank | (8.3) | (1.5) | 1.0 | (5.4) | 5.9 |
| Asset Management [3] | (11.7) | (4.2) | 4.7 | (22.6) | 14.6 |
| Assets managed across businesses [1] | 2.2 | (0.8) | (1.2) | 0.5 | (0.1) |
| **Net new assets/(net asset outflows)** | **(110.5)** | **(12.9)** | **1.6** | **(123.2)** | **30.9** |

1   Represents assets managed by Asset Management for the other businesses.
2   Client assets is a broader measure than assets under management as it includes transactional accounts and assets under custody (assets held solely for transaction-related or safekeeping/custody purposes) and assets of corporate clients and public institutions used primarily for cash management or transaction-related purposes.
3   Includes outflows for private equity assets reflecting realizations at cost and unfunded commitments on which a fee is no longer earned.

## Results summary

As previously disclosed, beginning in the month of October 2022, Credit Suisse began experiencing net asset outflows at levels that substantially exceeded the rates incurred in 3Q22.
> Refer to "Outflows in assets under management in 4Q22" in Credit Suisse for further information.
> Refer to "Wealth Management", "Swiss Bank" and "Asset Management" for further information.

**4Q22 results**
As of the end of 4Q22, assets under management of CHF 1,293.6 billion decreased CHF 107.0 billion compared to the end of 3Q22. The decrease was mainly driven by net asset outflows of CHF 110.5 billion and foreign exchange-related movements, partially offset by favorable market movements of CHF 27.6 billion.

Net asset outflows of CHF 110.5 billion in 4Q22 mainly reflected outflows across the following businesses. Net asset outflows of CHF 92.7 billion in Wealth Management were driven by outflows across all regions. Approximately two-thirds of the outflows were concentrated in October 2022. The outflows in 4Q22 had reduced substantially in the rest of the quarter from the elevated levels of early 4Q22 but had not reversed. Net asset outflows of CHF 11.7 billion in Asset Management were driven by outflows from traditional investments, primarily related to outflows in multi-asset solutions, index solutions and fixed income, from investments and partnerships, primarily related to an emerging markets joint venture, and from alternative investments, primarily related to outflows in credit. Net asset outflows of CHF 8.3 billion in Swiss Bank mainly reflected outflows in the private clients business.

**Consolidated balance sheets**

| end of | 4Q22 | 3Q22 | 4Q21 |
|---|---|---|---|
| **Assets (CHF million)** | | | |
| Cash and due from banks | 68,478 | 149,191 | 164,818 |
| Interest-bearing deposits with banks | 455 | 681 | 1,323 |
| Central bank funds sold, securities purchased under resale agreements and securities borrowing transactions | 58,798 | 107,705 | 103,906 |
| Securities received as collateral, at fair value | 2,978 | 6,788 | 15,017 |
| Trading assets, at fair value | 65,461 | 90,343 | 111,141 |
| Investment securities | 1,718 | 1,749 | 1,005 |
| Other investments | 5,518 | 5,813 | 5,826 |
| Net loans | 264,165 | 281,792 | 291,686 |
| Goodwill | 2,903 | 3,018 | 2,917 |
| Other intangible assets | 458 | 424 | 276 |
| Brokerage receivables | 13,818 | 10,790 | 16,687 |
| Other assets | 46,608 | 42,064 | 41,231 |
| **Total assets** | **531,358** | **700,358** | **755,833** |
| **Liabilities and equity (CHF million)** | | | |
| Due to banks | 11,905 | 17,572 | 18,965 |
| Customer deposits | 233,235 | 371,270 | 392,819 |
| Central bank funds purchased, securities sold under repurchase agreements and securities lending transactions | 20,280 | 22,187 | 35,274 |
| Obligation to return securities received as collateral, at fair value | 2,978 | 6,788 | 15,017 |
| Trading liabilities, at fair value | 18,338 | 27,251 | 27,535 |
| Short-term borrowings | 12,414 | 17,798 | 19,393 |
| Long-term debt | 157,235 | 162,605 | 166,896 |
| Brokerage payables | 11,442 | 8,212 | 13,060 |
| Other liabilities | 18,200 | 23,166 | 22,644 |
| **Total liabilities** | **486,027** | **656,849** | **711,603** |
| Common shares | 160 | 106 | 106 |
| Additional paid-in capital | 38,615 | 34,770 | 34,938 |
| Retained earnings | 23,632 | 25,025 | 31,064 |
| Treasury shares, at cost | (428) | (359) | (828) |
| Accumulated other comprehensive income/(loss) | (16,850) | (16,275) | (21,326) |
| **Total shareholders' equity** | **45,129** | **43,267** | **43,954** |
| Noncontrolling interests | 202 | 242 | 276 |
| **Total equity** | **45,331** | **43,509** | **44,230** |
| **Total liabilities and equity** | **531,358** | **700,358** | **755,833** |

46