IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI DIABAT, Individually and On Behalf of All Others Similarly Situated<br><br>                    Plaintiff,<br>     v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KÖRNER, DIXIT JOSHI, THOMAS GOTTSTEIN, DAVID R. MATHERS, ANTÓNIO HORTA-OSÓRIO, and PRICEWATERHOUSECOOPERS AG,<br><br>                    Defendants. | No. 1:23-cv-05874-CM-SLC |

**NOTICE OF DEFENDANT PRICEWATERHOUSECOOPERS AG'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

PLEASE TAKE NOTICE that, upon (i) the accompanying Memorandum of Law in Support of PricewaterhouseCoopers AG's Motion to Dismiss the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, and (ii) the Declaration of Brad E. Konstandt in Support of PricewaterhouseCoopers AG's Motion to Dismiss the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, as well as the exhibits attached thereto, Defendant PricewaterhouseCoopers AG will move this Court, before the Honorable Colleen McMahon, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24A, New York, New York, 10007, at a date and time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(2), dismissing the

1

claim brought against it (Count I) with prejudice, and awarding such other relief as this Court may deem just and proper.

Date: November 10, 2023
New York, NY

/s/ Michael G. Bongiorno

Michael G. Bongiorno
Andrew Rhys Davies
Brad E. Konstandt
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com
andrew.davies@wilmerhale.com
brad.konstandt@wilmerhale.com

*Counsel for PricewaterhouseCoopers AG*