**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALI DIABAT, Individually and On Behalf of All Others Similarly Situated<br><br>                Plaintiff,<br><br>   v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KÖRNER, DIXIT JOSHI, THOMAS GOTTSTEIN, DAVID R. MATHERS, ANTÓNIO HORTA-OSÓRIO, and PRICEWATERHOUSECOOPERS AG,<br><br>               Defendants. | No. 1:23-cv-05874-CM-SLC |

**DECLARATION OF BRAD E. KONSTANDT IN SUPPORT OF**
**MOTION TO DISMISS FILED BY PRICEWATERHOUSECOOPERS AG**

I, BRAD E. KONSTANDT, declare as follows:

1.      I am a Special Counsel in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendant PricewaterhouseCoopers AG ("PwC AG" or "PwC CH") in the above-captioned action.  I am a member in good standing of the Bar of the State of New York and duly admitted to practice before this Court.

2.      On behalf of PwC AG, I submit this Declaration to place before the Court certain documents and information referenced in the Memorandum of Law in Support of PricewaterhouseCoopers AG's Motion to Dismiss the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws.

3.      Attached hereto as **Exhibit A** is a true and correct copy of an article by Dave Michaels titled *Big Four Accounting Firms Come Under Regulator's Scrutiny*, Wall. St. J., March 15,

1

2022 (available at https://www.wsj.com/articles/big-four-accounting-firms-come-under-regulators-scrutiny-11647364574?reflink=desktopwebshare_permalink).

4.      Attached hereto as **Exhibit B** is a true and correct copy of a letter from the U.S. Securities and Exchange Commission Division of Corporation Finance, Office of Finance, to David R. Mathers, Credit Suisse AG, dated July 15, 2022.

5.      Attached hereto as **Exhibit C** is a true and correct copy of a letter from the U.S. Securities and Exchange Commission Division of Corporation Finance, Office of Finance, to Dixit Joshi, Credit Suisse Group AG, dated October 20, 2022.

6.      Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of Credit Suisse Group AG's Form 20-F for the fiscal year ended December 31, 2022, as filed with the U.S. Securities and Exchange Commission on March 14, 2023.

7.      As detailed in PwC AG's memorandum of law, each of the foregoing exhibits is cited, referenced or incorporated into the Consolidated Class Action Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of November, 2023.

*/s/ Brad E. Konstandt*

Brad E. Konstandt
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
brad.konstandt@wilmerhale.com

*Counsel for PricewaterhouseCoopers AG*

2