**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALI DIABAT, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, AXEL P. LEHMANN, ULRICH KÖRNER, DIXIT JOSHI, THOMAS GOTTSTEIN, DAVID R. MATHERS, ANTÓNIO HORTA-OSÓRIO, and PRICEWATERHOUSECOOPERS AG<br><br>    Defendants. | No. 1:23-cv-5874-CM-SLC |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CREDIT SUISSE DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Kim E. Miller, hereby declare as follows:

1.     I am a member in good standing of the bar of New York. I am a partner of the law firm of Kahn Swick & Foti, LLC, Lead Counsel for Lead Plaintiff Ali Diabat and Lead Counsel for the Class. I respectfully submit this Declaration in support of Plaintiffs' Opposition to Credit Suisse Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint.

2.     Attached hereto as Exhibit 1 is a true and correct copy of a September 27, 2023-November 2, 2023, email thread between Kim E. Miller, *et al.*, of Kahn, Swick & Foti, LLC, and Jason M. Hall, *et al.*, of Cahill Gordon & Reindel LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2023, in Greenwich, Connecticut.

/s/ *Kim E. Miller*
Kim E. Miller