# EXHIBIT 1

| | |
|---|---|
| **From:** | Kim Miller |
| **To:** | "Hall, Jason M."; Moss, Edward |
| **Cc:** | Matthew Woodard; Melissa Harris; Matuschak, Nicholas N.; Riddell, Lauren A. |
| **Subject:** | RE: [EXTERNAL] RE: CS service |
| **Date:** | Thursday, November 2, 2023 12:33:28 PM |

Hi Jason,
Checking on the status on acceptance of service for defendant Horta-Osorio.  I spoke to Eddie after the below email and he said he'd check on it but still no update.

Thanks,
Kim

**From:** Hall, Jason M. <JHall@Cahill.com>
**Sent:** Friday, October 13, 2023 3:04 PM
**To:** Kim Miller <Kim.Miller@ksfcounsel.com>; Moss, Edward <EMoss@cahill.com>
**Cc:** Matthew Woodard <Matthew.Woodard@ksfcounsel.com>; Melissa Harris <Melissa.Harris@ksfcounsel.com>; Matuschak, Nicholas N. <NMatuschak@cahill.com>; Riddell, Lauren A. <LRiddell@cahill.com>
**Subject:** [EXTERNAL] RE: CS service

Hi Kim,

Apologies for the delay.  We have raised this with Mr. Horta-Osorio (via his European counsel).  We have not yet heard back with the consent, which we understand is because European counsel is traveling this week.  We expect to hear back early next week and will give you an update as soon as we have it.

I am copying my colleagues Nick and Lauren who will be working on this matter along with Eddie and me.  If you could please include the four of us on communications, that would be great.

Thanks, and have a nice weekend.

Jason

_____

**Jason M. Hall | Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3154 | jhall@cahill.com
www.cahill.com

**From:** Kim Miller <Kim.Miller@ksfcounsel.com>
**Sent:** Tuesday, October 10, 2023 11:44 AM
**To:** Moss, Edward <EMoss@cahill.com>; Washer, Herbert S. <HWasher@cahill.com>; Hall, Jason M. <JHall@Cahill.com>

**Cc:** Matthew Woodard <Matthew.Woodard@ksfcounsel.com>; Melissa Harris
<Melissa.Harris@ksfcounsel.com>
**Subject:** FW: CS service

Hi everyone,

I'm writing to follow up on my September 27 email below (forwarded here without attachments)
regarding newly-named defendant Antonio Horta-Osorio. Please let us know by this Friday, October
13, if you are willing to accept service on his behalf.  If not, we will proceed with service pursuant to
the Hague Convention.

Please also let us know if anyone else or anyone different should be included in future email
communications between our firms in this matter.  For email to us, at this time please include at
least me and Matt Woodard, cc'd here.

Many thanks,

Kim

---

**From:** Kim Miller
**Sent:** Wednesday, September 27, 2023 12:28 PM
**To:** 'emoss@cahill.com' <emoss@cahill.com>; 'hwasher@cahill.com' <hwasher@cahill.com>;
'jhall@cahill.com' <jhall@cahill.com>
**Cc:** Matthew Woodard <Matthew.Woodard@ksfcounsel.com>
**Subject:** CS service

Counsel,

Please see attached consolidated amended complaint filed yesterday on ECF, and the request for
issuance of summons filed this morning for new individual defendant, António Horta-Osório. Please
let us know if you will accept service for him.  We also named the Company's auditor, PwC AG. Given
the tight schedule set by the Court, please let us know if you know who will be representing PwC AG
or if you can assist us with prompt service.

Thanks,
Kim

**Kim Miller**
*Partner*



KAHN SWICK & FOTI, LLC

250 Park Avenue, 7th Floor
New York, NY 10177
(212) 696-3732 Direct

(917) 439-5952 Mobile
https://ksfcounsel.com

\* Kahn Swick & Foti, LLC · New Orleans · New York · Chicago · New Jersey — Kahn Swick & Foti, LLP · San Francisco

THIS MESSAGE IS PRIVILEGED LAWYER-CLIENT COMMUNICATION, OR IS CONFIDENTIAL, OR BOTH. IT IS DIRECTED ONLY TO THE INDIVIDUALS AND ENTITIES NAMED ABOVE, AND ITS UNAUTHORIZED USE BY OTHERS IS PROHIBITED. IF YOU ARE NOT NAMED AS A RECIPIENT, DO NOT READ, COPY, DISTRIBUTE, DISSEMINATE, OR RETAIN IT. IF YOU DO RECEIVE THIS E-MAIL BY MISTAKE, PLEASE E-MAIL INFO@KSFCOUNSEL.COM.

We remind you that an attorney-client relationship will not be created until both you and Kahn Swick & Foti, LLC, owner of ksfcounsel.com and other websites, agree to do so in writing. We will inform you about our willingness to create a relationship after we have evaluated the information you have submitted.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The information contained in this e-mail message is confidential and may be privileged.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.