**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALI DIABAT, Individually and On Behalf of All Others
Similarly Situated,

                                                    Plaintiff,

                    - *against* -

CREDIT SUISSE GROUP AG, AXEL P. LEHMANN,
ULRICH KÖRNER, DIXIT JOSHI, THOMAS
GOTTSTEIN, DAVID R. MATHERS, ANTÓNIO
HORTA-OSÓRIO, and
PRICEWATERHOUSECOOPERS AG,

                                                    Defendants.

Case No. 1:23-cv-5874-CM

[rel. 1:23-cv-04458-CM]

---

### SUPPLEMENTAL DECLARATION OF NICHOLAS N. MATUSCHAK

        I, Nicholas N. Matuschak, at 32 Old Slip, New York, NY 10005, state:

        1.      I am counsel at Cahill Gordon & Reindel LLP, attorneys for Defendants Credit Suisse Group AG ("CS"), Axel P. Lehmann, Ulrich Körner, Dixit Joshi, Thomas Gottstein, and David R. Mathers (collectively with CS, the "CS Defendants") in the above-captioned action, and I am authorized to practice law in this Court.  I submit this declaration in further support of the Credit Suisse Defendants' October 27, 2023 Motion to Dismiss.[1]

        2.      Attached hereto as **Exhibit 1** are excerpts from a true and correct copy of CS's 2021 Annual Report filed with the SEC on March 10, 2022.

        3.      Attached hereto as **Exhibit 2** are excerpts from a true and correct copy of CS's 2022 Annual Report filed with the SEC on March 14, 2023.

        4.      Attached hereto as **Exhibit 3** is a true and correct copy of the text of Axel P. Lehmann's remarks at CS's April 4, 2023 Annual General Meeting, publicly available at

---

[1] Capitalized terms used herein have the meaning assigned in the CS Defendants' October 27, 2023 Memorandum of Law (ECF No. 84) or, if not defined therein, in the Consolidated Amended Class Action Complaint (ECF No. 65).

https://www.credit-suisse.com/media/assets/about-us/docs/events/annual-general-meeting/ agm-2023-speech-al-en.pdf.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of the text of Ulrich Körner's remarks at CS's April 4, 2023 Annual General Meeting, publicly available at https://www.credit-suisse.com/media/assets/about-us/docs/events/annual-general-meeting/ agm-2023-speech-uk-en.pdf.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of a *Financial Times* article dated March 2, 2022 titled "Credit Suisse asks investors to destroy documents linked to oligarch and tycoon yacht loans."

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of December, 2023.

_____

Nicholas N. Matuschak