**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant Mehmet Resit As*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALI DIABAT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, et al.,<br><br>Defendants. | 23 Civ. 5874 (CM)<br>23 Civ. 6023 (CM)<br>23 Civ. 6039 (CM)<br><br>**MEHMET RESIT AS' MOTION: (A) TO VACATE ORDER APPOINTING ALI DIABAT LEAD PLAINTIFF; AND (B) FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUSNEL** |

PLEASE TAKE NOTICE that pursuant to Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Mehmet Resit As ("Mr. As") hereby moves this Court, the Honorable Colleen McMahon, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

(a)    vacating the Order appointing Ali Diabat as Lead Plaintiff; and

(b)    appointing Mr. As Lead Plaintiff and approving his selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class.

1

In support of this Motion, Mr. As submits: (i) the Memorandum of Law, dated October 2, 2024 (and exhibit); and (ii) a [Proposed] Order.

Dated: October 2, 2024                    Respectfully submitted,

                                          **THE ROSEN LAW FIRM, P.A.**

                                          /s/ Phillip Kim
                                          Phillip Kim, Esq.
                                          Laurence M. Rosen, Esq.
                                          275 Madison Avenue, 40th Floor
                                          New York, New York 10016
                                          Telephone: (212) 686-1060
                                          Fax: (212) 202-3827
                                          Email: philkim@rosenlegal.com
                                          Email: lrosen@rosenlegal.com

                                          *Counsel for Movant Mehmet Resit As*

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/Phillip Kim