**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALI DIABAT, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, et al.,<br><br>    Defendants. | No. 1:23-cv-5874-CM-SLC |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

I, Kim E. Miller, hereby declare as follows:

1. I am a member in good standing of the bar of New York. I am a partner of the law firm of Kahn Swick & Foti, LLC, Lead Counsel for Lead Plaintiff Ali Diabat and Lead Counsel for the Class. I respectfully submit this Declaration in support of Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, in the above-captioned action. I have personal knowledge of the facts and circumstances set forth below.

2. Attached hereto as Exhibit A is the Expert Report of Matthew D. Cain, Ph.D, dated December 13, 2024.

3. Attached as Exhibit B is a chart reflecting historical prices of CS Notes between March 13, 2023, and March 14, 2023 (and, in the case of CUSIP Nos. 225433AF8 and 22550L2G5, the price history between March 10, 2023, and March 14, 2023). This historical price data was obtained from the London Stock Exchange Group ("LSEG").

1

4.       Attached hereto as Exhibit C are excerpts of the transcript of Professor Ali Diabat's deposition, dated November 6, 2024.

5.       Attached hereto as Exhibit D is the Firm Resumé of Kahn Swick & Foti, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2024, in Greenwich, Connecticut.

/s/ *Kim E. Miller*
Kim E. Miller