# EXHIBIT C

```
                                                              Page 1
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------x
      ALI DIABAT, Individually and
 4    On Behalf of All Others
      Similarly Situated,
 5
                         Plaintiff,
 6
              -against-
 7                                       Case No.:
                                         1:23-cv-5874-CM
 8
      CREDIT SUISSE GROUP AG, et
 9    al.,
10                       Defendants.
11    ----------------------------------x
12                   November 6, 2024
13                   9:59 a.m.
14
15        VIDEOTAPED DEPOSITION of ALI DIABAT, held at
16    the law offices of Cahill Gordon & Reindel LLP, 32
17    Old Slip, New York, New York, before Judith Thaten,
18    a Certified Livenote Reporter and Notary Public of
19    the State of New York.
20
21
22
23
24
25
```

Page 58

1           DIABAT
2  case?
3      A   So how they will be
4  compensated?
5      Q   Yes.
6      A   Is that your question?
7      Q   Yes.
8      A   So it depends on the recovery
9  of this case.  So they will get a
10 percentage that we discussed before.
11 Okay.  And based on the recovery, they
12 will get compensated.
13     Q   What is your understanding of
14 what that percentage is?
15     A   I agreed with my law firm
16 that --
17         MS. MILLER:  Don't reveal any
18     attorney-client communications.
19         THE WITNESS:  Sorry.
20         MS. MILLER:  But you can
21     answer the question.  Just don't
22     say anything that you discussed
23     with your lawyers.
24         THE WITNESS:  Okay.
25     A   It's up to one-third.  It

Page 59

1           DIABAT
2  cannot exceed one-third, but it can be
3  up to one-third.  That would be
4  determined by the judge.
5      Q   Again, without telling me the
6  contents of any discussions you had
7  with your counsel, did you attempt to
8  negotiate that percentage?
9          MS. MILLER:  Objection to
10     form.
11     A   Well, as long as it's up to
12 one-third, and the final decision, it
13 will be left to Judge McMahon to decide
14 how much the law firm will be
15 compensated.  And it depends on how
16 much time.
17         So it's -- this is not my --
18 honestly, it's not my -- I have no
19 decision of that.  So everything is
20 based on the Court how much they will
21 see the lawyers have spent on the case
22 and so on.
23         But what -- what I agreed on,
24 this percentage will never exceed
25 one-third.

Page 60

1           DIABAT
2      Q   Do you believe that you have
3  a responsibility to other members of
4  the class to maximize the amount of the
5  class's entire recovery?
6          MS. MILLER:  Objection to
7      form.
8      A   Let me answer this question
9  in a different way.
10         At the beginning of this
11 deposition you asked me about my
12 background.  And during that, I
13 mentioned that I received several
14 teaching award and research award.
15         So my students think that I
16 am a great professor, but my kids don't
17 believe that.  I'm normally -- my
18 students like me more than what -- how
19 much my kids like me because I'm more
20 dedicated to my students.  Even two of
21 my kids went to college and they
22 studied the same field as I am.
23         So when they asked me to
24 explain material for them, I don't do a
25 good job as much as I do for my own

Page 61

1           DIABAT
2  students.
3          So here I really care about
4  helping every member in my class as
5  much -- I don't want to say more than
6  helping myself, but I would say as much
7  as helping me.
8          Of course, I do care about
9  maximizing the recovery because I want
10 to help every single member, every
11 person, who was harmed in this class.
12     Q   Just to go back to my
13 question.  In trying to help every
14 single member who is part of this
15 class, do you believe you have a
16 responsibility to maximize their
17 recovery?
18         MS. MILLER:  Objection to
19     form.
20     A   Yes.
21     Q   And would you agree that any
22 amount that is recovered on behalf of
23 the class -- strike that.
24         Would you agree that from the
25 amount that is recovered on behalf of