**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALI DIABAT, Individually and On Behalf of All Others
Similarly Situated,

Plaintiff,

- *against* -

CREDIT SUISSE GROUP AG, AXEL P. LEHMANN,
ULRICH KÖRNER, DIXIT JOSHI, THOMAS
GOTTSTEIN, DAVID R. MATHERS, ANTÓNIO
HORTA-OSÓRIO, and
PRICEWATERHOUSECOOPERS AG,

Defendants.

Case No. 1:23-cv-5874-CM

[rel. 1:23-cv-04458-CM]

**DECLARATION OF JASON M. HALL IN SUPPORT OF**
**MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S**
**MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF**
**PLAINTIFF AS CLASS REPRESENTATIVE, AND APPOINTMENT**
**OF CLASS COUNSEL**

I, Jason M. Hall, at 32 Old Slip, New York, NY 10005, state:

1.      I am a partner at Cahill Gordon & Reindel LLP, attorneys for Defendant Credit Suisse Group AG ("CS") in the above-captioned action, and am authorized to practice law in this Court. I submit this declaration in support of the January 17, 2025 Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification, Appointment of Plaintiff as Class Representative, and Appointment of Class Counsel.

2.      Attached hereto as **Exhibit 1** is the expert report of Professor Mark Garmaise, dated January 17, 2025.

3.      Attached hereto as **Exhibit 2** is the expert report of Professor Laura Starks, dated January 17, 2025.

4.      Attached hereto as **Exhibit 3** are excerpts from the transcript of the November 6, 2024 deposition of Lead Plaintiff Professor Ali Diabat ("Plaintiff").

5.    Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff's March 30, 2023 TD Ameritrade transaction statement, bearing the production stamp CS-DIABAT00000006.[1]

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 17th day of January 2025.

                                               /s/ Jason M. Hall
                                               Jason M. Hall

---

[1] Pursuant to Fed. R. Civ. P. 5.2(a), all but the last four digits of the account number listed in Exhibit 4 hereto have been redacted.