# EXHIBIT 2

**UNITED STATES DISTRICT COURT OF**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                                                :
ALI DIABAT,                                                     :
Individually and on behalf of all others similarly              :
situated,                                                        :
                                                                :    Case No. 1:23-cv-05874-CM
        Plaintiff,                                              :
                                                                :
vs.                                                              :
                                                                :
CREDIT SUISSE GROUP AG, et al.,                                 :
                                                                :
        Defendants.                                            :
                                                                :
----------------------------------------------------------------x
```

**Expert Report of**
**Professor Laura T. Starks, Ph.D.**
January 17, 2025

# Table of Contents

I.      Introduction ............................................................................................. 1

II.     Qualifications ........................................................................................... 1

III.    Assignment, Allegations, and Compensation ....................................... 4

IV.     Summary of Opinions .............................................................................. 6

V.      The Equity Investment Decision-Making Process and Information That Investors Consider in Their Equity Investments .......................................................... 12

VI.     The Content of Analyst Reports Provides a Useful Measure of the Information That Investors Would Consider Important to the Investment Decision-Making Process 14

        A.      Analysts Are Subject to Industry Standards and Guidelines for Best Practices and Face Strong Economic Incentives to Assess and Report Information That Is Important to the Investment Decision-Making Process ........................................ 14

        B.      Analysts Serve as Important Information Intermediaries Between Companies and Investors ................................................................................................... 17

        C.      The Content of Analyst Reports Provides a Useful Measure of Available Information That Is Important to the Investment Decision-Making Process ....... 19

VII.    Evidence From Analyst Reports Indicates That the Analyst Commentary on Credit Suisse is Not Consistent with Plaintiff's Claims That the ICFR Issue Was Important to the Investment Decision-Making Process During and Around the Putative Class Period .................................................................................................... 22

        A.      Methodology ............................................................................. 22

        B.      Analysts Covering Credit Suisse Discussed Information Pertinent to the Investment Decision-Making Process During and Around the Putative Class Period ............ 25

        C.      Analyst Commentary on Credit Suisse Is Not Consistent with Plaintiff's Claims That the ICFR Issue Was Important to the Investment Decision-Making Process During and Around the Putative Class Period ....................................................... 31

        D.      Analyst Commentary on Credit Suisse Is Not Consistent with Plaintiff's Claims That the SEC Staff Correspondence (Once It Became Public) Was Important to the Investment Decision-Making Process .................................................... 38

        E.      Analyst Commentary on UBS Is Not Consistent with Plaintiff's Claims That Credit Suisse's ICFR Issue Was Important to the Investment Decision-Making Process ................................................................................................... 40

        F.      My Analysis Indicates That the Analyst Commentary on Credit Suisse Is Not Consistent with Plaintiff's Claims That the ICFR Issue Was Important to the Investment Decision-Making Process During and Around the Putative Class Period ................................................................................................... 40

VIII.   Conclusion ............................................................................................. 43

## I.    Introduction

1.    I have prepared this report at the request of Credit Suisse Group AG ("CS" or the "Company"), Axel P. Lehmann, Ulrich Körner, and Dixit Joshi (collectively, the "Individual Defendants," and, together with CS, the "Defendants") in connection with *Ali Diabat v. Credit Suisse Group AG et al.*, Case No. 1:23-cv-05874-CM, pending in the United States District Court for the Southern District Court of New York.[1]

## II.    Qualifications

2.    I am the George Kozmetsky Centennial Distinguished University Chair and Professor of Finance at the McCombs School of Business ("McCombs") at the University of Texas at Austin. At McCombs, I previously served as interim Dean, Associate Dean for Research, Chair of the Department of Finance, and Graduate Advisor. I have a Ph.D. in Finance from the University of Texas at Austin, and I previously served on the faculty of Washington University in St. Louis as an Assistant and Associate Professor in Finance and the University of Cambridge as the Pembroke Visiting Professor of International Finance.

3.    I have conducted research, given keynote speeches, and consulted on a number of investment and corporate finance topics, most particularly around institutional investor issues, including mutual funds, pension funds, insurance companies, portfolio management, financial analysts, retirement plan investments, and related issues. I have also been invited to speak at both academic and practitioner meetings on these subjects all over the world. In my career, I have published numerous articles in the highest quality peer-reviewed journals on the decision-making process of investors, including on such topics as institutional investors' preferences for certain stock characteristics, institutional investors' trading practices, how investors react to new information, and analyst forecasts and recommendations. I have won a number of awards for my

---

[1]    *Ali Diabat v. Credit Suisse Group AG et al.*, United States District Court for the Southern District of New York, Case No. 1:23-cv-05874-CM, which consolidated the following actions filed at the District of New Jersey: *Milton Linhares v. Credit Suisse Group AG et al.*, United States District Court for the District of New Jersey, Case No. 1:23-cv-02246-KMW, *Braden Turner v. Credit Suisse Group AG et al.*, United States District Court for the District of New Jersey, Case No. 1:23-cv-01476-KMW, and *Patrick Calhoun v. Credit Suisse Group AG et al.*, United States District Court for the District of New Jersey, Case No. 1:23-cv-01297-KMW.

1

research, including most recently the 2022 Skandia Research Award on Long-Term Savings for contributions to the field of banking, insurance, and financial services.

4.    I serve or have served on a number of advisory committees that pertain to institutional investors, in particular, organizations designed to assist institutional investors or asset owners in their investment decisions, including the Investment Company Institute ("ICI") Research Advisory Committee (the ICI is the leading association representing regulated investment funds), AIF Global (an independent economic think tank focusing on institutional investment policy), FTSE Russell, Principles for Responsible Investment, and the Kroner Center for Financial Research, which supports research called for by pension fund managers on questions related to institutional investing.[2] All of these positions require frequent interactions with institutional investors.

5.    I served on the 2013 Strategy Council and the 2014 Expert Group for the Norwegian Ministry of Finance, providing investment advice for the Norwegian Government Pension Fund, which is one of the largest sovereign wealth funds in the world. From 2015 to 2021, I served on the Scientific Advisory Board for the Norwegian Finance Initiative, which is sponsored by Norges Bank Investment Management.

6.    I served on the USAA mutual fund boards from 2000 to 2006. From 2006 to 2022, I served as an independent director for the TIAA-CREF mutual funds and CREF Accounts. The TIAA complex had $1.2 trillion in assets under management as of December 31, 2022, which included approximately $250 billion in the TIAA-CREF mutual funds and approximately $215 billion in the CREF Accounts.[3] I served on numerous committees for these funds, including: Nominating and Governance, Corporate Governance and Social Responsibility, Audit, Pricing and Investment, and Operations. I was Chair of the Nominating and Governance committee and Corporate Governance and Social Responsibility committee of certain of these funds. One responsibility I had through these committees was to monitor the commissions the mutual funds paid to brokerage firms, which also involved assessing what investment managers value in research reports from

---

[2]    "About the Investment Company Institute," *Investment Company Institute*, available at https://www.ici.org/about-ici, accessed on January 17, 2025; "Home - AIF Global," *Accredited Investment Fiduciary*, available at https://aifglobal.org, accessed on January 17, 2025; "About Us," *UC San Diego Kroner Center for Financial Research*, available at https://rady.ucsd.edu/why/centers/kroner/about.html, accessed on January 17, 2025.

[3]    "Who We Are," *TIAA*, available at https://www.tiaa.org/public/plansponsors/who-we-are, accessed on October 29, 2023.

2

brokerage firms.

7.    I also served on the Board of Governors of the ICI, the trade association for investment companies, where most of the board members are leaders of mutual fund management companies. I was a member of the Nominating Committee and the Audit Committee. In addition, I served on the Governing Council of the Independent Directors Council, an organization for mutual fund directors, where I chaired the Governance Committee among other activities.

8.    I served on the Investment Advisory Committee of the Employees Retirement System of Texas from 1990 to 2019, including two terms as Vice-Chairman and two terms as Chairman of the Committee. As a member of the Investment Advisory Committee, I provided advice to the Board of Trustees and to the staff on a number of investment policy issues, including asset allocation and evaluation of portfolio performance, as well as the selection, monitoring, and evaluation of portfolio managers for the separately managed accounts. I also served on the Texa$aver Committee for the Employees Retirement System of Texas from 2003 to 2021. In that capacity, I provided advice regarding the selection and monitoring of investment products, including mutual funds in the 401(k) and 457 plans.

9.    I have served as an editor, associate editor, or advisory editor for a number of high quality academic and practitioner journals in the finance area, including *The Review of Financial Studies*, where I served as editor for six years, *The Journal of Finance*, *Financial Management*, and *Journal of Corporate Finance*, among others. I currently serve as Associate Editor for the *Journal of Investment Management*, a journal designed to bring current applied research to practitioners, and previously served as Advisory Editor for the *Financial Analysts Journal*, which is the journal of the CFA Institute. In these capacities, I have been responsible for reviewing and editing a large number of papers on investment and corporate finance topics, including individual and institutional investor portfolio decisions, the effects of information on financial markets, and financial analyst issues. I have served as the President of all four national academic finance associations: the American Finance Association, Society of Financial Studies, Western Finance Association, and Financial Management Association.

10.    Over my career, I have taught courses to undergraduate, Master of Science in Finance, Master of Business Administration, and Ph.D. students on a variety of topics, most notably,

3

corporate finance and investments. With regard to the investment courses, the topics I have taught include portfolio management, securities analysis, and equity valuation models. In addition, I have supervised Ph.D. dissertations on topics such as institutional investors, sell-side analysts, banking, and the mortgage market, among others.

11.    A copy of my *curriculum vitae*, which includes more details on my academic research, teaching experience, and professional investment experience, is attached as **Appendix A**.

12.    I have been qualified to testify as an expert witness in federal and state courts on a variety of issues involving investments, portfolio management, mutual funds, defined contribution plans, and market reactions to specific information, among others. A list of my prior testimony in the past four years is attached as **Appendix B**.

### III.    Assignment, Allegations, and Compensation

13.    In this matter, I have been retained by Cahill Gordon & Reindel LLP, counsel for the Defendants ("Counsel") to address Plaintiff's claims that, as I describe below, certain alleged misrepresentations impacted market prices of CS's American Depositary Receipts ("ADRs"). My analysis and assessment in this matter, including my review of equity analyst reports, are informed by my education, my academic research and teaching in financial economics (in particular, those relating to institutional investors, financial analysts, and investments in general), academic and industry literature on investments, and investment community common practices, as well as my expertise and experience in investment management. A list of documents I have considered in forming my opinions is attached as **Appendix C**.

14.    In the Consolidated Amended Complaint,[4] Plaintiff alleges that "Defendants made numerous material misstatements and omissions regarding the sufficiency of [CS]'s risk management and control governance, the strength of its internal controls over financial reporting, the significance and impact of customer and asset outflows, and its exposure to Russia, that were widely disseminated to the securities market, investment analysts, and the investing public."[5]

---

[4]    Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, *Ali Diabat v. Credit Suisse Group AG et al.*, United States District Court for the Southern District of New York, Case No. 1:23-cv-5874-CM, Doc. No. 65, October 5, 2023 ("Consolidated Amended Complaint").

[5]    Consolidated Amended Complaint, ¶ 344.

4

Plaintiff also alleges that "the market price of the Company's securities was artificially inflated during the [c]lass [p]eriod … as a result of Defendants' false and misleading statements."[6] To this regard, I have been instructed by Counsel to assume that the alleged class period covers the period from October 27, 2022, to March 17, 2023, inclusive ("Putative Class Period").

15.    On September 19, 2024, the Court issued a decision and order granting motions to dismiss Plaintiff's allegations against certain defendants and granting in part and denying in part motions to dismiss filed by CS and Individual Defendants ("Order on Motions to Dismiss").[7] I understand from Counsel that the Court ruled that certain alleged misrepresentations were actionable ("Actionable Alleged Misrepresentations"). In particular, I understand that the Court found actionable CS's alleged failure to disclose that it was in discussion with the U.S. Securities and Exchange Commission ("SEC") regarding the effectiveness of its internal control over financial reporting ("ICFR") ("the ICFR issue"). I have been asked to address a set of alleged misstatements concerning the ICFR issue. Hereinafter, I refer to the Actionable Alleged Misrepresentations with respect to the ICFR issue as "Alleged ICFR Omissions."[8]

16.    I am being compensated at my standard billing rate of $1,050 per hour. I have been assisted in this matter by staff of Cornerstone Research, who worked under my direction. I receive compensation from Cornerstone Research based on its collected staff billings for its support of me in this matter. Neither my compensation in this matter nor my compensation from Cornerstone Research is in any way contingent or based on the content of my opinion or the outcome of this or any other matter. My work in this matter is ongoing, and I reserve the right to supplement my opinions in the event that additional information or arguments are provided to me or submitted in connection with this matter.

---

[6]    Consolidated Amended Complaint, ¶ 476.

[7]    Decision and Order Disposing of Pending Motions to Dismiss, *Ali Diabat v. Credit Suisse Group AG et al.*, United States District Court for the Southern District of New York, Case No. 1:23-cv-5874-CM, Doc. No. 109, September 19, 2024 ("Order on Motions to Dismiss").

[8]    I note that certain alleged misrepresentations were considered to be misleading by the Court because they allegedly failed to disclose the ICFR issue as well as allegedly misrepresented certain other aspects of CS's business condition.

5

## IV.    Summary of Opinions

17.    In an efficient market, information that is not considered important to the investment decision-making process (*i.e.*, value-relevant) would not be expected to impact stock prices.

18.    Sell-side equity analysts ("analysts") are important information intermediaries between corporations and equity investors.[9] As such, they typically assess corporate statements within the context of other information they have gathered about the firm. Academic research, including my own, demonstrates that analysts assess the combined information and consider what is important to company valuation and the investment decision-making process. They then disseminate their assessments to investors.[10]

19.    Being subject to industry standards and guidelines for best practices and competing for their institutional investor clientele, who expend billions of dollars for their services,[11] analysts face strong economic incentives to be comprehensive and accurate in reporting information they deem to be important to the investment decision-making process. For example, analysts are required to be registered with the Financial Industry Regulatory Authority ("FINRA")—an independent self-regulatory organization that oversees broker-dealers[12]—and in many instances they are also subject to the guidelines and best practices set forth by the CFA Institute— a global non-profit organization that provides finance education for investment professionals.[13] Analysts

---

[9]    "Sell-side equity analysts" refer here to research analysts working at investment banks or brokerage firms that make investment recommendations, and "buy-side equity analysts" refer to those working at institutional investment firms that perform investment analyses and make recommendations solely to their employers and not to the public. *See*, *e.g.*, "Analyzing Analyst Recommendations," *U.S. Securities and Exchange Commission*, August 30, 2010, available at https://www.sec.gov/about/reports-publications/investor-publications/analyzing-analyst-recommendations, accessed on January 17, 2025. Unless otherwise specified, "analysts" in this report refer to sell-side equity analysts.

[10]    *See*, *e.g.*, Jennings, Robert, and Laura Starks, "Information Content and the Speed of Stock Price Adjustment," *Journal of Accounting Research*, Vol. 23, No. 1, 1985, pp. 336–350 ("Jennings and Starks (1985)"); Ljungqvist, Alexander, Felicia C. Marston, Laura T. Starks, Kelsey D. Wei, and Hong Yan, "Conflicts of Interest in Sell-side Research and the Moderating Role of Institutional Investors," *Journal of Financial Economics,* Vol. 85, No. 2, 2007, pp. 420–456 at p. 421.

[11]    *See* "Brokers Collecting Fewer Commission Dollars from U.S. Equity Trades," *Coalition Greenwich*, August 23, 2022, available at https://www.greenwich.com/press-release/brokers-collecting-fewer-commission-dollars-us-equity-trades, accessed on January 17, 2025.

[12]    "About FINRA," *FINRA*, available at https://www.finra.org/about, accessed on January 17, 2025.

[13]    "Home," *CFA Institute*, available at https://www.cfainstitute.org/, accessed on January 17, 2025; "Best Practice Guidelines Governing Analyst/Corporate Issuer Relations," *CFA Institute*, available at https://rpc.cfainstitute.org/sites/default/files/-/media/documents/code/other-codes-standards/analyst-issuer-guidelines.pdf, accessed on January 17, 2025.

6

typically specialize by industry in which they have prior expertise in assessing the particular economic factors that affect the companies they cover. Academic research has found this expertise to be a "critical component of analysts' human capital."[14]

20.     For these reasons, the content of analyst reports provides a useful measure of available public information that investors would consider important to the investment decision-making process. Specifically, if analysts consider certain information to be important to the investment decision-making process, I expect them to discuss that information in their reports. In an efficient market, information that is not important to investors' decision-making process would not be expected to impact stock prices. In this case, a finding that the analysts did not discuss the ICFR issue and its implications at the time the issue was disclosed would suggest that such alleged omission was not important to the investment decision-making process. If CS's ADRs were trading in an efficient market as Plaintiff claims,[15] information that is not considered important to the investment decision-making process would not be expected to impact the market prices of CS's ADRs. As such, the lack of analyst discussion at the time when the ICFR issue was disclosed would be inconsistent with Plaintiff's claims that the Alleged ICFR Omissions with respect to the ICFR issue impacted the market prices of CS's ADRs.

21.     My analysis of the content of analyst reports is informed by my experience and expertise in financial economics and investment management. In this matter, I reviewed 171 analyst reports on CS issued from October 20, 2022, to March 24, 2023 (*i.e.*, seven calendar days before and after the Putative Class Period). During and around the Putative Class Period, analysts covering CS focused their commentary on a number of main topics, such as CS's profitability and customer deposits and asset flows; CS's exposure to Archegos and Greensill; geopolitical risks (*e.g.*, Russian and Ukrainian war sanctions); implications of the collapse of Silicon Valley Bank ("SVB") and the state of the banking sector, including sentiment toward the sector; and regulatory issues and interventions.

---

[14]  Bradley, Daniel et al., "Are All Analysts Created Equal? Industry Expertise and Monitoring Effectiveness of Financial Analysts," *Journal of Accounting and Economics*, Vol. 63, No. 2, 2017, pp. 179–206 ("Bradley et al. (2017)") at p. 180. *See also* Kadan, Ohad et al., "Analysts' Industry Expertise," *Journal of Accounting and Economics*, Vol. 54, No. 2, 2012, pp. 95–120 ("Kadan et al. (2012)") at p. 96 ("[F]irm-level analysts, who constitute the vast majority of the sell-side research personnel, specialize by industry.").

[15]  *See* Expert Report of Matthew D. Cain, Ph.D., December 13, 2024, ¶ 30.

7

22.     With respect to the Alleged ICFR Omissions, I understand from Counsel that Plaintiff alleges that the ICFR issue was important because it brought into question the reliability of CS's financial reporting.[16] However, my analysis of the analyst reports on CS during and around the Putative Class Period indicates that the analyst commentary on CS is not consistent with Plaintiff's claims that the ICFR issue was important to investors' decision-making process. Of the 171 analyst reports I examined, none of them questioned the reliability of CS's financial reporting and only three analyst reports touched upon the ICFR issue during and around the Putative Class Period. Specifically, I found:

i.    No analyst reports on CS issued between October 20, 2022, and March 8, 2023, discussed the ICFR issue or the reliability of CS's financial reporting. I understand that the ICFR issue was related to CS's internal controls over previously disclosed revisions in its financial statements. On March 10, 2022, CS had previously disclosed in its 2021 Annual Report that it "identified accounting issues that were not material individually or in aggregate to the prior period financial statements" and made "certain reclassifications" to the consolidated financial statements for fiscal years 2019 and 2020 "to conform to the current presentation which had no impact on net income/(loss) or total shareholders' equity."[17]

ii.   Even when CS disclosed on March 9, 2023 that it was in discussion with the SEC "in relation to certain open SEC comments,"[18] the ICFR issue was not important enough to merit substantive analyst discussion. On that day, CS announced that it would briefly "delay the publication of its 2022 Annual Report … following a late call on the evening of March 8, 2023, from the [SEC] in relation to certain open SEC comments about the technical assessment of previously disclosed revisions to the consolidated cash flow statements in the years ended December 31, 2020, and 2019, as well as related

---

[16]   Consolidated Amended Complaint, ¶ 319 ("Credit Suisse's internal controls over financial reporting suffered from material weaknesses, and, as a result, the Company's financial reports were inaccurate, unreliable, and/or subject to manipulation.").

[17]   Credit Suisse Group AG, "Annual Report on Form 20-F for Fiscal Year Ended December 31, 2021," filed on March 10, 2022, p. 292.

[18]   Credit Suisse Group AG, "Form 6-K," filed on March 9, 2023, p. 1.

8

controls."[19] CS also disclosed that "the 2022 financial results as previously released on February 9, 2023" would not be impacted.[20] If the ICFR issue had been important to investors' decision-making at that time, I would expect analysts to discuss the information and its implications for the reliability of CS's financial reporting. However, between March 9 and March 13, 2023, only one analyst amongst the more than 20 analyst firms that covered CS at that time commented on CS's March 9, 2023 announcement. This single analyst, from RBC, began the report with the statement that CS had announced a 'technical' delay of the publication of its 2022 Annual Report, but also that the Company was confirming the 2022 financial results they had previously announced one month earlier (February 9, 2023).[21] In summarizing the view about this disclosure, the analyst listed three reasons that lessened the importance of the ICFR issue: (1) "We have generally not focused on cash flow statements;" (2) "the amounts are relatively small;" and (3) "the restatement was previously disclosed."[22] The analyst then stated that "questions with respect to accounting, especially from the SEC, are negative, especially as the CS press release points to SEC questions with respect to related controls of the revisions."[23] No other analyst report mentioned the ICFR issue on March 9, 2023, or on the days immediately after CS's announcement.

iii. Following the March 14, 2023 release of the 2022 Annual Report where CS disclosed certain material weaknesses in its ICFR,[24] only two analyst reports mentioned CS's disclosure of material weaknesses in ICFR. The first report, issued on March 14, 2023 by Kepler Cheuvreux, summarized a related statement by CS's management and commented that further potential regulatory scrutiny about management failures in

---

[19]  *Id.*

[20]  *Id.*

[21]  "Credit Suisse Group AG: Delay of Publication of 2022 Annual Report," *RBC Capital Markets*, March 9, 2023, p. 1.

[22]  *Id.*

[23]  *Id.*

[24]  Credit Suisse Group AG, "Annual Report on Form 20-F for Fiscal Year Ended December 31, 2022," filed on March 14, 2023, pp. 50–51, 256–258, 416.

general to be a threat.[25] The second report, issued on March 16, 2023 by CFRA, reiterated the analyst's "Strong Sell" recommendation.[26] While this analyst report did not question the reliability of CS's financial reporting, it commented on the stock price movement on the previous day (*i.e.*, March 15, 2023, day after the disclosure of material weaknesses in ICFR) "following several negative developments, including [CS's] failure to reverse negative fund flows since the start of the year and findings of material weaknesses in its financial reporting controls."[27] During this period, analysts discussed several adverse developments for CS but, with the exception of these two analysts, none of the 19 analysts who covered CS between March 14 and March 24, 2023 issued reports that mentioned the ICFR issue.[28] Nor did the analyst from RBC mention it in any subsequent reports issued after his initial comment on March 9, 2023.[29] Importantly, no analyst reports questioned the reliability of CS's financial reporting.

23.     To check the robustness of my findings with respect to the Alleged ICFR Omissions, I performed two additional analyses. Specifically, I also reviewed:

   i.   Four analyst reports on CS issued between April 11, 2023, and April 18, 2023 (*i.e.*, seven calendar days after the comment letters from SEC Staff of the Division of Corporation Finance on CS's 2021 Annual Report became publicly available on April

---

[25]   "Credit Suisse: CEO Gives Relatively Reassuring Message," *Kepler Cheuvreux*, March 14, 2023, pp. 1–2; "Edited Transcript Credit Suisse Group AG at Morgan Stanley European Financials Conference," March 14, 2023, p. 10.

[26]   "Credit Suisse Group AG," *CFRA*, March 16, 2023, p. 1; "Credit Suisse Group AG," *CFRA*, March 11, 2023, p.1.

[27]   "Credit Suisse Group AG," *CFRA*, March 16, 2023, p. 1. The analyst repeated this information in a subsequent report issued on March 18, 2023, in a section titled "Latest Analyst Research Notes."

[28]   Between March 14 and March 24, 2023, analysts discussed multiple adverse developments for CS. For example, three analysts (Barclays, Citigroup, Morningstar) commented on the statement by the Charmain of Saudi National Bank that the bank would not invest further in CS's equity for regulatory reasons. A JP Morgan analyst also discussed CS's increased "funding costs" and the "ongoing market confidence issues with [CS's] IB strategy and ongoing franchise erosion." Notably, none of these analyst reports questioned the reliability of CS's financial reporting in the wake of the disclosure of the ICFR issue. *See* "Credit Suisse: Sharp Share Price Correction," *Citigroup Global Markets*, March 15, 2023, p. 1; "Credit Suisse Group AG ADR: Placing Credit Suisse Under Review: Increased Funding Costs Threaten Going-Concern Status," *Morningstar Equity*, March 15, 2023, pp. 1–2; "Credit Suisse AG: Key Areas of Debate," *Barclays*, March 16, 2023, p. 1; "Credit Suisse Group: Where Do We Go From Here?: Scenario Analysis," *JPMorgan*, March 16, 2023, pp. 1, 17.

[29]   *See* "Credit Suisse Group AG: Statement by FINMA and Swiss National Bank," *RBC Capital Markets*, March 15, 2023; "Credit Suisse Group AG: Credit Suisse Announces Actions to Strengthen Liquidity," *RBC Capital Markets*, March 16, 2023.

10

11, 2023)[30] to examine whether analysts commented on the ICFR issue in that context. I found that none of the analysts covering CS mentioned the SEC Staff comment letters, their content, or the ICFR issue.[31]

    ii. 20 analyst reports on UBS Group AG ("UBS") issued between March 9, 2023 (*i.e.*, the day when CS disclosed that it was in discussion with the SEC), and April 18, 2023 (*i.e.*, seven calendar days after the SEC Staff comment letters became public) to examine whether CS's ICFR issue was discussed by the analysts covering UBS.[32] These analyst reports covered the period when, according to Plaintiff's expert, Dr. Matthew D. Cain, "rumors began to circulate that UBS could merge with Credit Suisse" and March 19, 2023, the date when the merger of CS with and into UBS was announced.[33] I found extensive discussion regarding the potential implications of a merger with CS, however, it is notable that no analyst reports covering UBS discussed CS's ICFR issue or the reliability of CS's financial reporting. For example, neither of the two analysts from RBC and Kepler Cheuvreux that covered both CS and UBS and mentioned the ICFR issue earlier in March for CS, brought up the ICFR issue in their coverage of UBS during this period.

24.    In sum, evidence from my review of the analyst reports issued during and around the Putative Class Period indicates that analyst commentary is not consistent with Plaintiff's claims that CS's ICFR issue was important to investors' decision-making process. Analysts did not

---

[30] Prior to April 11, 2023, the SEC Staff comment letters on CS's Form 20-F for fiscal year 2021, as well as CS's responses to those comments, were not available on the SEC's EDGAR system. I understand that the SEC's Division of Corporation Finance makes its comment letters public "no sooner than 20 business days after it has completed its review of a periodic or current report or declared a registration statement effective." *See* "Filing Review Process," *U.S. Securities and Exchange Commission*, September 27, 2019, available at https://www.sec.gov/about/divisions-offices/division-corporation-finance/filing-review-process-corp-fin, accessed on January 17, 2025; "Credit Suisse, SEC Letters Show Months-long Reporting Errors Debate," *Reuters*, April 11, 2023, available at https://www.reuters.com/business/finance/credit-suisse-sec-letters-show-months-long-reporting-errors-debate-2023-04-11/, accessed on January 17, 2025.

[31] For completeness, I also reviewed analyst reports on CS issued from March 25, 2023, to April 10, 2023, and none of them mentioned the ICFR issue.

