# EXHIBIT 3

DIABAT

other than, okay.  He confirms there is no any internal control problems.

Q    How did you become aware that he had signed a S-Ox certification?

A    This last week before the merger -- maybe I will not be exaggerating the truth, if I tell you I hear the news 24 hours a day about that.  So every single thing came about Credit Suisse I should be aware of.

So on that specific day I hear that CFO Joshi signed something.  And I started to learn about this, what he signed.  And what he signed, he confirmed what came in the earning release was correct.

Q    Do you recall where you heard that?

A    Where?

Q    Yes.

A    In the news and in the internet.

Q    After you learned on March 14th, 2023, of a material

Page 238

DIABAT

weakness, did you make further investments in Credit Suisse ADS?

MS. MILLER:  Objection to form.  Asked and answered.

A    After I hear that, yes, I did make two transactions.  In fact, three transactions.

Q    Now --

A    Two before the merger, and one after the merger.

Q    Go back to the email.  I think you still have in front of --

A    I still have it in front of me, yeah.

Q    When did you identify this email -- when did you run a search that allowed you to identify this email?

MS. MILLER:  Objection to form.

A    Just yesterday.  Just last night.

Q    If you go back --

(Whereupon, a discussion was held off the record.)