**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALI DIABAT, Individually and On Behalf of All Others Similarly Situated, | No. 1:23-cv-5874-CM-SLC |
| Plaintiff, | |
| v. | |
| CREDIT SUISSE GROUP AG, et al., | |
| Defendants. | |

**DECLARATION OF KIM E. MILLER IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

I, Kim E. Miller, hereby declare as follows:

1.      I am a member in good standing of the bar of New York. I am a partner of the law firm of Kahn Swick & Foti, LLC, Lead Counsel for Lead Plaintiff Ali Diabat and Lead Counsel for the Class. I respectfully submit this Declaration in further support of Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, in the above-captioned action. I have personal knowledge of the facts and circumstances set forth below.

2.      Attached hereto as Exhibit A is the Expert Reply Report of Matthew D. Cain, Ph.D, dated January 28, 2025.

3.      Attached hereto as Exhibit B is a report issued on December 17, 2024, by the Swiss Parliamentary Investigation Committee entitled "Conduct of Federal Authorities in the Context of the Credit Suisse Crisis."

4.      Attached hereto as Exhibit C are excerpts of the transcript of Professor Ali Diabat's deposition, dated November 6, 2024.

1

5.      Attached hereto as Exhibit D is an email produced by Credit Suisse, translated from German, Bates-numbered CS-CH-Diabat_821-23.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2025, in Greenwich, Connecticut.

_/s/ Kim E. Miller_
Kim E. Miller

2