# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------x

ALI DIABAT, Individually and

On Behalf of All Others

Similarly Situated,

                        Plaintiff,

             -against-

                                    Case No.:

                                    1:23-cv-5874-CM

CREDIT SUISSE GROUP AG, et

al.,

                        Defendants.

--------------------------------x

                    November 6, 2024

                    9:59 a.m.


        VIDEOTAPED DEPOSITION of ALI DIABAT, held at

the law offices of Cahill Gordon & Reindel LLP, 32

Old Slip, New York, New York, before Judith Thaten,

a Certified Livenote Reporter and Notary Public of

the State of New York.

Page 26

DIABAT

At a high level, could you please describe to me what it is that the plaintiffs allege defendants did wrong?

MS. MILLER: Same objection.

You can go ahead and answer.

THE WITNESS: Okay.

A    So it's by -- like, the defendant -- misleading statements and omission over internal control problems that the defendants made at the time that made us purchase Credit Suisse securities at a higher price than their actual values.

Q    And what is your role in connection with this case?

A    I'm lead plaintiff, so I'm representing myself and the class.

Q    And what is your understanding of your responsibilities in that role?

A    My responsibilities? So I have several responsibilities.

The -- mainly I monitor and

Page 27

DIABAT

oversees every single thing that my lawyers is doing. I do review all documents, all complaints before they are filed. I make sure I understand them, I agree, and I provide my lawyers with any comments that I might have.

Of course, I'm part of any potential resolution to this case. I'm the person who will approve any potential settlement. And I can make myself available for any trial in the future.

Q    And, again, without telling me any of the contents of any of these communications, about -- or approximately how many times do you think you have spoken with your attorneys about this case?

MS. MILLER: Objection to form.

You can answer.

A    Without what, you said?

Q    Without describing the contents of any of the discussions

Page 28

DIABAT

you've had with your attorneys.

A    I talked to both of my lawyers, especially Lewis and Kim on a regular basis.

Q    Would you say it's every week?

MS. MILLER: Objection to form.

A    So sometimes every week. Sometimes every -- more than once a week, yeah.

But the most cases, I would say less often than once a week.

Q    Okay.

A    Yeah.

Q    When did you decide to seek to be appointed as the lead plaintiff in this case?

A    When did I decide to?

I would say when I decided to file a complaint against the defendants, okay, I was doing some search on the internet. And I then find some -- one or two cases were

Page 29

DIABAT

filed at that time. So I contacted a few law firms, and I had some discussion with two of them.

MS. MILLER: Just a reminder, don't reveal any communications with Kahn Swick & Foti or any of yours lawyers.

THE WITNESS: Okay. Thank you.

MS. MILLER: Sorry.

Go ahead.

A    So I decided last year. I would say 2023.

Q    Do you remember what month you made that decision in?

A    Let me just try to remember.

So that will -- I would say May, May 2023.

Maybe one or two months after the announcement of the merger.

Q    And I believe you mentioned that you -- in the prior -- in one of your prior answers that you contacted a few law firms.

8 (Pages 26 - 29)

Page 118

DIABAT

2023?

A    Sir, I have very long experience in investment.  Normally, I don't get affected by rumors.  What I normally follow are statements and opinions from, first of all, what I consider at the time trustable sources, such as leaders of the company -- CEO, chairman, CFO of a company.

So there are some times in which we heard rumors about Credit Suisse.  Shortly, after these rumors were out, I remember one time Defendant Körner, and another Defendant Lehmann was talking about this is just rumors, and we have very strong balance sheet, and we are in very good financial situation, and so on.

So when I have two source of news that I need to evaluate who I should listen to, should I listen to the top leaders of a company or some other people just posting something in

Page 119

DIABAT

the social media.

So not all investors do this.  They have the same strategy.  So I do understand some other investors, they sell immediately after they hear anything.  And this could be one of the main reason why the price would drop.

So -- especially when we talk about marginally drop.  This is not a big concern for me.

Q    In connection with deciding whether or not to sell the investment you had in Credit Suisse ADS, would you review publicly disclosed balance sheets from Credit Suisse?

MS. MILLER:  Objection to form.  Asked and answered.

A    So I regularly look into news.  So anything like that, any analyst.

See, there is a value for giving their opinion about these reports.  Definitely, I would be reviewing that.

Page 120

DIABAT

But after each analyst that I always consider in their opinion, I look into also what top leaders of the company will say about what these people are saying.

Q    Separate from reviewing what analysts would say or what top leaders of the company would say, would you look at any of the reporting released by the company itself?

MS. MILLER:  Objection to form.

A    So yes, but not directly.  I look into that through analyst and opinions of the top leaders.  So I hear for the top leaders of the company what they are saying about the reports that they just announced.

Q    As part of monitoring your investment in Credit Suisse ADS, would you ever look at prices in any other Credit Suisse securities?

A    Can you ask the question again?

Page 121

DIABAT

Q    Sure.

As part of monitoring your investment in Credit Suisse ADS, would you ever look at prices in any of the other Credit Suisse securities?

MS. MILLER:  Objection to form.

A    Can you provide me with an example for another Credit Suisse credit?

Q    Would you ever look at the prices of convertible bonds in Credit Suisse, issued by Credit Suisse?

A    Not on a regular basis, no.

