**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS<br><br>This matter relates to:<br><br>   Both *Diabat* and *Core Capital* | Case No. 1:23-cv-09287-CM<br><br>Case No. 1:23-cv-05874-CM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, Elizabeth Hamilton, a member with the firm Milbank LLP, hereby appears as counsel for Defendant Ulrich Körner, in the above-captioned action. Elizabeth Hamilton hereby certifies that she is admitted to practice in this Court and respectfully requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated:  July 17, 2025
      New York, New York

      */s/ Elizabeth Hamilton*
      Elizabeth Hamilton
      MILBANK LLP
      55 Hudson Yards
      New York, New York 10001-2163
      Telephone:  212-530-5000
      ehamilton@milbank.com

      *Attorney for Ulrich Körner*