# K S F
## KAHN SWICK & FOTI, LLC

250 Park Avenue, 7th Floor
New York, NY 10177

TEL +1 504.455.1400
FAX +1 504.455.1498
KSFcounsel.com

NEW ORLEANS
**NEW YORK**
DELAWARE
LOS ANGELES
CHICAGO
NEW JERSEY
LUXEMBOURG*

September 2, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2025

Kim E. Miller
Partner – Admitted in NY & CA
Direct: 212.696.3732
kim.miller@ksfcounsel.com

<u>via ECF</u>

Hon. Colleen McMahon
United States District Court Judge
Sothern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

Re:   In re: Credit Suisse Securities Fraud Class Actions, No. 1:23-cv-5874 (S.D.N.Y.)
      (This matter relates to: both Diabat and Core Capital)

Dear Judge McMahon:

We write on behalf of Lead Plaintiff Ali Diabat to raise an important discovery issue that is impeding the pace of merits discovery. In short, Defendant Credit Suisse is redacting and withholding documents located both in the U.S. and in Switzerland based on a broad invocation of a Swiss supervisory privilege by the Swiss Financial Market Supervisory Authority ("FINMA") and based on various Swiss blocking statutes even though the general substance of many of FINMA's communications has already been made public by the Swiss Parliamentary Investigative Commission (see, e.g., ECF No. 133-2).[1] Nevertheless, any interest that FINMA (or any other party for that matter) may have in invoking Swiss privacy laws or Swiss supervisory privileges in this highly-publicized matter cannot outweigh the U.S.'s strong national interests in enforcing its securities laws and in fully and fairly adjudicating matters before its courts with complete discovery. Your Honor has previously recognized these vital interests in another securities fraud class action: "My position is very clear. If you want to raise money in the United States of America, the only laws that matter to me are the laws of the United States of America." Christine Asia Co. v. Alibaba Grp. Holding Ltd., No. 15-md-2631 (S.D.N.Y.), 1/12/18 Status Conf. Tr. at 10:18-11:17 (ECF No. 179). Prompt resolution of this issue will also benefit the Core Capital case and serve the purposes of consolidated discovery.

Handwritten endorsement: 9/3/2025 Set a briefing schedule such that all reply briefs are filed by October 17. I am making it this generous because of the upcoming holidays. [signed] Colleen McMahon

---

[1] If FINMA's true motivation is to protect privacy or avoid "uncontrolled circulation," the Protective Order entered by this Court should more than suffice. But recent press reports suggest FINMA may also be trying to provide cover for Credit Suisse from investor lawsuits like this one. See https://www.swissinfo.ch/eng/banking-fintech/swiss-regulator-seeks-to-block-investors-from-accessing-credit-suisse-at1-files/75024787 (FINMA told a Swiss court that producing FINMA documents "would greatly increase the risk of uncontrolled circulation of the procedural documents and that these documents would be used against the Swiss Confederation or the bank [Credit Suisse] in arbitration and civil proceedings, circumventing the procedural rules applicable to civil proceedings[.]").

MEMO ENDORSED

**K S F**
KAHN SWICK & FOTI, LLC

    For these reasons, while we understand Your Honor's standard practice is to refer discovery disputes to the Magistrate Judge, Plaintiff thought in this specific circumstance Your Honor may prefer to resolve this issue directly, especially considering the outcome will substantially impact both the *Diabat* and *Core Capital* cases going forward, and the dispute could be more efficiently disposed of by Your Honor since a referral to the Magistrate Judge would likely result in an objection by the losing side. Plaintiff stands ready to brief or address this issue in front of Your Honor, but if Your Honor prefers the parties go to the Magistrate Judge instead, Plaintiff respectfully requests an order of reference.

                                              Respectfully submitted,

                                              /s/ *Kim E. Miller*
                                              Kim E. Miller

Cc: All Counsel of Record via ECF