**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS<br><br>This matter relates to:<br><br>*Diabat* | No. 23-cv-5874 (CM)<br>No. 23-cv-9287 (CM)<br>No. 25-cv-934 (CM) |

### NOTICE OF LEAD PLAINTIFF ALI DIABAT'S MOTION TO COMPEL DEFENDANT CREDIT SUISSE GROUP AG TO PRODUCE DOCUMENTS

**PLEASE TAKE NOTICE** that Lead Plaintiff Professor Ali Diabat, upon the accompanying Memorandum of Law and Declaration of Kim E. Miller, and the exhibits attached thereto, and pursuant to the Court's Memo Endorsement dated September 3, 2025 (ECF No. 144), hereby moves this Court, before the Honorable Colleen McMahon, United States District Judge for the Southern District of New York, for an order compelling Defendant Credit Suisse Group AG to produce documents redacted or withheld on the basis that they contain or implicate FINMA's confidential supervisory information.

DATED: September 22, 2025

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

 */s/ Kim E. Miller*
Kim E. Miller (KM-6996)
250 Park Avenue, 7th Floor
New York, New York 10177
Telephone: (212) 696-3730
E-Mail: kim.miller@ksfcounsel.com

-and-

Craig J. Geraci, Jr. (admitted *pro hac vice*)
Matthew P. Woodard (admitted *pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, Louisiana 70163

1

Telephone: (504) 455-1400
Email: craig.geraci@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com

-and-

J. Ryan Lopatka (admitted *pro hac vice*)
161 N. Clark Street, Suite 1700
Chicago, Illinois 60601
Telephone: (312) 759-9700
E-Mail: j.lopatka@ksfcounsel.com

*Counsel for Lead Plaintiff Professor Ali Diabat
and Lead Counsel for the Class*

2