**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS<br><br>This matter relates to:<br><br>    *Diabat* | No. 23-cv-5874 (CM)<br>No. 23-cv-9287 (CM)<br>No. 25-cv-934 (CM) |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF
LEAD PLAINTIFF ALI DIABAT'S MOTION TO COMPEL DEFENDANT
<u>CREDIT SUISSE GROUP AG TO PRODUCE DOCUMENTS</u>**

I, Kim E. Miller, hereby declare as follows:

1.      I am a member in good standing of the bar of New York. I am a partner of the law firm of Kahn Swick & Foti, LLC, Lead Counsel for Lead Plaintiff Ali Diabat and the Class. I respectfully submit this Declaration in Support of Lead Plaintiff's Motion to Compel Defendant Credit Suisse Group AG to Produce Documents in the above-captioned action. I have personal knowledge of the facts and circumstances set forth below.

2.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of Plaintiff's First Set of Merits Requests for Production of Documents, dated December 4, 2024.

3.      Attached as <u>Exhibit B</u> is a true and correct copy of Defendants' Responses and Objections to Plaintiff's Second Set of Merits Requests for Production of Documents, dated February 10, 2025.

4.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of excerpts of a certified English translation of "Conduct of federal authorities in the context of the Credit Suisse crisis," published by the Swiss Parliamentary Investigation Committee on December 17, 2024.

1

5.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of an email from Nicholas Matuschak of Cahill Gordon Reindel LLP to Craig Geraci of Kahn Swick & Foti, LLC, et al., dated September 8, 2025.

6.      Attached hereto as <u>Exhibit E</u> is a true and correct copy of a letter from Jason Hall of Cahill Gordon Reindel LLP to Craig Geraci of Kahn Swick & Foti, LLC, dated July 29, 2025.

7.      Attached hereto as <u>Exhibit F</u> is a true and correct copy of an email from Nicholas Matuschak of Cahill Gordon Reindel LLP to Craig Geraci of Kahn Swick & Foti, LLC, et al., dated August 15, 2025.

8.      Attached hereto as <u>Exhibit G</u> is a true and correct copy of the article, "Swiss regulator seeks to block investors from accessing Credit Suisse AT1 files," *Financial Times*, 4 Apr. 2024, obtained on September 19, 2025 from https://www.ft.com/content/98defa96-3be9-40e7-a049-4ec102964778.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2025, in Greenwich, Connecticut.


/s/ *Kim E. Miller*
Kim E. Miller

2