# EXHIBIT D

**Monday, September 22, 2025 at 4:14:18 PM Central Daylight Time**

| | |
|---|---|
| **From:** | Matuschak, Nicholas N. <NMatuschak@cahill.com> |
| **Sent:** | Monday, September 8, 2025 3:47 PM |
| **To:** | Craig Geraci; Hall, Jason M. |
| **Cc:** | 'Brian Calandra'; Roy, Tammy; Torres, Ivan; Moss, Edward; Matthew Woodard; Kim Miller; J. Lopatka; 'Hamilton, Elizabeth'; Canellos, George; Culpepper, Brent; 'Vogele, Jessica'; Ewald, Sylvia; Kate L. Doniger; Strassberg, Richard M; Sean Hecker; Roeser, Daniel P; Bartlett, Wrenne; Guy Yedwab; Jared Rabinowitz; Jyoti Kehl |
| **Subject:** | [EXTERNAL] RE: In re Credit Suisse Securities Fraud Class Actions |

 External (nmatuschak@cahill.com)

Craig:

We agree to your proposed schedule.  And as discussed on Friday, we agree we don't need to file anything with the Court memorializing the schedule given that we have agreed among ourselves.

In addition, following up on our call last week, we confirm that we view the outcome of your upcoming motion to be applicable to documents regardless of where they are produced from.  For example, if the court were to rule that a given category of FINMA communications may not be withheld or redacted, CS would not later invoke the Swiss blocking statute as a separate grounds for withholding FINMA communications—subject, of course, to any broader agreements the parties may enter concerning the production of documents from Switzerland like the one the parties reached prior to CS's class-certification production in January of this year.  Note, however, that we reserve rights to meet and confer further on this issue if, for example, the need arises to redact the names of third parties or individuals whose identities are not relevant to litigation issues pursuant to Swiss law.

Finally, following up on your question on Friday concerning CS's position on the motion, we are waiting to understand how FINMA will respond so are not yet certain what position CS will take.  As discussed, we will give you a further update as soon as we know more.

Sincerely,
Nick

_____

**Nicholas N. Matuschak | Counsel**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3279 | NMatuschak@cahill.com
www.cahill.com

**From:** Craig Geraci <Craig.Geraci@ksfcounsel.com>
**Sent:** Wednesday, September 3, 2025 7:19 PM
**To:** Hall, Jason M. <JHall@Cahill.com>; Matuschak, Nicholas N. <NMatuschak@cahill.com>
**Cc:** 'Brian Calandra' <bcalandra@pomlaw.com>; Roy, Tammy <TRoy@Cahill.com>; Torres, Ivan <ITorres@cahill.com>; Moss, Edward <EMoss@cahill.com>; Matthew Woodard <Matthew.Woodard@ksfcounsel.com>; Kim Miller <Kim.Miller@ksfcounsel.com>; J. Lopatka <J.Lopatka@ksfcounsel.com>; 'Hamilton, Elizabeth' <EHamilton@milbank.com>; Canellos, George <GCanellos@milbank.com>; Culpepper, Brent <BCulpepper@milbank.com>; 'Vogele, Jessica' <jvogele@goodwinlaw.com>; Ewald, Sylvia <sewald@goodwinlaw.com>;

Kate L. Doniger <kdoniger@heckerfink.com>; Strassberg, Richard M <rstrassberg@goodwinlaw.com>; Sean Hecker <shecker@heckerfink.com>; Roeser, Daniel P <droeser@goodwinlaw.com>; Bartlett, Wrenne <wbartlett@goodwinlaw.com>; Guy Yedwab <gyedwab@pomlaw.com>; Jared Rabinowitz <jrabinowitz@pomlaw.com>; Jyoti Kehl <Jyoti.Kehl@ksfcounsel.com>
**Subject:** In re Credit Suisse Securities Fraud Class Actions

Jason and Nick,

For our forthcoming motion to compel, does the following briefing schedule work on your end?

Motion due Monday, September 22 (18 days from 9/4)
Opposition due Friday, October 10 (18 days from 9/22)
Reply due Friday, October 17 (7 days from 10/10)

Best,

**Craig J. Geraci, Jr.**
*Partner*



KAHN SWICK & FOTI, LLC

1100 Poydras Street, Suite 960
New Orleans, Louisiana 70163
(504) 648-0178 Direct
(504) 261-5174 Mobile
https://ksfcounsel.com

Kahn Swick & Foti, LLC · New Orleans · New York · Delaware · Chicago · New Jersey · Luxembourg* — Kahn Swick & Foti, LLP · Los Angeles

THIS MESSAGE IS PRIVILEGED LAWYER-CLIENT COMMUNICATION, OR IS CONFIDENTIAL, OR BOTH. IT IS DIRECTED ONLY TO THE INDIVIDUALS AND ENTITIES NAMED ABOVE, AND ITS UNAUTHORIZED USE BY OTHERS IS PROHIBITED. IF YOU ARE NOT NAMED AS A RECIPIENT, DO NOT READ, COPY, DISTRIBUTE, DISSEMINATE, OR RETAIN IT. IF YOU DO RECEIVE THIS E-MAIL BY MISTAKE, PLEASE E-MAIL INFO@KSFCOUNSEL.COM.

We remind you that an attorney-client relationship will not be created until both you and Kahn Swick & Foti, LLC, owner of ksfcounsel.com and other websites, agree to do so in writing. We will inform you about our willingness to create a relationship after we have evaluated the information you have submitted.

* For representative purposes only.

* * * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system.  Thank you.