**Monday, September 22, 2025 at 3:35:12 PM Central Daylight Time**

| | |
|---|---|
| **Subject:** | [EXTERNAL] In re Credit Suisse Securities Litigation |
| **Date:** | Friday, August 15, 2025 at 11:06:54 AM Central Daylight Time |
| **From:** | Matuschak, Nicholas N. |
| **To:** | Kim Miller, J. Lopatka, Craig Geraci, Matthew Woodard, 'Brian Calandra' |
| **CC:** | 'Vogele, Jessica', Culpepper, Brent, Kate L. Doniger, Canellos, George, Strassberg, Richard M, Sean Hecker, Roeser, Daniel P, Hall, Jason M., Roy, Tammy, Moss, Edward |
| **Attachments:** | inky-injection-inliner-6f42d488d348cfcd86bff9497caf9f6a.png, inky-injection-inliner-209b06d63f3139b7bbda7129634c80da.png, In re Credit Suisse - CS Search Term Response.XLSX |

 External (nmatuschak@cahill.com)

Counsel:

We write to follow up on two discovery items.

First, FINMA has confirmed that it is asserting supervisory privilege over documents requested in this action that implicate communications with FINMA. Specifically, FINMA has instructed Credit Suisse:

> After thorough review, we inform you that the requested materials constitute confidential supervisory information that falls within the scope of the supervisory privilege. As such, and in accordance with applicable legal provisions and established regulatory practice, FINMA invokes a supervisory privilege in this matter. The supervisory privilege is effective for one year. FINMA reserves the right to extend this period should the circumstances requiring the protection of the information continue to apply.

Second, attached is our response to Plaintiff's proposed additional search terms. The first tab of the spreadsheet provides hit counts across each of the proposed additional terms (not including terms Plaintiff has previously agreed to withdraw) and CS's response to each, and the second tab provides CS's counterproposal. As reflected in the attached, CS's counterproposal would result in the review of a significant number of additional documents – at least 87,000 or so. (Please note that the numbers in this spreadsheet do not include hits on the US emails of Mirko Bianchi and Richard Meddings, so the actual numbers will likely increase.)

To be clear, any statements in the attached spreadsheet indicating that CS agrees to use a given term or take other steps are contingent on Plaintiff agreeing to CS's counterproposal; if Plaintiff proposes further changes, CS reserves its right to propose that additional terms be revised or omitted if necessary to avoid an undue burden.

Please let us know when you are available to meet and confer further.

Sincerely,
Nick

_____

**Nicholas N. Matuschak | Counsel**

**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3279 | NMatuschak@cahill.com
www.cahill.com

2 of 2

* * * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system.  Thank you.