**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: CREDIT SUISSE SECURITIES FRAUD CLASS
ACTIONS

This matter relates to:

    *Diabat*

Case No. 1:23-cv-05874-CM

## DECLARATION OF NICHOLAS N. MATUSCHAK

I, Nicholas N. Matuschak, at 32 Old Slip, New York, NY 10005, state:

1.    I am counsel at Cahill Gordon & Reindel LLP, attorneys for Defendant Credit Suisse Group AG ("CS") in the above-captioned action, and am authorized to practice law in this Court.  I submit this declaration in support of CS's October 10, 2025 Memorandum of Law in Opposition to Plaintiff's Motion to Compel.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of a German-language document from the Swiss financial market supervisory authority ("FINMA") titled *Verfügung der Eidgenössischen Finanzmarktaufsicht FINMA vom 8. Oktober 2025 in Sachen UBS Group AG (als Rechtsnachfolgerin der Credit Suisse Group AG), Bahnhofstrasse 45, 8001 Zürich betreffend Zustimmungserfordernis (Supervisory Privilege) betreffend Aktenherausgabe aus dem Aufsichtsverhältnis gemäss Art. 42c Abs. 5 FINMAG im US-Verfahren Case 1:23-cv-5874 (S.D.N.Y.)* (the "FINMA Order").

3.    Attached hereto as **Exhibit 2** is a true and correct copy of a certified English translation of the FINMA Order.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 10th day of October 2025.

_____
Nicholas N. Matuschak