**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS <br><br> This matter relates to: <br><br> *Diabat* | No. 23-cv-5874 (CM) <br> No. 23-cv-9287 (CM) <br> No. 25-cv-934 (CM) |

**SUPPLEMENTAL DECLARATION OF KIM E. MILLER IN FURTHER SUPPORT OF LEAD PLAINTIFF ALI DIABAT'S MOTION TO COMPEL DEFENDANT <u>CREDIT SUISSE GROUP AG TO PRODUCE DOCUMENTS</u>**

I, Kim E. Miller, hereby declare as follows:

1.      I am a member in good standing of the bar of New York. I am a partner of the law firm of Kahn Swick & Foti, LLC, Lead Counsel for Lead Plaintiff Ali Diabat and Class Counsel. I respectfully submit this Declaration in Support of Lead Plaintiff's Motion to Compel Defendant Credit Suisse Group AG to Produce Documents in the above-captioned action. I have personal knowledge of the facts and circumstances set forth below.

2.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of an interview with Colm Kelleher published by Blick on October 1, 2024, published in French and translated via Google Translate, available at https://www.blick.ch/fr/suisse/le-president-dubs-et-cerveau-derriere-le-rachat-de-credit-suisse-a-credit-suisse-il-y-avait-des-cow-boys-qui-ne-pensaient-qua-leur-propre-interet-id20186822.html (last accessed October 16, 2024).

3.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of excerpts of a certified English translation of "Conduct of federal authorities in the context of the Credit Suisse crisis," published by the Swiss Parliamentary Investigation Committee on December 17, 2024.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2025, in Greenwich, Connecticut.

/s/ *Kim E. Miller*
Kim E. Miller