# EXHIBIT B

while UBS posted a sharp rise in profits, Credit Suisse's return on assets was negative, and the market "continues to value UBS more positively than Credit Suisse" [798]. It also highlights the great importance of commercial risks for both major banks [799]. The report of 2022 also mentions the PLB for the first time, highlighting the Federal Council's intention to introduce this system, enabling the SNB to allocate liquidity to a systemically important bank by providing a loan guaranteed by the Confederation [800].

According to some of the people interviewed by PlnC, the Financial Stability Report is not intended to prevent bank-specific problems, such as those that led to the Credit Suisse crisis, as it deals with macroeconomic issues[801]. The report does, however, highlight the main trends, and provides a basis for assessing financial stability and deciding whether or not any further measures are required.

*Discussions between the SNB and FINMA regarding financial stability reports*

These financial stability reports are among the topics discussed at regular meetings between FINMA and the SNB in connection with financial stability (see chapter 3.6.2). In connection with the events leading up to the Credit Suisse crisis, it is interesting to note that the 2022 report, which for the first time makes explicit reference to Credit Suisse's delicate situation, was discussed at the meeting between the FINMA Board of Directors and the SNB Governing Board on June 29, 2022, and also at the meeting of the SNB-FINMA Steering Committee on May 31, 2022. At this meeting in May, the loss of confidence facing the bank was mentioned in the accompanying documents[802]. The SNB is referring to the loss of confidence, the capital situation of Credit Suisse's parent company, the increased loss potential and the deterioration in overall profitability. With regard to Credit Suisse's parent company, the SNB believes that action is needed to strengthen its capital base, in particular by repatriating capital from subsidiaries. Those present mentioned the change of strategy announced by Credit Suisse and the fact that capital reserves are low, so that the next incident could be critical[803]. During this session, the president of the SNB already asked how to break this negative spiral, without a concrete measure being decided at that time[804].

### 5.5.3    Extraordinary liquidity assistance (ELA)

The SNB main instrument in the event of financial instability is the possibility of granting a bank extraordinary liquidity assistance (ELA) as the ultimate lender (LoLR) (see chap. 2.2). Although this instrument is only used in the event of a crisis (see chap. 7.2.2.5), in recent years the SNB has been considering its use, as described below.

Thanks to the ELA, the BSN can provide liquidity to a bank that is no longer in a position to refinance its operations on the market. As explained above (see chap. 2.2), the BSN internal guidelines specify the conditions for granting such assistance: the bank requesting the assistance must be an SIB,

---

[798]   SNB (2022): Financial stability report 2022, p. 6
[799]   SNB (2022): Financial stability report 2022, p. 27
[800]   SNB (2022): Financial stability report 2022, p. 32
[801]   Various written answers to the PlnC of 18.3.2024, 26.3.2024, 8.4.2024
[802]   Situation in the banking sector, SNB PowerPoint presentation for the SNB-FINMA Steering Committee meeting of 31.5.2022, p. 9 [in German].
[803]   "The [capital] buffers are low, however, so that the next incident could be critical", minutes of the meeting of the SNB-FINMA Board of Directors of 31.5.2022
[804]   Minutes of the SNB-FINMA Governing Board meeting of 31.5.2022

# CERTIFICATE OF TRANSLATION

Translation from French to English

The undersigned, J.W.P. van Buren, representative of JK Translate, certifies herewith that the attached document contains a true and faithful translation of the original document.

**JK TRANSLATE**

ATA Corporate Member 270646

www.jktranslate.com
info@jktranslate.com

March 24, 2025



**MEMBER**
American Translators Association

ATA Corporate Member
270646

JK Translate | Stadionweg 41-B | 3077 AS Rotterdam | P.O. Box 50548 - 3007 JA Rotterdam - The Netherlands
+31(0)10-2680551 | info@jktranslate.com | www.jktranslate.com
CCI number: 34356993 | VAT: NL821208858B02 | IBAN: NL15RABO0302372938 (€,$,£ ) | BIC/SWIFT: RABONL2U