UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS

This matter relates to:

<u>Diabat</u>

CIVIL ACTION No. 23 Civ. 5874 (CM) (SLC)

**IN-PERSON CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for discovery disputes, (Dkt. No. 155), including Lead Plaintiff Professor Ali Diabat's motion to compel Defendant Credit Suisse Group AG ("Credit Suisse") to produce certain documents. (Dkt. No. 146–148 (the "Motion")). Credit Suisse opposes the Motion. (Dkt. No. 150–152). An <u>in-person</u> conference to discuss the Motion is scheduled for **October 30, 2025, at 2:30 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York, 10007. Any participant requesting permission to bring an electronic device (<u>e.g.</u>, cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **October 24, 2025**. The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Dated:   New York, New York
         October 22, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge