UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS | |
|---|---|
| This matter relates to: | CIVIL ACTION No. 23 Civ. 5874 (CM) (SLC) |
| Diabat | **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the in-person conference (the "Conference") held on October 30, 2025 to discuss Lead Plaintiff Professor Ali Diabat's motion to compel Defendant Credit Suisse Group AG to produce certain documents (Dkt. No. 146–148 (the "Motion")), a telephone conference to discuss the Motion is scheduled for **November 19, 2025, at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.  The Court holds the Motion **IN ABEYANCE** pending the telephone conference on November 19, 2025.  The parties shall order a copy of the Conference transcript online at https://www.sdreporters.com/ by **November 6, 2025**

Dated:      New York, New York
            October 30, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**