UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS

This matter relates to:

Diabat

CIVIL ACTION No. 23 Civ. 5874 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference (the "Conference") held on November 19, 2025 to discuss Lead Plaintiff Professor Ali Diabat's motion to compel Defendant Credit Suisse Group AG ("Credit Suisse") to produce certain documents (Dkt. No. 146–148 (the "Motion")), another telephone conference to discuss the Motion is scheduled for **December 11, 2025, at 10:00 a.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.  On or before **December 9, 2025**, the parties shall file a joint letter setting forth the status of the parties' efforts to resolve the Motion and Credit Suisse's communications with FINMA concerning the Motion.

The Court continues to hold the Motion **IN ABEYANCE** pending the telephone conference on December 11, 2025.  The parties shall order a copy of the Conference transcript using the annexed form by **November 26, 2025**.

Dated: New York, New York
       November 19, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge