# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| 1990 K STREET, N.W.<br>WASHINGTON, DC 20006<br>(202) 862-8900 | 221 W. 10th STREET<br>WILMINGTON, DE 19801<br>(302) 884-0000 | 20 FENCHURCH STREET<br>LONDON EC3M 3BY<br>+44 (0) 20 7920 9800 |
|---|---|---|

December 9, 2025

Re:   *In re Credit Suisse Securities Fraud Class Action*, Case No. 1:23-cv-05874-CM (S.D.N.Y.)

Dear Judge Cave:

We represent Defendant Credit Suisse Group AG ("CS") in the above-captioned action. Pursuant to this Court's November 19, 2025 Order (ECF No. 162), we write jointly with counsel for Lead Plaintiff Ali Diabat ("Plaintiff" and, with CS, the "Parties") to provide an update concerning (1) the Parties' discussions concerning the list of written (or potentially written) communications referenced in one or both of the public reports at issue to be presented to FINMA (the "Written Communications") and (2) CS's discussions with FINMA concerning the seven communications[1] already identified in the United States that appear to match communications referenced in the public reports (the "Initial Documents").

With respect to the Parties' discussions concerning the list of Written Communications, the Parties have reached agreement on a current list of communications that, to the extent located by CS—either via targeted searches, during the course of its broader document review, or by any other means—will be presented to FINMA so that FINMA may inform CS whether it agrees that each such communication may be produced to Plaintiffs in this action. CS anticipates providing such documents to FINMA on a rolling basis, and has agreed to keep Plaintiff's counsel updated as to the number of documents on the Parties' agreed-upon list that it believes it has located and provided to FINMA. By agreeing to the current list of Written Communications, Plaintiff is not conceding that these are the only Written Communications referenced in the public reports, and he will confer with CS if he believes additional Written Communications are located during broader document discovery or by any other means.

With respect to FINMA's position as to the seven Initial Documents, we have had a series of discussions with FINMA and understand that FINMA will provide its position on these documents within a matter of days. If Your Honor wishes, we would be happy to submit a further letter update to the Court setting forth FINMA's position once known.

In light of the above, the Parties do not view the follow-up teleconference currently scheduled for this Thursday, December 11 at 10:00 a.m. as necessary—but, of course, stand ready

---

[1] During the Parties' November 19, 2025 telephone conference with Your Honor (the "November 19 Conference"), we made reference to "seven to ten" documents that had been identified in the United States, but have since confirmed the exact number of documents falling into this initial set is seven.

CAHILL GORDON & REINDEL LLP

-2-

to participate if Your Honor prefers to keep the conference on the calendar.  Subject to Your Honor's preferences, the Parties further propose that—in addition to the letter update referenced above—every 30 days hereafter, the Parties submit a joint status update letter to Your Honor addressing discovery status and any issues that have arisen, and indicating whether the Parties believe a conference with Your Honor would be helpful to address any such disputes or issues.

Respectfully submitted,

| KAHN SWICK & FOTI, LLC | CAHILL GORDON & REINDEL LLP |
|---|---|
| By: /s/ Craig J. Geraci, Jr. | By: /s/ Jason M. Hall |
| Kim E. Miller (KM-6996) | Herbert S. Washer |
| J. Ryan Lopatka (admitted *pro hac vice*) | Jason M. Hall |
| 250 Park Avenue, 7th Floor | Edward N. Moss |
| New York, NY 10177 | Tammy L. Roy |
| Telephone: (212) 696-3732 | Nicholas N. Matuschak |
| Facsimile: (504) 455-1498 | 32 Old Slip |
| Email: kim.miller@ksfcounsel.com | New York, New York 10005 |
| Email: j.lopatka@ksfcounsel.com | (212) 701-3000 |
| | hwasher@cahill.com |
| -and- | jhall@cahill.com |
| | emoss@cahill.com |
| Craig J. Geraci, Jr. (admitted *pro hac vice*) | troy@cahill.com |
| Matthew P. Woodard (admitted *pro hac vice*) | nmatuschak@cahill.com |
| 1100 Poydras Street, Suite 960 | |
| New Orleans, LA 70163 | *Counsel for Defendant Credit Suisse* |
| Telephone: (504) 455-1400 | *Group AG* |
| Facsimile: (504) 455-1498 | |
| Email: craig.geraci@ksfcounsel.com | |
| Email: matthew.woodard@ksfcounsel.com | |

*Counsel for Lead Plaintiff Ali Diabat and Lead Counsel for the Class*

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 18A
New York, New York 10007

**VIA ECF**

cc:     All Counsel of Record