UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS

This matter relates to:

Diabat

CIVIL ACTION No. 23 Civ. 5874 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the letter at Dkt. No. 167 submitted jointly by Lead Plaintiff Ali Diabat ("Plaintiff") and Defendant Credit Suisse Group AG ("Credit Suisse") regarding Plaintiff's motion to compel Credit Suisse to produce certain documents (Dkt. No. 146–148 (the "Motion")). (Dkt. No. 167).  The Court appreciates the parties' agreement on the list of communications referenced in the public reports at issue that will be presented to FINMA so that FINMA may inform Credit Suisse whether it agrees that each communication may be produced.  (See Dkt. No. 167 at 1).

With respect to FINMA's position as to the documents that were already identified in the United States that appear to match communications referenced in the public reports (the "Initial Documents"), in light of Credit Suisse's expectation that FINMA will provide its position on the Initial Documents "in a matter of days," (Dkt. No. 167 at 1), the telephone conference scheduled for December 11, 2025 at 10:00 a.m. ET, (Dkt. No. 162), is **ADJOURNED** to **December 18, 2025 at 2:15 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.  On or before **December 16, 2025**, Credit Suisse shall file a letter setting forth the status of its communications with FINMA concerning the

Initial Documents.

Dated:    New York, New York
         December 9, 2025                    SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2