UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS | CIVIL ACTION No. 23 Civ. 5874 (CM) (SLC) |
|---|---|
| This matter relates to: | |
| <u>Diabat</u> | **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on December 18, 2025, (the "Conference"), to discuss Lead Plaintiff Professor Ali Diabat's motion to compel Defendant Credit Suisse Group AG ("Credit Suisse") to produce certain documents (Dkt. No. 146–148 (the "Motion")) the Court **ORDERS** the following:

1. The parties shall file a joint letter setting forth the status of their efforts to resolve Plaintiffs' requests for production of Credit Suisse's communications with FINMA concerning by **January 20, 2026**, and every **30 days thereafter**.

2. In light of FINMA's consent to produce, with certain restrictions, the seven communications identified in the United States that appear to match communications referenced in public reports, (<u>see</u> Dkt. No. 169), and the parties' continued collaborative efforts, (<u>see</u> Dkt. Nos. 167; 169), the Motion is **ADMINISTRATIVELY CLOSED**.  Accordingly, the Court respectfully directs the Clerk of Court to close Dkt. No. 146.  In the event the parties are unable to resolve the Motion, Credit Suisse's communications FINMA come to a halt, or it otherwise becomes necessary for the Court to issue a ruling on the Motion, the parties may request that the Court reopen the Motion and issue a ruling.

3. The parties shall order a copy of the Conference transcript by **December 23, 2025** using the annexed form.

Dated:      New York, New York
           December 18, 2025          SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|