# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| | | |
|---|---|---|
| 1990 K STREET, N.W.<br>WASHINGTON, DC 20006<br>(202) 862-8900 | 221 W. 10th STREET<br>WILMINGTON, DE 19801<br>(302) 884-0000 | 20 FENCHURCH STREET<br>LONDON EC3M 3BY<br>+44 (0) 20 7920 9800 |

January 20, 2026

Re:   *In re Credit Suisse Securities Fraud Class Action*, Case No. 1:23-cv-05874-CM-SLC (S.D.N.Y.)

Dear Judge Cave:

We represent Defendant Credit Suisse Group AG ("CS") in the above-captioned action (the "Action") and, consistent with Your Honor's December 18, 2025 order (ECF No. 170), write jointly with counsel for Lead Plaintiff Ali Diabat ("Plaintiff") to provide an update to Your Honor concerning the status of CS's identification of FINMA communications referenced in one or both of the two applicable public reports.

On December 19, 2025, CS produced to Plaintiff the seven initial, U.S.-based documents FINMA previously permitted CS to produce.

Both before and after that date, attorneys for CS have conducted searches for additional in-scope documents located in the United States and Switzerland. CS has identified approximately 25 additional documents included on the list previously agreed with Plaintiffs. Most of these documents are stored in Switzerland. CS is working diligently to identify the remaining documents as quickly as possible. To maximize efficiency, and to minimize the burden imposed on FINMA by multiple rounds of review, CS is endeavoring to assemble a significant tranche of documents to be submitted to FINMA in the coming days. CS will then share FINMA's position as to each of those documents with Plaintiff's counsel promptly after FINMA makes that position known to CS.

To the extent CS identifies further documents thereafter, CS anticipates following the same process. CS will inform Plaintiff's counsel and the Court when it believes it has located all of the documents it can based on reasonable targeted searches in the United States and Switzerland.

For the Court's visibility, the parties also provide this brief update on the status of document discovery:

- To date, CS has produced approximately 25,000 documents,[1] totaling 164,000 pages, primarily from U.S. sources, anticipates making another production of approximately 3,500 U.S. documents, totaling approximately 19,000 pages, in the

---

[1] Plaintiff wishes to point out that approximately 10,000 of these documents are "non-responsive attachment" slipsheets or "zero-byte or other unreadable files," around 2,800 were fully withheld for privilege, and more than 1,400 are embedded Excel files.

CAHILL GORDON & REINDEL LLP

-2-

coming days, and continues to review, and anticipates making rolling productions of, additional U.S. documents hitting on the parties' agreed-upon search terms. CS will endeavor to complete this portion of its U.S. document productions in the coming months.

- In addition, the parties recently finalized a protocol for a technology-assisted review ("TAR") of additional U.S. documents not hitting on the parties' agreed-upon search terms but that may nonetheless be responsive to Plaintiff's document requests. CS anticipates starting this TAR review within the next week.

- The parties anticipate meeting and conferring in the near term to discuss an approach to CS's production of Swiss-based documents.

- On December 5, 2025, Plaintiff and the other lead plaintiffs in the consolidated action served additional document requests on UBS Group AG ("UBS"). UBS served responses and objections to those requests on January 19, 2026, and the parties anticipate meeting and conferring further in the near term.

CAHILL GORDON & REINDEL LLP

-3-

                                            Respectfully submitted,

| **KAHN SWICK & FOTI, LLC** | **CAHILL GORDON & REINDEL LLP** |
|---|---|
| By: /s/ Craig J. Geraci, Jr. | By: /s/ Jason M. Hall |
| Kim E. Miller (KM-6996) | Herbert S. Washer |
| J. Ryan Lopatka (admitted *pro hac vice*) | Jason M. Hall |
| 250 Park Avenue, 7th Floor | Edward N. Moss |
| New York, NY 10177 | Tammy L. Roy |
| Telephone: (212) 696-3732 | Nicholas N. Matuschak |
| Facsimile: (504) 455-1498 | 32 Old Slip |
| Email: kim.miller@ksfcounsel.com | New York, New York 10005 |
| Email: j.lopatka@ksfcounsel.com | (212) 701-3000 |
| | hwasher@cahill.com |
| -and- | jhall@cahill.com |
| | emoss@cahill.com |
| Craig J. Geraci, Jr. (admitted *pro hac vice*) | troy@cahill.com |
| Matthew P. Woodard (admitted *pro hac vice*) | nmatuschak@cahill.com |
| 1100 Poydras Street, Suite 960 | |
| New Orleans, LA 70163 | *Counsel for Defendant Credit Suisse* |
| Telephone: (504) 455-1400 | *Group AG* |
| Facsimile: (504) 455-1498 | |
| Email: craig.geraci@ksfcounsel.com | |
| Email: matthew.woodard@ksfcounsel.com | |
| | |
| *Counsel for Lead Plaintiff Ali Diabat and* | |
| *Lead Counsel for the Class* | |

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 18A
New York, New York 10007

**VIA ECF**

cc:     All Counsel of Record