# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| 1990 K STREET, N.W. | 221 W. 10th STREET | 20 FENCHURCH STREET |
|---|---|---|
| WASHINGTON, DC 20006 | WILMINGTON, DE 19801 | LONDON EC3M 3BY |
| (202) 862-8900 | (302) 884-0000 | +44 (0) 20 7920 9800 |

March 23, 2026

Re:    *In re Credit Suisse Securities Fraud Class Action*, Case No. 1:23-cv-05874-CM-SLC (S.D.N.Y.)

Dear Judge Cave:

We represent Defendant Credit Suisse Group AG ("CS") in the above-captioned action (the "Action") and, consistent with Your Honor's January 21, 2026 order (ECF No. 174), write jointly with counsel for Lead Plaintiff Ali Diabat ("Plaintiff") to provide an update to Your Honor concerning the status of CS's identification of FINMA communications referenced in one or both of the two applicable public reports.

As referenced in the parties' prior update (*see* ECF No. 175), CS submitted 21 additional documents to FINMA for consideration on or about February 12, 2026.  On February 26, 2026, FINMA informed CS that it will allow CS to produce six of the 21 documents CS has submitted, but has not at this time agreed to allow CS to produce the remaining 15 documents.  Counsel for CS and Plaintiff have met and conferred on this point, and Plaintiff intends to move to compel the production of at least some (and possibly all) of these documents in the event FINMA refuses to allow CS to produce the remaining 15 documents.[1]

CS also remains in the process of identifying additional in-scope FINMA communications located in Switzerland, and believes it will likely be in a position to submit at least one additional set of communications to FINMA in the near future.

The parties also provide this brief update on the status of document discovery since the submission of the parties' last letter to Your Honor (*see* ECF No. 175):

- On March 13, 2026, CS produced approximately 5,000 additional U.S.-based documents (approximately 20,300 pages).  CS continues to review the remaining documents hitting on agreed-upon search terms and additional documents from the

---

[1] Plaintiff would also like to point out that even though FINMA allowed CS to produce six documents almost a month ago, CS still has not produced any to Plaintiff.  CS observes, in response, that—as CS has explained to Plaintiff—its production of the six documents at issue has required more time than its production of the initial set of documents FINMA permitted CS to produce because (1) many of the documents originated in Switzerland and the parties had not agreed on a protocol for transferring documents out of Switzerland in a way compliant with Swiss law until recently and (2) at least one of the documents at issue was also sent to the Swiss National Bank, meaning that CS also needs to obtain that entity's approval before producing the document.

-2-

parties' agreed-upon TAR review process, and anticipates continuing to make rolling productions of U.S.-based documents.

- The parties have agreed to use a TAR-based approach to review CS documents located in Switzerland, and have also agreed to a protocol for the production of Swiss-based documents that is compliant with Swiss law. CS has begun its review of Swiss-based documents and anticipates being in a position to make its first production of such documents in the near future.

- On March 17, 2026, counsel for Plaintiff provided counsel for CS a list of approximately 380 documents appearing on CS's privilege logs to date that Plaintiff believes may reference or implicate a FINMA communication referenced in one or both of the relevant public reports. CS is in the process of reviewing Plaintiff's list.

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

By: /s/ Craig J. Geraci, Jr.
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted *pro hac vice*)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

-and-

Craig J. Geraci, Jr. (admitted *pro hac vice*)
Matthew P. Woodard (admitted *pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: craig.geraci@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com

*Counsel for Lead Plaintiff Ali Diabat and*
*Lead Counsel for the Class*

**CAHILL GORDON & REINDEL LLP**

By: /s/ Jason M. Hall
Herbert S. Washer
Jason M. Hall
Edward N. Moss
Tammy L. Roy
Nicholas N. Matuschak
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
troy@cahill.com
nmatuschak@cahill.com

*Counsel for Defendant Credit Suisse*
*Group AG*

C<span>AHILL</span> G<span>ORDON</span> & R<span>EINDEL</span> <span>LLP</span>

-3-

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 18A
New York, New York 10007

**VIA ECF**

cc:      All Counsel of Record