# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| 1990 K STREET, N.W. | 221 W. 10th STREET | 20 FENCHURCH STREET |
| WASHINGTON, DC 20006 | WILMINGTON, DE 19801 | LONDON EC3M 3BY |
| (202) 862-8900 | (302) 884-0000 | +44 (0) 20 7920 9800 |

April 22, 2026

Re:    *In re Credit Suisse Securities Fraud Class Action*, Case No.
1:23-cv-05874-CM-SLC (S.D.N.Y.)

Dear Judge Cave:

We represent Defendant Credit Suisse Group AG ("CS") in the above-captioned action (the "Action") and, consistent with Your Honor's January 21, 2026 order (ECF No. 174), write jointly with counsel for Lead Plaintiff Ali Diabat ("Plaintiff") to provide an update to Your Honor concerning the status of CS's identification of FINMA communications referenced in one or both of the two applicable public reports (the "Public Reports").

On March 30, 2026, CS produced five of the six documents referenced in the parties' prior update (the "March 2026 Update"; *see* ECF No. 176). CS produced the remaining document on April 21, 2026 after receiving permission from the Swiss National Bank (which was also a recipient of the document at issue).

Also on or about April 21, 2026, CS submitted an additional 16 documents to FINMA that may correspond to references in the Public Reports. FINMA has not yet provided its position on these documents.

Although CS remains in the process of attempting to locate additional in-scope FINMA communications located in Switzerland via targeted searches, CS anticipates that, in addition to the set of documents referenced above, it will likely only have one additional set of documents to provide to FINMA before it has exhausted its efforts to identify communications potentially referenced in the Public Reports via targeted searches.

As referenced in the March 2026 Update, FINMA has instructed CS that it may not produce 15 communications submitted to FINMA to date. Because FINMA has not changed its position since the March 2026 Update to allow production of any of these 15 communications, even though the parties represented to the Court that these communications include "written (or potentially written) communications referenced in one or both of the public reports" (ECF No. 167 at 1), Plaintiff believes it will be necessary for the Court to reopen his motion to compel and to issue a ruling for at least some of these communications. *See* 12/18/25 Status Conf. Tr. at 12:10-17. As a result, Plaintiff also believes a brief conference with Your Honor to discuss these issues, including the process and timing of reopening the motion, will be beneficial to the parties.

As communicated to Plaintiff, CS believes that, to avoid multiple rounds of motions, any motion practice should take place after FINMA has provided its position on all of the potentially in-scope documents CS is able to identify via targeted searches. CS believes that all such

CAHILL GORDON & REINDEL LLP

-2-

documents will be submitted to FINMA by the end of May 2026, if not earlier, such that we will likely have a full view to FINMA's position in approximately 60 days or possibly sooner.

The parties also provide this brief update on the status of document discovery since the submission of the March 2026 Update:

- On April 21, 2026, CS produced approximately 7,400 additional U.S.-based documents (approximately 27,400 pages). CS continues to review the remaining documents hitting on agreed-upon search terms and additional documents from the parties' agreed-upon TAR review process, and anticipates continuing to make rolling productions of U.S.-based documents.

- As referenced in the March 2026 Update, CS has begun its review of Swiss-based ESI and anticipates being in a position to make its first production of such documents in the near future.

- As referenced in the March 2026 Update, counsel for Plaintiff has provided counsel for CS a list of approximately 380 documents appearing on CS's privilege logs to date that Plaintiff believes may reference or implicate a FINMA communication referenced in one or both of the relevant public reports. CS remains in the process of reviewing the documents Plaintiff has listed, but anticipates being in a position by the end of this week to provide preliminary feedback to Plaintiff's counsel.

- Counsel for Plaintiff has provided counsel for CS a list of eight individuals currently or formerly affiliated with UBS Group AG ("UBS") whose ESI Plaintiff has suggested CS review in addition to the 25 individuals currently or formerly affiliated with CS whose ESI CS has already agreed to review. CS is in the process of determining whether these and/or other UBS-affiliated individuals would be appropriate ESI custodians.

CAHILL GORDON & REINDEL LLP

-3-

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

By: /s/ Craig J. Geraci, Jr.
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted *pro hac vice*)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

-and-

Craig J. Geraci, Jr. (admitted *pro hac vice*)
Matthew P. Woodard (admitted *pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: craig.geraci@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com

*Counsel for Lead Plaintiff Ali Diabat and
Lead Counsel for the Class*

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 18A
New York, New York 10007

**VIA ECF**

cc:     All Counsel of Record

**CAHILL GORDON & REINDEL LLP**

By: /s/ Jason M. Hall
Herbert S. Washer
Jason M. Hall
Edward N. Moss
Tammy L. Roy
Nicholas N. Matuschak
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
troy@cahill.com
nmatuschak@cahill.com

*Counsel for Defendant Credit Suisse
Group AG*