# K S F

## KAHN SWICK & FOTI, LLC

250 Park Avenue, 7th Floor
New York, NY 10177

NEW ORLEANS
**NEW YORK**
DELAWARE
LOS ANGELES
CHICAGO
LUXEMBOURG*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2026

TEL +1 504.455.1400
FAX +1 504.455.1498
KSFcounsel.com

May 1, 2026

*via ECF*

Kim E. Miller
Partner – Admitted in NY & CA
Direct: 212.696.3732
kim.miller@ksfcounsel.com

Hon. Colleen McMahon
United States District Court Judge
Sothern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

*5/4/2026 The motion for leave sent to file under seal is GRANTED. Defendant has leave 10 & permitted to identify any [illegible] confidential material in the proposed second amended complaint & [illegible] on one copy of the paragraph the [illegible] motion to amend material confidential. I will rule or file publicly disclosed. I will rule promptly issue*

Re:    *In re: Credit Suisse Securities Fraud Class Actions*, No. 1:23-cv-5874 (S.D.N.Y.)
       (This matter relates to: *Diabat*)

Dear Judge McMahon:    MEMO ENDORSED

I represent Lead Plaintiff Ali Diabat ("Lead Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Practices and Procedures, Rule V.A., and in accordance with Paragraph 9 of the operative Protective Order in this matter (ECF No. 124), Lead Plaintiff submits this letter-motion to file under seal his Memorandum of Law in Support of Lead Plaintiff's Motion For Leave To File the Second Amended Complaint ("Motion to Amend") and Exhibits A and B attached thereto: a clean copy of the Proposed Second Amended Complaint ("PSAC") and a redline comparison of the PSAC to the operative complaint (the "Redlined PSAC").

The Motion to Amend and PSAC contain quotations of materials produced by Defendant Credit Suisse Group AG during discovery that it designated as "Confidential." Lead Plaintiff has no interest in the confidential treatment of any of these materials. Lead Plaintiff will also file copies of the Motion to Amend, PSAC, and Redlined PSAC on the public docket with these quotations redacted.

Respectfully submitted,

/s/ Kim E. Miller