CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| | | |
|---|---|---|
| 1990 K STREET, N.W.<br>WASHINGTON, DC 20006<br>(202) 862-8900 | 221 W. 10th STREET<br>WILMINGTON, DE 19801<br>(302) 884-0000 | 20 FENCHURCH STREET<br>LONDON EC3M 3BY<br>+44 (0) 20 7920 9800 |

May 26, 2026

Re:    *In re Credit Suisse Securities Fraud Class Action*, Case No.
1:23-cv-05874-CM-SLC (S.D.N.Y.)

Dear Judge Cave:

We represent Defendant Credit Suisse Group AG ("CS") in the above-captioned action (the "Action") and, consistent with Your Honor's April 23, 2026 order (ECF No. 181), write jointly with counsel for Lead Plaintiff Ali Diabat ("Plaintiff") to provide an update to Your Honor concerning the status of CS's identification of FINMA communications referenced in one or both of the two applicable public reports (the "Public Reports").

On or about May 22, 2026, FINMA granted CS approval to produce five of the 16 documents CS submitted to FINMA on or about April 21, 2026. CS will endeavor to produce these five documents to Plaintiff as soon as possible. CS is also currently in the closing stages of attempting to locate additional in-scope FINMA communications located in Switzerland via targeted searches, and anticipates being in a position in the near future to submit a final set of documents to FINMA for FINMA's consideration. As conveyed in the parties' prior letter to the Court, therefore, CS is still hopeful that FINMA will have provided a full view as to its position within the next approximately 30 days.

The parties also provide this brief update on the status of this matter since the submission of the parties' last letter:

- On May 1, 2026, Plaintiff filed a motion to amend his Complaint, including to add references to and allegations concerning some of the documents FINMA has permitted CS to produce to date. On May 22, 2026, the Court denied Plaintiff's motion with leave to re-file by June 12, 2026. Plaintiff has not yet indicated whether he will seek additional discovery based on the amended complaint if it is permitted to be filed and the new allegations are not dismissed.

- CS anticipates producing approximately 45,000 additional U.S.-based documents no later than June 5, 2026. After this production, CS will have substantially completed the portion of the U.S.-based document review based on agreed-upon search terms.

- CS continues to review additional U.S.-based documents from the parties' agreed-upon TAR process, and anticipates that it may be in a position to complete the first-line review of those documents in the near future.

CAHILL GORDON & REINDEL LLP

-2-

- CS has begun its review of Swiss-based ESI and anticipates being in a position to make its first production of such documents in the near future subject to the parties' agreed-upon protocol for redactions of certain categories of information implicating Swiss legal restrictions.

- Counsel for Plaintiff has provided counsel for CS a list of approximately 380 documents appearing on CS's privilege logs to date that Plaintiff believes may reference or implicate a FINMA communication referenced in one or both of the relevant public reports.  CS provided preliminary feedback on a portion of those documents to Plaintiff on April 24, 2026.  CS believes it will be most efficient and productive to hold more detailed discussions among the parties concerning the extent to which CS must or should submit additional documents to FINMA, or otherwise produce documents referencing FINMA communications, after FINMA has provided its position on all of the documents submitted during this phase of the process and, if necessary, after any motion practice in connection therewith.

  o Plaintiff's position is that, in a recent email to counsel for Plaintiff, counsel for CS stated that no implicated documents can be produced without "FINMA's express approval," despite previously indicating that CS might be able to unilaterally produce such implicated documents if FINMA had already allowed CS to produce an underlying document referenced in one of the public reports. Because FINMA has allowed production of only 11 documents since the parties first agreed to this process with Your Honor's assistance in October 2025, Counsel for Plaintiff is concerned about the pace of utilizing this same process for a much larger subset of (likely highly relevant) documents whereby each implicated document must be submitted to FINMA for express approval, and wanted to flag this concern for the Court.

  o CS disagrees with certain of the characterizations and assertions stated above but does not view it as productive to engage in a detailed back-and-forth concerning such topics in a status letter to the Court.

- Counsel for Plaintiff has provided counsel for CS a list of eight individuals currently or formerly affiliated with UBS Group AG ("UBS") whose ESI Plaintiff has suggested CS review in addition to the 25 individuals currently or formerly affiliated with CS whose ESI CS has already agreed to review.  CS is in the process of determining whether these and/or other UBS-affiliated individuals would be appropriate ESI custodians which requires, among other things, iterative searches of documents housed and accessible only in Switzerland. Counsel for Plaintiff notes that this list was provided on March 13, 2026.

CAHILL GORDON & REINDEL LLP

-3-

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

By: /s/ Craig J. Geraci, Jr.
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted *pro hac vice*)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

-and-

Craig J. Geraci, Jr. (admitted *pro hac vice*)
Matthew P. Woodard (admitted *pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: craig.geraci@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com

*Counsel for Lead Plaintiff Ali Diabat and
Lead Counsel for the Class*

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 18A
New York, New York 10007

**VIA ECF**

cc:   All Counsel of Record

**CAHILL GORDON & REINDEL LLP**

By: /s/ Jason M. Hall
Herbert S. Washer
Jason M. Hall
Edward N. Moss
Tammy L. Roy
Nicholas N. Matuschak
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
troy@cahill.com
nmatuschak@cahill.com

*Counsel for Defendant Credit Suisse
Group AG*