**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS<br><br>This matter relates to:<br><br>*Diabat* | No. 23-cv-5874 (CM)<br>No. 23-cv-9287 (CM)<br>No. 25-cv-934 (CM) |

**NOTICE OF LEAD PLAINTIFF ALI DIABAT'S MOTION**
**FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that Lead Plaintiff Professor Ali Diabat, upon the accompanying Memorandum of Law and the Exhibits attached thereto (A: Proposed Second Amended Complaint ("PSAC"); B: redline of PSAC to the operative complaint; C: chart of proposed statements; D: chart of existing statements), hereby moves this Court, before the Honorable Colleen McMahon, United States District Judge for the Southern District of New York, for leave to file a second amended complaint and for reconsideration pursuant to Fed. R. Civ. P. 54(b) of the Court's prior dismissal with prejudice of Plaintiff's claims regarding an alleged statement on May 31, 2022 and against Thomas Gottstein and David Mathers.

DATED: June 12, 2026

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
Kim E. Miller (KM-6996)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Email: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
Craig J. Geraci, Jr. (admitted *pro hac vice*)
Matthew P. Woodard (admitted *pro hac vice*)

Jyoti Kehl (admitted *pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Email: lewis.kahn@ksfcounsel.com
Email: craig.geraci@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com
Email: jyoti.kehl@ksfcounsel.com

-and-

J. Ryan Lopatka (admitted *pro hac vice*)
161 N. Clark Street, Suite 1700
Chicago, IL 60601
Telephone: (312) 759-9700
Email: j.lopatka@ksfcounsel.com

*Counsel for Lead Plaintiff Professor Ali Diabat and Lead Counsel for the Class*