Case 1:23-cv-05874-CM-SLC Document 211 Filed 07/17/26 Page 1 of 1

K|S|F
KAHN SWICK & FOTI, LLC

230 Park Avenue, 3rd Floor
New York, NY 10169

TEL +1 504.455.1400
FAX +1 504.455.1498
KSFcounsel.com

NEW ORLEANS
NEW YORK
DELAWARE
LOS ANGELES
CHICAGO
LUXEMBOURG*

Kim E. Miller
Partner – Admitted in NY & CA
Direct: 212.696.3732
kim.miller@ksfcounsel.com

July 17, 2026

*via ECF*

Hon. Colleen McMahon
United States District Court Judge
Sothern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

Re: *In re: Credit Suisse Securities Fraud Class Actions*, No. 1:23-cv-5874 (S.D.N.Y.)
(This matter relates to: *Diabat*)

Dear Judge McMahon:

I represent Lead Plaintiff Ali Diabat ("Lead Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Practices and Procedures, Rule V.A., and in accordance with Paragraph 9 of the operative Protective Order in this matter (ECF No. 124), Lead Plaintiff submits this letter-motion to file under seal his Reply Memorandum of Law in Further Support of Plaintiff Ali Diabat's Combined Motion for Leave to File Second Amended Complaint and Motion for Reconsideration ("Reply") and Exhibits A-C to the associated Declaration of Kim E. Miller ("Miller Decl.").

The Reply contains quotations of materials produced by Defendant Credit Suisse Group AG ("CS") during discovery that it designated as "Confidential." Exhibits A-C to the Miller Decl. are documents produced by CS during discovery that it designated as "Confidential." Lead Plaintiff has no interest in the confidential treatment of these materials. Lead Plaintiff will also file copies of the Reply and Miller Decl. on the public docket with these quotations redacted and placeholder pages in lieu of Exhibits A-C.

Respectfully submitted,

*/s/ Kim E. Miller*

7/21/2026
Please send me a complete copy (to chambers) with redactions red lined. ~~So~~ ~~[illegible]~~ Defendant has 10 business days thereafter to explain, on a line by line basis, why the material is truly confidential. Pending my final decision file unredacted memo under seal [illegible]