# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

900 16th STREET, N.W. Suite 500
WASHINGTON, DC 20006
(202) 862-8900

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

221 W. 10th STREET
WILMINGTON, DE 19801
(302) 884-0000

July 30, 2026

Re:   *In re Credit Suisse Securities Fraud Class Action*, Case No. 1:23-cv-05874-CM-SLC (S.D.N.Y.)

Dear Judge Cave:

> The Court thanks the parties for the update at Dkt. No. 218. By **August 14, 2026**, the parties shall file another joint letter setting forth the status of Plaintiff's meet and confer process with FINMA.
>
> SO ORDERED.    July 31, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

We represent Defendant Credit Suisse Group AG ("CS") in the above-captioned action (the "Action") and, consistent with Your Honor's June 30, 2026 order (ECF No. 204), write jointly with counsel for Lead Plaintiff Ali Diabat ("Plaintiff") to provide an update to Your Honor concerning the status of CS's identification of FINMA communications referenced in one or both of the two applicable public reports (the "Public Reports").

On or about July 15, 2026, FINMA granted CS approval to produce three of the 10 documents CS submitted to FINMA on or about June 24, 2026.  CS produced those documents on July 28, 2026.  CS has now submitted and obtained FINMA's position on all of the in-scope FINMA communications it can reasonably identify via targeted searches in the United States or Switzerland. As a result, Plaintiff is now ready to reopen his motion to compel (ECF No. 146) filed on September 22, 2025, to seek an order from this Court compelling CS to produce the 30 documents referenced in the public reports that FINMA has reviewed yet refuses to allow production. *See* 12/18/25 Hearing Tr. at 12:10-17. To that end, Plaintiff asked CS on July 29 to provide FINMA's contact information so that Plaintiff may seek to meet and confer directly with FINMA before the end of next week in an effort to better understand FINMA's positions — including why FINMA is willing to waive its purported privilege for some documents referenced in the public reports but not others — and to attempt to narrow the issues to be decided by this Court. If FINMA refuses to meet and confer directly with Plaintiff, Plaintiff has asked FINMA (through CS): (1) to articulate each reason why it is refusing production of each document being withheld, and (2) to let Plaintiff know whether FINMA intends to intervene or otherwise appear to defend its privilege.

The parties also provide this brief update on the status of this matter since the submission of the parties' last letter:

- CS produced approximately 7,750 U.S.-based documents on July 20, 2026 and has substantially completed production of responsive U.S.-based documents hitting on agreed-upon search terms.

- CS continues to review additional U.S.-based documents from the parties' agreed-upon TAR process, and anticipates that it will complete the first-line review of

C<span>AHILL</span> G<span>ORDON</span> & R<span>EINDEL</span> LLP

-2-

those documents in the near future and begin making rolling productions of such documents.

- CS has begun its review of Swiss-based ESI and anticipates that it will make its first production of such documents in the near future subject to the parties' agreed-upon protocol for redactions of certain categories of information implicating Swiss legal restrictions.

- CS continues to make efforts, including by having U.S. counsel travel to Switzerland to conduct iterative scoping searches and reviews, to determine potentially appropriate UBS-affiliated individuals to use as ESI custodians for document requests directed to UBS, including but not limited to whether custodians proposed by Plaintiff would be appropriate from a relevance and burden perspective.

CAHILL GORDON & REINDEL LLP

-3-

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**                    **CAHILL GORDON & REINDEL LLP**

By: /s/ Craig J. Geraci, Jr.                    By: /s/ Jason M. Hall
Kim E. Miller (KM-6996)                          Herbert S. Washer
J. Ryan Lopatka (admitted *pro hac vice*)        Jason M. Hall
250 Park Avenue, 7th Floor                       Edward N. Moss
New York, NY 10177                               Tammy L. Roy
Telephone: (212) 696-3732                        Nicholas N. Matuschak
Facsimile: (504) 455-1498                        32 Old Slip
Email: kim.miller@ksfcounsel.com                 New York, New York 10005
Email: j.lopatka@ksfcounsel.com                  (212) 701-3000
                                                 hwasher@cahill.com
-and-                                            jhall@cahill.com
                                                 emoss@cahill.com
Craig J. Geraci, Jr. (admitted *pro hac vice*)   troy@cahill.com
Matthew P. Woodard (admitted *pro hac vice*)     nmatuschak@cahill.com
1100 Poydras Street, Suite 960
New Orleans, LA 70163                            *Counsel for Defendant Credit Suisse*
Telephone: (504) 455-1400                        *Group AG*
Facsimile: (504) 455-1498
Email: craig.geraci@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com

*Counsel for Lead Plaintiff Ali Diabat and*
*Lead Counsel for the Class*

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 18A
New York, New York 10007

**VIA ECF**

cc:     All Counsel of Record