UC SDNY
DOCUMENT
ELECTRONIC. LY FILED
DOC #:_____
DATE FILED: 8/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re: CREDIT SUISSE SECURITIES FRAUD CLASS
ACTIONS

This matter relates to:

*Diabat*

Case No. 1:23-cv-05874-CM

---

## [PROPOSED] ORDER TO SEAL

WHEREAS, on June 12, 2026, Plaintiff filed a motion to amend the Complaint (*see* ECF No. 198);

WHEREAS, on July 17, 2026, Plaintiff filed a reply memorandum of law in support of his motion to seal ("Plaintiff's Reply Brief") and a supporting declaration, with exhibits, of Kim E. Miller (the "Miller Declaration");

WHEREAS, Plaintiff filed the public version of his Reply Brief (*see* ECF No. 214) with certain redactions and filed the unredacted version of his Reply Brief under provisional seal (*see* ECF No. 212);

WHEREAS, Plaintiff filed exhibits A, B, and C to the Miller Declaration under provisional seal (*see* ECF Nos. 213-1, 213-2. and 213-3);

WHEREAS, on July 30, 2026, Defendant Credit Suisse Group AG ("CS") moved to (i) permanently seal the unredacted version of Plaintiff's Reply Brief; (ii) permit the public version of Plaintiff's Reply Brief to contain limited redactions; and (iii) permanently seal Exhibits A. B. and C to the Miller Declaration (*see* ECF No. 219); and

WHEREAS, on August 3, 2026, the Court granted CS's motion (*see* ECF No. 221);

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The documents appearing at ECF Nos. 212, 213-1, 213-2, and 213-3 are to be permanently sealed.

2. Plaintiff shall file a revised public version of his Reply Brief that removes the redactions on page 2 of the currently-public version of his Reply Brief, but retains the redactions on pages 3 and 4 of the currently-public version of his Reply Brief.

SO ORDERED this 6th day of August , 2026.

COLLEEN MCMAHON
United States District Judge

2