CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

900 16th STREET, N.W. Suite 500
WASHINGTON, DC 20006
(202) 862-8900

221 W. 10th STREET
WILMINGTON, DE 19801
(302) 884-0000

20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

August 14, 2026

Re: *In re Credit Suisse Securities Fraud Class Action*, Case No. 1:23-cv-05874-CM-SLC (S.D.N.Y.)

Dear Judge Cave:

We represent Defendant Credit Suisse Group AG ("CS") in the above-captioned action (the "Action") and, consistent with Your Honor's July 31, 2026 order (ECF No. 220), write jointly with counsel for Lead Plaintiff Ali Diabat ("Plaintiff") to provide an update to Your Honor concerning the status of Plaintiff's request to meet and confer with FINMA concerning FINMA's position with respect to its assertion of supervisory privilege over certain documents.

As referenced in the parties' prior letter (ECF No. 218), Plaintiff asked CS on July 30, 2026, to provide FINMA's contact information so that Plaintiff may seek to meet and confer directly with FINMA before the end of next week in an effort to better understand FINMA's positions — including why FINMA is willing to waive its purported privilege for some documents referenced in the public reports but not others — and to attempt to narrow the issues to be decided by this Court.

CS did not provide FINMA's contact information to Plaintiff, but has conveyed Plaintiff's meet-and-confer request to FINMA. FINMA has not yet provided a response, which CS understands may be due in part to the fact that this is the holiday period in Switzerland. CS will inform Plaintiff as soon as it has a response from FINMA.

Plaintiff's position is that, regardless of the Swiss holiday period, FINMA has had a full two weeks to communicate any type of response to Plaintiff's request to meet and confer — even if only a simple request for more time to respond. Now, CS has told Plaintiff it is "hopeful" FINMA will respond "next week." Thus, a simple request to meet and confer will result in three more weeks of no progress. Nevertheless, Plaintiff will wait another week for FINMA's potential response, but would respectfully request that the Court reopen the motion or set a conference to discuss its reopening as soon thereafter as possible, whether FINMA responds next week or not.

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

By: /s/ Craig J. Geraci, Jr.
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted *pro hac vice*)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

-and-

Craig J. Geraci, Jr. (admitted *pro hac vice*)
Matthew P. Woodard (admitted *pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: craig.geraci@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com

*Counsel for Lead Plaintiff Ali Diabat and Lead Counsel for the Class*

**CAHILL GORDON & REINDEL LLP**

By: /s/ Jason M. Hall
Herbert S. Washer
Jason M. Hall
Edward N. Moss
Tammy L. Roy
Nicholas N. Matuschak
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
troy@cahill.com
nmatuschak@cahill.com

*Counsel for Defendant Credit Suisse Group AG*

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 18A
New York, New York 10007

**VIA ECF**

cc: All Counsel of Record