UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS<br><br>This matter relates to:<br><br>Diabat | CIVIL ACTION No. 23 Civ. 5874 (CM) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on September 10, 2026 (the "Conference") to discuss the status of discovery and the issues raised in the parties' joint status letter dated August 14, 2026 (Dkt. No. 226 (the "JSL")), at which counsel for Lead Plaintiff Professor Ali Diabat ("Plaintiff") and counsel for Defendant Credit Suisse Group AG ("Credit Suisse") appeared.[1] Following the Conference, the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.
2. At the Conference, counsel for Credit Suisse stated that FINMA has retained U.S. counsel. Another telephone conference to discuss the status of discovery and Plaintiff's meet and confer process with FINMA's U.S. counsel is scheduled for **September 24, 2026 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. FINMA's U.S. counsel shall attend the telephone conference on September 24, 2026.

[1] Counsel for Consolidated Plaintiff Core Capital Partners, Ltd. also appeared at the Conference.

3. By **September 14, 2026**, counsel for Credit Suisse shall serve a copy of this Order on FINMA's U.S. counsel and file proof of service.

Dated: New York, New York
September 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL