**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS | Case No. 1:23-cv-05874-CM |
| This matter relates to: | Case No. 1:23-cv-09287-CM |
| *Diabat* | Case No. 1:25-cv-08264-CM |
| *Core Capital* | |
| *Palomino* | Case No. 1:25-cv-00934-CM |
| *Gromicko* | |

**STIPULATION AND [PROPOSED] ORDER**
**CONCERNING NICKIFOR GROMICKO'S**
**JOINDER TO CONFIDENTIALITY ORDER**

Nickifor Gromicko ("Gromicko"); Palomino Master Ltd. ("Palomino"), Azteca Partners LLC ("Azteca," and, with Palomino, the "*Palomino* Plaintiffs"), Core Capital Partners, Ltd. ("Core Capital"), Ali Diabat, UBS Group AG ("UBS"), Credit Suisse Group AG ("Credit Suisse"), Axel P. Lehmann, Ulrich Körner, and Dixit Joshi hereby stipulate as follows:

WHEREAS, in Case No. 1:23-cv-05874-CM (the "*Diabat* Action"), Lead Plaintiff Ali Diabat and Defendants Credit Suisse, Axel P. Lehmann, Ulrich Körner, and Dixit Joshi entered into a Stipulated Protective Order concerning the confidentiality of documents that the Court entered on November 6, 2024 (*see Diabat* Action, ECF No. 124), and which is attached hereto as **Exhibit 1** (hereinafter, the "Confidentiality Order");

WHEREAS, after the filing of the Confidentiality Order, Core Capital and the *Palomino* Plaintiffs entered into joint stipulations by which they each became parties to the Confidentiality Order (*see Diabat* Action, ECF Nos. 141 & 180; Case No. 1:23-cv-09287-CM, ECF No. 43 & 61; Case No. 1:25-cv-08264-CM, ECF No. 46); and

WHEREAS, Gromicko and UBS now wish to become parties to, and be bound by, the

Confidentiality Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED:

1. As of the date of this Stipulation and [Proposed] Order, Gromicko and UBS shall be treated as signatories to the Confidentiality Order and be bound by the terms thereof as if each was an original signatory thereto.

2. In light of the above, Gromicko and UBS each shall be a "Party" under the Confidentiality Order for all purposes, as that term is defined in that document.

3. References in the Confidentiality Order to "this action," "the Litigation," or similar terms or phrases shall hereafter be deemed to include the above-captioned action.

4. Other than as set forth above, the terms of the Confidentiality Order shall remain the same.

**CAHILL GORDON & REINDEL LLP**

By: /s/ Jason M. Hall
Herbert S. Washer
Jason M. Hall
Edward N. Moss
Tammy L. Roy
Nicholas N. Matuschak
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
troy@cahill.com
nmatuschak@cahill.com

*Attorneys for UBS Group AG*

**FRIDMAN FELS & SOTO, PLLC**

By: /s/ Adam Seth Fels
Adam Seth Fels
150 Alhambra Circle, Ste. 715
Miami, Florida 33134
(305) 569-7701
afels@ffslawfirm.com

*Attorneys for Nickifor Gromicko*

**MILBANK LLP**

By: /s/ George S. Canellos
George S. Canellos
55 Hudson Yards
New York, New York 10001
(212) 530-5000
gcanellos@milbank.com

Brenton T. Culpepper
1101 New York Avenue, NW
Washington D.C. 20006
bculpepper@milbank.com

*Attorneys for Ulrich Körner*

**GOODWIN PROCTER LLP**

By: /s/ Richard M. Strassberg
Richard M. Strassberg
Daniel Roeser
Jessica Vogele
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 813-8800
rstrassberg@goodwinlaw.com
droeser@goodwinlaw.com
jvogele@goodwinlaw.com

*Attorneys for Axel P. Lehmann*

**KAHN SWICK & FOTI, LLC**

By: /s/ Kim E. Miller
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted *pro hac vice)*
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

-and-

Craig J. Geraci, Jr. (admitted *pro hac vice)*
Matthew P. Woodard (admitted *pro hac vice)*
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: craig.geraci@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com

*Lead Plaintiff Counsel in the Diabat Action*

**POMERANTZ LLP**

By: /s/ Brian Calandra
Jeremy A. Lieberman
Brian Calandra
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
bcalandra@pomlaw.com

*Lead Plaintiff Counsel in the Core Capital Action*

**HECKER FINK LLP**

By: /s/ Sean Hecker
Sean Hecker
Kate L. Doniger
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
shecker@heckerfink.com
kdoniger@heckerfink.com

*Attorneys for Dixit Joshi*

**ROLNICK KRAMER SECURITIES LITIGATION LLP**

By: /s/ Lawrence M. Rolnick
Lawrence M. Rolnick
Marc B. Kramer
Michael J. Hampson
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 597-2800
lrolnick@rksllp.com
mkramer@rksllp.com
mhampson@rksllp.com

*Attorneys for Palomino Master Ltd. and Azteca Partners LLC*

SO ORDERED this __________ day
of _____________________, 2026.

_________________________________
COLLEEN MCMAHON
United States District Judge

Attestation Pursuant to Electronic Case Filing Rule 8.5

I, Jason M. Hall, attest that concurrence in the filing of this document has been obtained from all other signatories.

/s/ Jason M. Hall
Jason M. Hall