UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

x

In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS

This matter relates to: 23 Civ. 5874 (CM)

*Diabat*
*Core Capital*

x

ORDER DISPOSING OF VARIOUS OPEN LETTER MOTIONS

McMahon, J,:

Presently before the court are five letter motions to seal various documents. Thos motions are found at Docket ## 197, 198, 202, 209 and 211.

The motions are GRANTED only to the extent of allowing the parties to redact from the public record any material that has been produced by FINMA, the Swiss regulatory authority. . Such material falls within Sections 2(e) and (f) of the Protective Order in this case, because the material may not be publicly disclosed at present consistent with Swiss law.

To the extent any of these letter motions seek to file any other material under seal, they are DENIED.

The Clerk of Court is directed to remove the letter motions at Docket ## 197, 198, 202, 209 and 211 from the court's list of open motions.

Dated: October 2, 2026

U.S.D.J

BY ECF TO ALL COUNSEL