CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

900 16th STREET, N.W. Suite 500
WASHINGTON, DC 20006
(202) 862-8900

221 W. 10th STREET
WILMINGTON, DE 19801
(302) 884-0000

20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800


October 15, 2026

Re: *In re Credit Suisse Securities Fraud Class Action*, Case No. 1:23-cv-05874-CM-SLC (S.D.N.Y.)

Dear Judge Cave:

We represent Defendant Credit Suisse Group AG ("CS") in the above-captioned action and write further to CS's October 2, 2026 letter (ECF No. 235; the "October 2 Letter") requesting an extension of the deadline to respond to Plaintiff's October 2, 2026 letter brief (ECF No. 236), and the Court's October 5, 2026 Order granting that request (ECF No. 240; the "Order").

In the October 2 Letter, we informed Your Honor that (1) we were in the process of coordinating with Swiss counsel and FINMA concerning *in camera* submission of the FINMA documents at issue (the "FINMA Documents"); (2) we believed the most efficient and expeditious way of submitting them would be via "read only" file-share link; and (3) we expected to be in a position to make the documents available to the Court by October 20. In the Order, Your Honor directed CS to "email Chambers [by October 20, 2026] a 'read only' file share link through which the Court can access the FINMA Documents for *in camera* review."

On October 13, contrary to our expectation, FINMA issued a formal order, signed by its Director and the Head of its Banking Division, rejecting the request filed by UBS Group AG ("UBS"), as the successor-in-interest to CS, and forbidding UBS from making the FINMA Documents available to this Court on an *in camera* basis. *See* **Exhibit 1** attached hereto at 10. UBS had explained to FINMA that *in camera* review is a common procedure in U.S. courts and that the documents would not be made available to the public or to Plaintiff. *See id.* at 3, 5-7. Among other things, FINMA's order expresses a concern that the Court "might cite individual documents [submitted *in camera*] or paraphrase or summarize their content in its reasoning for the decision." *Id.* at 6. In addition, FINMA's order states that if UBS does make the FINMA Documents available to the Court, UBS and its representatives would be subject to severe regulatory and criminal law sanctions. *See id.* at 7, 9-10.

As a result, UBS faces conflicting legal obligations: the Order directs it to make the FINMA Documents available to the Court, and FINMA's order currently prohibits it from doing so. Given that CS of course takes both this Court's Order and its obligations under FINMA's order very seriously, we are in the process of evaluating additional steps to attempt to resolve this conflict regarding the *in camera* review. In view of the upcoming deadlines, CS respectfully requests that Your Honor set a status conference to discuss next steps and, in the interim, that the Court hold the upcoming October 20 *in camera* submission deadline in abeyance. CS believes a conference would be useful to discuss, among other things, the sequencing of the remaining issues on

Plaintiff's motion in light of this development. CS intends to file its response to Plaintiff's letter brief (ECF No. 236) on October 20 as currently scheduled, or on such other schedule as the Court may prefer. We informed Plaintiff of this development this afternoon.

Respectfully submitted,

**CAHILL GORDON & REINDEL LLP**

By: /s/ Jason M. Hall
Herbert S. Washer
Jason M. Hall
Edward N. Moss
Tammy L. Roy
Nicholas N. Matuschak
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
troy@cahill.com
nmatuschak@cahill.com

*Counsel for Defendant Credit Suisse Group AG*

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

**VIA ECF**

cc: All Counsel of Record