CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006
(202) 862-8900

221 W. 10th STREET
WILMINGTON, DE 19801
(302) 884-0000

20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

October 15, 2026

Re: *In re Credit Suisse Securities Fraud Class Action*, Case No. 1:23-cv-05874-CM-SLC (S.D.N.Y.)

MEMO ENDORSED

Dear Judge Cave:

We represent Defendant Credit Suisse Group AG ("CS") in the above-captioned action and write pursuant to Your Honor's Individual Rules and Practices in Civil Cases, Section I.F., and in accordance with Paragraphs 2 and 9 of the operative Protective Order in this matter (ECF No. 122). CS submits this letter-motion to respectfully request that the Court permit CS to file under seal the October 15, 2026 letter and exhibit providing an update on FINMA's decision regarding the *in camera* review of the FINMA documents at issue, as discussed in CS's October 2, 2026 letter (ECF No. 235) and Plaintiff's October 2, 2026 letter brief (ECF No. 236).

The exhibit is a direct communication from FINMA, and the letter contains quotations from that communication. CS seeks to keep these documents under seal because, although FINMA authorized sharing of this document with "foreign authorities" such as this Court, it did not authorize public filing. We advised Plaintiff's counsel of the intention to file under seal, and Plaintiff indicated he does not see a basis to treat the document as confidential.

Respectfully submitted,

**CAHILL GORDON & REINDEL LLP**

By: /s/ Jason M. Hall
Herbert S. Washer
Jason M. Hall
Edward N. Moss
Tammy L. Roy
Nicholas N. Matuschak
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
jhall@cahill.com

emoss@cahill.com
troy@cahill.com
nmatuschak@cahill.com

*Counsel for Defendant Credit Suisse Group AG*

The Court is in receipt of the letter at Dkt. No. 242 filed by Defendant Credit Suisse Group AG ("CS") requesting that the Court seal the entirety of its October 15, 2026 letter providing an update on FINMA's decision regarding the in camera review of the FINMA documents at issue (Dkt. No. 243 (the "Letter")) and the attached FINMA Order (Dkt. No. 243-1 (the "Exhibit")) because the "[E]xhibit is a direct communication from FINMA, the [L]etter contains quotations from that communication" and FINMA has not authorized public filing of the Exhibit. (Dkt. No. 242 (the "Sealing Request")).

CS, however, does not explain why it cannot redact the quotations from the Exhibit in the Letter and file a publicly available version of the Letter. Judicial documents are "presumptively public so that the federal courts 'have a measure of accountability' and so that the public may 'have confidence in the administration of justice.'" Bernstein v. Bernstein Litowitz Berger & Grossmann LLP, 814 F.3d 132, 139 (2d Cir. 2016). Accordingly, the Court is required to "make specific, rigorous findings before sealing the document or otherwise denying public access." Id. at 141. The party seeking to seal judicial documents, therefore, must explain why the information is of such a confidential nature "to overcome the strong presumption of public access." Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026) (sealing information "pertain[ing] to price points, internal corporate deliberations, and numerical figures acquired through internal corporate analysis" because that "information is sensitive[,] confidential[,] and proprietary business information[.]").

Given that CS did not file a publicly available version of the Letter with the purported confidential information redacted, the Sealing Request is **DENIED WITHOUT PREJUDICE**. CS may file another sealing request showing which specific portions of the Letter it asserts are confidential, and shall submit a proposed redacted version of the Letter for public viewing.

The Clerk of Court is respectfully directed to close Dkt. No. 242 and to keep the Letter (Dkt. No. 243) and the Exhibit (Dkt. No. 243-1) temporarily under seal pending a new sealing request from CS. If by **October 19, 2026**, CS does not file another sealing request, the Court will direct the Clerk of Court to unseal the Letter and Exhibit.

SO ORDERED. October 16, 2026

SARAH L. CAVE
United States Magistrate Judge