CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006
(202) 862-8900

221 W. 10th STREET
WILMINGTON, DE 19801
(302) 884-0000

20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

October 16, 2026

Re: *In re Credit Suisse Securities Fraud Class Action*, Case No. 1:23-cv-05874-CM-SLC (S.D.N.Y.)

Dear Judge Cave:

We represent Defendant Credit Suisse Group AG ("CS") in the above-captioned action and write in response to the Court's October 16, 2026 Order (ECF No. 244) denying without prejudice CS's request to seal (ECF No. 242) its letter and corresponding exhibit (ECF Nos. 243 and 243-1; the "CS Letter" and "FINMA Order") and pursuant to Your Honor's Individual Rules and Practices in Civil Cases, Section I.F, and Paragraphs 2 and 9 of the operative Protective Order in this matter (ECF No. 122). CS submits this letter-motion to respectfully request that the Court permit CS to file the CS Letter and the FINMA Order in redacted form to comply with Swiss law restrictions.

CS specifically seeks to redact the names and titles of Swiss employees of UBS Group AG, Ernst & Young AG, and FINMA. Under Art. 16(1) of the Swiss Data Protection Act ("DPA"), personal data (i.e., information relating to an identified or identifiable individual, Art. 5(a) DPA) may only be transferred subject to additional safeguards or an exception under Art. 17 DPA. Art. 17(1)(c)(2) DPA permits such transfers where necessary for legal proceedings before a foreign court or competent authority. Reliance on this exception requires appropriate safeguards (e.g., protective or confidentiality orders) limiting access to persons involved in the proceedings and restricting use to litigation purposes. We understand that disclosure to the public or third parties not involved in the proceedings would likely not be considered necessary for the litigation under this regime and would therefore fall outside the scope of Art. 17(1)(c)(2) DPA. Therefore, CS has proposed redactions to the personal identifying information on page 1 of the CS Letter (**Exhibit 1**) and on pages 10 and 11 of the FINMA Order (**Exhibit 2**).

For the reasons set forth above, CS respectfully requests that the Court enter an order permanently sealing the unredacted versions of the CS Letter and the FINMA Order and permitting the redactions to the public versions of the documents, attached as **Exhibits 1** and **2.**

Respectfully submitted,

**CAHILL GORDON & REINDEL LLP**

By: /s/ Jason M. Hall

Herbert S. Washer
Jason M. Hall
Edward N. Moss
Tammy L. Roy
Nicholas N. Matuschak
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
troy@cahill.com
nmatuschak@cahill.com

*Counsel for Defendant Credit Suisse Group AG*