UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS

This matter relates to:

Diabat

CIVIL ACTION No. 23 Civ. 5874 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the letter at Dkt. No. 245 filed by Defendant Credit Suisse Group AG ("CS") requesting to file under seal and in redacted form its October 15, 2026 letter providing an update on FINM's decision regarding the in camera review of the FINMA documents at issue (Dkt. No. 245-1 (the "CS Letter")) and the attached FINMA Order (Dkt. No. 245-1 (the "FINMA Order")) to protect the names and titles of Swiss employees of UBS Group AG, Ernst & Young AG, and FINMA "to comply with Swiss law restrictions[.]" (Dkt. No. 245 (the "Sealing Request")). The Court is also in receipt of the letter at Dkt. No. 246 filed by Plaintiff Ali Diabat ("Plaintiff") opposing the Sealing Request. (Dkt. No. 246 (the "Opposition")).

In the Opposition, Plaintiff states that "on October 10, 2025, CS publicly filed a similar FINMA [o]rder also containing the names and titles of Swiss employees of UBS Group AG, Ernst & Young AG, and FINMA without any redactions, so it is unclear why Swiss law requires the proposed redactions to the more recent FINMA Order but not the prior one." (Dkt. No. 246). Plaintiff is correct that on October 10, 2025, CS filed a declaration of Nicholas N. Matuschak in opposition to Plaintiff's motion to compel, in which CS attached an exhibit containing the same names and titles of Swiss employees of UBS Group AG, Ernst & Young AG, and FINMA that CS now seeks to redact. (Dkt. No. 152-2 at 10-12). Given that CS already filed this information

publicly on the docket, it waived any argument that the information is confidential. Accordingly, the Sealing Request is **DENIED**.

Further, pursuant to the Court's Order at Dkt. No. 240, by **October 20, 2026**, CS is required to: (i) file its response to Plaintiff's letter regarding the FINMA Documents (defined at Dkt. No. 236); and (ii) email Chambers (cave_nysdchambers@nysd.uscourts.gov) a "read only" file share link through which the Court can access the FINMA Documents for in camera review. (Dkt. No. 240 (the "Oct. 5 Order")). In the CS Letter, however, CS states that FINMA has forbidden UBS Group AG, as the successor-in-interest to CS, from making the FINMA Documents available to the Court on an in camera basis. (Dkt. No. 245-1 at 2). Accordingly, CS requests that the Court set a status conference to discuss next steps, and in the interim, hold the upcoming October 20, 2026 in camera submission deadline in abeyance. (Id. (the "CS Request")). CS, however, has provided no basis on which to conclude that CS cannot even provide the FINMA Documents to the Court for in camera review to determine the validity of CS's arguments for non-disclosure to Plaintiff. The Oct. 5 Order is clear that CS must file its response to Plaintiff's letter regarding the FINMA Documents and provide the FINMA Documents for in camera review by **October 20, 2026**. (See Dkt. No. 240). Accordingly, the Court finds that another conference is unnecessary and the CS Request is **DENIED**. As directed in the Oct. 5 Order, by **October 20, 2026**, CS shall: (i) file its response to Plaintiff's letter regarding the FINMA Documents, and (ii) email Chambers a "read only" file share link through which the Court can access the FINMA Documents for in camera review. If CS would prefer to provide hard copies of the FINMA Documents to the Court for in camera review, rather than a file share link, it may

deliver hard copies of the FINMA Documents to the undersigned's Chambers at 500 Pearl Street, New York NY 10007 by **October 20, 2026 at 5:00 p.m. ET**.

CS IS WARNED THAT FAILURE TO TIMELY FILE ITS RESPONSE TO PLAINTIFF'S LETTER REGARDING THE FINMA DOCUMENTS AND PROVIDE THE FINMA DOCUMENTS FOR IN CAMERA REVIEW MAY RESULT IN THE COURT HOLDING CS IN CONTEMPT UNDER FEDERAL RULE OF CIVIL PROCEDURE 16(f).

The Clerk of Court is respectfully directed to:

1. Unseal the unredacted versions of the CS Letter at Dkt. No. 243 and the FINMA Order at Dkt. No. 243-1; and
2. Close Dkt. No. 245.

Dated: New York, New York
October 19, 2026

SO ORDERED.

Sarah L Cave

**SARAH L. CAVE**
**United States Magistrate Judge**