UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: CREDIT SUISSE SECURITIES FRAUD CLASS ACTIONS

This matter relates to:

Diabat

CIVIL ACTION No. 23 Civ. 5874 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 22, 2025, Lead Plaintiff Professor Ali Diabat ("Plaintiff") filed a motion to compel Defendant Credit Suisse Group AG ("CS") to produce certain documents (Dkt. No. 146–148 (the "Motion")). In light of FINMA's consent to produce seven communications identified in the United States that appear to match communications referenced in public reports (see Dkt. Nos. 169–70) and the parties continued collaborative efforts (see Dkt. Nos. 167; 169–70), on December 18, 2025, the Court administratively closed the Motion. (Dkt. No. 170). During the telephone conference on September 24, 2026, Plaintiff requested that the Court issue a ruling on the Motion to the extent the Motion seeks to compel CS to produce the FINMA Documents. (Dkt. No. 231 at 2).[1] Accordingly, the Court ordered Plaintiff to file a supplemental letter in support of its position, and CS to file a response. (Id.)

The Court is now in receipt of Plaintiff's supplemental letter (Dkt. Nos. 236; 236-1; 236-2), CS's response (Dkt. Nos. 249; 249-1; 249-2), and Plaintiff's reply. (Dkt. No. 252).[2] The Motion

[1] Unless otherwise stated, all capitalized terms shall have the same meaning as stated in the Court's Order at Dkt. No. 231.

[2] Although the Court did not order Plaintiff to file a reply (see Dkt. No. 231 at 2), the Court will consider Plaintiff's reply to the extent it responds to the FINMA Chart and Embassy Letter attached for the first time to CS's response at Dkt. No. 249-1 and 249-2.

is now fully briefed, and the Court will not accept any further submissions. The Court will issue a decision in due course.

Dated: New York, New York
October 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**