K S F
KAHN SWICK & FOTI, LLC

1100 Poydras Street, Suite 960
New Orleans, LA 70163

TEL +1 504.455.1400
FAX +1 504.455.1498
KSFcounsel.com

**NEW ORLEANS**
NEW YORK
DELAWARE
LOS ANGELES
CHICAGO
LUXEMBOURG*

October 19, 2026

**VIA ECF**

Craig J. Geraci, Jr.
Partner – Admitted in LA, MS, AL, TX
Direct: (504) 648-0178
craig.geraci@ksfcounsel.com

The Honorable Colleen McMahon
United States District Court Judge
Sothern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 1000

Re: *In re Credit Suisse Securities Fraud Class Actions*,
No. 1:23-cv-05874-CM-SLC (S.D.N.Y.) (This matter relates to: *Diabat*)

Dear Judge McMahon:

On October 2, 2026, Your Honor issued an "Order Disposing of Various Open Letter Motions [to Seal]" and directed the Clerk of Court "to remove the letter motions at Docket ## 197, 198, 202, 209, and 211 from the court's list of open motions." *See* ECF No. 237. Docket # 198 is Plaintiff's Motion for Leave to File Second Amended Complaint, not a letter motion to seal, and we believe that Motion for Leave to Amend is still pending. Accordingly, we wanted to bring this matter to Your Honor's attention.

Respectfully submitted,

*/s/ Craig J. Geraci, Jr.*
Craig J. Geraci, Jr.

MEMO ENDORSED

cc: All counsel of record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

The Clerk is respectfully directed to re-open the motion at Docket #198. Once re-opened, the Court will rule on the motion for leave to file a second amended complaint and for reconsideration.

SO ORDERED. October 21, 2026

Colleen McMahon
U.S.D.J