CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

900 16th STREET, N.W. Suite 500
WASHINGTON, DC 20006
(202) 862-8900

221 W. 10th STREET
WILMINGTON, DE 19801
(302) 884-0000

20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

November 2, 2026

Re: *In re Credit Suisse Securities Fraud Class Action*, Case No. 1:23-cv-05874-CM-SLC (S.D.N.Y.)

Dear Judge Cave:

We represent Defendant Credit Suisse Group AG ("CS") in the above-captioned action (the "Action") and, consistent with Your Honor's September 24, 2026 order (ECF No. 231), write jointly with counsel for Lead Plaintiff Ali Diabat ("Plaintiff") to provide an update to Your Honor concerning the status of fact discovery.

To date, CS has produced approximately 114,000 documents from U.S. sources. CS anticipates substantially completing the production of U.S.-based CS communications no later than the end of this year.

CS has also begun its review of Swiss-based CS communications and made its first production of such documents (not including Swiss-based documents produced in connection with Plaintiff's class certification-related document requests) on August 13, 2026 (approximately 1,200 documents). CS's production of Swiss-based communications is subject to the parties' agreed-upon protocol for redactions of certain categories of information implicating Swiss legal restrictions, which requires an additional level of review not necessary for U.S.-based communications.

As previously noted to the Court, on December 5, 2025, Plaintiff and the other plaintiffs in the related actions (collectively, "Plaintiffs") served separate document requests on UBS Group AG ("UBS"), a named Defendant in the consolidated *Gromicko* action. On September 17, 2026, after an initial round of scoping searches in Switzerland, UBS provided Plaintiffs a proposal for the scope of a UBS ESI review. The parties met and conferred concerning this proposal on September 29, 2026, during and after which Plaintiffs provided a counterproposal with a longer time period and additional custodians and search terms. UBS is in the process of assessing that counterproposal, which, *inter alia*, requires further scoping searches in Switzerland to determine the additional burden Plaintiffs' counterproposal would entail.

Plaintiff also wishes to inform the Court that he intends to soon file a motion for the issuance of letters rogatory directed to certain of CS's auditors, accountants, and financial advisors, including PricewaterhouseCoopers AG, Deloitte AG, Rothschild & Co Bank AG, BDO AG, Centerview Partners UK LLP, and JPMorgan Chase Bank, N.A., London Branch, whom Plaintiff believes possess information relevant to the claims in this Action, the *Core Capital* action, and the *Gromicko* action. Because these non-parties are located in Switzerland and the UK, Plaintiff will

seek the Court's assistance in obtaining this evidence through the Hague Convention. CS reserves all rights in connection with these anticipated letters rogatory, copies of which CS has not seen as of the date of this filing.

Finally, on October 13, 2026, plaintiff in the consolidated *Core Capital* action ("Core Capital") served additional document requests on CS. CS's responses and objections to those requests are due no later than November 12, 2026. It is not yet clear to CS whether Core Capital will take the position that CS should conduct a supplemental ESI review in the United States and/or Switzerland in addition to the ESI reviews discussed above.

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

By: /s/ Craig J. Geraci, Jr.
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted *pro hac vice*)
230 Park Avenue, 3rd Floor West
New York, NY 10169
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

-and-

Craig J. Geraci, Jr. (admitted *pro hac vice*)
Matthew P. Woodard (admitted *pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: craig.geraci@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com

*Counsel for Lead Plaintiff Ali Diabat and Lead Counsel for the Class*

**CAHILL GORDON & REINDEL LLP**

By: /s/ Jason M. Hall
Herbert S. Washer
Jason M. Hall
Edward N. Moss
Tammy L. Roy
Nicholas N. Matuschak
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
jhall@cahill.com
emoss@cahill.com
troy@cahill.com
nmatuschak@cahill.com

*Counsel for Defendant Credit Suisse Group AG*

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 18A
New York, New York 10007

**VIA ECF**

cc: All Counsel of Record