[32] I note that some of the 171 analyst reports that covered CS also covered UBS. The 20 analyst reports on UBS are in addition to the 171 analyst reports.

[33] *See* Expert Report of Matthew D. Cain, Ph.D., December 13, 2024, footnote 85; "UBS to Acquire Credit Suisse," *UBS*, March 19, 2023, available at https://www.ubs.com/global/en/media/display-page-ndp/en-20230319-tree.html, accessed on January 17, 2025.

11

discuss the ICFR issue in a manner consistent with Plaintiff's claims even at the time when the issue was disclosed. Only three analysts—with one of the three analysts having already a "Strong Sell" recommendation on CS prior to the ICFR disclosure—referred to the ICFR issue but did not question the reliability of CS's financial reporting.[34] Given these results, if CS's ADRs were trading in an efficient market as Plaintiff claims,[35] information like the ICFR issue that was not considered important to the investment decision-making process would not be expected to impact the market prices of CS's ADRs.

**V.    The Equity Investment Decision-Making Process and Information That Investors Consider in Their Equity Investments**

25.    Financial markets consist of different types of investors who employ various investment strategies. In general, investors can be classified into two principal categories: institutional or individual investors.[36] The first category, institutional investors, refers to entities or organizations that are professional investors who often invest on behalf of others.[37] Examples include "[p]ension funds," "[r]egulated investment companies (mutual funds and closed-end funds)," "sovereign wealth funds, endowments, foundations, banks, and insurance companies."[38] The second category, individual investors, who are also commonly referred to as retail investors, are most often non-professionals, investing on their own behalf, and typically with substantially lower investment amounts than institutional investors.

26.    Investment strategies can also be classified into two primary categories: passive and active management strategies.[39] A passive investment management style typically involves investing in accordance with a predetermined strategy and not engaging in company-specific forecasting or

---

[34]    "Credit Suisse Group AG," *CFRA*, February 9, 2023.

[35]    *See* Expert Report of Matthew D. Cain, Ph.D., December 13, 2024.

[36]    Fabozzi, Frank J., and Harry M. Markowitz (2011), *The Theory and Practice of Investment Management*, 2nd Ed., Hoboken, NJ: John Wiley & Sons, Inc. ("Fabozzi and Markowitz (2011)"), p. 4.

[37]    "Portfolio Management for Institutional Investors," *CFA Institute*, available at https://www.cfainstitute.org/en/membership/professional-development/refresher-readings/portfolio-management-institutional-investors, accessed on January 17, 2025.

[38]    *See*, *e.g.*, Fabozzi and Markowitz (2011), p. 4; "Portfolio Management for Institutional Investors," *CFA Institute*, available at https://www.cfainstitute.org/en/membership/professional-development/refresher-readings/portfolio-management-institutional-investors, accessed on January 17, 2025.

[39]    Fabozzi and Markowitz (2011), pp. 229–270.

judgments.[40] An example of a passive strategy is "buying a well-diversified portfolio to represent a broad-based market index without attempting to search out mispriced securities."[41] An investor using this type of strategy does not consider information specific to a company.

27.    In contrast, an active investor "attempts to achieve portfolio returns more than commensurate with risk, either by forecasting broad market trends or by identifying particular mispriced sectors of a market or securities in a market."[42] Active investors can be divided into different types depending on their strategy for achieving portfolio returns. For example, some active investors base their strategies on forecasting broad market trends or utilizing algorithms that depend on previous trades in the financial markets to predict future performance. These investors generally do not focus on company fundamentals; thus, they do not use information specific to a particular company in making their investment decisions. On the other hand, many active investors, particularly active equity investors, make their investment decisions based on a company's fundamentals, that is, fundamental analysis, to help explain current firm value or predict future firm value.[43]

28.    When analyzing the fundamentals of a company, active investors typically estimate the intrinsic value of the company's stock, and compare the estimated intrinsic value to the stock's market value to determine if a stock purchase or sale is warranted.[44] To do so, these investors customarily seek information that is pertinent to the valuation of the company's stock in their investment decisions—such as information that impacts a company's growth in revenue, earnings, cash flows, dividends, and profitability. As noted in a study by Lev and Thiagarajan (1993), investors utilize information with respect to firm fundamentals that pertain to the "quality [] and growth of [a company's] reported earnings."[45] Investors interested in the fundamentals of a company also commonly gather information pertinent to firm value such as information on the

---

[40]  Bodie, Z., A. J. Kane, and A. Marcus (2009), *Investments*, 8th Ed., New York, NY: McGraw-Hill/Irwin ("Bodie, Kane, and Marcus (2009)"), p. G-9.

[41]  *Id.*

[42]  *Id.*, p. G-1.

[43]  *Id.*, pp. 350–351.

[44]  *Id.*, pp. 350–351.

[45]  Lev, Baruch and S. Ramu Thiagarajan, "Fundamental Information Analysis," *Journal of Accounting Research*, Vol. 31, No. 2, 1993, pp. 190–215 at p. 191.

13

company's profitability, risks, and capital, including issuances and buybacks of stocks and debt.[46] As discussed in academic literature, investors are also attentive to performance metrics on specific banking activities, such as growth in total loans and trading assets, loan loss provisions, and tangible common equity ratio.[47] Conversely, statements from a company that do not provide information that would allow investors to draw inferences about the company's value or do not allow investors to distinguish the company from its peers are not expected to be important to the investment decision-making process. As mentioned above, in an efficient market, information that is not considered important to the investment decision-making process would not be expected to impact the stock price.

## VI. The Content of Analyst Reports Provides a Useful Measure of the Information That Investors Would Consider Important to the Investment Decision-Making Process

### A. Analysts Are Subject to Industry Standards and Guidelines for Best Practices and Face Strong Economic Incentives to Assess and Report Information That Is Important to the Investment Decision-Making Process

29.    Sell-side equity analysts ("analysts"), who are typically employed by a brokerage firm, constitute a major source of publicly available fundamental information about a company.

30.    As I mentioned previously, sell-side equity analysts are required to adhere to certain standards for their job functions. Given the U.S. requirement to be registered with FINRA, analysts are subject to certain industry-wide regulations and standards that govern their research reports and practices.[48] According to FINRA, the "knowledge, skills and abilities associated with the

---

[46]    Two major equity investment styles that employ fundamental analysis are value investors (who focus on finding undervalued securities) and growth investors (who focus on finding securities with good growth potential at a reasonable price). Value and growth investors may put emphasis on different aspects of this information but both types of investors are interested in the present and future financial prospects of the company. *See* Fabozzi and Markowitz (2011), pp. 241–242.

[47]    Mohanram, Partha, Sasan Saiy, and Dushyantkumar Vyas, "Fundamental Analysis of Banks: the Use of Financial Statement Information to Screen Winners from Losers," *Review of Accounting Studies*, Vol. 23, 2018, pp. 200–233 at p. 201.

[48]    "1220. Registration Categories," *FINRA*, available at https://www.finra.org/rules-guidance/rulebooks/finra-rules/1220?rbid=2403&record_id=17718&element_id=10203, accessed on January 17, 2025 ("Each person associated with a member who is to function as a research analyst shall be required to register with FINRA as a Research Analyst. For purposes of … this Rule, 'research analyst' shall mean an associated person whose primary job function is to provide investment research and who is primarily responsible for the preparation of the substance of an equity research report or whose name appears on an equity research report…."); "Registration, Exams and

14

critical job functions of a research analyst" include, among others, industry knowledge of "[k]ey economic drivers that impact the industry" and of "[s]hort- and long-term trends within the industry sector. … (*i.e.*, secular, overall and cyclical) and [their relationship] to valuation and absolute/relative stock performance." [49] Industry knowledge helps analysts make financial projections, which are typically discussed in their research reports and may include projections of metrics relevant to the entire industry.[50] In addition to writing company-specific reports analyzing individual companies in the industry in which they specialize, some analysts also "write periodic industry reports."[51]

31.    Information gathering is a core component of an analyst's functions and qualifications. As part of their registration with FINRA, they must pass the Series 86/87 Research Analyst Qualification Examination,[52] which covers various "critical functions" of analysts, including (i) information and data collection for individual companies and the industry sector's key drivers, (ii) analysis, modeling, and valuation of individual companies and industry trends, (iii) preparation of research reports, and (iv) dissemination of information.[53] Specifically with respect to the analyst function of information and data collection, FINRA identifies their duties as gathering information and data about the macroeconomy and industry sector.[54]

32.    In addition, analysts often hold the Chartered Financial Analyst ("CFA") credential, which refers to a standardized and widely recognized curriculum and testing regimen covering "the solid foundation of knowledge that investment firms expect[,] [a]longside critical advanced investment

---

CE," *FINRA*, available at https://www.finra.org/registration-exams-ce, accessed on January 17, 2025 ("FINRA maintains the central licensing and registration system for the U.S. securities industry and its regulators."); "Entities We Regulate," *FINRA*, available at https://www.finra.org/about/entities-we-regulate, accessed on January 17, 2025; "Self-Regulatory Organization Rulemaking," *U.S. Securities and Exchange Commission*, available at https://www.sec.gov/rules/sro, accessed on January 17, 2025.

[49]  "Research Analyst Qualification Examinations (Series 86 and 87) Content Outline," *FINRA*, 2018, pp. 2, 4.

[50]  For example, Bradley, Gokkaya, and Liu (2017) find that the accuracy of earnings forecasts by analysts with prior industry experience is "significantly better" than that of analysts without such experience. *See* Bradley, Daniel, Sinan Gokkaya, and Xi Liu, "Before an Analyst Becomes an Analyst: Does Industry Experience Matter?" *The Journal of Finance*, Vol. 72, No. 2, 2017, pp. 751–791 ("Bradley, Gokkaya, and Liu (2017)"), p. 752.

[51]  Kadan et al. (2012), p. 96.

[52]  "Research Analyst Rules," *FINRA*, available at https://www.finra.org/rules-guidance/key-topics/research-analyst-rules, accessed on January 17, 2025.

[53]  "Research Analyst Qualification Examinations (Series 86 and 87) Content Outline," *FINRA*, 2023, pp. 2–3.

[54]  *Id.*, at p. 6.

15

analysis and portfolio management skills… to thrive" in investment management.[55] Besides the technical and quantitative demands of the CFA credential, analysts with CFA designations are required to follow the guidelines and best practices set forth in the CFA Institute's Ethical and Professional Standards to "[e]xercise diligence, independence, and thoroughness in analyzing investments, making investment recommendations, and taking investment actions," and to "[h]ave a reasonable and adequate basis, supported by appropriate research and investigation, for any investment analysis, recommendation, or action."[56]

33.     Besides these industry standards, guidelines and best practices, analysts face strong economic incentives to assess and report information that they consider to be important to the investment decision-making process. Specifically, the investors who consume and rely on analyst reports are the institutional investors described in **Section V**.[57] Institutional investors typically hold substantial amounts of companies' shares. For instance, a 2019 study shows that, in the U.S., institutional investors held "around 72% of the domestic stock market value."[58] In the case of CS, as of December 31, 2022, institutional investors held approximately 47% of the Company's outstanding ADRs, and the value of their holdings was approximately $302 million as of that date.[59] The importance of analysts to the institutional investor community is reflected in the fact that institutional investors expend billions of dollars each year in commissions and other payments

---

[55] "Curriculum & Exam Topics," *CFA Institute*, available at https://www.cfainstitute.org/en/programs/cfa/curriculum, accessed on January 17, 2025.

[56] "Code of Ethics and Standards of Professional Conduct," *CFA Institute*, available at https://www.cfainstitute.org/sites/default/files/-/media/documents/ethics-in-practice/code_of_ethics_and_standards_of_professional_conduct_2024.pdf, accessed on January 17, 2025, p. 2.

[57] Yezegel, Ari, "Why Do Analysts Revise Their Stock Recommendations After Earnings Announcements?" *Journal of Accounting and Economics*, Vol. 59, No. 2–3, 2015, pp. 163–181 at pp. 163, 167 ("Investors, the financial media, and regulators seem to agree that sell-side analysts provide valuable advice to their clients. Investors pay to access analysts' research reports through various data vendors (e.g., Investext, ThomsonOne, Yahoo Finance).… Investors are likely to seek more guidance from analysts when they have difficulty interpreting complex information. At such times, analysts, due to their expertise, are better positioned to process information and provide advice."); Brown, Lawrence D. et al., "The Activities of Buy-Side Analysts and the Determinants of Their Stock Recommendations," *Journal of Accounting and Economics*, Vol. 62, No. 1, 2016, pp. 139–156 at p. 140 ("[B]uy-side analysts are an important consumer of sell-side research[.]"). As mentioned earlier, buy-side analysts are employed by institutional investors.

[58] "Owners of the World's Listed Companies," *OECD Capital Market Series*, 2019, available at www.oecd.org/corporate/Owners-of-the-Worlds-Listed-Companies.htm, accessed on January 17, 2025, p. 22.

[59] According to *Capital IQ*, institutional investors held 99,569,269 ADRs (47%) of the 212,513,843 ADRs outstanding as of December 31, 2022, with a market value of about $302 million. *See Capital IQ*; Credit Suisse Group AG, "Annual Report on Form 20-F for Fiscal Year Ended December 31, 2022," filed on March 14, 2023, p. 177.

to get access to research reports and other services from brokerage firms.[60]

34.     In sum, analysts have both the mandate and the incentives to comprehensively identify and provide to their clientele information that they consider important to the investment decision-making process.

### B.    Analysts Serve as Important Information Intermediaries Between Companies and Investors

35.     The informational role of analysts and their research reports has been the subject of extensive academic research, including my own.[61] Researchers have noted that analyst reports are "textual in nature, rich in substance, and strongly context specific" and applied the technique of qualitative analysis to study them.[62] Academic studies have demonstrated that analysts serve as important information intermediaries between companies and investors and "play a central role in security markets in interpreting and disseminating corporate financial and other information."[63] An academic paper by Asquith et al. (2005) finds that "the strength of the written arguments made

---

[60]  The other services from brokerage firms mainly include advisory services, sales coverage, and access to corporate management teams. *See* "Brokers Collecting Fewer Commission Dollars from U.S. Equity Trades," *Coalition Greenwich*, August 23, 2022, available at https://www.greenwich.com/press-release/brokers-collecting-fewer-commission-dollars-us-equity-trades, accessed on January 17, 2025 ("Equity brokers collected about $6.62 billion in commissions on U.S. equity trades in the first quarter of this year, down from more than $7 billion in Q1 2021…. The buy side uses the majority of these commission payments to pay for a combination of research, advisory services, sales coverage, and corporate access.").

[61]  For example, in a 1985 paper on the information content of earnings announcements, my co-author and I estimate information content by the change in investor beliefs about future earnings, which we measure by the revision in financial analysts' forecasts. *See* Jennings and Starks (1985). *See also* Asquith, Paul, Michael B. Mikhail, and Andrea S. Au, "Information Content of Equity Analyst Reports," *Journal of Financial Economics*, Vol. 75, No. 2, 2005, pp. 245–282 ("Asquith et al. (2005)") at p. 248 ("Over the past two decades, security analyst reports have been the subject of extensive empirical and experimental work.").

[62]  Previts, Gary J. et al., "A Content Analysis of Sell-Side Financial Analyst Company Reports," *Accounting Horizons*, Vol. 8, No. 2, 1994, pp. 55–70 ("Previts et al. (1994)") at p. 57. *See also* Breton, Gaetan and Richard J. Taffler, "Accounting Information and Analyst Stock Recommendation Decisions: A Content Analysis Approach," *Accounting and Business Research*, Vol. 31, No. 2, 2001, pp. 91–101 (Breton and Taffler (2001)") at p. 93 ("Content analysis methodology is particularly appropriate for our purpose both because of its unobtrusive nature in analysing narratives prepared for other reasons and audiences, and its ability to measure the implicit importance attributed to an information category by the report's author.").

[63]  Breton and Taffler (2001), p. 91 ("Financial analysts play a central role in security markets in interpreting and disseminating corporate financial and other information[.]"); Bradshaw, Mark T. et al., "Soft Information in the Financial Press and Analyst Revisions," *The Accounting Review*, Vol. 96, No. 5, 2021, pp. 107–132 ("Bradshaw et al. (2021)") at p. 108 ("Sell-side analysts are a primary information intermediary in capital markets[.]"); Bradley, Gokkaya, and Liu (2017) at p. 751 ("Sell-side analysts are among the most important information agents in capital markets.").

17

to support an analyst's opinion" is a significant determinant of the market reaction to an analyst report. [64] Academic research has also demonstrated that analysts go beyond the financial disclosures of a company to examine softer information. For example, Previts et al. (1994) conduct a qualitative analysis of analyst reports to study the information used by analysts, and find that analysts "provide softer, more frequent, and more comprehensive details using subjective interpretations from a collection of micro and macro information so as to construct scenarios of likely alternative prospects of the company."[65]

36.    Analysts typically focus on a group of companies in a particular industry, which allows them to develop expertise in that industry. Academic research describes industry expertise as a "critical component of analysts' human capital" as analysts take advantage of "economies of scale in information production."[66] This industry focus allows the analysts to develop an understanding of how the industries and the companies in those industries operate (*e.g.*, who the major players are and how the industry could be affected by changes in macroeconomic conditions such as inflation, oil prices, or interest rates), and what third-party data sources could be useful in assessing industry trends. Indeed, academic research describes industry knowledge as the "most important attribute for analysts…."[67]

37.    In their role as information intermediaries, analysts gather information about companies from a variety of sources, for example, macroeconomic news, industry publications, and disclosures by the companies and their peers, which are often provided through SEC filings and company announcements. [68] In addition, analysts communicate directly with company

---

[64]  Asquith et al. (2005), p. 246 ("In particular, incorporating changes in analyst price targets dramatically increases the fit of our regression results over that obtained from earnings forecast revisions and discrete recommendations alone. We then show that other information in a report, such as the strength of the written arguments made to support an analyst's opinion, is also significant. The stronger the justifications provided in the report, the stronger the market's reaction to the report.").

[65]  Previts et al. (1994), p. 66.

[66]  Bradley et al. (2017), p. 180.

[67]  Bradley et al. (2017), p. 180.

[68]  Bradshaw et al. (2021), p. 108 ("Analysts process numerous information triggers, such as market prices, financial metrics, and management disclosures.… [A]nalysts provide information to their clients by synthesizing multiple information sources and making useful revisions (e.g., recommendations, earnings forecasts, and target prices)."); Breton and Taffler (2001), p. 91 ("We conclude that whereas accounting information is of fundamental importance to analysts, it is not the only, nor even the most important, source. Financial analysts are equally concerned with the firm's management and strategy and its trading environment in arriving at their investment recommendations.").

18

management through earnings calls and analyst conferences, usually to better understand different aspects of recent company performance and, in some instances, to receive guidance for the future.[69] Analysts assess company disclosures as well as other information important to company valuation and the investment decision-making process, and disseminate their analyses—which often include financial projections and investment recommendations to buy, sell, or hold the company's stock, as well as commentary explaining the bases for the recommendations—to investors, typically in the form of research reports.[70]

### C. The Content of Analyst Reports Provides a Useful Measure of Available Information That Is Important to the Investment Decision-Making Process

38.    Given the important role played by analysts as information intermediaries between companies and investors—including institutional investors—and the guidelines they are often required to follow in terms of diligence, independence, and thoroughness, analyst reports collectively, in my experience, typically provide a useful measure of available public information that investors would consider important to the investment decision-making process. Specifically, if analysts consider certain information to be important to the investment decision-making process, I expect them to discuss that information in their reports. In contrast to analysts, who are subject to FINRA registration requirements and in many instances the guidelines and best practices set forth by the CFA Institute, contributors to public press, social media, investment message boards,

---

[69]  Frankel, Richard, Marilyn Johnson, and Douglas J. Skinner, "An Empirical Examination of Conference Calls as a Voluntary Disclosure Medium," *Journal of Accounting Research*, Vol. 37, No. 1, 1999, pp. 133–150 at pp. 136–137 ("Conference calls are often used to supplement mandated disclosures, in particular, quarterly earnings releases. It seems likely that conference calls will be used when such supplementation is most beneficial; for example, in helping analysts ascertain the extent to which earnings changes are permanent or transitory.… [M]anagers of firms for which value is relatively more difficult for analysts to assess based on historical numbers may also be more likely to use conference calls.… [S]pecific information such as detailed segment data, not in the press release, is sometimes disclosed in these calls. In addition, anecdotal evidence from the limited sample of calls we heard indicates that managers are more likely to make forward-looking statements during conference calls (often in response to analysts' questions) than to include them in the press release. In fact, many companies now begin conference calls with the cautionary language necessary to obtain safe harbor protection for forward-looking statements.").

[70]  Asquith et al. (2005), pp. 246, 250 ("An analyst report is the culmination of a process that includes the collection, evaluation, and dissemination of information related to a firm's future performance. The majority of these reports include three key summary measures: an earnings forecast, a stock recommendation—such as buy, sell, or hold— and a price target. In addition, these reports frequently present extensive quantitative and qualitative analysis supporting the summary measures.… [W]e show that analyst reports do not merely repeat other corporate releases of information, but also provide new and independent analysis to the market.").

19

blogs, and online discussion boards are typically not subject to such requirements or guidelines and do not have the well-defined incentives of analysts. Therefore, I cannot use commentary from such sources to reliably determine whether certain information was important to the investment decision-making process.

39.    By reviewing the content of analyst reports and examining whether or not analysts commented on the alleged misstatements, and if so, the nature of the commentary, one can determine whether certain information was considered by analysts to be important to the investment decision-making process. In the context of this case, if the ICFR issue was important to the investment decision-making process, I would expect the analyst reports to discuss the issue when it was disclosed.[71]

40.    In an efficient market, new, public information that is considered important to the investment decision-making process would be expected to be incorporated into the stock price quickly. On the other hand, information that is not considered important to the investment decision-making process would not be expected to impact the stock price. I understand from Counsel that Plaintiff claims that, during the Putative Class Period, the market for CS's ADRs was efficient (*i.e.*, where new, value-relevant public information was quickly incorporated into ADR prices).[72] According to Fama (1991), in this form of market efficiency, "prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not

---

[71]  My understanding from Counsel is that Plaintiff alleges that CS failed to disclose the ICFR issue until March 14, 2023, when it disclosed certain material weaknesses in its ICFR in the 2022 Annual Report. Because the allegation is that the ICFR issue was not disclosed earlier, it would not be possible to test whether the market price of CS's ADRs was impacted by the ICFR issue by examining analyst commentary at the "front-end," *i.e.*, when the alleged misrepresentations were made. Indeed, from an economic perspective, one would not expect a market price movement of CS's ADRs attributable to ICFR issues at the "front end," to the extent the Company released financials without discussing ICFR issues and there was no market expectation of ICFR deficiencies at the time.

[72]  Consolidated Amended Complaint, ¶ 457; Expert Report of Matthew D. Cain, Ph.D., December 13, 2024, ¶ 196. *See*, *e.g.*, Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance,* Vol. 46, No. 5, 1991, pp. 1575–1617 ("Fama (1991)") at pp. 1601–1602 ("The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements. The result is so common that this work now devotes little space to market efficiency. The fact that quick adjustment is consistent with efficiency is noted, and then the studies move on to other issues."); Busse, Jeffrey A. and T. C. Green, "Market Efficiency in Real Time," *Journal of Financial Economics,* Vol. 65, No. 3, 2002, pp. 415–437 at p. 435 ("[P]rices of stocks discussed positively during the Midday Call report on CNBC experience a statistically and economically significant increase beginning seconds after the stock is initially mentioned and lasting approximately one minute. The response to negative reports is larger but more gradual. Prices continue falling for 15 minutes after airing[.] … Although security prices do not fully reflect all available information instantaneously, the market is efficient enough that a trader cannot generate profits based on widely disseminated news unless he acts almost immediately.").

20

exceed the marginal costs [of acting on that information.]"[73]

41.    As discussed above, analysts serve as important information intermediaries between companies and investors and provide investors with information that investors would consider important to company valuation and the investment decision-making process. Thus, a finding that the analysts did not discuss the ICFR issue and its implications at the time the issue was disclosed would suggest that such alleged omission was not important to the investment decision-making process. If CS's ADRs were trading in an efficient market as Plaintiff claims,[74] information that is not considered important to the investment decision-making process would not be expected to impact the market prices of CS's ADRs. As such, the finding would be inconsistent with Plaintiff's claims that the Alleged ICFR Omissions with respect to the ICFR issue impacted the market prices of CS's ADRs.

42.    In this matter, CS was followed by at least 20 analyst firms, and I identified more than 170 analyst reports[75] issued during and around the Putative Class Period.[76] As I discuss later in the report, I reviewed all of these analyst reports to understand whether the ICFR issue was commented on by analysts, and whether the analyst commentary was consistent with Plaintiff's claims that the ICFR issue was important for investors' decision-making process.

---

[73]    Fama (1991), p. 1575.

[74]    *See* Expert Report of Matthew D. Cain, Ph.D., December 13, 2024, ¶ 30.

[75]    Plaintiff's expert, Matthew Cain, asserts that he identified 128 reports issued by analysts at 14 separate firms during the Putative Class Period. In his report, he noted that "Credit Suisse's high level of analyst coverage placed it in the top 25% of all companies listed on the NASDAQ and the NYSE from 2016-2018," to support his conclusion that CS's ADRs traded in an efficient market throughout the Putative Class Period. *See* Expert Report of Matthew D. Cain, Ph.D., December 13, 2024, ¶¶ 42–44, Exhibit 3.

[76]    I considered analyst reports available through the vendors *Capital IQ* and *Refinitiv* during the Putative Class Period and through seven calendar days following the SEC comment letters becoming public, excluding analyst reports from firms like ValuEngine, which in my experience tend to focus on technical information (such as past price movements) rather than fundamental information or investment recommendations. I also reviewed additional analyst reports during this period that were not available on *Capital IQ* or *Refinitiv* but obtained from Counsel.

**VII.    Evidence From Analyst Reports Indicates That the Analyst Commentary on Credit Suisse is Not Consistent with Plaintiff's Claims That the ICFR Issue Was Important to the Investment Decision-Making Process During and Around the Putative Class Period**

      **A.    Methodology**

43.    My primary review encompassed analyst reports on CS issued during and around the Putative Class Period. I collected all analyst reports on CS that were available through the vendors *Capital IQ* and *Refinitiv*. I supplemented those with analyst reports obtained from Counsel. In total, I identified 171 analyst reports on CS issued by 23 separate firms from October 20, 2022, to March 24, 2023 (*i.e.*, seven calendar days before and after the Putative Class Period).[77] These analyst reports are listed in **Appendix C**.

44.    In supplemental analysis, I also reviewed four analyst reports on CS issued between April 11, 2023, and April 18, 2023 (*i.e.*, seven calendar days after the comment letters from SEC Staff of the Division of Corporation Finance on CS's 2021 Annual Report became publicly available on April 11, 2023)[78] and 20 analyst reports on UBS issued between March 9, 2023 (*i.e.*, the day when CS disclosed that it was in discussion with the SEC), and April 18, 2023 (*i.e.*, seven calendar days after the SEC Staff comment letters became public).

45.    To review these analyst reports, I adopted a qualitative analysis approach, which I have used in my own academic research published in peer-reviewed journals. For example, in a paper published in the *Journal of Corporate Finance* in 2021, my co-authors and I applied this approach to examine the findings of financial economics research on issues related to corporate social responsibility, including environmental and social issues. We gathered data that was pertinent to the research question, which, in that case, consisted of academic articles addressing the issues from

---

[77]    This number is greater than the 128 analyst reports issued by 14 separate firms that Dr. Cain identified in his report. *See* Expert Report of Matthew D. Cain, Ph.D., December 13, 2024, ¶¶ 42–44, Exhibit 3.