Q    Would you, on an irregular basis or on occasion, look at the prices of convertible bonds in -- issued by Credit Suisse?

A    No, unless I see some news are linking that to ADSs.

Q    Have you taken any steps to mitigate the potential damages that you have alleged in this complaint --

MS. MILLER:  Objection to

31 (Pages 118 - 121)

Page 206

DIABAT

Exhibit 16. Again, this is a fairly long document, and I intend only to ask you about a page or two of it. But if you want, you can take a moment to familiarize yourself with it.

And I will note that on the cover, this is a document dated October 27th, 2022. It appears to have been filed with the United States Security and Exchange Commission by Credit Suisse Group AG.

You may find helpful on the first page after the cover, the explanatory note.

A   First page of the cover...

Q   Yes. There is a note that explains, "On October 27th, 2022, the Credit Suisse earnings release 3Q '22 was published. A copy of the earnings release is attached as an exhibit to this report on Form 6-K."

Do you see that?

A   Under the explanatory note?

Q   Yes.

Page 207

DIABAT

A   Okay. Let me read this.

Yes, I see it.

Q   Have you seen this before?

A   Not the same one.

Q   Okay. Do you have an understanding of what this document is?

A   So this is kind of report that that Credit Suisse have submitted to the SCE -- SEC, sorry.

Q   Do you recall whether you've reviewed similar reports submitted by Credit Suisse in the past?

A   So it might be -- it might have similar context. And to answer this question precisely, I have to spend more time reading the contents of this.

But similar reports, something like that, no.

Q   So why don't I help focus the discussion a little. If you turn just one page further, at the top you will see "Group and bank differences."

A   This.

Page 208

DIABAT

Q   I think you are there already.

A   Okay.

Q   And if you look down, you will see a section titled "Comparison of consolidated balance sheets." It's about halfway down the page.

Do you see that?

MS. MILLER: I didn't see this. What page are you on, Counsel?

MR. TORRES: This is page 3.

MS. MILLER: Thank you.

(Whereupon, a discussion was held off the record.)

A   I see that.

Q   So do you see where, under "Balance sheet statistics," it lists the total assets and total liabilities?

A   Under what?

Q   Under "Balance sheet statistics," there is a row titled "Total assets and total liabilities." It's in the section that I just

Page 209

DIABAT

directed you to.

A   Yes.

Q   Do you have an understanding of what's being communicated in this portion of the chart?

MS. MILLER: Objection to form.

(Pause.)

A   Yeah. They are talking about their balance sheet.

Q   Is Credit Suisse's balance sheet something that's -- that you considered as relevant to your investments in Credit Suisse ADS?

A   Of course. The balance sheet is something very important to consider when you are making an investment. But are these numbers something good or bad? This is something relative.

So, again, I rely on executive when they describe such a balance sheet to be a very strong balance sheet so that would be important to me. I don't normally go

53 (Pages 206 - 209)

Page 210

DIABAT

into the details, the technical details of the balance sheet -- statistics of balance sheet. This is too much for me.

Q   If you wanted to know the actual figures of the balance sheet, is this something you could have referenced to gain an understanding as to that information?

MS. MILLER:  Objection to form.

You can answer if you know.

A   Are you telling me or asking me?

Q   I'm asking.

If you wanted to understand the actual balance sheet figures for Credit Suisse as of October 27th, 2022 --

A   I'm not sure if this is the right document to be looking for.

Q   Is there another document that you would have looked for?

A   I'm not sure. This is what

Page 211

DIABAT

I'm telling you. I'm not sure about that.

So normally I look into what executive would say about their balance sheet. Is it good? Is it bad? Is it strong? Is it weak?

This is what I look for, because, for me, numbers now -- high numbers might mean something good or bad. It's relative compared to other companies.

Q   Looking at the figures here today, do you have an understanding of whether these reflect the balance sheet of Credit Suisse as of October 27th, 2022?

MS. MILLER:  Objection to form.

A   Do you mean are they good or bad?

Q   No.

Do you have an understanding of whether the figures here report the -- are representative of the

Page 212

DIABAT

balance sheet for Credit Suisse as of the date of this report?

MS. MILLER:  Objection to form.

A   And what's the date of this report again?

Q   On the page earlier, it states October 27th, 2022.

A   October 27th?

Q   Yes.

A   And what's the date here? 30, '22? How is that?

Q   3Q?

A   Oh, 3Q, sorry. 3Q, not 30.

Q   I know the text is small.

A   Even my eyeglasses is not helping.

3Q, 4Q. Okay.

So the first two columns, for the third quarter and fourth quarter for Credit Suisse, and the one on the right -- oh, that's different dates here.

Okay. 3Q 2022, 4Q 2021, 3Q

Page 213

DIABAT

2022.

So if I look at these numbers, I will not say the bank has issues, has serious problems. Because if you compare, for example, if you compare the total assets in the balance sheet for the third quarter of 2022, okay, it's not much lower than the last quarter of 2021.

So from these reports, there is -- it's difficult or maybe there is no way to tell the problem has any financial problems.

MR. TORRES:  Okay. You can put that document aside.

(Form 6-K for Credit Suisse Group AG, November 23, 2022, was marked Diabat Exhibit 17, for identification, as of this date.)

Q   You are being handed what's been marked as -- or you have been handed what's been marked as Exhibit 17.

I will note that this is

54 (Pages 210 - 213)