[78]    Prior to April 11, 2023, the SEC Staff comment letters on CS's Form 20-F for fiscal year 2021, as well as CS's responses to those comments, were not available on the SEC's EDGAR system. I understand that the SEC's Division of Corporation Finance makes its comment letters public "no sooner than 20 business days after it has completed its review of a periodic or current report or declared a registration statement effective." *See* "Filing Review Process," *U.S. Securities and Exchange Commission*, September 27, 2019, available at https://www.sec.gov/about/divisions-offices/division-corporation-finance/filing-review-process-corp-fin; accessed on January 17, 2025; "Credit Suisse, SEC Letters Show Months-long Reporting Errors Debate," *Reuters*, April 11, 2023, available at https://www.reuters.com/business/finance/credit-suisse-sec-letters-show-months-long-reporting-errors-debate-2023-04-11/, accessed on January 17, 2025.

a corporate finance perspective. We reviewed the articles, synthesized their content, and integrated the findings, eventually drawing conclusions. In instances where there was a divergence of opinion among researchers about a topic, we pointed out those differing opinions and evaluated the preponderance of the results.[79]

46.    As discussed in **Section VI.B**, the methodology of qualitative analysis has also been used in academic studies of analyst reports. For example, Previts et al. (1994) conducted a qualitative analysis of analyst reports to study the information used by analysts.[80] Similarly, Breton and Taffler (2001) found that qualitative "[c]ontent analysis methodology is particularly appropriate for our purpose both because of its unobtrusive nature in [analyzing] narratives prepared for other reasons and audiences, and its ability to measure the implicit importance attributed to an information category by the report's author."[81]

47.    I applied the methodology of qualitative analysis to the CS and UBS analyst reports as follows. *First*, I collected and sorted analyst commentary by topics, including topics related to the ICFR issue. *Second*, if the commentary mentioned the ICFR issue, I examined whether the discussion was consistent with Plaintiff's claims that CS's failure to disclose material weaknesses in its ICFR was important because it questioned the reliability of CS's financial reporting.[82] In my experience, if the ICFR issue had been important to the investment decision-making process, I would expect analysts to discuss the ICFR issue and its implications once CS disclosed it. Conversely, if there had been no discussion of the implications of the ICFR issue, I would conclude that the issue was not discussed in a manner consistent with Plaintiff's claims.

---

[79]    *See* Gillan, Stuart L., Andrew Koch, and Laura T. Starks, "Firms and Social Responsibility: A Review of ESG and CSR Research in Corporate Finance," *Journal of Corporate Finance*, Vol. 66, 2021, pp. 1–16 at p. 13. I have also employed qualitative analysis in articles published in *The Journal of Finance* and *The Review of Financial Studies*. *See* McCahery, Joseph A., Zacharias Sautner, and Laura T. Starks, "Behind the Scenes: The Corporate Governance Preferences of Institutional Investors," *The Journal of Finance*, Vol. 71, No. 6, 2016, pp. 2905–2932; Ilhan, Emirhan, Philipp Krueger, Zacharias Sautner, and Laura T. Starks, "Climate Risk Disclosure and Institutional Investors," *The Review of Financial Studies*, Vol. 36, No. 7, 2023, pp. 2617–2650.

[80]    Previts et al. (1994) find that analysts "provide softer, more frequent, and more comprehensive details using subjective interpretations from a collection of micro and macro information so as to construct scenarios of likely alternative prospects of the company." *See* Previts et al. (1994), p. 66.

[81]    Breton and Taffler (2001), p. 93.

[82]    Consolidated Amended Complaint, ¶ 319 ("Credit Suisse's internal controls over financial reporting suffered from material weaknesses, and, as a result, the Company's financial reports were inaccurate, unreliable, and/or subject to manipulation.").

23

48.     In the next subsections, I detail the results of my qualitative analysis of the content of analyst reports that was pertinent to the following research questions:

a.  What information did analysts focus on in their coverage of CS during and around the Putative Class Period?

b.  Did analysts covering CS during and around the Putative Class Period discuss the ICFR issue in a manner that was consistent with Plaintiff's claims?

c.  Did analysts covering CS between April 11, 2023, and April 18, 2023, discuss the SEC Staff correspondence (once it became public) in a manner that was consistent with Plaintiff's claims?

d.  Did analysts covering UBS between March 9, 2023, and April 18, 2023, discuss CS's ICFR issue or the SEC Staff correspondence (once it became public) in a manner that was consistent with Plaintiff's claims?

49.     In **Section VII.B** below, I discuss the answer to the first research question by providing an overview of the main topics of discussion that emerged from my review of analyst reports. These are topics that multiple analysts focused on in the 171 reports during and around the Putative Class Period. While these topics are not directly related to Plaintiff's ICFR-related claims, they provide context to **Sections VII.C**, **VII.D**, and **VII.E**, which focus on the ICFR issue and provide an answer to the other three research questions above, as I found that the ICFR issue and its implications was not a topic analysts focused on during and around the Putative Class Period. Of the 19 analysts that covered CS between March 9 and March 24, 2023,[83] only three analysts even mentioned the ICFR issue. In an efficient market, information that is not important to investors' decision-making process would not be expected to impact stock prices. Finally, I assessed all the findings from my review of the ICFR issue in analyst reports and drew my conclusions in **Section VII.F**.

---

[83]   These analysts from 19 analyst firms issued a total of 50 analyst reports between March 9 and March 24, 2023.

24

**B.**    **Analysts Covering Credit Suisse Discussed Information Pertinent to the Investment Decision-Making Process During and Around the Putative Class Period**

50.    As mentioned above, I reviewed 171 equity analyst reports covering CS issued from October 20, 2022, to March 24, 2023 (*i.e.*, seven calendar days before and after the Putative Class Period). Over this period, analysts discussed various topics that were pertinent to the decision-making process regarding an investment in CS. Among other primary topics, analysts discussed (i) CS's profitability and customer deposit and asset flows; (ii) CS's exposure to Archegos and Greensill; (iii) geopolitical risks (*e.g.*, Russian and Ukrainian war sanctions); (iv) implications of the collapse of SVB and the state of the banking sector; and (v) regulatory issues and interventions. Below, I provide a few examples of the analyst commentary related to these topics pertinent to investors' decision-making process. **Exhibit 1** summarizes this commentary in more detail.

51.    *First*, throughout the Putative Class Period, analysts discussed CS's profitability and customer deposit and asset flows. For example, in October 2022, analysts discussed losses in CS's divisions and significant levels of outflows in deposits and assets under management ("AuM"):

> CS expects the Investment Bank division to report a loss in 4Q22, driven by subdued client activity remains in Sales & Trading businesses. Also, Credit Suisse experienced a significant level of deposit and assets under management outflows in the first two weeks of October 2022.[84] (Barclays, October 27, 2022)

> CS posted an appalling CHF4bn net loss, which is explained by a CHF3.6bn DTA impairment. At pre-tax level, the performance remains weak notably in the Investment Bank and in Wealth Management which suffered from outflows and low client activity. … The outlook is also very weak, Q4 is expected to be a loss with the WM business having registered outflows in October which have not been reversed so far.[85] (Kepler Cheuvreux, October 27, 2022)

52.    Similarly, analysts discussed CS's losses and AuM outflows following CS's fourth quarter and FY2022 earnings conference:

> The latest numbers were very tough … CS had heavier WM AuM outflows than expected in 4Q, a collapse in FICC and Equities revenues, and P&L misses in all 4 operating businesses. Client activity was impacted by the uncertainties, and the

---

[84]  "Credit Suisse AG: Q322 Results, Strategy, Capital," *Barclays*, October 27, 2022, p. 2.

[85]  "Credit Suisse: Change at a Hefty Price," *Kepler Cheuvreux*, October 27, 2022, p. 1.

bank itself disrupted by the start of restructuring measures. [86] (BNP Paribas, February 9, 2023)

Net revenues fell 33%, with huge double-digit declines across all operating divisions as CS was hit by loss of revenues from strategic actions, declining client confidence, lower asset under management, and unfavorable market conditions. CS expects another year of loss-making in 2023, with these harsh conditions set to continue. Amid increasing macro uncertainty, we see higher execution risks for its strategic plan. [87] (CFRA, February 9, 2023)

53.    Some analysts outlined the implications that further losses would have on client confidence and outflows:

If the Markets business continues to make heavy losses (as we forecast), we would expect the CET1 ratio to fall below management's 13.5% floor in early 2024, and below 13% by end-2024. This could significantly undermine client confidence, potentially leading to heavy outflows again. [88] (Société Générale, February 10, 2023)

54.    Around the end of the Putative Class Period, analysts continued to note issues of profitability and outflows:

CSG's situation is about ongoing market confidence issues with its IB strategy and ongoing franchise erosion with: i) a complex IB restructuring with limited details; ii) ongoing deposit and Net new asset outflows although moderated YTD; and iii) WM historically generating avg. CHF 1.8bn pretax but currently loss making. [89] (JP Morgan, March 16, 2023)

Despite tailwind from the higher interest rate environment, we expect CS to continue facing challenges to grow revenues in wealth management, asset management, and investment banking due to its damaged reputation from past scandals that will cause clients to stay away. Progress towards cost cuts should help. [90] (CFRA, March 22, 2023)

55.    *Second*, throughout the Putative Class Period, analysts discussed CS's exposure to Archegos and Greensill. For example, an analyst from Kepler Cheuvreux identified "[l]egal and operational risks related to legacy (RMBS-related matters) and current cases (the Greensill and

[86]    "Credit Suisse: In the Thick of It," *BNP Paribas*, February 9, 2023, p. 1.

[87]    "Credit Suisse Group AG," *CFRA*, February 9, 2023, p. 1.

[88]    "Credit Suisse: Fixing the IB Remains Critical to the Group's Future," *Société Générale*, February 10, 2023, p. 1.

[89]    "Credit Suisse Group: Where do we Go From Here?: Scenario Analysis," *JPMorgan*, March 16, 2023 p. 1.

[90]    "Credit Suisse Group AG," *CFRA*, March 22, 2023, p. 1.

Archegos cases, and the spying affair that is being investigated by [the Swiss Financial Market Supervisory Authority ('FINMA')], which could result in more management turnover, fines, or increased capital requirements."[91] Analysts noted "[l]ower than expected litigation costs over Greensill matter,"[92] and "revenue headwinds for CS due to lower risk appetite in the wake of Archegos hedge fund losses and Greensill risk issues."[93]

56.    Specifically, an analyst from BNP Paribas identified Greensill and Archegos as the starting point of the decline in CS's stock price: "The collapse in CS's share price over the past year has been partly about capital raising and dilution, but first and foremost about a major loss of earnings power. This started with the Greensill and Archegos problems in early 2021, followed by a dialling [*sic*] back of risk appetite, withdrawal from prime services, a substantial exodus of employees, erosion of the client franchise, and unsuccessful strategic efforts."[94] An analyst from Barclays stated that "[t]he Credit Suisse Asset Management business has been dramatically impacted by the Greensill Supply Chain Finance Fund issues..."[95] An analyst from Morningstar attributed these issues to "a deeper risk management malaise" at CS:

> The new management team at the helm of Credit Suisse hoped that it addressed all issues during 2020, but new problematic exposures continue to crop up. This suggests a deeper risk management malaise at Credit Suisse. Credit Suisse has some very good, profitable, and generally asset-light business with good long-term secular growth prospects—especially in wealth management/private banking and the Swiss universal bank. The discount that the market has imposed on the rating of Credit Suisse relative to UBS and its other peers should, however, remain in place until Credit Suisse can convince investors that it has addressed its risk management deficiencies.[96] (Morningstar, October 28, 2022)

57.    *Third*, during the Putative Class Period, analysts also identified geopolitical risks as potential drivers of the client outflows experienced by CS. For example, an analyst from Kepler Cheuvreux stated: "Following a social media frenzy in early October, press commentary suggested

---

[91]    "Credit Suisse: Change at a Hefty Price," *Kepler Cheuvreux*, October 27, 2022, p. 3.

[92]    "Credit Suisse Group AG: Strategy Update and 3Q Results," *Morgan Stanley*, October 27, 2022, p. 4.

[93]    "Credit Suisse Group AG," *CFRA*, October 29, 2022, p. 1.

[94]    "Credit Suisse: Restarting Coverage with Updated Numbers," *BNP Paribas*, December 20, 2022, p. 2.

[95]    "UBS Group AG / Credit Suisse AG: UBS Acquires Credit Suisse," *Barclays*, March 20, 2023, p. 10.

[96]    "Credit Suisse Group AG: Credit Suisse Dilutive Rights Issue and Subpar Profitability Targets: Make Material Cut to Our FVE," *Morningstar Equity*, October 28, 2022, p. 2.

that CS had suffered client outflows of CHF90bn, the bulk of which were in wealth management. In addition, CS WM is significantly exposed to Asia, which is still a challenging market. … Given more constrained global liquidity and the persistent geopolitical uncertainty, we believe net inflows will remain under more pressure than in 2020/21."[97] Another analyst report from Kepler Cheuvreux listed geopolitical uncertainty as a driver of downside and upside risk to earnings: "Performance of capital markets and geopolitical uncertainty, which provides downside as well as upside risk to earnings."[98] Similarly, an analyst from HSBC noted that "CS has been at the centre of recent negative news flow relating to sanctioned individuals, securitisation of jet and yacht loans and data leaks regarding its WM client relationships. Any of these issues could have negative reputational and/or financial impacts."[99]

58.    *Fourth*, later in the Putative Class Period, analysts focused on the collapse of SVB and the stability of the banking sector. As one analyst from Bank of America noted, CS experienced "significantly higher credit spreads since the failure of SVB on 10 March. Should these persist, these would likely challenge near-term earnings." [100] After expressing initial concerns over potential contagion, analysts discussed the resilience of CS based on liquidity and capital ratios. For example, an analyst from Kepler Cheuvreux stated: "Average LCR has improved to 150% ... In our view, this is the most important piece of news from this morning. CS's average LCR has increased from 144% at the end of Q4 2022 to 150% currently. ... This means that the current LCR spot rate is higher than 150%, which is positive news given how critical this metric is and how market focus has increased on this figure over the last couple of days. ... Speaking of SVB, CS's exposure to SVB is negligible, according to CEO Korner."[101] An analyst from Morgan Stanley similarly stated that: "As per mgmt, CS is following materially different standards vs SVB given CS is a GSIB - CET1 ratio of 14.1%, LCR ratios better now at 150% avg. in Q1 and spot higher. Volume of term fixed income as part of HQLA is small, c. CHF 2.5bn and interest rate risk is fully hedged. Credit exposure to SVB is not material. In terms of changes in client behaviour post SVB,

---

[97]   "2023 IB and Wealth Managers Outlook," *Kepler Cheuvreux*, January 19, 2023, p. 11.

[98]   "Credit Suisse: Uncertainty Ahead," *Kepler Cheuvreux*, December 20, 2022, p. 1.

[99]   "Credit Suisse: Hold: Swiss Authorities Provide Support," *HSBC Global Research*, March 16, 2023, p. 5.

[100]   "Credit Suisse Group: CEO Comments Supportive," *BofA Securities*, March 14, 2023, p. 1.

[101]   "Credit Suisse: CEO Gives Relatively Reassuring Message," *Kepler Cheuvreux*, March 14, 2023, p. 1.

too soon to say, but on early anecdotal evidence has been positive."[102] Discussions about SVB continued as analysts identified dimensions in which CS and SVB differed. For example, an analyst from HSBC stated:

> Reasons why CS is not SVB: CS's problems in 4Q saw it lose 37% of customer deposits and 15% of Wealth Management AuM from outflows, making it a logical focus for SVB contagion fears. However, the parallels look weak. Most obviously, CS's balance sheet was already very liquid before these announcements, and subject to LCR requirements. The liquidity pool (cash and cash equivalents) at end-4Q was CHF118bn or 22% of assets and covering 51% of the deposit base. The Investment Bank trading book is also short maturity, largely overnight, and accounts for a further 12% of assets. A third of the loan portfolio (50% of assets) has a maturity of less than three months and access to the Covered Loan Facility makes it an additional liquidity source. Also unlike SVB, CS carries almost all its assets at fair value (marked-to-market) apart from the loan book. All of the above mean that liquidity looks ample and realisable without crystallising losses. We also note that while deposits are important for CS, stable long-term debt also makes up a large part of funding (30%), with negative net issuance planned this year.[103] (HSBC, March 16, 2023)

59.    *Fifth*, after the Swiss National Bank ("SNB") and FINMA released joint statements on March 15, 2023, clarifying that there was no indication of a direct risk of contagion for Swiss institutions, analysts extensively discussed the implications of the joint statement on CS. For instance, an analyst from Bank of America stated:

> Late on 15 March, the [SNB] and [FINMA] published a joint statement. Brief and to the point, we see the key to the statement as, "there are no indications of a direct risk of contagion for Swiss institutions due to the current turmoil in the US banking... FINMA confirms that Credit Suisse meets the higher capital and liquidity requirements applicable to systemically important banks. In addition, the SNB will provide liquidity to the globally active bank if necessary.
>
> The statement from the authorities is to us clear that Credit Suisse in its current form will continue. In effect, regulatory support has been provided through this statement, but without any change in the structure or going concern nature of Credit Suisse. We think this materially de-risks the group from an investor perspective.[104] (Bank of America, March 15, 2023)

---

[102] "Credit Suisse Group AG: Live at EFC 2023," *Morgan Stanley*, March 14, 2023, p. 1.

[103] "Credit Suisse: Hold: Swiss Authorities Provide Support," *HSBC Global Research*, March 16, 2023, p. 1.

[104] "Credit Suisse Group: The Authorities Are Clear. Reiterate Buy," *BofA Securities*, March 15, 2023, p. 1.

60.    Some analysts expressed that the joint statement was a positive development that could provide support in the near term:

> The SNB and FINMA have issued a statement saying that CS meets its capital and liquidity requirements, and CS has announced they will borrow up to CHF50bn from the SNB. … To the extent that the current concerns are liquidity driven, these statements and actions are helpful and could provide some support to the sentiment in the near term. Nevertheless, it remains to be seen how investor and client sentiment evolves, and additional questions may be raised.[105] (Barclays, March 16, 2023)

> There is great uncertainty and volatility around Credit Suisse (CS). Yesterday evening, FINMA and SNB (Swiss National Bank) issued a joint statement publicly supporting CS and announcing, if necessary, liquidity for CS. During the night, CS announced it was borrowing up to CHF50bn from the SNB (collateralised by high quality assets) and buying back various debt instruments for approximately CHF3bn. … We believe that the combination of these two measures should provide some measure of calm to a market perception that has been strongly eroded since the start of the week. Using this liquidity window from the Central Bank is nonetheless a sign that accessing funding markets was becoming increasingly difficult for the bank in light of global banks cutting their counterparty exposure to CS.[106] (Kepler Cheuvreux, March 16, 2023)

> Swiss National Bank and FINMA joint statement is reassuring: Significant pressure on Credit Suisse' share and debt pricing, was addressed overnight by the Swiss Central Bank and regulator in a joint statement…. Following the Swiss regulatory/central bank statement, Credit Suisse announced its intention to borrow CHF 50bn from the Swiss National Bank and offered to repurchase Credit Suisse International OpCo senior debt securities up to c. CHF 3 billion (See press release). CHF50bn of central bank liquidity equates to c. 21% of Q4 22 customer deposits. The liquidity will be assessed via two mechanisms: a Covered Loan Facility as well as a short-term liquidity facility. CS has repurchased its senior debt before in a similar fashion to the current proposal before in Oct-22. Access to liquidity and the debt buyback should help stabilize credit spreads across the debt stack in our view.[107] (Morgan Stanley, March 16, 2023)

61.    Other analysts expressed concerns that SNB's and FINMA's support may not be sufficient to improve CS's financial situation:

---

[105] "Credit Suisse AG: Key Areas of Debate," *Barclays*, March 16, 2023, p. 1.

[106] "Credit Suisse: Staying Alive?" *Kepler Cheuvreux*, March 16, 2023, p. 1.

[107] "Credit Suisse Group AG: Central Bank's Liquidity Line, Senior Debt Buy Back," *Morgan Stanley*, March 16, 2023, p. 1.

30

> We see SNB liquidity support as indicated last night as not enough and believe CSG's situation is about ongoing market confidence issues with its IB strategy and ongoing franchise erosion with: i) a complex IB restructuring with limited details; ii) ongoing deposit and Net new asset outflows although moderated YTD; and iii) WM historically generating avg. CHF 1.8bn pretax but currently loss making. In our view, status quo is no longer an option as counterparty concerns are starting to emerge as reflected by credit/equity market weakness.[108] (JP Morgan, March 16, 2023)

62.    During the Putative Class Period, analyst commentary touched on a potential UBS acquisition even before the UBS acquisition was announced. For example, an analyst from JP Morgan stated on March 16, 2023, that a takeover scenario including UBS was likely:

> [W]e see resolution scenario as most unlikely in our view and more likely an intervention with the 3rd option of a takover [*sic*] as the more likely scenario especially by UBS.[109] (JP Morgan, March 16, 2023)

63.    Overall, the analyst reports published between October 20, 2022 and March 24, 2023 focused on various matters as well as company disclosures pertinent to CS's performance and value. In my experience, this is consistent with both the type of information that I would expect analysts to discuss when analyzing the fundamentals of CS during the time when it was facing challenges in the midst of 2023 banking crisis, and with analysts' role as important information intermediaries for investors. In contrast to the examples above, almost all of the analyst reports I reviewed did not treat the ICFR issue as if it were important to the investment decision-making process, which I discuss below.

      **C.**      **Analyst Commentary on Credit Suisse Is Not Consistent with Plaintiff's Claims That the ICFR Issue Was Important to the Investment Decision-Making Process During and Around the Putative Class Period**

64.    My analysis of 171 analyst reports on CS during and around the Putative Class Period indicates that the analyst commentary on CS is not consistent with Plaintiff's claims that the ICFR issue was important to investors' decision-making process. None of the 171 analyst reports I examined questioned the reliability of CS's financial reporting in a manner consistent with

---

[108] "Credit Suisse Group: Where Do We Go From Here?: Scenario Analysis," *JPMorgan*, March 16, 2023, p. 1.
[109] *Id*.

Plaintiff's claims. Of the 19 analysts that covered CS between March 9 and March 24, 2023,[110] only three analysts touched upon the ICFR issue. These three analysts issued reports on March 9, March 14, and March 16, 2023. **Exhibit 2** summarizes the commentary of the ICFR issue in these three analyst reports, which I discuss below.

65.      *First*, an RBC analyst issued a report on March 9, 2023[111] within a few hours of CS's announcement on Form 6-K[112] that the publication of its 2022 Annual Report and the related Annual Report on Form 20-F would be briefly delayed.[113] In the announcement, CS disclosed that it was in discussion with SEC Staff in relation to certain open comments about previously disclosed revisions to the consolidated cash flow statements for fiscal years 2019 and 2020, as well as related controls. CS also disclosed that the 2022 financial results released on February 9, 2023, would not be impacted. Specifically, CS stated:

> Credit Suisse Group announces today that it will delay the publication of its 2022 Annual Report and related Annual Report on Form 20-F following a late call on the evening of March 8, 2023, from the U.S. Securities and Exchange Commission (SEC) in relation to certain open SEC comments about the technical assessment of previously disclosed revisions to the consolidated cash flow statements in the years ended December 31, 2020, and 2019, as well as related controls. For more information, please see Note 1 – Summary of significant accounting policies – revisions of prior period financial statements to the consolidated financial statements for the period ended December 31, 2021, in our annual report on Form 20-F for the fiscal year ended December 31, 2021. Management believes it is prudent to briefly delay the publication of its accounts in order to understand more thoroughly the comments received. We confirm the 2022 financial results as previously released on February 9, 2023, are not impacted by the above.[114]

---

[110]  These analysts from 19 analyst firms issued a total of 50 analyst reports between March 9 and March 24, 2023.

[111]  "Credit Suisse Group AG: Delay of Publication of 2022 Annual Report," *RBC Capital Markets*, March 9, 2023, p. 1.

[112]  Credit Suisse Group AG, "Form 6-K," filed on March 9, 2023, p. 1.

[113]  I understand that the delay was relative to the date when CS itself expected to publish its 2022 Annual Report, not relative to the date when CS was required to file a Form 20-F with the SEC. During its February 9, 2023 conference call for Q4 and FY 2022 results, CS stated that "our 2022 annual report and audited financial statements for the year will be published on or around March 9, 2023." I also understand that, as a foreign private issuer, CS was required to file an annual report on Form 20-F within four months after fiscal year-end. *See* "Edited Transcript Full Year 2022 Credit Suisse Group AG Earnings Press Conference," February 9, 2023, p. 2. *See also*, "Division of Corporation Finance Financial Reporting Manual," *U.S. Securities and Exchange Commission*, available at https://www.sec.gov/files/cf-frm.pdf, accessed on January 17, 2025, p. 256.

[114]  Credit Suisse Group AG, "Form 6-K," filed on March 9, 2023, p. 1.

32

66.    If this information (*i.e.*, the delay in the release of the 2022 Annual Report to address open comments by SEC Staff, including "related controls") was important to investors' decision-making, I would expect analysts to discuss the information and its implications on the reliability of CS's financial reporting to determine future performance or value. However, I did not find any other analyst report on CS on March 9, 2023. No additional analyst mentioned the disclosure of the SEC Staff inquiry, the delay in filing the Annual Report, or "related controls," even in the following few days.[115]

67.    The RBC analyst report summarized the announcement[116] and then listed three reasons that lessened the importance of the ICFR issue: (1) "We have generally not focused on cash flow statements;" (2) "the amounts are relatively small;" and (3) the restatement was previously disclosed."[117] The analyst report also added that "questions with respect to accounting, especially from the SEC, are negative, especially as the CS press release points to SEC questions with respect to related controls of the revisions."[118] The analyst report, however, did not question the reliability of CS's financial reporting.[119] Indeed, RBC's analyst reports issued on March 15 and March 16, 2023, *i.e.,* after CS disclosed the ICFR issue, did not even mention the ICFR issue.[120]

68.    *Second*, an analyst from Kepler Cheuvreux issued a report on March 14, 2023,[121] the day when CS filed its 2022 Annual Report on Form 20-F, three business days after the announced

---

[115] Only two analyst reports were issued between March 9, 2023, and March 13, 2023. Neither discussed the ICFR issue or any of the information in the March 9, 2023 announcement. *See* "Credit Suisse Group AG," *CFRA*, March 11, 2023; "Credit Suisse Group AG: Important Differences Between European Banks and SVB," *Morningstar Equity*, March 13, 2023.

[116] "Credit Suisse Group AG: Delay of Publication of 2022 Annual Report," *RBC Capital Markets*, March 9, 2023, p. 1 ("CS announced this morning the 'technical' delay of the publication of its 2022 annual report. It confirms the 2022 financial results as previously published on 9th February. The delay is due to a call from the SEC late yesterday evening in relation to certain open SEC comments about the technical assessment of previously disclosed revisions to the consolidated cash flow statements in the years 2020 and 2019 and related controls. CS believes it is prudent to briefly delay (no new time provided) the publication of its accounts in order to understand the SEC comments more thoroughly.").

[117] *Id.*

[118] *Id.*

[119] *Id.*

[120] *See* "Credit Suisse Group AG: Statement by FINMA and Swiss National Bank," *RBC Capital Markets*, March 15, 2023; "Credit Suisse Group AG: Credit Suisse Announces Actions to Strengthen Liquidity," *RBC Capital Markets*, March 16, 2023.

[121] "Credit Suisse: CEO Gives Relatively Reassuring Message," *Kepler Cheuvreux*, March 14, 2023.

33

delay.[122] In its Annual Report for 2022, CS disclosed certain material weaknesses in its ICFR. This disclosure appeared in the risk factors section,[123] as well as in the controls and procedures section,[124] in the notes to the financial statements,[125] and in the report of independent auditor, PricewaterhouseCoopers AG ("PwC"), that issued a qualified opinion.[126] Specifically, CS included a risk factor under the heading, "We have identified material weaknesses in our [ICFR] as of December 31, 2022 and 2021," and stated:

> Management has identified certain material weaknesses in our [ICFR] as a result of which management has concluded that, as of December 31, 2022, the Group's [ICFR] was not effective, and for the same reasons, management has reassessed and has reached the same conclusion regarding December 31, 2021, as more fully described in this Annual Report. Management has also accordingly concluded that our disclosure controls and procedures were not effective. … This material weakness resulted in the revisions contained in our previously issued consolidated financial statements for the three years ended December 31, 2021 as disclosed in the 2021 Annual Report.
>
> Notwithstanding these material weaknesses, we confirm that our consolidated financial statements as included in this Annual Report fairly present, in all material respects, our consolidated financial condition as of December 31, 2022 and 2021, and our consolidated results of operations and cash flows for the years ended December 31, 2022, 2021 and 2020, in conformity with US GAAP.[127]

69.     CS also alerted investors that, while it was taking steps to address these material weaknesses, "there can be no assurance that these measures will remediate the material weaknesses in our [ICFR] or that additional material weaknesses in [ICFR] will not be identified in the future. Any of the foregoing could materially and adversely affect our business, results of operations and financial condition."[128]

70.     Also on March 14, 2023, during CS's presentation at the Morgan Stanley EFC, an unidentified analyst asked to "elaborate a little bit on the material weaknesses in the reporting in

---

[122] Credit Suisse Group AG, "Annual Report on Form 20-F for Fiscal Year Ended December 31, 2022," filed on March 14, 2023.

[123] *Id.*, at pp. 50–51.

[124] *Id.*, at p. 257.

[125] *Id.*, at p. 416.

[126] *Id.*, at pp. 258, 258-I.

[127] *Id.*, at pp. 50–51.

[128] *Id.*, at p. 51.

34

the U.S. and the adverse opinion of the auditors."[129] Mr. Körner answered by stressing that "financial result has not changed, not for 2022 and not for the years before."[130] He also explained that the reason why the release of the 2022 Annual Report was briefly pushed out was that "we wanted to appropriately respond to feedback which we had from the SEC. And we did, and this was part of a longer dialogue which we had. So we gave them a response. And overall, this has led into, as you say, material weaknesses in the financial reporting controls, which we are, as you would expect from us, addressing very forcefully with the appropriate actions."[131]

71.     If this information (*i.e.*, CS's disclosure of material weaknesses in ICFR) was important to investors' decision-making, I would expect analysts to discuss it, along with the implications on the reliability of CS's financial reporting to determine future performance or value. However, the Kepler Cheuvreux analyst report was the only one that mentioned CS's disclosure of material weaknesses in ICFR on March 14, 2023. Released a few hours after the CS presentation at the Morgan Stanley EFC, the analyst report stated that Mr. Körner "briefly touched on the delay in publishing the annual report" during the Conference, and summarized Mr. Körner's statement as follows: "CS wanted to appropriately respond to SEC feedback. They are forcefully tackling the issue related to the material weakness in the financial reporting process. The positive spin on this story is the fact that the financial results have not changed since this late SEC call."[132] The analyst report did not raise any questions about the reliability of CS's financial reporting.[133]

72.     Two other analyst reports by Bank of America and Morgan Stanley were issued on March 14, 2023.[134] Neither of them mentioned the ICFR issue, much less questioned the reliability of CS's financial reporting, which is inconsistent with Plaintiff's claims.

73.     *Third*, on March 16, 2023, an analyst report from CFRA commented on the stock price movement on the previous day (*i.e.*, March 15, 2023, the day after the disclosure of material

---

[129] "Edited Transcript Credit Suisse Group AG at Morgan Stanley European Financials Conference," March 14, 2023, p. 10. I note that attendees were not identified in the transcript.

[130] *Id.*

[131] *Id.*

[132] "Credit Suisse: CEO Gives Relatively Reassuring Message," *Kepler Cheuvreux*, March 14, 2023, p. 1.

[133] *Id.*

[134] "Credit Suisse Group: CEO Comments Supportive," *BofA Securities*, March 14, 2023; "Credit Suisse Group AG: Live at EFC 2023," *Morgan Stanley*, March 14, 2023.

weakness in ICFR) "following several negative developments, including [CS's] failure to reverse negative fund flows since the start of the year and findings of material weaknesses in its financial reporting controls." [135, 136] The March 16, 2023 report reiterated CFRA's "Strong Sell" recommendation. [137] Later, CFRA issued a report on March 18, 2023, where it repeated the language from the prior report. [138] CFRA also issued reports on March 20 and March 22, 2023, which did not touch upon the ICFR issue at all. [139] No CFRA report questioned the reliability of CS's financial reporting as a result of the ICFR issue.

74.    A number of other analysts issued reports during this time between the release of the annual report on March 14, 2023 with its disclosures regarding a material weakness in ICFR and the announcement on March 19, 2023 that CS would merge with UBS. In these reports, analysts discussed a number of different issues, including CS's funding issues, liquidity issues, outflow issues, execution risks on planned restructuring, litigation issues from the past scandals and investments, and the bearish investor sentiment toward global banks in general, and toward CS in particular, among others. For example, an HSBC analyst report made the point that "the challenges faced by CS are predominantly related to profitability, not solvency," and discussed the downside risks, none of which included the ICFR issue. [140] On March 15, 2023, the Morningstar analyst report was headlined that they were "Placing Credit Suisse Under Review: Increased Funding Costs Threaten Going-Concern Status." [141] The analyst report discussed that, while a default by CS

---

[135] "Credit Suisse Group AG," *CFRA*, March 16, 2023, p. 1.

[136] Between March 14 and March 24, 2023, analysts discussed multiple adverse developments for CS. For example, three analysts (Barclays, Citigroup, Morningstar) commented on the statement by the Charmain of Saudi National Bank that the bank would not invest further in CS's equity for regulatory reasons. A JP Morgan analyst also discussed CS's increased "funding costs" and the "ongoing market confidence issues with [CS'] IB strategy and ongoing franchise erosion." Notably, none of these analyst reports questioned the reliability of CS's financial reporting in the wake of the disclosure of the ICFR issue. *See* "Credit Suisse: Sharp Share Price Correction," *Citigroup Global Markets,* March 15, 2023, p. 1; "Credit Suisse Group AG ADR: Placing Credit Suisse Under Review: Increased Funding Costs Threaten Going-Concern Status," *Morningstar Equity*, March 15, 2023, pp. 1–2; "Credit Suisse AG: Key Areas of Debate," *Barclays*, March 16, 2023, p. 1; "Credit Suisse Group: Where Do We Go From Here?: Scenario Analysis," *JPMorgan*, March 16, 2023, pp. 1, 17.

[137] "Credit Suisse Group AG," *CFRA*, March 16, 2023, p. 1; "Credit Suisse Group AG," *CFRA*, March 11, 2023, p. 1.

[138] "Credit Suisse Group AG," *CFRA*, March 18, 2023.

[139] "Credit Suisse Group AG," *CFRA*, March 20, 2023; "Credit Suisse Group AG," *CFRA*, March 22, 2023.

[140] "Credit Suisse: Hold: Swiss Authorities Provide Support," *HSBC Global Research*, March 16, 2023, pp. 1, 5.

[141] "Credit Suisse Group AG ADR: Placing Credit Suisse Under Review: Increased Funding Costs Threaten Going-Concern Status," *Morningstar Equity*, March 15, 2023, pp. 1–2.

was not their base case, they could not rule out the possibility that it would occur. The analyst report further stated:

> Credit Suisse's liquidity position seems adequate to handle deposit outflows, and it should also be able to obtain emergency liquidity from Switzerland's central bank by borrowing against its bond portfolio. However, this does not solve Credit Suisse's profitability challenge, nor does it address capital concerns.
>
> To stem client outflows and ease the concern of providers of wholesale funding, we believe Credit Suisse needs another rights issue. A rights issue would be highly dilutive to shareholders. However, the indication from Saudi National Bank that it will not provide further financial assistance to Credit Suisse raises questions if a rights issue would even succeed.[142]

75.    Taken all together, I found that none of the analyst reports on CS issued between October 20, 2022, and March 8, 2023, discussed the reliability of CS's financial reporting. Between March 9, 2023, and March 24, 2023, only three analyst reports touched upon the ICFR issue on March 9, March 14, and March 16, and none of these reports discussed the reliability of CS's financial reporting. Overall, during the Putative Class Period, no analyst reports questioned the reliability of CS's financial reporting, which is inconsistent with Plaintiff's claims. Even when the ICFR issue was fully disclosed with CS's disclosure of material weaknesses in its ICFR multiple times in the 2022 Annual Report and in CS's conference call, most analysts did not discuss the issue in their reports.

76.    In addition, it is also instructive that, after the announcement of the merger with UBS on March 19, 2023, analysts who were critical of the merger did not mention the ICFR issue among the issues that UBS needed to face as the merger with CS was consummated.[143] In an efficient market, information that is not important to investors' decision-making process would not be expected to impact stock prices.

---

[142] *Id.*

[143] *See*, *e.g.*, "UBS Group AG / Credit Suisse AG: UBS acquires Credit Suisse," *Barclays*, March 20, 2023.

**D.    Analyst Commentary on Credit Suisse Is Not Consistent with Plaintiff's Claims That the SEC Staff Correspondence (Once It Became Public) Was Important to the Investment Decision-Making Process**

77.    As a robustness test of my findings, I reviewed the four analyst reports issued on CS from April 11, 2023, to April 18, 2023, to examine whether analysts discussed the content of the SEC Staff correspondence with CS once it became available on the SEC's EDGAR system. As part of its filing review process, the SEC's Division of Corporation Finance makes its comment letters, as well as the responses received, publicly available "no sooner than 20 business days after it has completed its review."[144] In the case of CS's Annual Report on Form 20-F for fiscal year 2021, the SEC Staff completed its review on March 14, 2023, and the correspondence became available on April 11, 2023.[145]

78.    As the correspondence between CS and the SEC Staff became public, it also became known that the review of CS's 2021 Annual Report lasted about eight months. The SEC's Division of Corporation Finance issued the first comment letter to CS in mid-July 2022, and continued to ask questions on October 20, 2022, January 17, 2023, and March 10, 2023, before completing its review on March 14, 2023.[146] The comment letters provided details of the SEC Staff's questions,

---

[144] *See* "Filing Review Process," *U.S. Securities and Exchange Commission*, September 27, 2019, available at https://www.sec.gov/about/divisions-offices/division-corporation-finance/filing-review-process-corp-fin, accessed on January 17, 2025.

[145] Letter from Division of Corporation Finance (SEC) to Dixit Joshi (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 File No. 001-33434," March 14, 2023.

[146] *See* Letter from Division of Corporation Finance (SEC) to David R. Mathers (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Filed March 10, 2022 File No. 001-15244," July 15, 2022; Letter from David R. Mathers (CS) to Division of Corporation Finance (SEC), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Filed March 10, 2022 File No. 001-33434," August 12, 2022; Letter from David R. Mathers (CS) to Division of Corporation Finance (SEC), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Filed March 10, 2022 File No. 001-15244," August 22, 2022; Letter from Division of Corporation Finance (SEC) to Dixit Joshi (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Response Dated August 12, 2022 File No. 001-33434," October 20, 2022; Letter from Dixit Joshi (CS) to Division of Corporation Finance (SEC), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Filed March 10, 2022 File No. 001-33434," November 18, 2022; Letter from Division of Corporation Finance (SEC) to Dixit Joshi (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Response Dated November 18, 2022 File No. 001-15244," January 17, 2023; Letter from Dixit Joshi (CS) to Division of Corporation Finance (SEC), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Response Dated November 18, 2022 File No. 001-33434," February 13, 2023; Letter from Division of Corporation Finance (SEC) to Dixit Joshi (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Response Dated February 13, 2023 File No. 001-33434," March 10, 2023; Letter from Dixit Joshi (CS) to Division of Corporation Finance (SEC), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Response Dated

38

as well as CS's responses, including that the correspondence had originated from the SEC Staff's requests that CS provide: an "analysis supporting [the] conclusion that there were no material changes to ICFR,"[147] and a detailed description of the errors, as well as an assessment of materiality, related to "accounting issues" that CS identified "pertaining to: (i) netting treatment in the presentation of a limited population of certain securities lending and borrowing activities; and (ii) reclassification and other changes to the consolidated statements of cash flows in the years ended December 31, 2020 and 2019."[148]

79.    If this information (*i.e.*, SEC Staff correspondence and its content) had been important to investors' decision-making, I would expect analysts to discuss it, along with the implications on the reliability of CS's financial reporting to determine future performance or value. However, of the four analyst reports I identified between April 11, 2023, and April 18, 2023, no report mentioned the SEC Staff correspondence or the ICFR issue.[149] For example, Kepler Cheuvreux and CFRA each issued a report in the week after the SEC Staff comment letters became public, but neither mentioned the SEC Staff correspondence or its content.[150] This is particularly relevant given that the same analysts from Kepler Cheuvreux and CFRA touched upon the ICFR issue on March 14, 2023 and March 16, 2023, respectively, as I discussed above. In an efficient market, information that is not important to investors' decision-making process would not be expected to impact stock prices.

---

February 13, 2023 File No. 001-33434," March 12, 2023; Letter from Division of Corporation Finance (SEC) to Dixit Joshi (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 File No. 001-33434," March 14, 2023.

[147] Letter from Division of Corporation Finance (SEC) to David R. Mathers (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Filed March 10, 2022 File No. 001-15244," July 15, 2022, p. 2.

[148] *Id*.

[149] For completeness, I also reviewed analyst reports on CS issued from March 25, 2023, to April 10, 2023, and none of them mentioned the ICFR issue.

[150] *See* "Credit Suisse Group AG," *CFRA*, April 15, 2023; "What Matters for Q1," *Kepler Cheuvreux*, April 18, 2023.

**E.**     **Analyst Commentary on UBS Is Not Consistent with Plaintiff's Claims That Credit Suisse's ICFR Issue Was Important to the Investment Decision-Making Process**

80.     To further test the robustness of my findings, I reviewed the analyst reports that covered UBS. As mentioned earlier, Plaintiff's expert, Dr. Cain, asserts that on March 15, 2023, "rumors began to circulate that UBS could merge with Credit Suisse."[151] On March 19, 2023, the merger of CS and UBS was announced.[152] I examined 20 additional analyst reports covering UBS issued between March 9, 2023 (*i.e.*, the day when CS disclosed that it was in discussion with the SEC), and April 18, 2023 (*i.e.*, seven calendar days after the SEC Staff comment letters became public) to examine whether CS's ICFR issue was discussed by the analysts covering UBS.

81.     If this information was important to investors' decision-making, I would expect analysts to discuss it, along with the implications on the reliability of CS's financial reporting to determine future performance or value. However, I found that no analyst reports covering UBS discussed CS's ICFR issue (or the SEC Staff comments once they became public). Even after the merger was announced, the analysts covering UBS did not mention the ICFR issue as they assessed the issues that UBS would face in completing a merger with CS.[153] Nor did the analysts from RBC and Kepler Cheuvreux who covered both CS and UBS mention the ICFR issue while covering UBS.[154]

**F.**     **My Analysis Indicates That the Analyst Commentary on Credit Suisse Is Not Consistent with Plaintiff's Claims That the ICFR Issue Was Important to the Investment Decision-Making Process During and Around the Putative Class Period**

82.     Taken all together, I found that analyst commentary is not consistent with Plaintiff's claims that the ICFR issue—either before or after CS's disclosure of certain material weaknesses in its

---

[151] Expert Report of Matthew D. Cain, Ph.D., December 13, 2024, footnote 85.

[152] "UBS to Acquire Credit Suisse," *UBS*, March 19, 2023, available at https://www.ubs.com/global/en/media/display-page-ndp/en-20230319-tree.html, accessed on January 17, 2025.

[153] I note that an analyst report from HSBC mentioned "control failings." The context appears to refer to failures in asset risk management controls, rather than ICFR. *See* "UBS and Credit Suisse: UBS Agrees Credit Suisse Takeover," *HSBC Global Research*, March 20, 2023, p. 1.

[154] In addition to RBC and Kepler Cheuvreux, seven other firms (*i.e.*, Bank of America, HSBC, Jefferies, JP Morgan, Morgan Stanley, ODDO, and Trefis) covered both CS and UBS during the time period. No analyst reports from these firms mentioned the ICFR issue.

40

ICFR—was important to investors' decision-making process. In an efficient market, information that is not important to investors' decision-making process would not be expected to impact stock prices. As I discussed in **Section VII.B**, analysts were focused on several other topics, such as CS's profitability and customer and asset flows, exposure to Archegos and Greensill, geopolitical risks (*e.g.*, Russian and Ukrainian war sanctions), implications of the collapse of SVB on the state of the banking sector, including investor sentiment toward the sector, and regulatory issues and interventions.

83.     Against this backdrop, when CS announced a delay in the publication of its 2022 Annual Report due to open comments from SEC Staff, only one analyst report commented on the announcement on March 9, 2023.[155] The lack of analyst discussion of the ICFR issue is consistent with several factors. At the time of the March 9, 2023 announcement:

–    CS did not miss a statutory deadline. Instead, the delay was relative to the date when CS expected to publish its 2022 Annual Report,[156] not relative to the date when CS was required to file a Form 20-F with the SEC.[157]

–    CS expected the delay to be "technical" and brief.[158] In this regard, an academic study has examined a sample of registrants filing Form NT, which is filed when a registrant is unable to file periodic reports by the statutory deadline—which was not CS's case. The study found that, when accounting reasons are cited for the delay, the market does not react negatively to delays that are expected to be short and within the grace period (*i.e.*, five days and 15 days for quarterly and annual reports, respectively).[159] The study also found that,

[155] "Credit Suisse Group AG: Delay of Publication of 2022 Annual Report," *RBC Capital Markets*, March 9, 2023, p. 1.

[156] During its February 9, 2023, conference call for Q4 and FY 2022 results, CS stated that "our 2022 annual report and audited financial statements for the year will be published on or around March 9, 2023." *See* "Edited Transcript Full Year 2022 Credit Suisse Group AG Earnings Press Conference," February 9, 2023, p. 2.

[157] As a foreign private issuer, CS was required to file an annual report on Form 20-F within four months after fiscal year-end. *See* "Division of Corporation Finance Financial Reporting Manual," *U.S. Securities and Exchange Commission*, available at https://www.sec.gov/files/cf-frm.pdf, accessed on January 17, 2025, p. 256.

[158] Credit Suisse Group AG, "Form 6-K," filed on March 9, 2023, p. 1.

[159] Bartov, Eli, Mark L. Defond, and Yaniv Konchitchki, "Capital Market Consequences of Filing Late 10-Qs and 10-Ks," *New York University Working Paper*, June 2012, available at https://accounting.unibocconi.eu/sites/default/files/files/media/attachments/ BDK_BocconiPresentation_June201220120605171817.pdf, accessed on January 17, 2025 ("Bartov, Defond, and

41

when accounting reasons are cited for the delay, there is no statistically significant market reaction when the reports are subsequently filed within the grace period.[160]

– CS's discussion with the SEC Staff was in relation to previously disclosed revisions to the consolidated cash flow statements for fiscal years 2019 and 2020, as well as related controls.[161] In fact, the RBC analyst commenting on the March 9, 2023 announcement pointed to factors that lessened the importance of the announcement: "We have generally not focused on cash flow statements; the amounts are relatively small and the restatement was previously disclosed."[162] Moreover, my review of the analyst reports at the time CS disclosed revisions in its 2021 Annual Report indicates that analysts did not discuss those revisions at that time either. Specifically, I reviewed 11 analyst reports on CS issued between March 10, 2022 (*i.e.*, the day when CS filed its 2021 Annual Report where it "identified accounting issues" and made "certain reclassifications") and March 24, 2022 (*i.e.*, 14 calendar days after the filing of 2021 Annual Report) to examine whether analysts commented on any of the accounting revisions at that time.[163] I found that none of the analysts covering CS mentioned them.

– CS had already disclosed its financial results for fiscal year 2022 on February 9, 2023, and stated on March 9, 2023 that it did not expect that addressing SEC Staff comments would impact the previously disclosed financial results. An academic study found "little support for the conjecture that the market interprets the receipt of a comment letter as a signal that the firm has poor reporting quality."[164] Even if one were to assume that the issues that the SEC Staff raised on "related controls"[165] at the time of the announcement might be related

---

Konchitchki (2012)"), p. 2 ("if the market expects the NT filer to ultimately file within the grace period, the NT filing is a potentially benign event that is not expected to result in a negative stock price reaction.").

[160] Bartov, Defond, and Konchitchki (2012), Table 8.

[161] Credit Suisse Group AG, "Form 6-K," filed on March 9, 2023, p. 1.

[162] "Credit Suisse Group AG: Delay of Publication of 2022 Annual Report," *RBC Capital Markets*, March 9, 2023, p. 1.

[163] Credit Suisse Group AG, "Annual Report on Form 20-F for Fiscal Year Ended December 31, 2021," filed on March 10, 2022, p. 292.

[164] Johnston, Rick, and Reining Petacchi, "Regulatory Oversight of Financial Reporting: Securities and Exchange Commission Comment Letters," *Contemporary Accounting Research*, Vol. 34, No. 2, 2017, pp. 1128–1155 at p. 1128.

[165] Credit Suisse Group AG, "Form 6-K," filed on March 9, 2023, p. 1.

to material weaknesses in ICFR, academic research suggests that disclosures of material weaknesses in ICFR have limited value relevance, especially in the case of larger companies such as large accelerated filers.[166]

## VIII.  Conclusion

84.     Evidence from my review of analyst reports indicates that, during and around the Putative Class Period, analyst commentary in general is not consistent with Plaintiff's claims that CS's ICFR issue was important to investors' decision-making process. Given these results, I conclude that the ICFR issue would not be expected to impact market prices to the extent that CS's ADRs traded in efficient markets as Plaintiff argues.

Executed this 17th Day of January, 2025

_Laura T. Starks_

Laura T. Starks, Ph.D.

---

[166] Beneish, Messod Daniel, Mary Brooke Billings, and Leslie D. Hosser, "Internal Control Weaknesses and Information Uncertainty," *The Accounting Review*, Vol. 83, No. 3, 2008, pp. 665–703 at p. 690.

43

**APPENDIX A**

**LAURA T. STARKS, Ph.D.**
VITA
January 2025

McCombs School of Business
University of Texas
Austin, TX 78712
512-471-5899
lstarks@mail.utexas.edu

**Current Academic Positions**

George Kozmetsky Centennial Distinguished University Chair
and Professor of Finance, McCombs School of Business, University of Texas at Austin

Research Fellow, University of Cambridge (2023-present)

Fellow, Kellogg School of Management, Northwestern University (2024-2025)

Fellow, American Finance Association

Research Associate, NBER (National Bureau of Economics Research)

Senior Fellow, ABFER (Asian Bureau of Financial and Economic Research)

Fellow, CEPR (Centre for Economic Policy Research)

Fellow, ECGI (European Corporate Governance Institute)

Fellow, Financial Management Association

**Professional Service and Consulting**

Academic Advisory Board, FTSE-Russell (2015-present)

Academic Network Advisory Committee, PRI (Principles for Responsible Investment)
    (2018-present); Chair (2023-present)

Academic Advisory Board, AIF Global (2021-present)

Advisory Council, Kroner Center for Financial Research (2019-present)

Research Advisory Committee, Investment Company Institute (2023-present)

ESG Advisory Group, World Federation of Exchanges (2024-present)

Scientific Council, Network for Studies on Pensions, Ageing and Retirement (Netspar) (2023-present)

Internal Advisory Board, Global Sustainability Leadership Institute, UT-Austin (2020-present)

**APPENDIX A**

Advisory Board, Texas Wall Street Women (2008-present)

National Association of Corporate Directors (2006-2022)

Independent Director, TIAA-CREF Mutual Funds and CREF Variable Annuities (2006-2022)
Chair, Corporate Governance and Social Responsibility Committee, Nominating and Governance Committee

Investment Advisory Committee,
Employees Retirement System of the State of Texas (1990-2019)
Chairman (1994-1997, 2007-2009); Vice-Chairman (1993-1994, 2005-2007)

Texa$aver Committee (401(k) and 457 plans),
Employees Retirement System of the State of Texas (2003-2021)

Scientific Advisory Board, Norwegian Finance Initiative (2015-2021)

Governing Council, Independent Directors Council (2007-2019)
Chairman, Governance Committee (2009-2013)

Board of Governors, Investment Company Institute, (2012-2019)
Member, Nominating Committee (2016, 2018)
Member, Audit Committee (2016-2019)

Expert Group, Norwegian Government Pension Fund (2014)

Strategy Council, Norwegian Government Pension Fund (2013)

Independent Director, USAA Mutual Funds (2000-2006)

CEO and Board of Directors, The MBA Investment Fund, L.L.C. (2004-2011)
Advisory Committee (1995-2004, 2011-present)

Board of Directors, University Co-Op Bookstore,
Chairman, Audit Committee and Computer Committee (1989-1993)

Review Committees for Tepper School of Business, Carnegie Mellon University, University of Colorado Business School, University of Notre Dame Finance Department, University of Arizona Finance Department, Northwestern University Finance Department, National University of Singapore Finance Department

Consulting for a number of different companies and organizations


**Honors and Awards**

2024 Distinguished Alumnus Award, University of Texas at Austin

2024 Southern Finance Association Distinguished Scholar Award

2024 Fellow, ECGI (European Corporate Governance Institute

**APPENDIX A**

2024 Research Fellow, CEPR (Centre for Economic Policy Research) Climate Change and the Environment

2023 Fellow, American Finance Association

2022 Skandia Research Award on Long-Term Savings for contributions to the field of banking, insurance and financial services

2022 CFP Board Academic Research Colloquium Envestnet Founding Sponsor Best Paper Award for "Long Term Expectations"

2021 Moskowitz Prize for Outstanding Research in Sustainable Finance for "Corporate ESG Profiles and Investor Horizons"

2021 Honourable Mention – ICPM Call for Research Papers for "Molecular Genetics, Risk Aversion, Return Perceptions, and Stock Market Participation"

2021 CFP Board Center for Financial Planning Best Paper Award, 2021 CFP Board Academic Research Colloquium for "The Negativity Bias and Perceived Expected Return Distributions: Evidence from a Pandemic"

2020 McCombs School Award for Research Excellence

2019 PRI (Principles for Responsible Investment) Award for Outstanding Research – Quantitative Prize for "ESG Engagement and Downside Risk"

2019 Jack Treynor Prize, sponsored by the Q-Group (The Institute for Quantitative Research in Finance) for "Molecular Genetics, Risk Aversion, Return Perceptions, and Stock Market Participation"

2018 Harry Markowitz Special Distinction Award for "Defined Contribution Plans and Mutual Fund Flows"

2018 ICPM (International Centre for Pension Management) Research Award for "The Importance of Climate Risk for Institutional Investors"

2018 PRI (Principles for Responsible Investment) Award for Outstanding Research – Quantitative Prize for "Corporate ESG Profiles and Investor Horizons"

2018 Price College of Business Distinguished Finance Scholar, University of Oklahoma

2017 Haslam Distinguished Scholar, University of Tennessee

2016 Bettis Distinguished Scholar, Arizona State University

2016 Award for Outstanding Contribution to Research in Corporate Governance, Center for Corporate Governance, Drexel University

2015 Distinguished Visiting Scholar – U.S. Securities and Exchange Commission

**APPENDIX A**

2015 Commonfund Prize Highly Commended Paper for "Who are the Sentiment Traders? Evidence from the Cross-Section of Stock Returns and Demand"

2014 Kepos Capital Award for the Best Paper on Investments at the WFA for "Defined Contribution Plans: Sticky or Discerning Money?"

2014 S&P Dow Jones Indices' SPIVA Awards Second Prize for "The Mutual Fund Industry Worldwide: Explicitly and Closet Indexing, Fee, and Performance"

2012 Eyes of Texas Award for Service to the University of Texas at Austin

2012 Alpha Kappa Psi Best Professor Award

2010 Midwest Finance Association Distinguished Scholar Award

2010 China International Conference in Finance TCW Best Paper Award for "Advertising and Mutual Funds: From Families to Individual Funds"

2008 MBA Applause Award, selected by MBA students as an outstanding professor

2007 Eastern Finance Association Distinguished Scholar Award

2005 Southern Finance Association Distinguished Scholar Award

2004 Fama-DFA Second Prize for Best Paper Published in *Journal of Financial Economics* in the Areas of Capital Markets and Asset Pricing for "Voting with Their Feet: Institutional Investors and CEO Turnover"

2004 Financial Management Association European Meeting Best Paper Award for "Cross-Border Mergers and Differences in Corporate Governance"

2003 Financial Management Association European Meeting Best Paper Award for "The Investor Recognition Hypothesis: International Evidence and Determinants"

2001 *Journal of Financial Research* Outstanding Article Award for "Is Noise Trader Risk Priced?"

2000 CBA Foundation Award for Outstanding Research Contributions

1998 Financial Management Association Meetings Award for Best Paper in Corporate Finance for "Internal Monitoring Mechanisms and CEO Turnover: A Long-Term Perspective"

1997 CBA Foundation Award for Research Excellence

1997 Western Finance Association Award for Best Paper in Corporate Finance Award for "Corporate Governance Proposals and Shareholder Activism: The Role of Institutional Investors"

1996 *Journal of Finance* Smith Breeden Distinguished Paper Award for "Of Tournaments and Temptations: An Analysis of Managerial Incentives in the Mutual Fund Industry"

**APPENDIX A**

1988 Huebner Foundation Research Award by the S.S. Huebner Foundation at Wharton for "The Determinants of Ownership Structure: An Empirical Investigation of the Insurance Industry"

## Publications

"Corporate ESG Profiles and Investor Horizons" (with P. Venkat and Q. Zhu), *Journal of Finance*, forthcoming
Winner of the 2021 Moskowitz Prize for Outstanding Research in Sustainable Finance
Winner of the 2018 PRI Award for Outstanding Research

"Gender Pay Gap and Cultural Values" (with N. Burns, K. Minnick, and J. Netter), *Journal of Financial and Quantitative Analysis*, forthcoming

"Target Firm Advertising and Firm Value" (with E. Fich and A. Tran), *Management Science*, forthcoming

"CEO Incentives for Risk-taking and Compensation Duration" (with T. Kubick and J. Robinson), *The Accounting Review,* Volume 99, Issue 6, 247-270.

"ESG Engagement and Downside Risk" (with A. Hoepner, I. Oikonomou Z. Sautner and X. Zhang), *Review of Finance*, Volume 28, Issue 2 (2024) 483-510.
Winner of the 2019 PRI Award for Outstanding Research

"Encouraging long-term shareholders: The effects of loyalty shares with double voting rights" (with F. Belot and E. Ginglinger), *Finance* 45, Issue 1 (2024), 1-61.

"Presidential Address: Sustainable Finance and ESG Issues – *Value* versus *Values*" *Journal of Finance*, Volume 78, Issue 4 (2023) 1837-1872.

"Climate Risk Disclosure and Institutional Investors" (with E. Ilhan, P. Krüger, and Z. Sautner) *Review of Financial Studies* Volume 36, Issue 7 (2023), 2617-2650.
Editor's Choice

"The Negativity Bias and Perceived Return Distributions: Evidence from a Pandemic" (with R. Sias and H. Turtle) *Journal of Financial Economics* Volume 147, Issue 3 (2023), 627-657.

"CEO Turnover: Cross-Country Effects," (with N. Burns and K. Minnick) *Corporate Governance: An International Review* Volume 31, Issue 6 (2023), 820-844.
Editor's Choice and Winner of the CGIR 2023 Best Paper Award

"Institutional Investors and Hedge Fund Activism" (with S. Kedia and X. Wang), *Review of Corporate Financial Studies*, Volume 10, Number 1 (2021), 1-43.
Editor's Choice

"Environmental, Social and Governance Issues and *The Financial Analysts Journal*," *Financial Analysts Journal* Volume 77, Number 4 (2021), 5-21.

**APPENDIX A**

"Firms and Social Responsibility: A Review of the ESG and CSR Research in Corporate Finance" (with S. Gillan and A. Koch), *Journal of Corporate Finance*, Volume 66 (2021).

"The Importance of Climate Risk for Institutional Investors" (with P. Krüger and Z. Sautner), *Review of Financial Studies*, Volume 33, Number 3 (2020), 1067-1111.
　　　Winner of the 2018 ICPM Research Award

"Sentiment Metrics and Investor Demand" (with L. DeVault and R. Sias), *Journal of Finance*, Volume 74, Number 2 (2019), 985-1024.
　　　Winner of the Highly Commended Paper (Runner Up) for the Commonfund Prize

"Getting the Incentives Right: Backfilling and Biases in Executive Compensation Data" (with S. Gillan, A. Koch and J. Hartzell), *Review of Financial Studies*, Volume 31, Number 4 (2018), 1460-1498.

"Defined Contribution Plans and Mutual Fund Flows" (with C. Sialm and H. Zhang), *Journal of Investment Management*, Volume 16, Number 3 (2018).
　　　Winner of the 2018 Harry Markowitz Special Distinction Award

"CEO Tournaments: A Cross-Country Analysis of Causes, Cultural Influences and Consequences" (with N. Burns and K. Minnick), *Journal of Financial and Quantitative Analysis*, Volume 52 (2017), 519-551.

"Commonality in Liquidity: A Demand-Side Explanation" (with A. Koch and S. Ruenzi), *Review of Financial Studies*, Volume 29 (2016), 1943-1974.
　　　Editor's Choice, Leading Article

"Gender Diversity on Corporate Boards: Do Women Contribute Unique Skills?" (with D. Kim), *American Economic Review Papers and Proceedings*, Volume 106 (2016), 267-271.

"Behind the Scenes: The Corporate Governance Preferences of Institutional Investors" (with J. McCahery and Z. Sautner), *Journal of Finance*, Volume 71 (2016), 2905-2932.

"Indexing and Active Fund Management: International Evidence" (with M.Cremers, M.Ferreira, and P. Matos), *Journal of Financial Economics*, Volume 120 (2016), 539-560
　　　Winner of Inquire Europe 2011 Research Grant
　　　2014 S&P Dow Jones Indices' SPIVA Awards Second Prize

"Defined Contribution Pension Plans: Mutual Fund Asset Allocation Changes" (with C. Sialm and H. Zhang), *American Economic Review Papers and Proceedings*, Volume 105 (2015), 432-436.

"Defined Contribution Plans: Sticky or Discerning Money?" (with C. Sialm and H. Zhang), *Journal of Finance*, Volume 70 (2015), 805-838.
　　　Winner of Kepos Capital Award for the Best Paper on Investments at the WFA

"CEO Deal-Making Activities and Compensation" (with E. Fich and A. Yore), *Journal of Financial Economics*, Volume 114 (2014), 471-492.

"Foreign Exchange Exposure Elasticity and Financial Distress" (with K. Wei), *Financial Management*, Volume 42 (2013), 709-735.

**APPENDIX A**

"Cross-Border Mergers and Differences in Corporate Governance" (with K. Wei), *International Review of Finance*, Volume 13 (2013), 265-297.
>Winner of FMA European Meeting Best Paper Award

"The High Volume Return Premium: Cross-Country Evidence" (with R. Kaniel and A. Ozoguz), *Journal of Financial Economics*, Volume 103 (2012), 255-279.
>Winner of FMA European Meeting Best Paper Award

"Mutual Fund Tax Clienteles" (with C. Sialm), *Journal of Finance*, Volume 67 (2012), 1392-1422.

"Tradeoffs in Corporate Governance: Evidence from Board Structures and Charter Provisions" (with S. Gillan and J. Hartzell), *Quarterly Journal of Finance*, Volume 1 (2011), 667-705.

"Corporate Governance and Corporate Social Responsibility: What Do Investors Care about? What Should Investors Care about?," *Financial Review*, Volume 44 (2009), 461-468.
>Eastern Finance Association Keynote Speech

"The Evolution of Shareholder Activism" (with S. Gillan), *Journal of Applied Corporate Finance*, Volume 19, Number 1 (2007), 55-73.

"Conflicts of Interest in Sell-Side Research and the Moderating Role of Institutional Investors" (with A. Ljundqvist, F. Marston, K. Wei, and H. Yan), *Journal of Financial Economics*, Volume 85 (2007), 420-456.
>(Condensation published in *CFA Digest*, Volume 38, Number 1 (2008))

"Tax-loss Selling and the January Effect: Evidence from Municipal Bond Closed-End Funds" (with L. Yong and L. Zheng), *Journal of Finance*, Volume 61 (2006)*,* 3049-3068.

"Changes in Institutional Ownership and Stock Returns: Assessment and Methodology" (with R. Sias and S. Titman), *Journal of Business*, Volume 79 (2006), 2869-2910.

"Active Institutional Shareholders and Managerial Compensation" (with A. Almazan and J. Hartzell), *Financial Management*, Volume 34 (2005), 5-34.

"Performance Fee Contract Change and Mutual Fund Risk" (with J. Golec), *Journal of Financial Economics*, Volume 73 (2004), 93-118.

"Institutional Investors and Executive Compensation" (with J. Hartzell), *Journal of Finance*, Volume 58, Number 6 (2003), 2351-2374.
>(Condensation published in *CFA Digest*, Volume 34, Number 2 (2004))

"Greener Pastures and the Impact of Dynamic Institutional Preferences" (with J. Bennett and R. Sias), *Review of Financial Studies*, Volume 16, Number 4 (2003), 1203-1238.

"Institutional Investors, Corporate Ownership, and Corporate Governance: Global Perspectives" (with S. Gillan) in *Ownership and Governance of Enterprises: Recent Innovative Developments*, ed. L. Sun, Palgrave/MacMillan (2003).

"Corporate Governance, Corporate Ownership and the Role of Institutional Investors: A Global Perspective" (with S. Gillan), *Journal of Applied Finance*, Volume 13, Number 2 (2003), 4-22.


**APPENDIX A**

"Insuring September 11th: Market Recovery and Transparency" (with N. Doherty and J. Lamm-Tennant), *Journal of Risk and Uncertainty*, Volume 26 (2003), 179-199.

"Voting with their Feet: Institutional Ownership and CEO Turnover" (with R. Parrino and R. Sias), *Journal of Financial Economics*, Volume 68 (2003), 3-46.
> Winner of 2004 Fama-DFA Second Prize for Best Paper in *Journal of Financial Economics* in Areas of Capital Markets and Asset Pricing

"Internal Monitoring Mechanisms and CEO Turnover: A Long-Term Perspective" (with M. Huson and R. Parrino), *Journal of Finance*, Volume 56, Number 6 (2001), 2265-2299.
> Winner of 1998 FMA Award for Best Paper in Corporate Finance

"Is Noise Trader Risk Priced?" (with R. Sias and S. Tinic), *Journal of Financial Research* Volume 24, Number 3 (2001), 111-329.

"Corporate Governance and Institutional Investors: Implications for Latin America," *Abante : estudios en dirección de empresas*, Volume 2, Number 2 (1999/2000), 161-182.

"Corporate Governance Proposals and Shareholder Activism: The Role of Institutional Investors" (with S. Gillan), *Journal of Financial Economics,* Volume 57, Number 2 (2000), 275-305.
> Winner of 1997 Western Finance Association Award for Best Paper in Corporate Finance Award
> (Condensation published in *CFA Digest*, Volume 31, Number 1 (2001))

"The Relative Importance of Competition and Contagion in Intra-Industry Information Transfers: An Investigation of Dividend Announcements" (with P. Laux and P. Yoon), *Financial Management*, Volume 27 (1998), 5-15.

"A Survey of Shareholder Activism: Motivation and Empirical Evidence" (with S. Gillan), *Contemporary Finance Digest* (1998).

"The Stock Price-Volume Relationship in Emerging Stock Markets: The Case of Latin America" (with K. Saatcioglu), *International Journal of Forecasting*, Volume 14, Number 2 (1998), 215-225.

"Return Autocorrelations and Institutional Investors" (with R. Sias), *Journal of Financial Economics*, Volume 46, Number 1 (1997), 103-131.
> (Condensation published in *Contemporary Finance Digest* (1998))

"Institutions, Individuals and the Turn-of-the-Year" (with R. Sias), *Journal of Finance*, Volume 52, Number 4 (1997), 1543-1562.

"Can Noise Traders Survive? Evidence from Closed-End Funds," *ISE Review*, Volume 1, Number 1 (1997).

"Considerations of Cost Trade-Offs in Insurance Solvency Surveillance Policy" (with J. Lamm-Tennant and L. Stokes), *Journal of Banking & Finance*, Volume 20, Number 5 (1996), 835-852.

**APPENDIX A**

"Of Tournaments and Temptations: An Analysis of Managerial Incentives in the Mutual Fund Industry" (with K. Brown and V. Harlow), *Journal of Finance*, Volume 51, Number 1 (1996), 85-110.
>  Winner of 1996 Smith-Breeden Distinguished Paper Award
>  (Condensations published in *CFA Digest* (1996), in *Financial Management Collection* (1996), and in *Contemporary Finance Digest* (1998))

"Changes in U.S. Trade Policies: The Wealth Effects on Japanese Steel Firms" (with K. Rehbein), *Japan and the World Economy*, Volume 7 (1995).

"Signaling, Investment Opportunities and Dividend Announcements" (with P. Yoon), *Review of Financial Studies*, Volume 8, Number 4 (1995), 995-1018.
>  Included in *Empirical Corporate Finance (The International Library of Critical Writings in Financial Economics)*, ed. M. Brennan

"The Day of the Week Anomaly: The Role of Institutional Investors" (with R. Sias), *Financial Analysts Journal*, Volume 51, Number 3 (1995), 58-67.

"Mexico in Recovery: An Update," *Texas Business Review* (1995).

"A Cost-Effective Approach for Regulating Insurance Company Solvency" (with J. Lamm-Tennant and L. Stokes), *The Financial Dynamics of the Insurance Industry,* ed. E. Altman and I. Vanderhoof, Irwin (1995).

"Discussion of 'Market Microstructure: An Examination of the Effects of Intraday Event Studies,'" *Contemporary Accounting Research*, Volume 10, Number 2 (1994).

"Short Sale Restrictions and Market Reaction to Short Interest Announcements" (with A. J. Senchack), *Journal of Financial and Quantitative Analysis*, Volume 28, Number 2 (1993), 177-194.

"Stock versus Mutual Ownership Structures: The Risk Implications" (with J. Lamm-Tennant), *Journal of Business*, Volume 66, Number 1 (1993), 29-46.

"An Empirical Bayes Approach to Estimating Loss Ratios" (with J. Lamm-Tennant and L. Stokes), *Journal of Risk and Insurance*, Volume 59 (1992), 426-442.

"Performance-Related Fees," essay for *New Palgrave Dictionary on Money and Finance*, Stockton Press, 1992.

"Global Diversification for Pension Funds," *Pension Review Bulletin* (1991).

"The Impact of Protectionism on Firm Wealth: The Experience of the Steel Industry" (with S. Lenway and K. Rehbein), *Southern Economics Journal*, Volume 56, Number 4 (1990), 1079-1093.

"Solvency Surveillance: An Empirical Evaluation of the Property-Liability Insurance Industry," (with J. Lamm-Tennant and L. Stokes), *Proceedings of the 1990 International Insurance Society Meetings* (1990).

**APPENDIX A**

"Estimation Risk and Incentive Contracts for Portfolio Managers" (with S. Cohen), *Management Science*, Volume 34, Number 9 (1988), 1067-1079.

"An Empirical Analysis of the Stock Price-Volume Relationship" (with M. Smirlock), *Journal of Banking and Finance*, Volume 12, Number 1 (1988), 31-41.

"Performance Incentive Fees: An Agency Theoretic Approach," *Journal of Financial and Quantitative Analysis*, Volume 22, Number 1 (1987), 17-32.
        (Condensation published in *CFA Digest*, Volume 17, Number 3 (1987))

"Day of the Week and Intraday Effects in Stock Returns" (with M. Smirlock), *Journal of Financial Economics*, Volume 17, Number 1 (1986), 197-210.

"Earnings Announcements, Stock Price Adjustments, and the Existence of Exchange-Listed Options" (with R. Jennings), *Journal of Finance*, Volume 41, Number 1 (1986), 107-125.
"A Further Examination of Stock Price Changes and Transactions Volume" (with M. Smirlock), *Journal of Financial Research*, Volume 8 (1985), 217-225.

"Information Content and the Speed of Stock Price Adjustment" (with R. Jennings), *Journal of Accounting Research*, Volume 23, Number 1 (1985), 336-350.

"Investment Management and Risk Sharing with Multiple Managers" (with C. Barry), *Journal of Finance*, Volume 39, Number 2 (1984), 477-491.
        (Condensation published in *CFA Digest*, Volume 14, Number 4 (1984))

"An Equilibrium Model of Asset Trading with Sequential Information Arrival" (with R. Jennings and J. Fellingham), *Journal of Finance*, Volume 36, Number 1 (1981), 143-161.

**Selected Working Papers**
*Current working papers*

"Economic Policy Uncertainty, Learning and Incentives: Theory and Evidence on Mutual Funds" (with L. Han, E. Jiang, and S. Sun).

"Molecular Genetics, Risk Aversion, Return Perceptions, and Stock Market Participation" (with R. Sias and H. Turtle).
        Honourable Mention ICPM Call for Research Papers Award
        Winner of the 2019 Jack Treynor Prize (Q-Group)

"SRI Funds: Investor Demand, Exogenous Shocks and ESG Profiles" (with J. Białkowski).

"The Asymmetry in Responsible Investing Preferences" (with J. Humphrey, S. Kogan and J. Sagi).

"Climate Regulatory Risk and Corporate Bonds" (with L. Seltzer and Q. Zhu)

"Managerial Response to Investor Environmental Demand: The Role of Firm Ownership Structure" (with S. Gillan and N. Sekerci)

**APPENDIX A**

"Active ETFs Cloned from Mutual Funds: Competing for Investor Flows" (with L. Du and M. Xiaolan)

"Decentralizing Proxy Voting Power" (with N. Herrmann, J. McInnis, and B. Monsen)

"Long Term Beliefs" (with R. Sias and H. Turtle)

*Dated working papers*

"Institutional Rigidities and Bond Returns around Rating Changes" (with M. Spiegel).

"Reputation and Mutual Fund Choice" (with W. Gerken and M. Yates).

"Influence of Public Opinion on Investor Voting and Proxy Advisors" (with R. Agrawal and I. Erel).

"Firms' Environmental, Social and Governance (ESG) Choices, Performance and Managerial Motivation" (with S. Gillan, J. Hartzell, and A. Koch).

"Advertising and Mutual Funds: From Families to Individual Funds" (with S. Gallaher and R. Kaniel).
        Winner of 2010 TCW Best Paper Award at the CICF meeting

"Headlines and Bottom Lines: Attention and Learning Effects in Media Coverage of Mutual Funds" (with R. Kaniel and V. Vasudevan).

"Explaining Corporate Governance: Boards, By-Laws and Charter Provisions" (with S. Gillan and J. Hartzell).


**Selected Keynote Speeches and Presentations since 2005**

NBS-PRI-ECGI Public Lecture Series in Sustainable Finance, January 2025, "Climate Risk and Financial Markets: Value versus Values Perspectives"

Keynote Speaker, November 2024, Southern Finance Association, "Climate Risk and Financial Markets"

Keynote Speaker, September 2024, University of Zurich, HKU Business School, and EPFL Conference on Proxy Voting, Investor Coalitions, and Data: Challenges in Addressing ESG Issues, "Values and Value in Sustainable Finance"

Keynote Speaker, June 2024, FMA European Conference "ESG: Two Decades of Experience"

Keynote Speaker, February 2024, ASFAAG American Chapter Conference 2024 Planet, People & Profits: Promoting Sustainable Businesses for Triple Bottom-Line, "Climate Risk and Financial Markets"

Keynote Speaker, June 2023, Netspar International Pension Workshop, "Sustainability (ESG) Risks and Pension Funds"

**APPENDIX A**

Keynote Speaker, May 2023, Sveriges Riksbank Conference Climate Change and the Financial System, "Climate Risk and Investors"

AFA Presidential Address, January 2023, "Sustainable Finance and E, S, & G Issues: Values versus Value"

Presentation, AIF Southwest Trustee Education Program, November 2022, "Sustainable Investing"

Skandia Prize Lecture, October 2022, "The Opportunities and Challenges of ESG Investing"

Keynote speaker, Sustainability and Finance Conference, October 2022, "The Challenges of Climate Risk for Investors"

Keynote speaker, ECGI 2022 Wallenberg Lecture, September 2022, "Corporate Governance, Institutional Investors and Climate Risk"

Keynote Speaker, Canadian Sustainable Finance Network Conference, August 2022, "The Challenges of Climate Risk for Investors"

Presentation, Arkadi Kuhlmann Lecture Series in Finance, Ivy Business School, University of Waterloo, "Climate Risk: What Does It Mean for Your Portfolio?" July 2022

Keynote Speaker, 26th Annual New Zealand Finance Colloquium, February 2022, "Climate Risk and Investors"

Presentation, AIF Global Forum, January 2022, "ESG in 2022"

Presentation, London Business School's AQR Asset Management Institute Insights Summit, November 2021, "ESG Investing: Evidence on Opportunities and Challenges"

Presentation, FTSE-Russell World Investment Forum, November 2021, "Challenges to Measurement and Reporting of Corporate Climate Risk Exposure"

Presentation, AIF Southwest Forum, November 2021, "ESG, Divestment and Fiduciary Duty"

Keynote Speaker, Stockholm School of Economics' Mistra Center for Sustainable Markets Forum, October 2021, "Institutional Investors and Climate Risk"

Keynote Speaker, European Commission – Joint Research Centre 3rd Summer School on Sustainable Finance, July 2021, "Climate Risks and Investors"

Presentation, National Institute of Public Finance, June 2021, "Primer on ESG Investing"

Presentation, International Pension Research Association, June 2021, "ESG and Downside Risks: Potential Implications for Pensions"

Presentation, Fannie Mae employees, June 2021, "Climate Risks and Investors"

Presentation, JOIM Conference, May 2021, "Climate Risk and Climate Risk Disclosure: Views of Institutional Investors"

**APPENDIX A**

Presentation, 2021 Pension Research Council Symposium on Sustainable Investment in Retirement Plans, April 2021, "ESG and Downside Risks: Potential Implications for Pensions"

Keynote Speaker, AIF Asian Investors Forum, January 2021, "Considerations in ESG Investing"

Presentation, AMRA, January 2021, "What does ESG really mean in the investment process?"

Keynote Speaker, Pacific Center Asset Management meeting, January 2021, "Corporate ESG Profiles and Investor Horizons"

Presentation, New Mexico Public Employees Retirement Association, November 2020, "Considerations in ESG Investing"

Keynote Speaker, AIF Southwest Investors' Forum, November 2020, "Considerations in ESG Investing"

Keynote Speaker, FMA Annual Conference, October 2020, "Climate Risk and Investors"

Keynote Speaker, AIF Women's Forum, September 2020, "ESG Considerations in Investment Decisions"

Keynote Speaker, ADBI-JBF-SKBI Conference on Green and Ethical Finance, virtual conference, September 2020, "Corporate ESG Risks and Investors"

Speaker, International Centre for Pension Management, webinar, June 2020, "Institutional Investors and Climate Risk"

Keynote Speaker, 12th Annual Hedge Fund Research Conference, Dauphine University Paris, January 2020, "The Influence of Hedge Funds on Activism"

Keynote Speaker, CUHK-RCFS Conference, Hong Kong, June 2019, "Climate Risk: Investor and Firm Effects"

Speaker, FTSE-Russell World Investment Forum, June 2019, "Corporate ESG Profiles and Investor Horizons"

Keynote Speaker, University of Connecticut Finance Conference, Hartford, Connecticut, May 2019, "ESG Risks"

Speaker, AIF Trustee Education Program, Austin, Texas, April 2019, "Sustainable Investing: What's in the Next Chapter?"

Keynote Speaker, Mid-Atlantic Research Conference, Villanova University, March 2019, "The Evolution of ESG"

Keynote Speaker, FIRN Women's Conference, University of Queensland, Australia, March 2019, "Institutional Investors and ESG Issues"

**APPENDIX A**

Keynote Speaker, Down Under Conference, University of Melbourne, Australia, March 2019, "Managerial Incentives: Focus on Tournaments"

Keynote Speaker, WFA-CFAR Conference on Corporate Finance, Washington University in St. Louis, November 2018, "The Role of Institutional Investors in Corporate Governance"

Keynote Speaker, The Conference on CSR, the Economy and Financial Markets, Center for Financial Services, DePaul University, November 2018, "Environmental Issues and Shareholder Engagement"

Keynote Speaker, United Nations Principles for Responsible Investment (PRI) Academic Conference, San Francisco, September 2018, "ESG, Investors and Risk"

Keynote Speaker, The Swedish House of Finance (SHoF) and Mistra Center for Sustainable Markets (Misum) conference on "Sustainable Finance," Stockholm, August 2018, "Institutional Investors and ESG"

Speaker, ICPM (International Centre for Pension Management) Forum, Toronto, June 2018, "Active Ownership, Climate Change and ESG: Lessons for Institutional Investors"

Keynote Speaker, University of Kentucky Finance Conference, April 2018, "Institutional Investors and Financial Markets: Value Creation or Value Destruction"

Keynote Speaker, *Journal of Corporate Finance* Special Issue Conference: Corporate Governance and Sustainability: Emerging Markets and Beyond, Hong Kong Polytechnic University, December 2017, "ESG Risk and Emerging Markets"

Keynote Speaker, SFS Cavalcade Asia Pacific, Beijing, December 2017, "Institutional Investors and ESG"

Keynote Speaker, Cantor Fitzgerald Conference Investment Revolution Texas, November 2017, "ESG Investing Rationale for the Future"

Keynote Speaker, 25th Spanish Finance Association meeting 2017, Barcelona, Spain, "Short-termism and ESG"

Keynote Speaker, 2017 Edinburgh Corporate Finance Conference, Edinburgh, Scotland, "Short-termism and ESG: Implications for Investors and Corporate Managers"

Presentation, 2017 FTSE-Russell World Investment Forum, "ESG, Investors and Corporations"

Keynote Speaker, 2017 Fourth Annual Conference on Financial Market Regulation by the Securities and Exchange Commission, CFA Institute, Center for Financial Services at Lehigh University and the Center for Financial Policy at the Robert H. Smith School of Business, "ESG, Investors, Corporations and Financial Market Regulation"

Keynote Speaker, 2016 UC-Riverside Citrus Festival, "Economic Policy Uncertainty, Learning and Incentives: Theory and Evidence on Mutual Funds"

**APPENDIX A**

Presentation, 2015, FTSE-Russell World Investment Forum, "Governance Preferences of Institutional Investors: Intervention vs. Exit"

Keynote Speaker, 2015 French Finance Association meeting (AFFI), Cergy, France, "Institutional Investors and Corporate Governance"

Keynote Speaker, 2014 Indian School of Business Conference, Hyderabad, India, "Institutional Investor Influence on Financial Markets"

Presentation, 2014 Dimensional Fund Advisers DC Plan Conference, Denver, "The Truth About Participant Inertia and the Role of Plan Sponsors"

Presentation, 2013 Istanbul Pension Funds Conference co-organized by Istanbul Financial Risk Laboratory and HSBC Asset Management, "Responsible Investment Strategies for Pension Funds"

Keynote Speaker, 2012 University of Maryland and Mutual Fund Directors Forum Roundtable on Board Oversight of Alternative Investments, "Alternative Investments and Mutual Funds for Retirement Accounts"

Keynote Speaker, 2012 SIFR Conference on Mutual Funds, Stockholm, Sweden, September 2012, "Investment Company Flows and Financial Markets"

Keynote Speaker, 2012 Asian Finance Association meeting, July 2012, Taipei, Taiwan, "Managerial Monitoring, Incentives and Tournaments"

Keynote Speaker, 2012 European Financial Management Association, Hamburg, Germany, April 2012, "Investment Company Flows: Causes and Consequences"

Keynote Speaker, 2012 Southwestern Finance Association meeting, New Orleans, March 2012, "Monitoring and Managerial Incentives"

Keynote Speaker, 2011 Northern Finance Association meeting, Vancouver, BC, September 2011, "Monitoring and Managerial Incentives"

Presentation, Doctoral seminar, FMA European meeting, June 2011, "Executive Compensation and Institutional Investors"

Presentation, McCombs Alumni Business Conference, February 2011, "Behavioral Finance and Stock Market Psychology"

Presentation, Yale Law School Alumni Meeting, New York, December 2010, "Lifecycle Investing"

Presentation, UT Quest, November 2010, "Behavioral Finance and Stock Market Psychology"

Presentation, Doctoral seminar, FMA Asian meeting, Singapore, July 2010, "Research on Institutional Investors and Corporate Governance"

Presentation, Doctoral seminar, FMA European meeting, Hamburg, Germany, June 2010, "Institutional Investors and Executive Compensation"

**APPENDIX A**

Keynote Speaker, 2010 Midwest Finance Association meeting, Las Vegas, March 2010, "The Evolution of Shareholder Activism on Executive Compensation"

Presentation, Doctoral seminar, FMA Asian Meeting, Xiamen, China, May 2009, "Research on Institutional Investors and Corporate Governance"

Presentation, UT Quest, February 2009, "Corporate Governance and Social Responsibility"

Keynote Speaker, Third Annual Conference on Asia-Pacific Financial Markets, Seoul, Korea, December 2008, "Institutional Investors and Financial Markets:  Value Creators or Value Destroyers?"

Presentation, Symposium on Corporate Governance, Korean Stock Exchange, December 2008, "Role and Responsibilities of Institutional Investors"

Marian Miner Cook Athenaeum Speaker, Claremont McKenna College, March 2008, "Corporate Governance and Social Responsibility:  What Do Investors Care About?"

Presentation, USF and CFA Institute Corporate Governance Series, February 2008, "Institutional Investors and Corporate Governance"

Presentation, Financial Management Association Doctoral Seminar, October 2007, "The Influence of Institutional Investors on Financial Markets Through Their Trading and Governance Monitoring"

Keynote Speaker, VII International Finance Conference, Monterrey, Mexico, September 2007, "Institutional Investor Influence on Financial Markets:  Trading and Governance Monitoring"

Panel Presentation, Institute for Excellence in Corporate Governance, University of Texas, Dallas, August 2007, "Corporate Governance: Lessons Learned and Unanswered Questions"

Keynote Speaker, Eastern Finance Association, New Orleans, Louisiana, March 2007, "Corporate Governance and Social Responsibility:  What Do Investors Care About?  What Should Investors Care About?"

Panel Chair, Independent Directors Council Conference, San Francisco, California, Washington, D.C., October and November 2006, "Trading and Market Structure"

Panel Chair, 21st Century Governance for Early Stage Companies, Houston, May 2006, "CEO Role, Selection and Succession"

Presentation, Stanford Law School Conference, April 2006, "Institutions and Corporate Governance: Focus on Hedge Funds"

Panel Presentation, ICI Mutual Funds and Investment Management Conference, Phoenix, March 2006, "Breaking Down the Myths about the Mutual Fund Industry"

Keynote Speaker, Southern Finance Association Conference, Key West, Florida, November 2005, "Governance of Mutual Funds through Boards, Contracts and Customers"


**APPENDIX A**

Keynote Speaker, Asian Finance Association Conference, Kuala Lumpur, Malaysia, July 2005, "Institutional Investors and World Markets: Value Enhancers or Value Destroyers?"

**Invited Academic Paper Presentations**

2010-2024: Joint Finance Seminar (German universities), Kellogg School of Management, Lehigh University, FMA and FEB-RN Virtual Seminar Series; San Francisco Federal Reserve Bank Virtual Seminar on Climate Economics; University of Cambridge; Zhejiang University (virtual); European Central Bank; Copenhagen Business School; New York Federal Reserve Bank; Chicago Federal Reserve Bank; Sabanci University (virtual); Tulane; Indiana University-ECGI Online Series (virtual); Stockholm School of Economics; KU Leuven; ESSEC; University of Minnesota; NTU Singapore (virtual); University of Alabama; Istanbul Finance Seminar (virtual); University of Michigan (virtual); Combined seminar at University of Manchester, University of Lancaster, University of Exeter and University of Bristol (virtual); Georgia Tech (virtual); Universidad EAFIT (virtual); Cornell University (virtual); Queen Mary University (virtual); Bristol University (virtual); University of Technology Sydney (virtual); University of South Carolina; University of Washington; University of Technology Sydney; University of Arizona; University of Virginia; University of Oklahoma; University of Tennessee; Loyola Marymount; Georgia State University; UCLA; Indiana University; Notre Dame University; Shanghai Advanced Institute of Finance; Goethe University; Frankfurt School of Finance and Management; WU Vienna; Tulane University; Baylor University; Arizona State University; Securities and Exchange Commission Division of Economic and Risk Analysis; Villanova University; Boston College; Wharton School (University of Pennsylvania); University of Cambridge; University of Technology, Sydney; University of New South Wales; Queensland University of Technology; University of Queensland; Tilburg University; Erasmus University; University of Maryland; University of Pittsburgh; Aalto University (Helsinki); Arizona State University; Harvard University; Ohio State University; HEC Paris; University of Mannheim; Warwick Business School; Vienna Graduate School of Finance; Rutgers University

2000-2009: University of Melbourne; Australian National University; Chinese University; Securities and Exchange Commission's Office of Economic Analysis; George Mason University; Korea University; Seoul National University; University of Amsterdam; University of Lisbon; Boston College; University of Florida; DePaul University; University of Manchester; University of Lancaster; Hong Kong University of Science and Technology; Singapore Management University; National University of Singapore; University of Southern California; Indiana University; Duke University; Darden School (University of Virginia); Emory University; Texas Christian University; Cologne University; University of British Columbia; McGill University; University of Iowa; Drexel University; University of Texas at Arlington; Rutgers University; HEC; INSEAD; Stanford University; University of California-Berkeley; University of Washington; Washington State University; Georgetown University; Atlanta Finance Forum (Georgia Tech, Georgia State, Atlanta Fed, Emory); Purdue University; University of Arizona; New York University; Oklahoma University; University of North Carolina; University of Kansas; Arizona State University; Boston College; Babson College; Louisiana State University; University of Notre Dame; University of Illinois; Carnegie Mellon University; Wharton School (University of Pennsylvania); University of Pennsylvania; Washington State University; University of Texas at Dallas

1984-1999: DePaul University; Southern Methodist University; Texas A&M University; Atlanta Finance Forum (Georgia Tech, Georgia State, Atlanta Fed, Emory); Vanderbilt University; Office of Economic Analysis, Securities and Exchange Commission; University of British Columbia; University of Utah; New York University; Arizona State University; Pontificia Universidad Catolica de Chile (Santiago, Chile); ITESM (Ciudad de

**APPENDIX A**

Mexico); University of South Florida; University of Houston; Oklahoma University; University of South Carolina; Fundação Getúlio Vargas (Sao Paolo, Brazil); Koç University (Istanbul, Turkey); University of Texas at Dallas; University of Missouri; University of California-Davis; University of Colorado; University of Haifa (Haifa, Israel); Indiana University; Tulane University; Office of Economic Analysis, Securities and Exchange Commission; Harvard University; University of North Carolina; Yale University; University of Colorado at Denver; Southern Methodist University; Texas A&M University; University of Texas at Dallas; University of Arizona; University of New Mexico; University of Houston; Rice University; University of Michigan; University of Colorado at Denver; Indiana University; Texas Christian University; Southern Methodist University

**Teaching Experience**

<u>Ph.D. Courses</u>: Empirical Methods in Finance; Valuation Theory; Advanced Portfolio Theory; Survey of Corporate Finance Research; Supervised Teaching, Applied Research, Institutional Investor Influence and Financial Markets (FIRN Masterclass, Australia); Financial Economics of Climate and Sustainability (team-taught global virtual course)

<u>MBA Courses</u>: Environmental, Social and Governance Investing; Investing in Philanthropy; Global Finance; Global Financial Strategies; Applications of Investment Theory; Advanced Portfolio Theory; Introduction to Corporate Finance; Quantitative Corporate Finance; UT-ITESM Executive MBA Course – Cases in Financial Management

<u>Undergraduate Courses</u>: Sustainable Investing, Environmental, Social and Governance Investing; Financial Management; Advanced Financial Management; European Finance; International Business and Finance in Europe

<u>Executive Education</u>: Various courses for a number of companies and organizations

**Previous Academic Positions**
Pembroke Visiting Professor of International Finance, Judge Business School, University of Cambridge, Fall 2023
Inaugural Executive Director, Global Sustainability Leadership Institute (2020-2022)
Charles E and Sarah M Seay Regents Chair in Finance (1996-2021)
Co-Executive Director, Social Innovation Initiative (2017-2020)
Associate Dean for Research (2001-2002, 2011-2015, 2016-2017)
Dean *ad Interim*, McCombs School of Business (2015- 2016)
Director, AIM Investment Center (2002-2015)
Chairman, Department of Finance (2002-2011)
Director, Bureau of Business Research (2001-2002)
Associate Director for Research, CIBER (2000-2003)
Graduate Adviser, Department of Finance Ph.D. Program (1992-2001)
Sarah Meadows Seay Regents Professor; Sarah M. Seay Fellow; Eleanor T. Mosle Fellow
Associate Professor, McCombs School of Business, University of Texas at Austin
Associate Professor/Assistant Professor, Washington University, St. Louis

**Editorial Boards**

Editor:                *Review of Financial Studies (2008-2014)*

APPENDIX A

Guest Editor:          *Review of Finance* Special Issue on Biodiversity and Natural Capital

Editor:                SSRN *Climate Finance* ejournal

Editor:                *FMA Survey and Synthesis Series (2016-2022)*

Advisory Editor:       *Financial Analysts Journal* (2016-2022)
                       *Financial Management* (2016-2022)

Associate Editor:      *Journal of Investment Management*
                       *(*Previous AE positions): *Journal of Finance, Review of Financial Studies, Financial Management, Contemporary Finance Digest, Journal of Financial Services Research, Journal of Financial Research, International Review of Finance, Journal of Corporate Finance, Revista Mexicana de Economia y Finanzas, Abante : estudios en dirección de empresas*

**Professional Association Activities**

American Finance Association
        Past President (2023)
        President (2022)
        President Elect (2021)
        Vice-President (2020)
        AFFECT Advisory Board (2015-2020)
        Fischer-Black Prize Committee (2010, 2012)
        Board of Directors (2001-2004; 2020-2025)
        Nominating Committee (1996, 2018)
        Program Committee (1999, 2002, 2007, 2012, 2015)
        *Journal of Finance* Editor Search Committee (2002)

Society of Financial Studies
        President (2017-2020)
        Vice-President (2014-2017)
        Chairman of Outside Councilors (2012-2014)
        *Review of Financial Studies* Editor Search Committee (2005, 2013)

Western Finance Association
        President (2015-2016)
        President-elect and Program Chair (2014-2015)
        Vice-President (2013-2014)
        Board of Directors (1998-2001)
        Program Committee (1997-2018)

Financial Management Association
        President (1999-2000)
        Board of Trustees (1999-2006)
        Chairman, Publications Committee (2001-2007)
        Vice-President, Program (1996)
        Vice-President, Membership Services (1993-1994)
        Program Committee for Annual Meeting (1984-1988, 1991-1996)
        Program Committee for European Meeting (1998-2010)

**APPENDIX A**

Other Committees: Hawaii Meeting (1995), Financial Education (1989), Chairman, Inclusiveness and Quality (2009), Irwin Best Paper Award (1991), Financial Management Editor Search (1992, 2005), FMA Publication Strategy (1993), CBOT Best Paper Award (1994)

**Academic Committees**

<u>University of Cambridge</u>
Judge Business School Dean Search Committee (2024)

<u>University of Texas at Austin</u>
Provost Search Committee (2020-2021)
University Gender Equity Council, Co-Chair (2019-2021)
University Gender Equity Council, Co-Chair of Subcommittee on Employment Issues (2014-2019)
Graduate School Dean and Senior Vice-Provost Search Committee, Chairman (2016-2017)
Provost Search Committee, Chairman (2015)
Harrington Fellows Selection Committee (2002-2015)
Search Committee for Vice-Provost and Dean of Graduate Studies (2012-2013)
Council on the Status of Women Faculty (2012-2013, 2013-2014)
Parking and Traffic Policies Committee, Chairman (2009-2010)
IT Strategy Task Force (2008-2009)
Advisory Committee for Dean of Undergraduate Studies (2006-2010)
Task Force for Faculty Gender Equity (2007-2008)
Search Committee for Dean of McCombs School of Business (2007-2008)
Search Committee for Dean of Law School (2005-2006)
Task Force for Curricular Reform (2004-2006)
Undergraduate Experience Advisory Committee of the Commission of 125 (2002-2004)
Search Committee for Vice-Provost and Dean of Graduate Studies (2002-2003)
Search Committee for Dean of McCombs School of Business (2001-2002)
Steering Group for Human Resources (2001)
Faculty Council, Executive Committee (2000-2001)
University Graduate Advisor and Graduate Coordinator Awards Committee (1998)
Graduate Assembly (1996-2002),
    Chairman of Assembly (2000-2001); Chairman-Elect of Assembly (1999-2000)
    Chairman of the Admissions and Enrollment Committee (1997-1998, 1998-1999)
    Chairman of the Academic Committee (1999-2000)
University Housing Committee (1989-1991)
University Dissertation Award Committee (1991)

<u>McCombs School of Business</u>
Promotion and Tenure Advisory Committee (1994-1998, 2023-present)
IT and Database Committee (2018-present)
Endowment Committee (1994-1995, 1997-1998, 1999-2000, 2016-2023)
College Research Awards Committee (1998-1999, 2000-2001, 2003)
Diversity and Inclusion Committee (2016-2019)
Workplace Climate Committee, Chairman (2013-2015)
McCombs Executive Committee (2003-2011)
McCombs Operations Committee (2003-2011)
Resources Committee (2002-2003)
Faculty Research Committee (2000-2001)
Research and Technology Committee (1999-2001), Chairman (1999-2000)

**APPENDIX A**

Executive Education Teaching Award Committee (1998-1999; 1999-2000)
Teaching Awards Committee (1994-1995)
Promotion and Tenure Advisory Committee (1994-1998)
Endowment Committee (1994-1995, 1997-1998, 1999-2000)
Strategic Plan Steering Committee (1996-1997)
MBA Program Retreat Committee (1991-1992)
MBA Curriculum Review Faculty Task Force (1991-1992)
MBA Core Council (1992-1993)
Faculty Retreat Committee (1987-1993)
College Steering Committee for the Computing Environment (1987-1988)
Assoc./Asst. Professor CBA Budget Advisory Committee (1987-1988, 1989-1990, 1990-1991)

Department
Executive Committee or Budget Council (1987-1990, 1991-2015, 2016-present)
Undergraduate Curriculum Committee, Chairman (2017-present)
Graduate Studies Committee, Chairman (1988-2001)
PhD Admissions Committee (1987-2001), Chairman (1988-2001)
Teaching and Research Awards Committee (1986-1989), Chairman (1987-1989)
Recruiting Committee (1987-2000), Chairman (1996-1997)
Strategic Planning Committee (1988-1989)
PhD Dissertation Committees

**Education**
Ph.D. University of Texas at Austin
M.B.A. University of Texas at San Antonio
B.A. University of Texas at Austin

**APPENDIX B**

# Testimony Experience of Laura T. Starks, Ph.D.
# Since 2020

2020 *Western Shoshone Identifiable Group et. al. v. United States of America*
Court: Court of Federal Claims: Deposition and Testimony

2021 *Foundation Resolution Corp. v. Aon Hewitt Investment Consulting, Inc.*
Court: U.S. District Court, M.D. Florida, Ocala Division: Deposition and Testimony

2024 *Carl Shupe et al. v. Rocket Companies, Inc. et al.*
Court: U.S. District Court, E.D. Michigan, Northern Division: Deposition

2024 *In Re Rocket Companies, Inc. Stockholder Derivative Litigation*
Court: Court of Chancery of the State of Delaware: Deposition

**APPENDIX C**

# Documents Considered List

**Academic Articles**

- Asquith, Paul, Michael B. Mikhail, and Andrea S. Au, "Information Content of Equity Analyst Reports," *Journal of Financial Economics*, Vol. 75, No. 2, 2005, pp. 245–282

- Bartov, Eli, Mark L. Defond, and Yaniv Konchitchki, "Capital Market Consequences of Filing Late 10-Qs and 10-Ks," *New York University Working Paper*, June 2012, available at https://accounting.unibocconi.eu/sites/default/files/files/media/attachments/ BDK_BocconiPresentation_June201220120605171817.pdf, accessed on January 17, 2025

- Beneish, Messod Daniel, Mary Brooke Billings, and Leslie D. Hosser, "Internal Control Weaknesses and Information Uncertainty," *The Accounting Review*, Vol. 83, No. 3, 2008, pp. 665–703

- Bradley, Daniel et al., "Are All Analysts Created Equal? Industry Expertise and Monitoring Effectiveness of Financial Analysts," *Journal of Accounting and Economics*, Vol. 63, No. 2, 2017, pp. 179–206

- Bradley, Daniel, Sinan Gokkaya, and Xi Liu, "Before an Analyst Becomes an Analyst: Does Industry Experience Matter?" *The Journal of Finance*, Vol. 72, No. 2, 2017, pp. 751–791

- Bradshaw, Mark T. et al., "Soft Information in the Financial Press and Analyst Revisions," *The Accounting Review*, Vol. 96, No. 5, 2021, pp. 107–132

- Breton, Gaetan and Richard J. Taffler, "Accounting Information and Analyst Stock Recommendation Decisions: A Content Analysis Approach," *Accounting and Business Research*, Vol. 31, No. 2, 2001, pp. 91–101

- Brown, Lawrence D. et al., "The Activities of Buy-Side Analysts and the Determinants of Their Stock Recommendations," *Journal of Accounting and Economics*, Vol. 62, No. 1, 2016, pp. 139–156

- Busse, Jeffrey A. and T. C. Green, "Market Efficiency in Real Time," *Journal of Financial Economics*, Vol. 65, No. 3, 2002, pp. 415–437

- Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance*, Vol. 46, No. 5, 1991, pp. 1575–1617

- Frankel, Richard, Marilyn Johnson, and Douglas J. Skinner, "An Empirical Examination of Conference Calls as a Voluntary Disclosure Medium," *Journal of Accounting Research*, Vol. 37, No. 1, 1999, pp. 133–150

- Gillan, Stuart L., Andrew Koch, and Laura T. Starks, "Firms and Social Responsibility: A Review of ESG and CSR Research in Corporate Finance," *Journal of Corporate Finance*, Vol. 66, 2021, pp. 1–16

**APPENDIX C**

- Ilhan, Emirhan, Philipp Krueger, Zacharias Sautner, and Laura T. Starks, "Climate Risk Disclosure and Institutional Investors," *The Review of Financial Studies*, Vol. 36, No. 7, 2023, pp. 2617–2650

- Jennings, Robert, and Laura Starks, "Information Content and the Speed of Stock Price Adjustment," *Journal of Accounting Research*, Vol. 23, No. 1, 1985, pp. 336–350

- Johnston, Rick, and Reining Petacchi, "Regulatory Oversight of Financial Reporting: Securities and Exchange Commission Comment Letters," *Contemporary Accounting Research*, Vol. 34, No. 2, 2017, pp.1128–1155

- Kadan, Ohad et al., "Analysts' Industry Expertise," *Journal of Accounting and Economics*, Vol. 54, No. 2, 2012, pp. 95–120

- Lev, Baruch and S. Ramu Thiagarajan, "Fundamental Information Analysis," *Journal of Accounting Research*, Vol. 31, No. 2, 1993, pp. 190–215

- Ljungqvist, Alexander, Felicia C. Marston, Laura T. Starks, Kelsey D. Wei, and Hong Yan, "Conflicts of Interest in Sell-side Research and the Moderating Role of Institutional Investors," *Journal of Financial Economics*, Vol. 85, No. 2, 2007, pp. 420–456

- McCahery, Joseph A., Zacharias Sautner, and Laura T. Starks, "Behind the Scenes: The Corporate Governance Preferences of Institutional Investors," *The Journal of Finance*, Vol. 71, No. 6, 2016, pp. 2905–2932

- Mohanram, Partha, Sasan Saiy, and Dushyantkumar Vyas, "Fundamental Analysis of Banks: the Use of Financial Statement Information to Screen Winners from Losers," *Review of Accounting Studies*, Vol. 23, 2018, pp. 200–233

- Previts, Gary J. et al., "A Content Analysis of Sell-Side Financial Analyst Company Reports," *Accounting Horizons*, Vol. 8, No. 2, 1994, pp. 55–70

- Yezegel, Ari, "Why Do Analysts Revise Their Stock Recommendations After Earnings Announcements?" *Journal of Accounting and Economics*, Vol. 59, No. 2–3, 2015, pp. 163–181

**Analyst Reports**

- "Credit Suisse: What to Watch Out for Next Week," *Deutsche Bank Securities*, October 20, 2022

- "Credit Suisse: Q3 2022e with Continued Burden from IB Operations," *ODDO BHF Corporates & Markets*, October 20, 2022

- "Credit Suisse Group: It's A Debt Thing," *BofA Securities*, October 21, 2022

- "Credit Suisse Group AG," *CFRA*, October 22, 2022

- "Credit Suisse Group: Credit Suisse 3Q22 Call," *Autonomous*, October 27, 2022

- "Credit Suisse: Stormy Weather," *Autonomous*, October 27, 2022

- "Credit Suisse AG: Q322 Results, Strategy, Capital," *Barclays*, October 27, 2022

**APPENDIX C**

- "Credit Suisse Group: Making the Hard Decisions: New CS Finally Focused," *BofA Securities*, October 27, 2022

- "Credit Suisse Group: Solving for the Balance Sheet," *BofA Securities*, October 27, 2022

- "Credit Suisse Group AG," *CFRA*, October 27, 2022

- "Credit Suisse Group AG: CFRA Reiterates Sell Opinion on ADSS of Credit Suisse," *CFRA*, October 27, 2022

- "Credit Suisse: Strategy Update – SFr4bn Capital Raise, 40% Cut to IB RWAs, SFr14.5bn Cost Target," *Citigroup Global Markets*, October 27, 2022

- "Credit Suisse: New Strategy and Capital Raise Announced," *Deutsche Bank Securities*, October 27, 2022

- "Credit Suisse (CSGN.S): Strategy Update and Transformation Plan," *Goldman Sachs*, October 27, 2022

- "Credit Suisse: First Take on 3Q22 Results & New Strategy," *Jefferies*, October 27, 2022

- "Credit Suisse Group: First Take: Capital Raise Dilution -24% Leading to Exit P/E 6.4x 2024E, Await Further IB Restructuring Details," *JPMorgan*, October 27, 2022

- "Credit Suisse Group AG: Capital Raise Confirmed," *Keefe, Bruyette & Woods*, October 27, 2022

- "Credit Suisse: Change at a Hefty Price," *Kepler Cheuvreux*, October 27, 2022

- "Credit Suisse: Key Takeaways from Strategic Update Conference Call," *Kepler Cheuvreux*, October 27, 20222

- "Credit Suisse Group AG: Strategy Update and 3Q Results," *Morgan Stanley*, October 27, 2022

- "Credit Suisse Group: Decisive Actions Announced – First Thoughts," *UBS Securities*, October 27, 2022

- "Credit Suisse AG: Q322 Results, Strategy, Capital – Initial Feedback," *Barclays*, October 28, 2022

- "Credit Suisse Group: A 'Show Me' Stock Post Complex Restructuring Announcement: Neutral at 0.3x TBV 2022E," *JPMorgan*, October 28, 2022

- "Credit Suisse: Long Road…Low Reward?" *Kepler Cheuvreux*, October 28, 2022

- "Credit Suisse Group AG: Credit Suisse Dilutive Rights Issue and Subpar Profitability Targets: Make Material Cut to Our FVE," *Morningstar Equity*, October 28, 2022

- "Credit Suisse Group AG ADR: Credit Suisse Dilutive Rights Issue and Subpar Profitability Targets: Make Material Cut to Our FVE," *Morningstar Equity*, October 28, 2022

**APPENDIX C**

- "Credit Suisse: Embarking on a Journey Towards a Capital-light and Less Volatile Business," *ODDO BHF Corporates & Markets*, October 28, 2022

- "Credit Suisse Group: Negative Market Reaction – Our Assessment," *UBS Securities*, October 28, 2022

- "Credit Suisse Group AG," *CFRA*, October 29, 2022

- "Credit Suisse: Hold: Strategy Update Fails to Convince," *HSBC Global Research*, October 31, 2022

- "Credit Suisse Group: Terms of Capital Increase – 27% Economic Earnings Dilution," *JPMorgan*, October 31, 2022

- "Credit Suisse Group AG ADR: Credit Suisse Dilutive Rights Issue and Subpar Profitability Targets: Make Material Cut to Our FVE," *Morningstar Equity*, November 1, 2022

- "Credit Suisse Group AG," *CFRA*, November 2, 2022

- "Credit Suisse: Updating Forecasts Post Strategy Update," *Goldman Sachs*, November 2, 2022

- "Credit Suisse: Devil in the Detail," *Autonomous*, November 3, 2022

- "Credit Suisse Group AG: Q3 2022: DTA Impairments and Poor Investment Bank Revenue Lead to Large Losses," *Moody's Investors Service*, November 3, 2022

- "Credit Suisse: Analysis for NYSE: CS," *Trefis*, November 4, 2022

- "Credit Suisse Group AG," *CFRA*, November 5, 2022

- "Credit Suisse Group AG: 2025 Plan: Breadth and Complexity of Restructuring Entail Significant Execution Risks," *Moody's Investors Service*, November 10, 2022

- "Credit Suisse: Wheel in the Sky," *Autonomous*, November 11, 2022

- "Credit Suisse Group AG," *CFRA*, November 12, 2022

- "Credit Suisse Group AG: Dividend Quality," *Capital Cube*, November 14, 2022

- "Credit Suisse: Back to the Future," *Jefferies*, November 14, 2022

- "Credit Suisse Group: Part Sale of Securitized Products, Capital Accretive," *BofA Securities*, November 15, 2022

- "Credit Suisse Group: SPG Sale a Step in the Right Direction but Lacking Details," *JPMorgan*, November 15, 2022

- "Credit Suisse Group AG," *CFRA*, November 19, 2022

- "Credit Suisse Group: Difficult 4Q 22," *BofA Securities*, November 23, 2022

- "Credit Suisse: Q4 Update: Getting Worse Before It Potentially Gets Better; EGM Today," *Jefferies*, November 23, 2022


**APPENDIX C**

- "Credit Suisse Group: First Take: Franchise Loss in WM Concerning, Weak Trading Update," *JPMorgan*, November 23, 2022

- "Credit Suisse Group AG: Credit Suisse Issues Profit Warning Amid Continued Large Client Withdrawals; FVE to CHF 4.50," *Morningstar Equity*, November 24, 2022

- "Credit Suisse Group AG ADR: Credit Suisse Issues Profit Warning Amid Continued Large Client Withdrawals; FVE to CHF 4.50," *Morningstar Equity*, November 24, 2022

- "Credit Suisse Group AG: Credit Suisse Issues Profit Warning Amid Continued Large Client Withdrawals; FVE to CHF 4.50," *Morningstar Equity*, November 25, 2022

- "Credit Suisse Group AG," *CFRA*, November 26, 2022

- "Credit Suisse Group: Key Milestones in the Restructuring Story for CoE Decline," *JPMorgan*, December 1, 2022

- "Credit Suisse Group AG," *CFRA*, December 3, 2022

- "Credit Suisse Group: Rebuilding at Europe's Lowest Multiple," *BofA Securities*, December 9, 2022

- "Credit Suisse Group: First Milestone Achieved in the Restructuring Story of CoE Decline," *JPMorgan*, December 9, 2022

- "Credit Suisse Group AG," *CFRA*, December 10, 2022

- "Credit Suisse Group AG: Long Road Ahead," *Keefe, Bruyette & Woods*, December 14, 2022

- "Credit Suisse Group AG: Dividend Quality," *Capital Cube*, December 16, 2022

- "Credit Suisse Group AG," *CFRA*, December 17, 2022

- "Credit Suisse Group AG: Reinstating Coverage at Sector Perform," *RBC Capital Markets*, December 19, 2022

- "Credit Suisse: The Cost of Repairing the LCR Ratio," *Autonomous*, December 20, 2022

- "Credit Suisse: Restarting Coverage with Updated Numbers," *BNP Paribas*, December 20, 2022

- "Credit Suisse: Making Sense of the New RoTE Target," *Citigroup Global Markets*, December 20, 2022

- "Credit Suisse: Uncertainty Ahead," *Kepler Cheuvreux*, December 20, 2022

- "Credit Suisse Group AG," *CFRA*, December 24, 2022

- "Credit Suisse: Analysis for NYSE: CS," *Trefis*, December 28, 2022

- "Credit Suisse Group AG," *CFRA*, December 31, 2022

- "Credit Suisse Group AG," *CFRA*, January 7, 2023

**APPENDIX C**

- "Credit Suisse Group: Capital Release Follows Capital Hike," *BofA Securities*, January 9, 2023

- "Credit Suisse Group: Stabilisation is Key," *UBS Securities*, January 11, 2023

- "Credit Suisse: Still Early Days," *Deutsche Bank Securities*, January 12, 2023

- "Credit Suisse Group AG," *CFRA*, January 14, 2023

- "Credit Suisse: The Long Road Ahead," *Kepler Cheuvreux*, January 19, 2023

- "2023 IB and Wealth Managers Outlook," *Kepler Cheuvreux*, January 19, 2023

- "Credit Suisse Group: Vicious Cycle to Virtuous Cycle," *BofA Securities*, January 20, 2023

- "Credit Suisse Group AG," *CFRA*, January 21, 2023

- "Credit Suisse Group AG: 'Under Construction'," *Morgan Stanley*, January 27, 2023

- "Credit Suisse Group AG," *CFRA*, January 28, 2023

- "Credit Suisse Group AG," *CFRA*, February 4, 2023

- "Credit Suisse – 4Q22 Call," *Autonomous*, February 9, 2023

- "Credit Suisse AG: Q422 First Look: Much Weaker Than We Anticipated," *Barclays*, February 9, 2023

- "Credit Suisse AG: Q4 2022 Review: Even More Challenging," *Barclays*, February 9, 2023

- "Credit Suisse: In the Thick of It," *BNP Paribas*, February 9, 2023

- "Credit Suisse Group: Moving Ahead: Strategic Progress," *BofA Securities*, February 9, 2023

- "Credit Suisse Group: A De-Risked Recovery. Capital Release Ahead," *BofA Securities*, February 9, 2023

- "Credit Suisse Group AG," *CFRA*, February 9, 2023

- "Credit Suisse Group AG: CFRA Downgrades ADSS of Credit Suisse to Strong Sell from Sell," *CFRA*, February 9, 2023

- "Credit Suisse: Thoughts Post 4Q22 Call – The Path for Profits: V vs U vs L," *Citigroup Global Markets*, February 9, 2023

- "Credit Suisse: 4Q22 – Capital & Liquidity Issues Checked; Material Impact on Businesses," *Deutsche Bank Securities*, February 9, 2023

- "Credit Suisse: Q4 First Look," *Goldman Sachs*, February 9, 2023

- "Credit Suisse: 4Q22: Solvency & Liquidity OK, But AUM & P&L Suffering More Than Expected," *Jefferies*, February 9, 2023

- "Credit Suisse Group: First Take 4Q 22: Franchise Loss Above Expectations – Need Further Clarity on Stabilisation," *JPMorgan*, February 9, 2023

**APPENDIX C**

- "Credit Suisse Group: High CoE to Remain Due to Lack of Details on New IB P&L and Ongoing Franchise Loss," *JPMorgan*, February 9, 2023

- "Credit Suisse Group AG: Path to Recovery Ever Steeper," *Keefe, Bruyette & Woods*, February 9, 2023

- "Credit Suisse: Q4 2022 First Reaction: Very Significant Outflows in Wealth Management," *Kepler Cheuvreux*, February 9, 2023

- "Credit Suisse: Key Takeaways from Q4 Conference Call," *Kepler Cheuvreux*, February 9, 2023

- "Credit Suisse Group AG: 4Q22: Tough Finish to the Year," *Morgan Stanley*, February 9, 2023

- "Credit Suisse Group AG: Headline Loss as Expected but WM Trends Worse," *RBC Capital Markets*, February 9, 2023

- "Credit Suisse Group AG: More Visibility Needed," *RBC Capital Markets*, February 9, 2023

- "Credit Suisse Group: Q4 2022: Key Debates Remain the Same," *UBS Securities*, February 9, 2023

- "Credit Suisse Group AG: Glass Half Empty, for Now," *Morgan Stanley*, February 10, 2023

- "Credit Suisse Group AG: Credit Suisse Faces Uphill Battle to Return to Profitability," *Morningstar Equity*, February 10, 2023

- "Credit Suisse Group AG ADR: Credit Suisse Faces Uphill Battle to Return to Profitability," *Morningstar Equity*, February 10, 2023

- "Credit Suisse: Fixing the IB Remains Critical to the Group's Future," *Société Générale*, February 10, 2023

- "Credit Suisse Group AG," *CFRA*, February 11, 2023

- "Credit Suisse: Restart from a Lower Base," *Deutsche Bank Securities*, February 13, 2023

- "Credit Suisse: A Failing Franchise?" *Kepler Cheuvreux*, February 13, 2023

- "Credit Suisse: Hold: Outflows Limit Visibility," *HSBC Global Research*, February 15, 2023

- "Credit Suisse Group AG," *CFRA*, February 16, 2023

- "Credit Suisse Group AG: Credit Suisse's Revenue Attrition Leads Us to Reduce Our FVE to CHF 2.90 per Share," *Morningstar Equity*, February 17, 2023

- "Credit Suisse Group AG: Credit Suisse's Revenue Attrition Leads Us to Reduce Our FVE to CHF 2.90 per Share," *Morningstar Equity*, February 17, 2023

**APPENDIX C**

- "Credit Suisse Group AG ADR: Credit Suisse's Revenue Attrition Leads Us to Reduce Our FVE to CHF 2.90 per Share," *Morningstar Equity*, February 17, 2023

- "Credit Suisse Group AG," *CFRA*, February 18, 2023

- "Credit Suisse: Into the Maze," *Autonomous*, February 20, 2023

- "Credit Suisse Group AG," *CFRA*, February 25, 2023

- "Credit Suisse: No Fine in Connection with the Supply Chain Finance Funds Matter," *Kepler Cheuvreux*, February 28, 2023

- "Credit Suisse Group AG," *CFRA*, March 4, 2023

- "Credit Suisse: At A Crossroads," *Jefferies*, March 5, 2023

- "JEF Fins: TFC, GS/WBS I-Days, SBNY, TD/FHN, TB Tallies, Card/Auto, WT, V, CS," *Jefferies*, March 5, 2023

- "Credit Suisse Group AG: Delay of Publication of 2022 Annual Report," *RBC Capital Markets*, March 9, 2023

- "Credit Suisse Group AG," *CFRA*, March 11, 2023

- "Credit Suisse Group AG: Important Differences Between European Banks and SVB," *Morningstar Equity*, March 13, 2023

- "Credit Suisse Group: CEO Comments Supportive," *BofA Securities*, March 14, 2023

- "Credit Suisse: CEO Gives Relatively Reassuring Message," *Kepler Cheuvreux*, March 14, 2023

- "Credit Suisse Group AG: Live at EFC 2023," *Morgan Stanley*, March 14, 2023

- "Credit Suisse: 1,001 Pages of Disclosure," *Autonomous*, March 15, 2023

- "Credit Suisse Group: The Authorities Are Clear. Reiterate Buy," *BofA Securities*, March 15, 2023

- "Credit Suisse: Sharp Share Price Correction," *Citigroup Global Markets*, March 15, 2023

- "Credit Suisse Group AG ADR: Placing Credit Suisse Under Review: Increased Funding Costs Threaten Going-Concern Status," *Morningstar Equity*, March 15, 2023

- "Credit Suisse Group AG: Statement by FINMA and Swiss National Bank," *RBC Capital Markets*, March 15, 2023

- "Credit Suisse: Bazooka or C-zooka?" *Autonomous*, March 16, 2023

- "Credit Suisse AG: Key Areas of Debate," *Barclays*, March 16, 2023

- "Credit Suisse Group: Choices and Implications," *BofA Securities*, March 16, 2023

- "Credit Suisse: Our Credit & Equity View," *BofA Securities*, March 16, 2023

- "Credit Suisse Group AG," *CFRA*, March 16, 2023

**APPENDIX C**

- "Credit Suisse Group AG: CFRA Maintains Strong Sell Opinion on ADSS of Credit Suisse," *CFRA*, March 16, 2023

- "Credit Suisse: Announced Utilisation of SNB Liquidity Facilities and Debt Tender Offers," *Goldman Sachs*, March 16, 2023

- "Credit Suisse: Hold: Swiss Authorities Provide Support," *HSBC Global Research*, March 16, 2023

- "Credit Suisse Group: Short-Term Relief from SNB Facility Access but Long-Term Questions Remain on Franchise Erosion," *JPMorgan*, March 16, 2023

- "Credit Suisse Group: Where Do We Go From Here?: Scenario Analysis," *JPMorgan*, March 16, 2023

- "Credit Suisse Group AG: Sticking Plaster," *Keefe, Bruyette & Woods*, March 16, 2023

- "Credit Suisse: Staying Alive?" *Kepler Cheuvreux*, March 16, 2023

- "Credit Suisse Group AG: Central Bank's Liquidity Line, Senior Debt Buy Back," *Morgan Stanley*, March 16, 2023

- "Credit Suisse Group AG ADR: Credit Suisse Liquidity Injection Is a Positive; We Still Believe Further Restructuring Is Needed," *Morningstar Equity*, March 16, 2023

- "Credit Suisse: Swiss Regulator and Credit Suisse Management Try to Calm Speculation," *ODDO BHF Corporates & Markets*, March 16, 2023

- "Credit Suisse Group AG: Credit Suisse Announces Actions to Strengthen Liquidity," *RBC Capital Markets*, March 16, 2023

- "Credit Suisse Group AG ADR: We Don't See Contagion Risk for European Banks From Credit Suisse's Woes," *Morningstar Equity*, March 17, 2023

- "Credit Suisse: Analysis for NYSE: CS," *Trefis*, March 17, 2023

- "Credit Suisse Group AG," *CFRA*, March 18, 2023

- "Credit Suisse: What A Merger Might Look Like, What It Could Mean," *BNP Paribas*, March 19, 2023

- "Credit Suisse: The Tie-Up Nobody Wanted & Sector-Wide Implications," *Citigroup Global Markets*, March 19, 2023

- "UBS Agrees to Buy Credit Suisse for CHF3bn in a Historic Deal for the Sector," *Jefferies*, March 19, 2023

- "Credit Suisse Group: Initial Thoughts on Weekend Press Speculation Around UBS Takeover," *JPMorgan*, March 19, 2023

- "UBS Group AG / Credit Suisse AG: UBS Acquires Credit Suisse," *Barclays*, March 20, 2023

- "UBS/Credit Suisse – Implications for Equity, AT1s & Credit," *BofA Securities*, March 20, 2023

**APPENDIX C**

- "Credit Suisse Group: Moving to No Rating," *BofA Securities*, March 20, 2023

- "Credit Suisse Group AG," *CFRA*, March 20, 2023

- "Credit Suisse Group AG: CFRA Raises Opinion on ADSS of Credit Suisse to Hold From Strong Sell," *CFRA*, March 20, 2023

- "Credit Suisse: UBS to Acquire Credit Suisse," *Deutsche Bank Securities*, March 20, 2023

- "Credit Suisse: After Credit Suisse and SVB," *Deutsche Bank Securities*, March 20, 2023

- "UBS – CSG M&A Transaction," *JPMorgan*, March 20, 2023

- "Credit Suisse: CHF3bn for Switzerland's Second-largest Bank," *Kepler Cheuvreux*, March 20, 2023

- "Credit Suisse Group AG ADR: UBS Should Benefit Form Credit Suisse Takeover," *Morningstar Equity*, March 20, 2023

- "Credit Suisse: Dropping Coverage," *Santander Corporate & Investment Banking*, March 20, 2023

- "Credit Suisse Group AG," *CFRA*, March 22, 2023

- "UBS Group AG / Credit Suisse AG: Feedback from Meetings and Conversations Post Acquisition Announcement," *Barclays*, March 24, 2023

- "UBS/CS – Running Different Scenarios – UBS Cut to Hold, Prefer BNPP (Buy)," *Jefferies*, March 24, 2023

- "Credit Suisse: A Debrief; and the Outlook for AT1; Inco Investment Portfolios and Rt1 T&Cs," *JPMorgan*, March 24, 2023

- "Credit Suisse Group AG ADR: Stress Returns To the European Banking System; Deutsche Bank Taking the Biggest Hit," *Morningstar Equity*, March 24, 2023

- "Credit Suisse Group AG," *CFRA*, March 25, 2023

- "UBS Group / Credit Suisse: Deal of the Decade, or Difficult Digestion?" *BNP Paribas*, March 27, 2023

- "Credit Suisse Group AG: Update for Announced Offer by UBS," *RBC Capital Markets*, March 29, 2023

- "Credit Suisse Group AG," *CFRA*, April 1, 2023

- "Credit Suisse Group AG," *CFRA*, April 8, 2023

- "Credit Suisse Group: Model Update," *JPMorgan*, April 11, 2023

- "Opportunity for Baer, U/G to OW, but UBS Not So Easy, Reiterate UW," *Barclays*, April 14, 2023

- "Credit Suisse Group AG," *CFRA*, April 15, 2023

**APPENDIX C**

- "What Matters for Q1," *Kepler Cheuvreux*, April 18, 2023

- "UBS Group AG: Live at EFC 2023," *Morgan Stanley*, March 15, 2023

- "UBS: Upgrade to Buy," *BofA Securities*, March 20, 2023

- "UBS and Credit Suisse: UBS Agrees Credit Suisse Takeover," *HSBC Global Research*, March 20, 2023

- "UBS: Saving Private CS," *Kepler Cheuvreux*, March 20, 2023

- "UBS Group AG and Credit Suisse Group AG: UBS to Takeover Credit Suisse for c. CHF 3bn," *Morgan Stanley*, March 20, 2023

- "UBS Group: UBS Acquires Credit Suisse and Helps Financial Market Stability," *ODDO BHF Corporates & Markets*, March 20, 2023

- "UBS AG: Buying CS is Good for Capital Ratios, but Bad for Returns. Downgrading to Hold," *Société Générale*, March 20, 2023

- "UBS: Integrating CS: New Earnings and Higher Capital," *BofA Securities*, March 24, 2023

- "UBS/CS: Running Different Scenarios – UBS Cut to Hold, Prefer BNPP (Buy)," *Jefferies*, March 24, 2023

- "UBS Group AG (UBS)," *Zack's Equity Research*, March 28, 2023

- "UBS: Sergio's Return," *BofA Securities*, March 29, 2023

- "UBS Group: UBS CEO Change – Sergio Ermotti Returns," *Jefferies*, March 29, 2023

- "UBS: New CEO Appointment a Positive with Complex CSG Integration Ahead," *JPMorgan*, March 29, 2023

- "UBS: Sergio's Return," *Kepler Cheuvreux*, March 29, 2023

- "UBS Group AG: Short-Term Pain, Longer-Term Gain," *RBC Capital Markets*, March 29, 2023

- "UBS: Long-term Value, Short-term Execution Risk," *Kepler Cheuvreux*, March 30, 2023

- "UBS: Analysis for NYSE: UBS," *Trefis*, April 3, 2023

- "UBS Group AG: Analysis," *Capital Cube*, April 4, 2023

- "UBS: Earnings, Not Capital, the Key. Reiterate Buy," *BofA Securities*, April 10, 2023

- "UBS: Transformative Deal Creating a Wealth Management Powerhouse," *JPMorgan*, April 11, 2023

**Books and Book Chapters**

- Bodie, Z., A. J. Kane, and A. Marcus (2009), *Investments*, 8th Ed., New York, NY: McGraw-Hill/Irwin

**APPENDIX C**

- Fabozzi, Frank J., and Harry M. Markowitz (2011), *The Theory and Practice of Investment Management*, 2nd Ed., Hoboken, NJ: John Wiley & Sons, Inc.

**Correspondences**

- Letter from Division of Corporation Finance (SEC) to David R. Mathers (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Filed March 10, 2022 File No. 001-15244," July 15, 2022

- Letter from David R. Mathers (CS) to Division of Corporation Finance (SEC), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Filed March 10, 2022 File No. 001-33434," August 12, 2022

- Letter from David R. Mathers (CS) to Division of Corporation Finance (SEC), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Filed March 10, 2022 File No. 001-15244," August 22, 2022

- Letter from Division of Corporation Finance (SEC) to Dixit Joshi (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Response Dated August 12, 2022 File No. 001-33434," October 20, 2022

- Letter from Dixit Joshi (CS) to Division of Corporation Finance (SEC), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Filed March 10, 2022 File No. 001-33434," November 18, 2022

- Letter from Division of Corporation Finance (SEC) to Dixit Joshi (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Response Dated November 18, 2022 File No. 001-15244," January 17, 2023

- Letter from Dixit Joshi (CS) to Division of Corporation Finance (SEC), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Response Dated November 18, 2022 File No. 001-33434," February 13, 2023

- Letter from Division of Corporation Finance (SEC) to Dixit Joshi (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Response Dated February 13, 2023 File No. 001-33434," March 10, 2023

- Letter from Dixit Joshi (CS) to Division of Corporation Finance (SEC), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 Response Dated February 13, 2023 File No. 001-33434," March 12, 2023

- Letter from Division of Corporation Finance (SEC) to Dixit Joshi (CS), "Re: Credit Suisse Group AG Form 20-F for the Fiscal Year Ended December 31, 2021 File No. 001-33434," March 14, 2023

**Data**

- *Capital IQ*
- *Refinitiv*

**APPENDIX C**

## Expert Reports

- Expert Report of Matthew D. Cain, Ph.D., December 13, 2024

## Legal Documents

- Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, *Ali Diabat v. Credit Suisse Group AG et al*., United States District Court for the Southern District of New York, Case No. 1:23-cv-5874-CM, Doc. No. 65, October 5, 2023

- Decision and Order Disposing of Pending Motions to Dismiss, *Ali Diabat v. Credit Suisse Group AG et al*., United States District Court for the Southern District of New York, Case No. 1:23-cv-5874-CM, Doc. No. 109, September 19, 2024

## Publicly Available Reports

- "Owners of the World's Listed Companies," *OECD Capital Market Series*, 2019, available at www.oecd.org/corporate/Owners-of-the-Worlds-Listed-Companies.htm, accessed on January 17, 2025

- "Research Analyst Qualification Examinations (Series 86 and 87) Content Outline," *FINRA*, 2018

- "Research Analyst Qualification Examinations (Series 86 and 87) Content Outline," *FINRA*, 2023

## SEC Filings

- Credit Suisse Group AG, "Annual Report on Form 20-F for Fiscal Year Ended December 31, 2021," filed on March 10, 2022.

- Credit Suisse Group AG, "Form 6-K," filed on October 27, 2022

- Credit Suisse Group AG, "Form 6-K," filed on March 9, 2023

- Credit Suisse Group AG, "Annual Report on Form 20-F for Fiscal Year Ended December 31, 2022," filed on March 14, 2023

## Transcripts

- "Edited Transcript Full Year 2022 Credit Suisse Group AG Earnings Press Conference," February 9, 2023

- "Edited Transcript Credit Suisse Group AG at Morgan Stanley European Financials Conference," March 14, 2023

**APPENDIX C**

**Websites / Online Content**

- "1220. Registration Categories," *FINRA*, available at https://www.finra.org/rules-guidance/rulebooks/finra-rules/1220?rbid=2403&record_id=17718&element_id=10203, accessed on January 17, 2025

- "About FINRA," *FINRA*, available at https://www.finra.org/about, accessed on January 17, 2025

- "About the Investment Company Institute," *Investment Company Institute*, available at https://www.ici.org/about-ici, accessed on January 17, 2025

- "About Us," *UC San Diego Kroner Center for Financial Research*, available at https://rady.ucsd.edu/why/centers/kroner/about.html, accessed on January 17, 2025

- "Analyzing Analyst Recommendations," *U.S. Securities and Exchange Commission*, August 30, 2010, available at https://www.sec.gov/about/reports-publications/investor-publications/analyzing-analyst-recommendations, accessed on January 17, 2025

- "Best Practice Guidelines Governing Analyst/Corporate Issuer Relations," *CFA Institute*, available at https://rpc.cfainstitute.org/sites/default/files/-/media/documents/code/other-codes-standards/analyst-issuer-guidelines.pdf, accessed on January 17, 2025

- "Brokers Collecting Fewer Commission Dollars from U.S. Equity Trades," *Coalition Greenwich*, August 23, 2022, available at https://www.greenwich.com/press-release/brokers-collecting-fewer-commission-dollars-us-equity-trades, accessed on January 17, 2025

- "Credit Suisse, SEC Letters Show Months-long Reporting Errors Debate," *Reuters*, April 11, 2023, available at https://www.reuters.com/business/finance/credit-suisse-sec-letters-show-months-long-reporting-errors-debate-2023-04-11/, accessed on January 17, 2025

- "Code of Ethics and Standards of Professional Conduct," *CFA Institute*, available at https://www.cfainstitute.org/sites/default/files/-/media/documents/ethics-in-practice/code_of_ethics_and_standards_of_professional_conduct_2024.pdf, accessed on January 17, 2025

- "Curriculum & Exam Topics," *CFA Institute*, available at https://www.cfainstitute.org/en/programs/cfa/curriculum, accessed on January 17, 2025

- "Division of Corporation Finance Financial Reporting Manual," *U.S. Securities and Exchange Commission*, available at https://www.sec.gov/files/cf-frm.pdf, accessed on January 17, 2025

- "Entities We Regulate," *FINRA*, available at https://www.finra.org/about/firms-we-regulate, accessed on January 17, 2025

- "Filing Review Process," *U.S. Securities and Exchange Commission*, September 27, 2019, available at https://www.sec.gov/about/divisions-offices/division-corporation-finance/filing-review-process-corp-fin, accessed on January 17, 2025

**APPENDIX C**

- "Home - AIF Global," *Accredited Investment Fiduciary*, available at https://aifglobal.org, accessed on January 17, 2025

- "Home," *CFA Institute,* available at https://www.cfainstitute.org/, accessed on January 17, 2025

- "Portfolio Management for Institutional Investors," *CFA Institute*, available at https://www.cfainstitute.org/en/membership/professional-development/refresher-readings/portfolio-management-institutional-investors, accessed on January 17, 2025

- "Registration, Exams and CE," *FINRA*, available at https://www.finra.org/registration-exams-ce, accessed on January 17, 2025

- "Research Analyst Rules," *FINRA*, available at https://www.finra.org/rules-guidance/key-topics/research-analyst-rules, accessed on January 17, 2025

- "Self-Regulatory Organization Rulemaking," *U.S. Securities and Exchange Commission*, available at https://www.sec.gov/rules/sro, accessed on January 17, 2025

- "UBS to Acquire Credit Suisse," *UBS*, March 19, 2023, available at https://www.ubs.com/global/en/media/display-page-ndp/en-20230319-tree.html, accessed on January 17, 2025

- "Who We Are," *TIAA*, available at https://www.tiaa.org/public/plansponsors/who-we-are, accessed on October 29, 2023

**EXHIBIT 1.A**

# Analyst Commentary on
# Credit Suisse's Profitability and Customer Deposits and Asset Flows
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| Barclays (10/27/22) | "**Outlook** – Credit Suisse expects the challenging economic and market environment to continue in the coming months. CS expects the Investment Bank division to report a loss in 4Q22, driven by subdued client activity remains in Sales & Trading businesses. Also, Credit Suisse experienced a significant level of deposit and assets under management outflows in the first two weeks of October 2022. In 4Q22, CS expects ~CHF75m loss related to the full disposal of shareholding in Allfunds Group plc and restructuring charges, software and real estate impairments of ~CHF250m as part of the cost of the strategic transformation." |
| Kepler Cheuvreux (10/27/22) | "Q3 results, which are overshadowed by the strategy update, are weak. CS posted an appalling CHF4bn net loss, which is explained by a CHF3.6bn DTA impairment. At pre-tax level, the performance remains weak notably in the Investment Bank and in Wealth Management which suffered from outflows and low client activity. The outlook is also very weak, Q4 is expected to be a loss with the WM business having registered outflows in October which have not been reversed so far." |
| Moody's (11/10/22) | "**Profitability will be weak for a prolonged period.** We expect the plan will entail elevated restructuring and remediation costs, as well as reduce revenue streams, leading to large losses in 2022 and additional losses in 2023. The group should return to modest profitability in 2025, but at levels still significantly below its historical results. Executing this plan in a deteriorating markets and macroeconomic environment adds substantial downside risk."<br><br>"Further, the 2025 plan envisages more modest profitability, with a group target return on tangible equity of around 6% in 2025 versus the 2024 plan's target of 10% in 2024, despite larger cuts in operating costs of CHF2.5 billion over the 2022-25 period."<br><br>"CS's 2025 plan aims to decrease the bank's earnings volatility and return it to sustainable profitability. However, there will be elevated restructuring costs and reduced revenue streams while the risk, compliance and cultural remediation efforts are underway. We forecast financial losses for CS of around CHF7 billion in 2022 and around CHF2 billion in 2023, before the prospective financial benefits of its strategic shift begin to materialize, with the group breaking even in 2024 and returning to modest profitability in 2025. CS targets a group return on tangible equity of around 6% in 2025, which would remain one of the lowest RoTE targets among large capital markets banks." |

**EXHIBIT 1.A**

# Analyst Commentary on
# Credit Suisse's Profitability and Customer Deposits and Asset Flows
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| Kepler Cheuvreux (12/20/22) | "In particular, CS needs to restore client trust in order to stem outflows. Failure to do so is set to negatively affect what is supposed to be the cornerstone – i.e. Wealth Management – of the 'new CS'." |
| BNP Paribas (2/9/23) | "**The latest numbers were very tough**<br>CS had heavier WM AuM outflows than expected in 4Q, a collapse in FICC and Equities revenues, and P&L misses in all 4 operating businesses. Client activity was impacted by the uncertainties, and the bank itself disrupted by the start of restructuring measures.<br><br>**CS has been under significant balance sheet stress**<br>Investors focus mainly on CS's AuM, P&L and capital ratios, but it now becomes clear just how much stress the balance sheet came under in 4Q, with 37% of customer deposits withdrawn, forcing the bank to cut assets -24%, cash -54%, repo -45%, trading assets -28%, loans -6%." |
| CFRA (2/9/23) | "Net revenues fell 33%, with huge double-digit declines across all operating divisions as CS was hit by loss of revenues from strategic actions, declining client confidence, lower asset under management, and unfavorable market conditions. CS expects another year of loss-making in 2023, with these harsh conditions set to continue. Amid increasing macro uncertainty, we see higher execution risks for its strategic plan." |
| Société Générale (2/10/23) | "If the Markets business continues to make heavy losses (as we forecast), we would expect the CET1 ratio to fall below management's 13.5% floor in early 2024, and below 13% by end-2024. This could significantly undermine client confidence, potentially leading to heavy outflows again."<br><br>"**Operating losses likely to persist**<br>We think revenues have been rebased to a much lower level and are unlikely to rebound. This means CS is set to generate significant quarterly losses by our forecasts. There are several reasons to think revenues will remain under pressure:<br>In our view, there is no reason why clients should come back to CS to trade equities products. CS lacks critical mass and a Prime offering in this business.<br>Management has guided for NII to be lower yoy in 2023, mainly due to the high cost of funding.<br>Net WM outflows were lower than in October, but we believe they might continue for some time, given management comments that WM as a whole was still suffering from outflows in January. This means NII and recurring fees are likely to be subdued." |

**EXHIBIT 1.A**

# Analyst Commentary on
# Credit Suisse's Profitability and Customer Deposits and Asset Flows
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| Société Générale (2/10/23), continued | "Investment Bank<br>IB trading revenues have declined to almost nothing. Most of FICC (excluding FX trading) is now in the Non-Core Unit, so this should be expected to some degree. However, Equities trading is core (and will be part of Markets) and the decline here is very concerning.<br><br>IB revenues (ECM, DCM and Advisory) have been under immense pressure. Aside from the obvious industry-wide weakness, CS has had greater skew to the bursting of the SPAC bubble, and higher interest rates affecting its LevFin and HY products. Although we expect the fed funds rate (FFR) to peak around the middle of 2023, an elevated FFR for 2023-24 could mean a recovery in CS's IBD revenues may be some time away."<br><br>"Wealth Management<br>We forecast only a modest improvement in WM gross margin, with a recovery in trading margins undermined by slight NIM softening.<br><br>After heavy outflows in 4Q22, we forecast negligible inflows for 2023 and 2024.<br><br>The Swiss Bank was the only division that made a profit in 4Q22. However, it was still lower than usual due to declining AUM, a lower NII (due to lower income from loans and lower Swiss National Bank threshold benefits from the SNB's interest rate increases), and lower client activity generally. Expenses were also particularly high due to higher deferral of compensation expenses." |
| Kepler Cheuvreux (2/13/23) | "As long as CS is unable to stem the outflows in its star division, it will be difficult to improve sentiment on the stock. Cutting pricing will lead to lower margins going forward. In addition, less deposits will mean less potential NII. Finally, despite not cutting their relationship with CS (see below), clients may decide to take their business elsewhere, which would mean reduced client activity and less trading-based income for CS." |
| JP Morgan (3/16/23) | "We see SNB liquidity support as indicated last night as not enough and believe **CSG's situation is about ongoing market confidence issues with its IB strategy and ongoing franchise erosion** with: i) a complex IB restructuring with limited details; ii) ongoing deposit and Net new asset outflows although moderated YTD; and iii) WM historically generating avg. CHF 1.8bn pretax but currently loss making." |

Page 3

**EXHIBIT 1.A**

# Analyst Commentary on
# Credit Suisse's Profitability and Customer Deposits and Asset Flows
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| CFRA (3/22/23) | "CS expects another year of loss-making in 2023 as the adverse operating environment that impacted its result in 2022 is expected to continue. Despite tailwind from the higher interest rate environment, we expect CS to continue facing challenges to grow revenues in wealth management, asset management, and investment banking due to its damaged reputation from past scandals that will cause clients to stay away. Progress towards cost cuts should help." |

Source:  "Credit Suisse AG: Q322 Results, Strategy, Capital," *Barclays*, October 27, 2022; "Credit Suisse: Change at a Hefty Price," *Kepler Cheuvreux*, October 27, 2022; "Credit Suisse Group AG: 2025 Plan: Breadth and Complexity of Restructuring Entail Significant Execution Risks," *Moody's Investors Services*, November 10, 2022; "Credit Suisse: Uncertainty Ahead," *Kepler Cheuvreux,* December 20, 2022; "Credit Suisse: In the Thick of It," *BNP Paribas,* February 9, 2023; "Credit Suisse Group AG," *CFRA,* February 9, 2023; "Credit Suisse: Fixing the IB Remains Critical to the Group's Future," *Société Générale,* February 10, 2023; "Credit Suisse: A Failing Franchise?" *Kepler Cheuvreux,* February 13, 2023; "Credit Suisse Group: Where Do We Go From Here?: Scenario Analysis," *JPMorgan*, March 16, 2023; "Credit Suisse Group AG," *CFRA*, March 22, 2023

**EXHIBIT 1.B**

# Analyst Commentary on
# Credit Suisse's Exposure to Archegos and Greensill
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| Kepler Cheuvreux (10/27/22) | "Legal and operational risks related to legacy (RMBS-related matters) and current cases (the Greensill and Archegos cases, and the spying affair that is being investigated by FINMA), which could result in more management turnover, fines, or increased capital requirements." |
| Morgan Stanley (10/27/22) | "**Risks to Upside**<br><br>Better than expected market share trends in IB revenues despite business reductions<br>Lower than incorporated regulatory add-on related to US HF matter<br>Lower than expected litigation costs over Greensill matter." |
| Morningstar (10/28/22) | "Credit Suisse's true underlying profitability has been masked for the better part of a decade by multiple restructuring charges and the cost of running down a legacy book of unprofitable assets. The new management team at the helm of Credit Suisse hoped that it addressed all issues during 2020, but new problematic exposures continue to crop up. This suggests a deeper risk management malaise at Credit Suisse. Credit Suisse has some very good, profitable, and generally asset-light business with good long-term secular growth prospects—especially in wealth management/private banking and the Swiss universal bank. The discount that the market has imposed on the rating of Credit Suisse relative to UBS and its other peers should, however, remain in place until Credit Suisse can convince investors that it has addressed its risk management deficiencies. We believe that Credit Suisse will have to report several quarters of results free from the large non-recurring items that have historically marred its results." |
| CFRA (10/29/22) | "For 2022, we see revenue headwinds for CS due to lower risk appetite in the wake of Archegos hedge fund losses and Greensill risk issues. Less business activity may also weigh on top of revenue loss from its large-scale prime brokerage exit." |

**EXHIBIT 1.B**

# Analyst Commentary on
# Credit Suisse's Exposure to Archegos and Greensill
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| RBC (12/19/22) | "In its prospectus for the capital increase (24th November 2022) CS stated that on 23rd November 2022, the US FED communicated 'its intention to progress its investigation of CS in relation to Archegos through a resolution that could include monetary penalties and certain remedial measures'."<br><br>"Compliance and governance rank highly post the issues around CS's involvement and exposure to Greensill and its exposure to hedge funds via its prime brokerage business. Developments here are likely to have financial as well as reputational implications for CS. CS's litigation reserve at Q4 2021 stood at CHF1.54bn with potential losses not covered estimated by management at zero to CHF1.3bn (end Q3 2022). The Swiss regulator has increased CS's Pillar 2 buffer as a result of the Greensill case (CHF2bn) but there is a risk that Swiss and other regulators impose restrictions on CS." |
| BNP Paribas (12/20/22) | "The collapse in CS's share price over the past year has been partly about capital raising and dilution, but first and foremost about a major loss of earnings power. This started with the Greensill and Archegos problems in early 2021, followed by a dialling back of risk appetite, withdrawal from prime services, a substantial exodus of employees, erosion of the client franchise, and unsuccessful strategic efforts."<br><br>"Capital is adequate now (13-14% CET1), but with limited surplus, and could remain at risk from heavier losses (as in 3Q & 4Q), and from remaining litigation exposure (notably Greensill)." |
| Morgan Stanley (1/27/23) | "Since the Greensill and Archegos collapse in 1Q21, CS shares are down c. 75% vs 2024e consensus EPS down 80% and the shares trade on 0.3x PTBV with an implied cost of equity of c. 18% on 2025e consensus numbers." |
| Autonomous (3/15/23) | "On top, we would highlight legal exposures in Singapore (again CS Victims, closing arguments were held in February), London (a civil case against Mozambique in relation to its infamous tuna fishing fleet), customer redress agreed as part of the US RMBS settlement, Greensill (where the cash recovered by the supply chain funds remains more than US\$2bn short of investors' money) and Archegos. On the latter, **CS managed to settle a US class action case in September, but it mentions that the Fed has already communicated its intention to impose a monetary penalty.**"<br><br>"The main risks to our 'Underperform' recommendation are much better-than-expected capital market conditions. Furthermore, remaining regulatory and litigation risks around Archegos and Greensill may be resolved better than expected." |

**EXHIBIT 1.B**

# Analyst Commentary on
# Credit Suisse's Exposure to Archegos and Greensill
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| Barclays (3/20/23) | "The Credit Suisse Asset Management business has been dramatically impacted by the Greensill Supply Chain Finance Fund issues, but, based on our analysis, is still fundamentally a good business." |

Source:  "Credit Suisse: Change at a Hefty Price," *Kepler Cheuvreux*, October 27, 2022; "Credit Suisse Group AG: Strategy Update and 3Q Results," *Morgan Stanley*, October 27, 2022; "Credit Suisse Group AG: Credit Suisse Dilutive Rights Issue and Subpar Profitability Targets: Make Material Cut to Our FVE," *Morningstar Equity*, October 28, 2022; "Credit Suisse Group AG," *CFRA*, October 29, 2022; "Credit Suisse Group AG: Reinstating Coverage at Sector Perform," *RBC Capital Markets*, December 19, 2022; "Credit Suisse: Restarting Coverage with Updated Numbers," *BNP Paribas*, December 20, 2022; "Credit Suisse Group AG: "Under Construction"," *Morgan Stanley*, January 27, 2023; "Credit Suisse: 1,001 Pages of Disclosure," *Autonomous*, March 15, 2023; "UBS Group AG / Credit Suisse AG: UBS Acquires Credit Suisse," *Barclays*, March 20, 2023

**EXHIBIT 1.C**

# Analyst Commentary on Geopolitical Risks
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| Autonomous (11/3/22) | "Impaired loans rose by +8% q/q. This is fully attributable to Wealth Management (+20% q/q), while the IB (-10% q/q) and the Swiss Bank (-4% q/q) saw improvements. Within Wealth Management, the increase is roughly evenly split between non-accrual loans (+10% q/q) and potential problem loans (+170% or +CHF239m). CS blames the deterioration in wealth management (impaired loans +CHF319m) fully on Russian exposures related to corporate lending, export finance and yacht finance. With only CHF542m total Russian gross exposure (-18% q/q), it seems that the large majority of this bucket is now classified as impaired." |
| Kepler Cheuvreux (12/20/22) | "**Risks to our rating**<br><br>…<br><br>Performance of capital markets and geopolitical uncertainty, which provides downside as well as upside risk to earnings." |
| Trefis (12/28/22) | "Margins for Credit Suisse's investment banking operations have fluctuated considerably since the downturn, reaching a high of 33% in 2009 and a low of negative 19% in 2015. After increasing to almost 11% in 2017, this figure declined to 7% in 2018. This metric increased to 11.5% in 2019 as market activity rebounded due to increased consumer confidence from easing geopolitical tensions before reducing to -42% in 2021." |
| Kepler Cheuvreux (1/19/23) | "Following a social media frenzy in early October, press commentary suggested that CS had suffered client outflows of CHF90bn, the bulk of which were in wealth management. In addition, CS WM is significantly exposed to Asia, which is still a challenging market.<br>Given more constrained global liquidity and the persistent geopolitical uncertainty, we believe net inflows will remain under more pressure than in 2020/21."<br><br>"[W]e strive to show the correlation between the geopolitical risk index (GPX) and transaction-based income (TX). While this correlation is far from perfect ( R2=0.22), we can see that, more often than not, a GPR index of above 100 results in a negative TX performance.<br>Chart 12 shows that in Q4 2022, the GPR index was still meaningfully above 100, which would indicate a subdued transaction-based income performance in Q4."<br><br>"What has changed is mainly the return of volatility. Volatility is the lifeblood of trading. After years of subdued volatility, anesthetised by global Central Banks' (CBs) actions, significant macro and geopolitical events (Covid, Russia's invasion of Ukraine, jump in inflation, and the CBs' hawkish pivot) have reignited volatility." |

**EXHIBIT 1.C**

# Analyst Commentary on Geopolitical Risks
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| HSBC (3/16/23) | "CS has been at the centre of recent negative news flow relating to sanctioned individuals, securitisation of jet and yacht loans and data leaks regarding its WM client relationships. Any of these issues could have negative reputational and/or financial impacts." |

Source:  "Credit Suisse: Devil in the Detail," *Autonomous*, November 3, 2022; "Credit Suisse: Uncertainty Ahead," *Kepler Cheuvreux*, December 20, 2022; "Credit Suisse: Analysis for NYSE," *Trefis*, December 28, 2022; "2023 IB and Wealth Managers Outlook," *Kepler Cheuvreux*, January 19, 2023; "Credit Suisse: Hold: Swiss Authorities Provide Support," *HSBC Global Research*, March 16, 2023

**EXHIBIT 1.D**

# Analyst Commentary on
# Implications of the Collapse of Silicon Valley Bank
# and the State of the Banking Sector
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| Bank of America (3/14/23) | "We note significantly higher credit spreads [for Credit Suisse] since the failure of SVB on 10 March. Should these persist, these would likely challenge near-term earnings." |
| Kepler Cheuvreux (3/14/23) | "**Average LCR has improved to 150%**<br>In our view, this is the most important piece of news from this morning. CS's average LCR has increased from 144% at the end of Q4 2022 to 150% currently.<br>This means that the current LCR spot rate is higher than 150%, which is positive news given how critical this metric is and how market focus has increased on this figure over the last couple of days.<br>Speaking of SVB, CS's exposure to SVB is negligible, according to CEO Korner." |
| Morgan Stanley (3/14/23) | "**As per mgmt, CS is following materially different standards vs SVB given CS is a GSIB - CET1 ratio of 14.1%, LCR ratios better now at 150% avg. in Q1 and spot higher. Volume of term fixed income as part of HQLA is small, c. CHF 2.5bn and interest rate risk is fully hedged. Credit exposure to SVB is not material. In terms of changes in client behaviour post SVB, too soon to say, but on early anecdotal evidence has been positive." |
| HSBC (3/16/23) | "**Reasons why CS is not SVB:** CS's problems in 4Q saw it lose 37% of customer deposits and 15% of Wealth Management AuM from outflows, making it a logical focus for SVB contagion fears. However, the parallels look weak. Most obviously, CS's balance sheet was already very liquid before these announcements, and subject to LCR requirements. The liquidity pool (cash and cash equivalents) at end-4Q was CHF118bn or 22% of assets and covering 51% of the deposit base. The Investment Bank trading book is also short maturity, largely overnight, and accounts for a further 12% of assets. A third of the loan portfolio (50% of assets) has a maturity of less than three months and access to the Covered Loan Facility makes it an additional liquidity source. Also unlike SVB, CS carries almost all its assets at fair value (marked-to-market) apart from the loan book. All of the above mean that liquidity looks ample and realisable without crystallising losses. We also note that while deposits are important for CS, stable long-term debt also makes up a large part of funding (30%), with negative net issuance planned this year." |

**EXHIBIT 1.D**

# Analyst Commentary on
# Implications of the Collapse of Silicon Valley Bank
# and the State of the Banking Sector
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| Morningstar (3/17/23) | "With Credit Suisse shoring up liquidity, concerns around a banking crisis spreading in Europe have been firmly planted. While we expect that the next days and weeks will remain volatile, we do not currently see a liquidity crisis spreading through the European banking system. The issues at Credit Suisse are idiosyncratic in nature and we believe containable for now even in a worst-case scenario." |
| Citigroup (3/19/23) | "While there are examples of other European banks that have muddled through with poor profitability for multiple years, a re-appraisal of counterparty and depositor behaviour across global banks in the wake of SVB's failure meant that CS was losing >SFr10bn of depsoits a day at the end of last week according to the FT (19 March), even after the SNB liquidity line was announced. The problem with outflows of this magnitude is that any fears become self-fulfilling, regardless of whether the initial rationale was correct." |

Source: "Credit Suisse Group: CEO Comments Supportive," *BofA Securities*, March 14, 2023; "Credit Suisse: CEO Gives Relatively Reassuring Message," *Kepler Cheuvreux*, March 14, 2023; "Credit Suisse Group AG: Live at EFC 2023," *Morgan Stanley*, March 14, 2023; "Credit Suisse: Hold: Swiss Authorities Provide Support," *HSBC Global Research*, March 16, 2023; "Credit Suisse Group AG ADR: We Don't See Contagion Risk for European Banks From Credit Suisse's Woes," *Morningstar Equity*, March 17, 2023; "Credit Suisse: The Tie-Up Nobody Wanted & Sector-Wide Implications," *Citigroup Global Markets*, March 19, 2023

**EXHIBIT 1.E**

# Analyst Commentary on
# Regulatory Issues and Interventions
10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
| --- | --- |
| Morningstar (2/10/23) | "We believe Credit Suisse's breakup value far exceeds its current market value, and Credit Suisse must now be an attractive takeover target. A takeover could present an upside risk." |
| Bank of America (3/15/23) | "Late on 15 March, the Swiss National Bank (SNB) and Swiss Financial Market Supervisory Authority (FINMA) published a joint statement. Brief and to the point, we see the key to the statement as, 'there are no indications of a direct risk of contagion for Swiss institutions due to the current turmoil in the US banking… FINMA confirms that Credit Suisse meets the higher capital and liquidity requirements applicable to systemically important banks. In addition, the SNB will provide liquidity to the globally active bank if necessary.'"<br><br>"The statement from the authorities is to us clear that Credit Suisse in its current form will continue. In effect, regulatory support has been provided through this statement, but without any change in the structure or going concern nature of Credit Suisse. We think this materially de-risks the group from an investor perspective." |
| Citigroup (3/15/23) | "In a jittery market, following the failure of Silicon Valley Bank in US, Credit Suisse shares have sold off by >20% today. In a Bloomberg interview (15Mar) the Chairman of Saudi National Bank has confirmed the bank had no plans to put further money into Credit Suisse due to regulatory restrictions ('We cannot because we would go above 10%. It's a regulatory issue'), but this itself appears insufficient to explain the magnitude of the market move." |
| Morningstar (3/15/23) | "However, Credit Suisse's funding costs have become so prohibitive that we expect the 2023 loss to increase to such an extent that its capital adequacy could be under threat."<br><br>"However, the indication from Saudi National Bank that it will not provide further financial assistance to Credit Suisse raises questions if a rights issue would even succeed." |

**EXHIBIT 1.E**

# Analyst Commentary on
# Regulatory Issues and Interventions
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| JP Morgan (3/16/23) | "We see SNB liquidity support as indicated last night as not enough and believe **CSG's situation is about ongoing market confidence issues with its IB strategy and ongoing franchise erosion** with: i) a complex IB restructuring with limited details; ii) ongoing deposit and Net new asset outflows although moderated YTD; and iii) WM historically generating avg. CHF 1.8bn pretax but currently loss making. **In our view, status quo is no longer an option** as counterparty concerns are starting to emerge as reflected by credit/equity market weakness."<br><br>"We conclude, we see resolution scenario as most unlikely in our view and more likely an intervention with the 3rd option of a takover as the more likely scenario especially by UBS." |
| Barclays (3/16/23) | "Investors are worried that these issues could return, and now with spreads where they are, they see the group finding market funding prohibitively expensive. As such many Investors are already assuming that regulatory authorities will need to step in to restore confidence and address the situation, with uncertain outcomes for the value of the equity. Furthermore, the largest shareholder, has stated that they will not provide further assistance to the bank (if it is necessary)."<br><br>"The SNB and FINMA have issued a statement saying that CS meets its capital and liquidity requirements, and CS has announced they will borrow up to CHF50bn from the SNB."<br><br>"To the extent that the current concerns are liquidity driven, these statements and actions are helpful and could provide some support to the sentiment in the near term. Nevertheless, it remains to be seen how investor and client sentiment evolves, and additional questions may be raised."<br><br>"This is because of the changes and increases in regulation, especially for Global Systemically Important Banks (GSIBs), of which CS is one, and the associated increase in tools available to authorities to manage such situations." |

**EXHIBIT 1.E**

# Analyst Commentary on Regulatory Issues and Interventions
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| Morgan Stanley (3/16/23) | **"Swiss National Bank and FINMA joint statement is reassuring**: Significant pressure on Credit Suisse' share and debt pricing, was addressed overnight by the Swiss Central Bank and regulator in a joint statement ..."<br><br>"Following the Swiss regulatory/central bank statement, **Credit Suisse announced its intention to borrow CHF 50bn from the Swiss National Bank and offered to repurchase Credit Suisse International OpCo senior debt securities** up to c. CHF 3 billion (See press release). CHF50bn of central bank liquidity equates to c. 21% of Q4 22 customer deposits. The liquidity will be assessed via two mechanisms: a Covered Loan Facility as well as a short-term liquidity facility. CS has repurchased its senior debt before in a similar fashion to the current proposal before in Oct-22. Access to liquidity and the debt buyback should help stabilize credit spreads across the debt stack in our view." |
| BNP Paribas (3/19/23) | "Press reports indicate major efforts underway in Switzerland to agree a takeover of Credit Suisse by UBS, to stabilise CS's situation and stem client outflows. A transaction could be agreed this evening, and announced this evening or early on Monday morning."<br><br>"We put numbers to these scenarios in this note, pointing to a base case of 20% (of UBS mkt cap) value creation for UBS from taking over CS, although with a wide range of outcomes either side of that. In the short term the transaction could well be negative for UBS shares, reflecting risk fears and repositioning." |
| JP Morgan (3/19/23) | "In line with our expectations in the note, where we had highlighted a takeover by UBS as the most likely scenario, several press reports (FT, Bloomberg) over the weekend indicate the Swiss government is seeking a solution with UBS and hence at this point it looks the most likely outcome, inline with our view. As we had highlighted in the note, press reports indicate one scenario being an acquisition of the Wealth Management and Asset Management businesses of CSG by UBS, while the IB is divested and the high combined domestic market share of the Swiss Bank means options are likely being discussed for the CS (Schweiz) unit, which we had expected to be spun-off/IPO." |

**EXHIBIT 1.E**

# Analyst Commentary on
# Regulatory Issues and Interventions
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
| --- | --- |
| CFRA (3/20/23) | "We trim our 12-month target price for Credit Suisse (CS) to USD0.82 (from USD1.70), reflecting the purchase consideration under the terms of the merger agreement with its Swiss rival UBS. In what essentially is a government-initiated rescue move, UBS will acquire CS in an all-share transaction as the regulators seek to restore market confidence after the extreme liquidity outflows and market volatility last week. The acquisition will strengthen UBS's position as the leading Swiss-based global wealth manager. While there is still a lot of work to be done to fix CS, we think the deal is likely to be value-enhancing for UBS and its shareholders, given the steeply discounted price and the downside protection given to UBS to carry out the necessary restructuring. We expect UBS to downsize CS's investment banking business to better suit its business strategy and more conservative risk culture. We raise our call to Hold as we believe the transaction price will provide a floor to CS share price." |

Source: "Credit Suisse Group AG: Credit Suisse Faces Uphill Battle to Return to Profitability," *Morningstar Equity*, February 10, 2023; "Credit Suisse Group: The Authorities Are Clear. Reiterate Buy," *BofA Securities*, March 15, 2023; "Credit Suisse: Sharp Share Price Correction," *Citigroup Global Markets*, March 15, 2023; "Credit Suisse Group AG ADR: Placing Credit Suisse Under Review: Increased Funding Costs Threaten Going-Concern Status," *Morningstar Equity*, March 15, 2023; "Credit Suisse Group: Where Do We Go From Here?: Scenario Analysis," *JPMorgan*, March 16, 2023; "Credit Suisse AG: Key Areas of Debate," *Barclays*, March 16, 2023; "Credit Suisse Group AG: Central Bank's Liquidity Line, Senior Debt Buy Back," *Morgan Stanley*, March 16, 2023; "Credit Suisse: What A Merger Might Look Like, What It Could Mean," *BNP Paribas*, March 19, 2023; "Credit Suisse Group: Initial Thoughts on Weekend Press Speculation Around UBS Takeover," *JPMorgan*, March 19, 2023; "Credit Suisse Group AG," CFRA, March 20, 2023

**EXHIBIT 2**

# Analyst Commentary on Credit Suisse's ICFR Issue
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
|---|---|
| RBC (3/9/23) | "**CS announcement**<br><br>CS announced this morning the 'technical' delay of the publication of its 2022 annual report. It confirms the 2022 financial results as previously published on 9th February. The delay is due to a call from the SEC late yesterday evening in relation to certain open SEC comments about the technical assessment of previously disclosed revisions to the consolidated cash flow statements in the years 2020 and 2019 and related controls. CS believes it is prudent to briefly delay (no new time provided) the publication of its accounts in order to understand the SEC comments more thoroughly.<br><br>**Details**<br><br>The restatements are described in the 2021 annual report (please see page 292 of the 2021 annual report for details). The 'accounting issues' were identified in connection with ongoing internal control processes. The accounting issues were 'not material individually or in aggregate to the prior period financial statements.' CS identified 'accounting issues' with respect to the netting treatment of a limited population of certain securities lending and borrowing activities. As a result, balance sheet and cash flow positions for both assets and liabilities were understated. Total assets and liabilities were revised by CHF13bn (1.7% of total assets) for YE 2020. 'Due to the increase in total assets the Group's leverage exposure increased by the same amount and reduced the related leverage ratios by 10 basis points.' The cash flow statement for 2020 was adjusted by CHF70m. Other changes to the cash flow statement were made with respect to share-based compensation, non-cash exchange rate movements, and certain cash flow hedges. The largest change in the 2020 cash flow statement was in net cash provided in operating activities by CHF483m. 'In aggregate for these matters for the year ended December 31, 2020, 'Net cash provided by/ (used in) operating activities' were revised by a debit of CHF 483 million, 'Net cash provided by/(used in) investing activities' were revised by a credit of CHF2,294 million, and 'Net cash provided by/(used in) financing activities were revised by a debit of CHF1,811 million.' Changes were also made to 2021.<br><br>**Our view**<br><br>We have generally not focused on cash flow statements; the amounts are relatively small and the restatement was previously disclosed. However, questions with respect to accounting, especially from the SEC, are negative, especially as the CS press release points to SEC questions with respect to related controls of the revisions." |

**EXHIBIT 2**

# Analyst Commentary on Credit Suisse's ICFR Issue
## 10/20/22–3/24/23

| Analyst Report | Relevant Analyst Report Excerpts |
| --- | --- |
| Kepler Cheuvreux (3/14/23) | "**Annual report delayed**<br>CEO Korner briefly touched on the delay in publishing the annual report.<br>CS wanted to appropriately respond to SEC feedback. They are forcefully tackling the issue related to the material weakness in the financial reporting process.<br>The positive spin on this story is the fact that the financial results have not changed since this late SEC call." |
| CFRA (3/16/23) | "CS's share price took a beating yesterday, down by as much as 30%, following several negative developments, including its failure to reverse negative fund flows since the start of the year and findings of material weaknesses in its financial reporting controls." |

Source: "Credit Suisse Group AG: Delay of Publication of 2022 Annual Report," *RBC Capital Markets*, March 9, 2023; "Credit Suisse: CEO Gives Relatively Reassuring Message," *Kepler Cheuvreux*, March 14, 2023; "Credit Suisse Group AG," *CFRA*, March 16, 2023